UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDUL MOHAMED WAKED FARES, *et al.*,

Plaintiffs,

v.

JOHN E. SMITH, *et al.*,

Defendants.

Civil Action No. 16-1730-CKK

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Mark Samara, Assistant Director for Crime/Narcotics and the Western Hemisphere Division in the Office of Global Targeting at the Department of the Treasury, Office of Foreign Assets Control (OFAC), hereby certify to the best of my knowledge and belief that the documents described in the accompanying list comprise a true and complete copy of the non-privileged administrative records of the Plaintiffs, Abdul Mohamed Waked Fares, Mohamed Abdo Waked Darwich, Lucia Touzard Romo, and Grupo Wisa, S.A., in the above entitled litigation.

Dated: November 4, 2016

_____
Mark Samara
Assistant Director
Crime/Narcotics & Western Hemisphere Division
Office of Global Targeting
Office of Foreign Assets Control
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

## Certified List of Records

| | |
|---|---|
| Williams & Connolly Request Letter (May 24, 2016) | 0001-0006 |
| Williams & Connolly Follow-up Letter (June 7, 2016) | 0007-0014 |
| OFAC Denial and Response Email and Letter (June 8, 2016) | 0015-0018 |
| David Aufhauser Email Request (June 15, 2016) | 0019 |
| Williams and Connolly Response Letter (June 15, 2016) | 0020-0021 |
| OFAC First Administrative Record Production (July 5, 2016) | 0022-0110 |
| OFAC Second Administrative Record Production (July 18, 2016) | 0111-0287 |
| OFAC Initial Unclassified Summary Release (August 26, 2016) | 0288-0290 |
| OFAC Expanded Unclassified Summary Release (October 28, 2016) | 0291-0323 |