# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDUL MOHAMED WAKED FARES, *et al.*, |  |
| *Plaintiffs*, |  |
| *v.* |  |
| JOHN E. SMITH, *et al.*, | Civil Action No. 16-1730-CKK |
| *Defendants*. |  |

## PROVISION OF JOINT APPENDIX

Pursuant to Local Civil Rule 7(n)(2) and this Court's procedural orders, *e.g.*, Dkt. No. 12, Plaintiffs hereby provide the joint appendix.  As the administrative record in this case is not "voluminous," cmt. to Rule 7(n), and as the parties cite to or rely on the entirety of the record in their pleadings, the joint appendix comprises all 323 pages of the record Defendants provided to Plaintiffs and certified as Dkt. No. 13.

Respectfully submitted,

/s/ Peter J. Kahn
Peter J. Kahn (D.C. Bar No. 238386)
David D. Aufhauser (D.C. Bar No. 949396)
James E. Gillenwater (D.C. Bar No. 1020980)
Justin S. Rowinsky (D.C. Bar No. 1028756)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Tel. (202) 434-5000
Fax (202) 434-5029
pkahn@wc.com
daufhauser@wc.com
jgillenwater@wc.com
jrowinsky@wc.com

*Attorneys for Plaintiffs Abdul Waked; Mohamed Waked; Lucia Touzard; and Grupo Wisa, S.A.*

Dated:  December 20, 2016

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ABDUL MOHAMED WAKED FARES, *et al.*,

    Plaintiffs,

        v.

JOHN E. SMITH, *et al.*,

    Defendants.

Civil Action No. 16-1730-CKK

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Mark Samara, Assistant Director for Crime/Narcotics and the Western Hemisphere Division in the Office of Global Targeting at the Department of the Treasury, Office of Foreign Assets Control (OFAC), hereby certify to the best of my knowledge and belief that the documents described in the accompanying list comprise a true and complete copy of the non-privileged administrative records of the Plaintiffs, Abdul Mohamed Waked Fares, Mohamed Abdo Waked Darwich, Lucia Touzard Romo, and Grupo Wisa, S.A., in the above entitled litigation.

Dated: November 4, 2016

                               _____

                               Mark Samara
                               Assistant Director
                               Crime/Narcotics & Western Hemisphere Division
                               Office of Global Targeting
                               Office of Foreign Assets Control
                               U.S. Department of the Treasury
                               1500 Pennsylvania Avenue, N.W.
                               Washington, DC 20220

## Certified List of Records

| | |
|---|---|
| Williams & Connolly Request Letter (May 24, 2016) | 0001-0006 |
| Williams & Connolly Follow-up Letter (June 7, 2016) | 0007-0014 |
| OFAC Denial and Response Email and Letter (June 8, 2016) | 0015-0018 |
| David Aufhauser Email Request (June 15, 2016) | 0019 |
| Williams and Connolly Response Letter (June 15, 2016) | 0020-0021 |
| OFAC First Administrative Record Production (July 5, 2016) | 0022-0110 |
| OFAC Second Administrative Record Production (July 18, 2016) | 0111-0287 |
| OFAC Initial Unclassified Summary Release (August 26, 2016) | 0288-0290 |
| OFAC Expanded Unclassified Summary Release (October 28, 2016) | 0291-0323 |

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

DAVID D. AUFHAUSER
(202) 434-5049
daufhauser@wc.com

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

May 24, 2016

## CONFIDENTIAL

<u>Via Email and U.S. Mail</u>

John E. Smith
Acting Director, Office of Foreign Assets Control
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.—Annex
Washington, DC 20220

Re:   <u>Request for Reconsideration of May 5, 2016 Kingpin Act Designations</u>

Dear Mr. Smith:

Pursuant to 31 C.F.R. § 501.807, the following persons and entities (the "Petitioners") hereby request reconsideration and rescission of their May 5, 2016 designations by the Treasury's Office of Foreign Assets Control ("OFAC") as specially designated narcotics traffickers under the Foreign Narcotics Kingpin Designation Act, 21 U.S.C. §§ 1901-1908, and its implementing regulations:

- Abdul Mohamed Waked Fares;

- Mohamed Abdo Waked Darwich;

- Lucia Touzard Romo;

- Grupo Wisa S.A.;

- Soho Panama, S.A.;

- Grupo La Riviera Panama, S.A.;

WILLIAMS & CONNOLLY LLP

Request for Reconsideration
May 24, 2016
Page 2

- La Riviera Panama, S.A.;

- Felix B. Maduro, S.A.;

- Maduro Internacional, S.A.;

- Importadora Maduro, S.A.;

- Abif Investment, S.A.;

- Glendor Finance, S.A.;

- Grupo Cedro Panama, S.A.;

- Grupo Cima Panama, S.A.;

- Inmobiliaria Multi Tiendas, S.A.;

- Inmobiliaria Roypal, S.A.;

- Laguna Mar Internacional, S.A.;

- Malala, 786 S.A.;

- Mawa Enterprises, Corp.;

- Panli Holdings Inc.;

- Soho Developers, Inc.;

- Troll Properties, Inc.;

- Vision 20-20, S.A.;

- Waked Internacional Panama, S.A.;

- Warehouse Outlets, S.A.;

- Wayside Corporation; and

- Westline Enterprises, Inc.

WILLIAMS & CONNOLLY LLP

Request for Reconsideration
May 24, 2016
Page 3

The grounds for this request will be provided in response to any OFAC questionnaires directed to the Petitioners, and will be supported by briefing and evidence volunteered by the Petitioners.

Further, the Petitioners request an expedited schedule of review and reconsideration due to (i) the immediate and, if not promptly addressed, permanent adverse consequences of the designations on the livelihood and affairs of the more than five thousand employees of the designated entities and (ii) the Petitioners' proposal, supported by the Panamanian government, to place all affected assets into trusts managed by independent persons approved by the U.S. government pending the Petitioners' challenge to the designations. *See* Ex. 1 (E-mail from D. Aufhauser, Williams & Connolly, to L. Ferris & D. Glaser, Treasury (May 10, 2016)) (attaching Draft Term Sheet). We accordingly also request immediate access to the administrative record upon which the challenged designations were based.

To comply with the Administrative Procedure Act, Treasury must consider "viable and obvious, less-punitive alternatives" to the blocking designations. *See FBME Bank Ltd. v. Lew*, 125 F. Supp. 3d 109, 123-24 (D.D.C. 2015). The trust arrangement Petitioners have proposed to Treasury—under which the designated entities would be run at arm's length by independent trustees without influence from or any proceeds going to any designated individual, *see* Ex. 1— would negate any purported basis for Petitioners' designations and is just the sort of "corporate reorganization" anticipated as an alternative to asset blocking by OFAC's own regulations. *See* 31 C.F.R. § 501.807(a). Expedited consideration of this request will thus provide the agency with the opportunity to reconsider Petitioners' designations—and the obvious, less-punitive alternatives thereto—on a full record and prevent irreparable, unnecessary harm to Petitioners' businesses and employees.

Finally, consistent with 31 C.F.R. § 501.807(c) and as previously discussed with Assistant Secretary Glaser and OFAC counsel Laura Ferris, we welcome the opportunity to meet at your earliest convenience and further discuss this request for expedited reconsideration, our request for immediate access to the administrative record, our proposed trust arrangement, and saving the jobs of thousands of Panamanian workers.

Sincerely,

David D. Aufhauser

cc:   Adam J. Szubin, Acting Under Secretary for Terrorism and Financial Intelligence;
      Daniel L. Glaser, Assistant Secretary for Terrorist Financing;
      Priya Aiyar, Acting General Counsel

# EXHIBIT 1

| | |
|---|---|
| **From:** | Aufhauser, David |
| **To:** | laura.ferris |
| **Cc:** | daniel.glaser |
| **Subject:** | FW: (No Subject) |
| **Date:** | Tuesday, May 10, 2016 5:05:23 PM |
| **Attachments:** | Draft Term Sheet.docx |

Laura,

Per my voicemail, this is what we propose. I am free to meet with OFAC tomorrow in Washington if it can be arranged.

David D. Aufhauser
Williams & Connolly
725 12 th Street NW
Washington, DC 2005
202-434-5049 (w)
202-251-3568 (c)

**From:** Patricia Cerdá
**Sent:** Tuesday, May 10, 2016 5:01:23 PM
**To:** Aufhauser, David
**Subject:**

Antes de imprimir esta página, "Piense en su Responsabilidad con el Medio Ambiente"
Este mensaje electrónico está dirigido únicamente a la(s) dirección(es) indicada(s) y puede contener información PRIVILEGIADA O CONFIDENCIAL Y PROPIEDAD DE GRUPO WISA, a la que sólo tiene derecho a acceder el destinatario (s). Queda prohibida su divulgación, copia o distribución a terceros total o parcialmente sin la previa autorización escrita de GRUPO WISA, en virtud de la legislación vigente. Si Ud. ha recibido el mensaje por equivocación, notifíquelo inmediatamente a la persona que lo ha enviado y borre el mensaje original, así como sus datos adjuntos.

Before printing this page, "Think about your Environmental Responsibility"
This e-mail is intended exclusively for the indicated (s) address (es) and it can contain privileged or confidential information property of GRUPO WISA, it can only be accessed by the intended recipient. You are hereby notified that any dissemination, distribution or copy of this communication is forbidden without the prior written consent of GRUPO WISA and it is strictly prohibited by law. If you have received this e-mail by error please inform the sender and delete it and any attachments from your mailbox or any other storage mechanism.

Draft Term Sheet

Abdul Waked Enterprise

May 10, 2016

1. **Trusts** – Designated Abdul Waked family commercial assets will be placed in trusts during the pendency of appeals to review and withdraw the OFAC designations
2. **Trustees** --Trustees will be appointed to manage three trusts:
   a. Soho Shopping Mall – Bank Consortium appointed trustee(s)
   b. Felix B. Maduro and related – Trustee approved by US and Panama governments
   c. Grupo Wisa – Trustee(s) approved by US and Panama governments
3. **Publication Enterprises** -- The general license already granted by OFAC will be extended until the conclusion of OFAC appeals.
4. **Trust Powers** – Trustee(s) will have exclusive power to manage the business and affairs of the enterprises. Notwithstanding, sale of the companies or substantially all of the assets of the companies would require the consent of the grantors.
5. **Term of Trusts** – The trusts will expire upon final adjudication of appeals to be filed by the designated Abdul parties – Abdul Waked, Mohamed Waked, Lucia Touzard and the companies – against the OFAC designations.
6. **No Grantor Remuneration** -- Grantors will receive no remuneration from the trusts during the pendency of the trusts.
7. **AML Mandate** – Trustees will be specifically charged – in addition to managing the business and affairs of the companies – to engage independent auditors to conduct a review of the AML and cash management practices of the companies.  The reports issued by said auditors will be made available to the US and Panamanian governments.
8. **Access to Books & Records** -- Licensed counsel to the grantors will have reasonable access to the books and records of the companies to prosecute the OFAC appeals.

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

JAMES GILLENWATER
(202) 434-5238
jgillenwater@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

June 7, 2016

## CONFIDENTIAL

<u>Via Email and U.S. Mail</u>

John E. Smith
Acting Director, Office of Foreign Assets Control
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.—Annex
Washington, DC 20220

Re:     <u>May 24, 2016 Request for Reconsideration</u>

Dear Director Smith:

On May 24, 2016, we delivered the attached letter to the Treasury Department via email and physical delivery.  The letter initiated an application for reconsideration of the May 5, 2016 Kingpin Act designation of the named petitioners.  The letter made three requests consistent with the controlling regulations: (i) a request for a meeting, (ii) a request for the administrative record and (iii) a request and willingness to be subject to an expedited appeal process.

To date, we have received no response. The courtesy of an answer is accordingly requested.

Sincerely,

James Gillenwater

James Gillenwater

cc:     Adam J. Szubin, Acting Under Secretary for Terrorism and Financial Intelligence;

WILLIAMS & CONNOLLY LLP

May 24, 2016 Request for Reconsideration
June 7, 2016
Page 2


    Daniel L. Glaser, Assistant Secretary for Terrorist Financing;
    Priya Aiyar, Acting General Counsel

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

DAVID D. AUFHAUSER
(202) 434-5049
daufhauser@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

May 24, 2016

## CONFIDENTIAL

Via Email and U.S. Mail

John E. Smith
Acting Director, Office of Foreign Assets Control
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.—Annex
Washington, DC 20220

Re:   Request for Reconsideration of May 5, 2016 Kingpin Act Designations

Dear Mr. Smith:

Pursuant to 31 C.F.R. § 501.807, the following persons and entities (the "Petitioners") hereby request reconsideration and rescission of their May 5, 2016 designations by the Treasury's Office of Foreign Assets Control ("OFAC") as specially designated narcotics traffickers under the Foreign Narcotics Kingpin Designation Act, 21 U.S.C. §§ 1901-1908, and its implementing regulations:

- Abdul Mohamed Waked Fares;
- Mohamed Abdo Waked Darwich;
- Lucia Touzard Romo;
- Grupo Wisa S.A.;
- Soho Panama, S.A.;
- Grupo La Riviera Panama, S.A.;

WILLIAMS & CONNOLLY LLP

Request for Reconsideration
May 24, 2016
Page 2

- La Riviera Panama, S.A.;

- Felix B. Maduro, S.A.;

- Maduro Internacional, S.A.;

- Importadora Maduro, S.A.;

- Abif Investment, S.A.;

- Glendor Finance, S.A.;

- Grupo Cedro Panama, S.A.;

- Grupo Cima Panama, S.A.;

- Inmobiliaria Multi Tiendas, S.A.;

- Inmobiliaria Roypal, S.A.;

- Laguna Mar Internacional, S.A.;

- Malala, 786 S.A.;

- Mawa Enterprises, Corp.;

- Panli Holdings Inc.;

- Soho Developers, Inc.;

- Troll Properties, Inc.;

- Vision 20-20, S.A.;

- Waked Internacional Panama, S.A.;

- Warehouse Outlets, S.A.;

- Wayside Corporation; and

- Westline Enterprises, Inc.

WILLIAMS & CONNOLLY LLP

Request for Reconsideration
May 24, 2016
Page 3


The grounds for this request will be provided in response to any OFAC questionnaires directed to the Petitioners, and will be supported by briefing and evidence volunteered by the Petitioners.

Further, the Petitioners request an expedited schedule of review and reconsideration due to (i) the immediate and, if not promptly addressed, permanent adverse consequences of the designations on the livelihood and affairs of the more than five thousand employees of the designated entities and (ii) the Petitioners' proposal, supported by the Panamanian government, to place all affected assets into trusts managed by independent persons approved by the U.S. government pending the Petitioners' challenge to the designations. *See* Ex. 1 (E-mail from D. Aufhauser, Williams & Connolly, to L. Ferris & D. Glaser, Treasury (May 10, 2016)) (attaching Draft Term Sheet). We accordingly also request immediate access to the administrative record upon which the challenged designations were based.

To comply with the Administrative Procedure Act, Treasury must consider "viable and obvious, less-punitive alternatives" to the blocking designations. *See FBME Bank Ltd. v. Lew*, 125 F. Supp. 3d 109, 123-24 (D.D.C. 2015). The trust arrangement Petitioners have proposed to Treasury—under which the designated entities would be run at arm's length by independent trustees without influence from or any proceeds going to any designated individual, *see* Ex. 1— would negate any purported basis for Petitioners' designations and is just the sort of "corporate reorganization" anticipated as an alternative to asset blocking by OFAC's own regulations. *See* 31 C.F.R. § 501.807(a). Expedited consideration of this request will thus provide the agency with the opportunity to reconsider Petitioners' designations—and the obvious, less-punitive alternatives thereto—on a full record and prevent irreparable, unnecessary harm to Petitioners' businesses and employees.

Finally, consistent with 31 C.F.R. § 501.807(c) and as previously discussed with Assistant Secretary Glaser and OFAC counsel Laura Ferris, we welcome the opportunity to meet at your earliest convenience and further discuss this request for expedited reconsideration, our request for immediate access to the administrative record, our proposed trust arrangement, and saving the jobs of thousands of Panamanian workers.

Sincerely,

David D. Aufhauser

cc:   Adam J. Szubin, Acting Under Secretary for Terrorism and Financial Intelligence;
      Daniel L. Glaser, Assistant Secretary for Terrorist Financing;
      Priya Aiyar, Acting General Counsel

# EXHIBIT 1

| | |
|---|---|
| **From:** | Aufhauser, David |
| **To:** | laura.ferris |
| **Cc:** | daniel.glaser |
| **Subject:** | FW: (No Subject) |
| **Date:** | Tuesday, May 10, 2016 5:05:23 PM |
| **Attachments:** | Draft Term Sheet.docx |

Laura,

Per my voicemail, this is what we propose. I am free to meet with OFAC tomorrow in Washington if it can be arranged.

David D. Aufhauser
Williams & Connolly
725 12 th Street NW
Washington, DC 2005
202-434-5049 (w)
202-251-3568 (c)

**From:** Patricia Cerdá
**Sent:** Tuesday, May 10, 2016 5:01:23 PM
**To:** Aufhauser, David
**Subject:**

Antes de imprimir esta página, "Piense en su Responsabilidad con el Medio Ambiente"
Este mensaje electrónico está dirigido únicamente a la(s) dirección(es) indicada(s) y puede contener información PRIVILEGIADA O CONFIDENCIAL Y PROPIEDAD DE GRUPO WISA, a la que sólo tiene derecho a acceder el destinatario (s). Queda prohibida su divulgación, copia o distribución a terceros total o parcialmente sin la previa autorización escrita de GRUPO WISA, en virtud de la legislación vigente. Si Ud. ha recibido el mensaje por equivocación, notifíquelo inmediatamente a la persona que lo ha enviado y borre el mensaje original, así como sus datos adjuntos.

Before printing this page, "Think about your Environmental Responsibility"
This e-mail is intended exclusively for the indicated (s) address (es) and it can contain privileged or confidential information property of GRUPO WISA, it can only be accessed by the intended recipient. You are hereby notified that any dissemination, distribution or copy of this communication is forbidden without the prior written consent of GRUPO WISA and it is strictly prohibited by law. If you have received this e-mail by error please inform the sender and delete it and any attachments from your mailbox or any other storage mechanism.

Draft Term Sheet

Abdul Waked Enterprise

May 10, 2016

1. **Trusts** – Designated Abdul Waked family commercial assets will be placed in trusts during the pendency of appeals to review and withdraw the OFAC designations
2. **Trustees** --Trustees will be appointed to manage three trusts:
   a. Soho Shopping Mall – Bank Consortium appointed trustee(s)
   b. Felix B. Maduro and related – Trustee approved by US and Panama governments
   c. Grupo Wisa – Trustee(s) approved by US and Panama governments
3. **Publication Enterprises** -- The general license already granted by OFAC will be extended until the conclusion of OFAC appeals.
4. **Trust Powers** – Trustee(s) will have exclusive power to manage the business and affairs of the enterprises. Notwithstanding, sale of the companies or substantially all of the assets of the companies would require the consent of the grantors.
5. **Term of Trusts** – The trusts will expire upon final adjudication of appeals to be filed by the designated Abdul parties – Abdul Waked, Mohamed Waked, Lucia Touzard and the companies – against the OFAC designations.
6. **No Grantor Remuneration** -- Grantors will receive no remuneration from the trusts during the pendency of the trusts.
7. **AML Mandate** -- Trustees will be specifically charged – in addition to managing the business and affairs of the companies – to engage independent auditors to conduct a review of the AML and cash management practices of the companies.  The reports issued by said auditors will be made available to the US and Panamanian governments.
8. **Access to Books & Records** -- Licensed counsel to the grantors will have reasonable access to the books and records of the companies to prosecute the OFAC appeals.

**From:**          OFAC.Reconsideration
**Sent:**          Wednesday, June 08, 2016 2:34 PM
**To:**            daufhauser@wc.com
**Subject:**       OFAC Correspondence - FNK-7862
**Attachments:**   FNK7862_Correspondence_Signed.pdf

Mr. Aufhauser,

Please find correspondence from OFAC regarding your clients attached for your review.

Sincerely,

OFAC Reconsideration

1



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

Case ID: FNK-7862

David D. Aufhauser                                    JUN 0 8 2016
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

Re: Request for Reconsideration of May 5, 2016 Kingpin Act Designations related to the Waked
Money Laundering Organization

Dear Mr. Aufhauser:

This is in response to your correspondence dated May 24, 2016 to the Office of Foreign Assets
Control (OFAC), requesting reconsideration of your clients' designations as Specially
Designated Narcotics Traffickers (SDNTs) pursuant to Section 805 of the Foreign Narcotics
Kingpin Designation Act (Kingpin Act), 21 U.S.C. Section 1904(b).  Your letter requests
reconsideration of the following designations:

Designated individuals

- Mohamed Abdo Waked Darwich;
- Abdul Mohamed Waked Fares; and
- Lucia Touzard Romo;

Designated entities

- Abif Investment, S.A.;
- Felix B. Maduro, S.A.;
- Glendor Finance, S.A.;
- Grupo Cedro Panama, S.A.;
- Grupo Cima Panama, S.A.;
- Grupo La Riviera Panama, S.A.;
- Grupo Wisa S.A.;
- Importadora Maduro, S.A.;
- Inmobiliaria Multi Tiendas, S.A.;
- Inmobiliaria Roypal, S.A.;
- Laguna Mar Internacional, S.A.;
- La Riviera Panama, S.A.;
- Maduro Internacional, S.A.;
- Malala, 786 S.A.;
- Mawa Enterprises, Corp.;
- Panli Holdings Inc.;

- Soho Developers, Inc.;
- Soho Panama, S.A.;
- Troll Properties, Inc.;
- Vision 20-20, S.A.;
- Waked Internacional Panama, S.A.;
- Warehouse Outlets, S.A.;
- Wayside Corporation; and
- Westline Enterprises, Inc.

Pursuant to 31 C.F.R. § 501.807, a person may seek administrative reconsideration of a designation, or assert that the circumstances resulting in the designation no longer apply. The regulation further provides that a request may be accompanied by "arguments or evidence that the person believes establishes that insufficient basis exists for the designation." 31 C.F.R. § 501.807(a). In addition, designated persons may also "propose remedial steps on the person's part, such as corporate reorganization, resignation of persons from positions in a blocked entity, or similar steps, which the person believes would negate the basis for designation." *Id.* Information submitted during this process is reviewed, and, if necessary, OFAC can request clarifying, corroborating, or other additional information. *Id.* at § 501.807(b).

As a preliminary matter, some developments have occurred relevant to your request since you submitted your petition on May 24. First, Mawa Enterprises, Corp., was delisted on June 3, 2016. Accordingly, your request to delist Mawa Enterprises, Corp. is moot. In addition, the ownership and control of Felix B. Maduro, S.A., Importadora Maduro, S.A., and Maduro Internacional, S.A. have changed such that they would not fall within the scope of the general outlines of the "Draft Term Sheet" submitted with your petition.

After reviewing your submission as to the remainder of your relevant clients, your request for reconsideration is denied. The request was submitted on May 24, 2016, only 19 days after the original designation, and contains no evidence or argument to support a finding that there was an insufficient basis for the designations of your clients. A request for reconsideration cannot be maintained so close in time to the designation with only a general suggestion that "[t]he grounds for this request will be provided in response to any OFAC questionnaire directed to the Petitioners, and will be supported by briefing and evidence volunteered by the Petitioners." Letter to OFAC from Williams & Connolly LLP, *Re: Request for Reconsideration of May 5, 2016 Kingpin Act Designations*, dated May 24, 2016, p. 3.

Nor is your request supported by anything to establish that the basis for the designations no longer exists. Although you have proposed remedial steps in the form of a "Draft Term Sheet," they are vague, incomplete, explicitly provide for continuing control by the SDNTs, and otherwise fail to sever all ownership and interest by the SDNTs. Accordingly, the submitted trust proposal cannot negate the basis for designation and form the basis for a viable request for reconsideration.

Given the timing of your request and the issues on the face of your trust proposal, no further information needs to be submitted for OFAC's review at this time. Should the basis for your request for reconsideration be further developed or clarified, you may resubmit your clients'

2

reconsideration request. Similarly, if you believe a meeting is necessary to discuss relevant developments or clarifications, please contact OFAC.

Separately, your May 24 letter also requests access to the administrative record for your clients' designation. That request is being processed. Please be advised that the review process can be lengthy and requires extensive interagency consultation in order to comply with U.S. government regulations regarding the protection of classified, privileged, and otherwise protected information.

Please refer to Case ID FNK-7862 in all future correspondence. For expediency purposes, please direct all questions and correspondence to OFAC via the following email: OFAC.Reconsideration@treasury.gov. You may also write, call, or fax OFAC at the following:

> U.S. Department of the Treasury
> Office of Foreign Assets Control
> ATTN: Office of Global Targeting
> 1500 Pennsylvania Avenue, N.W. (Freedman's Bank Building)
> Washington, DC 20220
>
> Telephone: 202-622-2420
> Fax: 202-622-5390

Thank you for your cooperation.

Sincerely,

Mark Samara
Assistant Director
Crime/Narcotics and Western Hemisphere Division
Office of Foreign Assets Control

3

| | |
|---|---|
| **From:** | Aufhauser, David <DAufhauser@wc.com> |
| **Sent:** | Wednesday, June 15, 2016 10:16 AM |
| **To:** | OFAC.Reconsideration |
| **Cc:** | Samara, Mark |
| **Subject:** | RE: OFAC Correspondence - FNK-7862 |

Mark,

I called your office this morning, but learned that you are on travel for the week. Can we set up the meeting noted in your June 8 letter for Monday, Tuesday or Wednesday next week?

**David D. Aufhauser**
**Williams & Connolly LLP**
725 Twelfth Street, N.W.,Washington, DC 20005
(P)202-434-5049 |(F) 202-434-5029
DAufhauser@wc.com | www.wc.com/daufhauser

**From:** OFAC.Reconsideration@treasury.gov [mailto:OFAC.Reconsideration@treasury.gov]
**Sent:** Wednesday, June 08, 2016 2:35 PM
**To:** Aufhauser, David <DAufhauser@wc.com>
**Subject:** OFAC Correspondence - FNK-7862

Mr. Aufhauser,

Please find correspondence from OFAC regarding your clients attached for your review.

Sincerely,

OFAC Reconsideration

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

DAVID D. AUFHAUSER
(202) 434-5049
daufhauser@wc.com

(202) 434-5000

FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

June 15, 2016

## PRIVILEGED AND CONFIDENTIAL

Mark.Samara@Treasury.gov
OFAC.Reconsideration@Treasury.gov

Mr. Mark Samara
Assistant Director
Crime/Narcotics and Western Hemisphere Division
U.S. Treasury Department
Office of Foreign Assets Control
ATTN: Office of Global Targeting
1500 Pennsylvania Avenue, NW (Freedman Bank Building)
Washington, DC 20220

Re:   Case ID FNK-7862, May 5, 2016 Kingpin Designation of Mr. Abdul Waked,
Hamudi Waked, Lucia Touzard and Related Companies

Dear Mr. Samara:

I called today in response to your June 8 letter, but was informed that you are on travel
for the remainder of the week.  This letter summarizes issues that I wish to raise in response to
the letter.

1.   Meeting – A meeting would be fruitful.  Let me know what is convenient for you
next week.

2.   Timing – The June 8 letter concludes that our 31 C.F.R. § 501.807 Request for
Reconsideration was premature since it was filed shortly after the designation and
did not enclose supplemental evidence.  With respect, the Request pledged to do
precisely that after meeting with Treasury officials and gaining access to the
administrative record to learn the grounds for the designation.  Plainly, the right to
reconsideration is abridged in the absence of knowing the factual predicate for the
designations.  Moreover, as I believe you know, the designations sound the death
knell for the designated companies (and the jobs of 5100 people) in the absence of
near term relief through an expedited process of reconsideration.

WILLIAMS & CONNOLLY LLP
June 15, 2016
Page 2

3.    Administrative Record – Again, we ask for expedited access to the administrative
record.  Surely the Department understood the consequences of the designations –
i.e., the immediate closure of supply contracts and banking channels, with the
attendant closure of the designated companies and termination of the thousands of
jobs noted above.  And just as surely, the Department anticipated appeal from
those adversely affected by the designation.  There is a legal imperative to permit
those parties a meaningful right of reconsideration by a timely review of the
administrative record.

Let me know about the meeting.

Very truly yours,

David D. Aufhauser



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

JUL 0 5 2016

Case ID: FNK-7862

David D. Aufhauser
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

Re: May 5, 2016 Kingpin Act Designations of Abdul Waked, Hamudi Waked, Lucia Touzard, and Related Companies

Dear Mr. Aufhauser:

This letter acknowledges receipt of your correspondence dated June 15, 2016 to the Office of Foreign Assets Control (OFAC), requesting a meeting, a copy of the administrative record, and reconsideration of your clients' designations as Specially Designated Narcotics Traffickers (SDNTs) pursuant to Section 805 of the Foreign Narcotics Kingpin Designation Act (Kingpin Act), 21 U.S.C. § 1904(b).

As OFAC stated in the June 8 letter to you, your request for reconsideration is denied at this time. Accordingly, as conveyed to you by attorneys from the Office of General Counsel on June 15, a meeting at this juncture is premature given that there is no pending reconsideration request. Should the basis for your request for reconsideration be further developed or clarified, you may resubmit your clients' reconsideration and meeting requests.

With respect to your request for access to the administrative record for your clients' designations, processing such a request requires extensive interagency consultation in order to comply with U.S. government regulations regarding the protection of privileged and otherwise protected information. In order to ensure that you have information as it is processed, OFAC will be providing a rolling production of the administrative record.

Enclosed please find one set of bates stamped pages FNK-5826 0001-0087, which includes one of the two redacted administrative records upon which several of your clients' designations were based as well as a copy of the U.S. Department of the Treasury press release and press charts related to the same. The redacted portions contain law enforcement sensitive or otherwise privileged information, or information not responsive to your request. The second set of the redacted administrative record will be provided to you as soon as it is finalized and will contain the records of your remaining clients as identified in your May 24, 2016 letter to OFAC Director John Smith.

Should additional unclassified, non-privileged, or otherwise releasable information become available, it shall be provided to you.

Please refer to FNK-7862 cited above in all future correspondence. For the most expedient communications, please direct all questions and correspondence regarding your requests to

1

**OFAC.Reconsideration@treasury.gov**. You may also write, call, or fax OFAC at the following:

> U.S. Department of the Treasury
> Office of Foreign Assets Control
> ATTN: Office of Global Targeting
> 1500 Pennsylvania Avenue, N.W. (Freedman's Bank Building)
> Washington, DC  20220
>
> Telephone: (202) 622-2420
> Fax: (202) 622-5390

Thank you for your cooperation.

> Sincerely,
>
> Mark Samara
> Assistant Director
> Crime/Narcotics and Western Hemisphere Division
> Office of Foreign Assets Control

Enclosure

2



UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~
DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

(U) Case ID FNK-5826

### (U) OFFICE OF FOREIGN ASSETS CONTROL

### (U) **EVIDENTIARY MEMORANDUM**

(U) MEMORANDUM FOR: JOHN E. SMITH          4/9/16
ACTING DIRECTOR
OFFICE OF FOREIGN ASSETS CONTROL
3-21-2016

(U) THROUGH:          GREGORY T. GATJANIS
ASSOCIATE DIRECTOR
OFFICE OF GLOBAL TARGETING

MARK SAMARA          3/18/16
ASSISTANT DIRECTOR
CRIME/NARCOTICS & WESTERN HEMISPHERE DIVISION

Dated 3/18/2016

SECTION CHIEF
SOUTH AMERICA/INTERNATIONAL SECTION
Dated 3/17/2016

(U) FROM:

Sanctions Investigator
South America/International Section

(U) SUBJECT:          Proposed designation of five individuals and nine entities as
Specially Designated Narcotics Traffickers pursuant to the Foreign
Narcotics Kingpin Designation Act

(U) **I. Summary**

(U) The information presented in this memorandum and the related exhibits provide reason to
believe that the **WAKED MONEY LAUNDERING ORGANIZATION**[1] (**WAKED MLO**),

---

[1] (U) Throughout this memorandum an asterisk (*) following a name denotes an individual, a company, or an
organization that has been previously identified or designated by the President of the United States or by the Office
of Foreign Assets Control as a Specially Designated Narcotics Trafficker (SDNT) pursuant to the Kingpin Act and
who is thus currently subject to sanctions under the Kingpin Act, 21 U.S.C. §§ 1901-1908.  Names of individuals
and/or entities that are **bolded** denote an individual or entity that is proposed for designation in this memorandum or
an accompanying memorandum.

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

**Nidal Ahmed WAKED HATUM**, and **Abdul Mohamed WAKED FARES** are "foreign persons" who:

- play a significant role in international narcotics trafficking

and therefore meet the statutory criteria for designation as Specially Designated Narcotics Traffickers (SDNTs) pursuant to section 805(b)(4) of the Foreign Narcotics Kingpin Designation Act (Kingpin Act), 21 U.S.C. § 1904(b)(4). [Exhibit 1, pp. 1, 4-5]

(U) In addition, information presented in this memorandum and the related exhibits provide reason to believe that three other individuals and eight entities are foreign persons who:

- are materially assisting in, or providing financial or technological support for or to, or providing goods or services in support of, the international narcotics trafficking activities of, the **WAKED MLO**, **Nidal Ahmed WAKED HATUM**, and/or **Abdul Mohamed WAKED FARES**; and/or

- are owned, controlled, or directed by, or acting for or on behalf of, the **WAKED MLO**, **Nidal Ahmed WAKED HATUM**, and/or **Abdul Mohamed WAKED FARES**;

and therefore meet the statutory criteria for designation as SDNTs pursuant to sections 805(b)(2) and/or (3) of the Kingpin Act, 21 U.S.C. §§ 1904(b)(2) and/or (3). [Exhibit 1, pp. 1, 4-5]

(U) Following appropriate interagency consultation, the names of these foreign persons will be posted on the website of the Office of Foreign Assets Control (OFAC) and published in the *Federal Register*.

(U) **Listings:**

(U) Individuals:

1. (U) Non-Responsive
2. (U) **WAKED FARES, Abdul Mohamed**
3. (U) Non-Responsive
4. (U) Non-Responsive
5. (U) Non-Responsive

(U) Entities:[2]

1. (U) **WAKED MONEY LAUNDERING ORGANIZATION** [organization]
2. (U) 2-7 Non-Responsive
3. (U)

---

[2] (U) According to the Kingpin Act, the term "entity" is defined as a partnership, joint venture, association, corporation, organization, network, group, or subgroup, or any form of business collaboration. [Exhibit 1, p. 7]

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

4.  (U) ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
5.  (U) ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
6.  (U) ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
7.  (U) ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
8.  (U) **GRUPO WISA, S.A.** [corporation]
9.  (U) ▒▒▒▒▒▒ Non-Responsive ▒▒▒▒▒

(U) The information supporting these designations includes:[3]

(U//~~LES~~) 1. ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒

(U//~~LES~~) 2. ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒

[Exhibit 61, p. 1]

(U//~~LES~~) 3. ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒

---

[3] (U) To the extent that the supporting documents are not in English, translations were made and are reflected herein. Spanish to English translations throughout this memorandum were made by Sanctions Investigator ▒▒▒▒▒▒ ▒▒▒▒▒ who studied Spanish in high school and college. ▒▒ is a native Spanish writer and speaker and has been working with Spanish language documents in a professional capacity ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ Translations of a single word or phrase are included in the text of this memorandum. Translations of sentences, paragraphs, or more are included as attachments to the cited exhibits.

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~



(U//~~LES~~) 4.

(U) 5. <u>Miscellaneous information</u>. This evidentiary also uses information gathered from various sources, including foreign government websites and press articles.


(U) **II. Background**

(U) The DEA considers the laundering of narcotics proceeds to be central to the perpetuation of the international market in illegal drugs: "[T]he flow of money back to the international sources of supply . . . is destined to finance the next cycle of illegal drugs that will target our consumer market here in the United States. This is also the money that allows international [drug trafficking organizations] to continue to operate. . . . Drug proceeds are used to pay sources of supply, to support the infrastructure of the organization, and to acquire personal assets." Money laundering allows such flows to continue undetected and undisrupted by law enforcement, and is therefore an essential link in the chain of illicit activities involved in transporting illicit narcotics across borders. [Exhibit 2, pp. 1-2]

4

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~



(U//~~LES~~)

[Exhibit 31, p. 1]

(U//~~LES~~)

[Exhibit 30, pp. 1-2]

(U//~~LES~~)

---

[4] (U//~~LES~~)

[Exhibit 31, p. 1]

(U//~~LES~~)[5]   NON-RESPONSIVE

(U//~~LES~~)[6]

[7] (U//~~LES~~)

[Exhibit 30, p. 1]

[8] (U)
[Exhibit 59, p. 1]
[9] (U)
[Exhibit 59, p. 2]
[10] (U)
[Exhibit 59, p. 12]
[11] (U)
[Exhibit 59, p. 14]
[12] (U)
[Exhibit 59, p. 2]
[13] (U)
[Exhibit 59, p. 22]

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-5826 0005

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~



[Exhibit 3, p. 1]

(U) **III. Designations Pursuant to Section 805(b)(4)**

(U) 1. **WAKED MONEY LAUNDERING ORGANIZATION**

(U) Summary

(U) The information presented in this memorandum and the related exhibits provide reason to believe that the **WAKED MLO** is a "foreign person" who plays a significant role in international narcotics trafficking, and therefore meets the statutory criteria for designation as a SDNT pursuant to section 805(b)(4) of the Kingpin Act, 21 U.S.C. § 1904(b)(4).

(U) Basis for Designation

[Exhibit 4, pp. 1-2]

---

[14] (U) ▆▆ [Exhibit 59, p. 1]

[15] (U) ▆▆ [Exhibit 59, p. 12]

[16] (U) ▆▆ [Exhibit 59, p. 16.]

[17] (U) ▆▆ [Exhibit 33, p. 1]

6

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~



[Exhibit 4, pp. 1-3]

(U//~~LES~~)

[Exhibit 31, p. 1]

(U//~~LES~~)

[Exhibit 31, pp. 3-4]

(U//~~LES~~)

18 (U//~~LES~~)

7

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-5826 0007

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~



[Exhibit 6, pp. 2-4]

(U) Additional Information

(U//~~LES~~)

[Exhibit 6, pp. 2-3]

(U//~~LES~~)

[Exhibit 31, p. 4]

(U) Identifying Information

- (U) Full Name: **WAKED MONEY LAUNDERING ORGANIZATION**[20]
- (U) Location:  Panama[21]



Non-Responsive and Pages 9-19 Non-Responsive

[19] (U)

[Exhibit 60, p. 1]

[20] (U//~~LES~~) [Exhibit 31, p. 1]
[21] (U//~~LES~~) [Exhibit 4, pp. 1-2]

Non-Responsive [redacted]

3. **WAKED FARES, Abdul**

(U) Summary

(U) The information presented in this memorandum and the related exhibits provide reason to believe that **WAKED FARES** is a "foreign person" who plays a significant role in international narcotics trafficking, and therefore meets the statutory criteria for designation as an SDNT pursuant to section 805(b)(4) of the Kingpin Act, 21 U.S.C. § 1904(b)(4).

(U) Basis for Designation

*(U//~~LES~~)* [redacted]

(U//~~LES~~) [redacted] [Exhibit 4, pp. 1-3]

*(U//~~LES~~)* [redacted]

(U//~~LES~~) [redacted] [Exhibit 31, p. 1]

(U//~~LES~~) [redacted]

---

Non-Responsive [redacted]

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE



[Exhibit 31, p. 4]

(U//LES)

[Exhibit 31, pp. 3-4]

(U//LES)

[Exhibit 31, p. 1]

(U//LES)

[Exhibit 31, p. 2]

(U//LES)

[Exhibit 31, p. 3]

(U//LES)

[Exhibit 31, p. 4]

(U//LES)

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

FNK-5826 0010

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~



[Exhibit 31, p. 5]

(U//~~LES~~)

[Exhibit 31, p. 4]

(U//~~LES~~)

[Exhibit 8, p. 2]

(U//~~LES~~)

[Exhibit 12, p. 10]

*(U//~~LES~~)*

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~



(U//~~LES~~)

[Exhibit 30, p. 1]

(U//~~LES~~)

[Exhibit 30, p. 2]

(U//~~LES~~)

[Exhibit 30, p. 3]

(U//~~LES~~)

[Exhibit 10, pp. 1-2]

(U//~~LES~~)

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~



[Exhibit 11, pp. 2-3]

(U//~~LES~~)

[Exhibit 6, pp. 2-3]

(U//~~LES~~)

(U//~~LES~~)

[Exhibit 13, p. 4]

(U//~~LES~~)

(U//~~LES~~)

[Exhibit 32, pp. 2-3]

(U//~~LES~~)

---

[55] (U)
[Exhibit 25, p. 1]

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~



[Exhibit 32, p. 3]

(U//~~LES~~)

[Exhibit 32, p. 3]

(U//~~LES~~)

(U//~~LES~~)

[Exhibit 18, pp. 4-5]

(U) <u>Additional Information</u>

(U//~~LES~~)

[Exhibit 4, p. 3]

(U//~~LES~~)

[Exhibit 6, pp. 2-3]

(U//~~LES~~)

[Exhibit 30, p. 2]

(U) According to **WAKED FARES**'s curriculum vitae, **WAKED FARES** is the founder, president, and legal representative of **GRUPO WISA, S.A**. [Exhibit 47, p. 2]

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

(U//~~LES~~)



[Exhibit 31, p. 2]

(U) Identifying Information

- (U) Full Name: **Abdul Mohamed WAKED FARES**[56]
- (U) DOB: 19 Dec 1949[57]
- (U) Alternate DOB: 9 Dec 1949[58]
- (U) POB: Kamed El Louz, Lebanon[59]
- (U) COC: Lebanon[60]
- (U) COC: Panama[61]
- (U) COC: Colombia[62]
- (U) Passport Number: 1640816 (Panama)[63]
- (U) Cedula Number: N-19-804 (Panama)[64]
- (U) Linked To: **WAKED MLO**[65]

---

[56] (U//~~LES~~) [Exhibit 4, p. 1]
[57] (U//~~LES~~) [Exhibit 4, p. 1]
[58] (U//~~LES~~) [Exhibit 4, p. 1]
[59] (U//~~LES~~) [Exhibit 4, p. 1]
[60] (U//~~LES~~) [Exhibit 4, p. 1]
[61] (U//~~LES~~) [Exhibit 4, p. 1]
[62] (U//~~LES~~) [Exhibit 4, p. 1]
[63] (U//~~LES~~) [Exhibit 49, p. 10]
[64] (U) [Exhibit 47, p. 1]
(U//~~LES~~) [65] ███ **Abdul Mohamed WAKED FARES** is the co-head of the **WAKED MLO**; therefore, he is linked to the **WAKED MLO**. [Exhibit 4, pp. 1-2]

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-5826 0015

(U) **WAKED FARES** plays a documented role in the following entities, also proposed for designation in this memorandum:

- (U) **GRUPO WISA, S.A.**[66]

(U) **IV. Individuals Proposed for Designation Pursuant to Section 805(b)(2) and (3)**



Non-Responsive and Pages 28-45 Non-Responsive

---

[66] (U) [Exhibit 33]

Non-Responsive

FNK-5826 0016

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~


Non-Responsive

(U) 7.  **GRUPO WISA, S.A.**

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that
**GRUPO WISA, S.A.** (**GRUPO WISA**), is materially assisting in, or providing financial or
technological support for or to, or providing goods or services in support of, the international
narcotics trafficking activities of the **WAKED MLO** and/or **WAKED FARES**, and/or is owned,
controlled, or directed by **WAKED FARES**, and therefore meets the criteria for designation as
an SDNT pursuant to sections 805(b)(2) and/or (3) of the Kingpin Act, 21 U.S.C. § 1904(b)(2)
and/or (3).

(U) Basis for Designation

   *(U) Business Reporting and Corporate Documentation*

(U) According to Panama Public Registry documentation accessed on October 14, 2015,
**WAKED FARES** is the President and a Director of **GRUPO WISA**.  [Exhibit 33, p. 1]

(U) According to **WAKED FARES**'s curriculum vitae accessed on October 8, 2015, **WAKED
FARES** is the founder, president, and legal representative of **GRUPO WISA, S.A.**  [Exhibit 47,
p. 2]

(U) According to a January 2014 interview of **WAKED FARES** in *The Business Year*, a
business publication, **WAKED FARES** is the President of **GRUPO WISA**, a holding company
with a diverse portfolio that includes perfumes and fragrances, two Panamanian daily
newspapers, *El Siglo* and *La Estrella*, and various commercial construction and real estate
projects.  [Exhibit 34, p. 1]

   *(U//LES)*

Non-Responsive

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-5826 0017

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~



(U//~~LES~~)

[Exhibit 4, pp. 1-2]

(U//~~LES~~)

(U//~~LES~~)

[Exhibit 31, p. 4]

(U//~~LES~~)

[Exhibit 12, pp. 6, 9]

(U//~~LES~~)

[Exhibit 12, pp. 2-3]

(U//~~LES~~)

[Exhibit 8, p. 2]

(U//~~LES~~)

(U//~~LES~~)

[Exhibit 32, p. 3]

(U//~~LES~~)

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-5826 0018

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

[Exhibit 44, pp. 1-2]

(U) Additional Information

(U) According to **GRUPO WISA**'s website, **GRUPO WISA** operates more than 60 La Riviera stores in Mexico, Costa Rica, Nicaragua, El Salvador, Bolivia, Belize, Colombia, Guatemala, Honduras, and in all of the Duty Free areas in the principal airports of Central America. [Exhibit 58, p. 1, translation on p. 13]

(U) According to an article dated August 2, 2015 in *La Prensa*, the Public Ministry of Guatemala arrested the former chief of the Superintendencia de Administración (SAT)[123], Rudy Villeda, on charges of $7.7 million in tax evasion in a deal that provided favorable treatment to **GRUPO WISA**. [Exhibit 43, p. 1] According to an article in *Metro Libre*, **GRUPO WISA** is under investigation in Guatemala for $7.6 million in tax evasion. [Exhibit 45, p. 2]

(U) According to an article dated October 9, 2015 in *La Prensa*, the Prosecutor for Administrative Offenses of the Public Ministry of Guatemala closed ten La Riviera duty free stores at La Aurora Airport that sell fragrances, makeup, and other treatments for alleged customs fraud. The investigations show that between 2009 and 2012, the stores evaded taxes of almost $7.5 million, according to a spokesperson for the Guatemalan Public Ministry. A Panamanian attorney, Lucia Touzard Romo, is the only representative of the company that will face criminal charges as she was the sole signatory on the documents establishing the Guatemalan franchise [of **GRUPO WISA**, which does business as **LA RIVIERA**]. Lucia Touzard Romo, who is a legal representative of **GRUPO WISA** of Panama, is the subject of an international arrest warrant and could face five to eight years in prison for the crime. [Exhibit 53, p. 3]

(U) Identifying Information

- (U) Full Name: **GRUPO WISA, S.A.**[124]
- (U) AKA: **LA RIVIERA**[125]
- (U) Address: Calle 15 entre Avenida Santa Isabel y Avenida Roosevelt, Zona Libre de Colon, Colon, Panama[126]
- (U) Address: Torre Generali, Piso 11 y 12, Calle 54 Este y Avenida Samuel Lewis, Panama, Panama[127]
- (U) Address: Colombia[128]
- (U) Address: Guatemala[129]

---

[123] (U) OFAC comment: the SAT is Guatemala's tax agency.

[124] (U) [Exhibit 33, p. 1]

[125] (U) [Exhibit 53, pp. 3 and Exhibit 58, pp. 1-5, 10]

[126] (U) [Exhibit 57, p. 1]

[127] (U) [Exhibit 57, p. 3]

[128] (U) [Exhibit 58, pp. 8, 13]

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

- (U) Address: Belize[130]
- (U) Address: Costa Rica[131]
- (U) Address: El Salvador[132]
- (U) Address: Mexico[133]
- (U) Address: Bolivia[134]
- (U) Address: Honduras[135]
- (U) Address: Nicaragua[136]
- (U) Address: Uruguay[137]
- (U) RUC: 645451-1-458900 (Panama)[138]



Non-Responsive and Page 50 Non-Responsive

---

[129] (U) [Exhibit 58, pp. 8, 13]
[130] (U) [Exhibit 58, pp. 8, 13]
[131] (U) [Exhibit 58, pp. 8, 13]
[132] (U) [Exhibit 58, pp. 8, 13]
[133] (U) [Exhibit 58, pp. 8, 13]
[134] (U) [Exhibit 58, pp. 8, 13]
[135] (U) [Exhibit 58, pp. 8, 13]
[136] (U) [Exhibit 58, pp. 8, 13]
[137] (U) [Exhibit 58, pp. 9, 13]
[138] (U) [Exhibit 56]

Non-Responsive

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-5826 0020

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

(U) **V. List of Exhibits**

Exhibit 1:    (U) Foreign Narcotics Kingpin Designation Act, Public Law 106-120, 21 U.S.C. §§ 1901-1908, December 3, 1999.

Exhibit 2:    (U) DEA, "DEA Programs: Money Laundering," http://www.justice.gov/dea/ops/money.shtml, accessed on February 20, 2013.

Exhibit 3:    (U//~~LES~~)

Exhibit 4:    (U//~~LES~~)

Exhibit 5:    Non-Responsive

Exhibit 6:    (U//~~LES~~)

Exhibit 7:    Non-Responsive

Exhibit 8:    (U//~~LES~~)

Exhibit 9:    Non-Responsive

Exhibit 10:   (U//~~LES~~)

Exhibit 11:   (U//~~LES~~)

Exhibit 12:   (U//~~LES~~)

Exhibit 13:   (U//~~LES~~)

Exhibit 14:   Non-Responsive

Exhibit 15:   Non-Responsive

Exhibit 16:   Non-Responsive

Exhibit 17:   Non-Responsive

Exhibit 18:   (U//~~LES~~)

Exhibit 19:   Non-Responsive

Exhibit 20:   Non-Responsive

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-5826 0021

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~



Exhibit 21:    Non-Responsive

Exhibit 22:    Non-Responsive

Exhibit 23:    Non-Responsive

Exhibit 24:    Non-Responsive

Exhibit 25:    (U)

Exhibit 26:    Non-Responsive

Exhibit 27:    Non-Responsive

Exhibit 28:    Non-Responsive

Exhibit 29:    Non-Responsive

Exhibit 30:    (U//~~LES~~)

Exhibit 31:    (U//~~LES~~)

Exhibit 32:    (U//~~LES~~)

Exhibit 33:    (U) Panama Public Registry, Grupo Wisa, S.A., accessed on October 14, 2015.

Exhibit 34:    (U) *The Business Year*, "Abdul Mohamed Waked Fares: What Do You Need?," accessed September 14, 2015.

Exhibit 35:    Non-Responsive

Exhibit 36:    Non-Responsive

Exhibit 37:    Non-Responsive

FNK-5826 0022

1:16-cv-01730 0045

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

| | |
|---|---|
| Exhibit 38: | Non-Responsive |
| Exhibit 39: | Non-Responsive |
| Exhibit 40: | Non-Responsive |
| Exhibit 41: | Non-Responsive |
| Exhibit 42: | Non-Responsive |
| Exhibit 43: | (U) *La Prensa*, "Asocian a Grupo Wisa con evasion en Guatemala," August 2, 2015. |
| Exhibit 44: | (U//~~LES~~) |
| Exhibit 45: | (U) *Metro Libre*, "Asocian a Grupo Wisa con evasion en Guatemala," August 2, 2015. |
| Exhibit 46: | Non-Responsive |
| Exhibit 47: | (U) Abdul Waked, CV Abdul Waked (Español), https://abdulwaked.wordpress.com/2013/05/11/cv-abdul-waked-espanol/, accessed on October 8, 2015. |
| Exhibit 48: | Non-Responsive |
| Exhibit 49: | (U//~~LES~~) |
| Exhibit 50: | Non-Responsive |
| Exhibit 51: | Non-Responsive |
| Exhibit 52: | Non-Responsive |
| Exhibit 53: | (U) *La Prensa*, "Cierran diez locales de 'La Riviera' en Guatemala," October 9, 2015. |
| Exhibit 54: | Non-Responsive |
| Exhibit 55: | Non-Responsive |

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-5826 0023

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

Exhibit 56:    (U) Busqueda del Aviso de Operacion, Panama Emprende, Grupo Wisa, November 2, 2015.

Exhibit 57:    (U) Mapa (Addresses), Grupo Wisa, http://grupowisa.com/mapa, accessed on November 2, 2015.

Exhibit 58:    (U) La Riviera Locations, Grupo Wisa, http://grupowisa.com/tiendas/la-riviera/, accessed on November 3, 2015.

Exhibit 59:    (U) ████████████████████████████████████████
               ████████████

Exhibit 60:    (U) ██████████████████████████████████████
               ████████████

Exhibit 61:    (U) ████████████████████████████████████
               ████████████████████████████████████████████
               ██████████████████

Exhibit 62:    ███████████████ Non-Responsive ███████████████
               ████████████████████████████████████████
               ████████████████████

# Exhibits

FNK-5826 0025

# Exhibit 1

Ex. 1

50 USC 401 note.

**SEC. 712. CONGRESSIONAL INTELLIGENCE COMMITTEES DEFINED.**

In this title, the term "congressional intelligence committees" means the following:

(1) The Select Committee on Intelligence of the Senate.

(2) The Permanent Select Committee on Intelligence of the House of Representatives.

Foreign Narcotics Kingpin Designation Act.

# TITLE VIII—INTERNATIONAL NARCOTICS TRAFFICKING

21 USC 1901 note.

**SEC. 801. SHORT TITLE.**

This title may be cited as the "Foreign Narcotics Kingpin Designation Act".

21 USC 1901.

**SEC. 802. FINDINGS AND POLICY.**

(a) FINDINGS.—Congress makes the following findings:

(1) Presidential Decision Directive 42, issued on October 21, 1995, ordered agencies of the executive branch of the United States Government to, inter alia, increase the priority and resources devoted to the direct and immediate threat international crime presents to national security, work more closely with other governments to develop a global response to this threat, and use aggressively and creatively all legal means available to combat international crime.

(2) Executive Order No. 12978 of October 21, 1995, provides for the use of the authorities in the International Emergency Economic Powers Act (IEEPA) (50 U.S.C. 1701 et seq.) to target and apply sanctions to four international narcotics traffickers and their organizations that operate from Colombia.

(3) IEEPA was successfully applied to international narcotics traffickers in Colombia and based on that successful case study, Congress believes similar authorities should be applied worldwide.

(4) There is a national emergency resulting from the activities of international narcotics traffickers and their organizations that threatens the national security, foreign policy, and economy of the United States.

(b) POLICY.—It shall be the policy of the United States to apply economic and other financial sanctions to significant foreign narcotics traffickers and their organizations worldwide to protect the national security, foreign policy, and economy of the United States from the threat described in subsection (a)(4).

21 USC 1902.

**SEC. 803. PURPOSE.**

The purpose of this title is to provide authority for the identification of, and application of sanctions on a worldwide basis to, significant foreign narcotics traffickers, their organizations, and the foreign persons who provide support to those significant foreign narcotics traffickers and their organizations, whose activities threaten the national security, foreign policy, and economy of the United States.

President.
21 USC 1903.

**SEC. 804. PUBLIC IDENTIFICATION OF SIGNIFICANT FOREIGN NARCOTICS TRAFFICKERS AND REQUIRED REPORTS.**

(a) PROVISION OF INFORMATION TO THE PRESIDENT.—The Secretary of the Treasury, the Attorney General, the Secretary

*1*

PUBLIC LAW 106–120—DEC. 3, 1999          113 STAT. 1627

of Defense, the Secretary of State, and the Director of Central Intelligence shall consult among themselves and provide the appropriate and necessary information to enable the President to submit the report under subsection (b). This information shall also be provided to the Director of the Office of National Drug Control Policy.

(b) PUBLIC IDENTIFICATION AND SANCTIONING OF SIGNIFICANT FOREIGN NARCOTICS TRAFFICKERS.—Not later than June 1, 2000, and not later than June 1 of each year thereafter, the President shall submit a report to the Permanent Select Committee on Intelligence, and the Committees on the Judiciary, International Relations, Armed Services, and Ways and Means of the House of Representatives; and to the Select Committee on Intelligence, and the Committees on the Judiciary, Foreign Relations, Armed Services, and Finance of the Senate—

*Deadline.*

    (1) identifying publicly the foreign persons that the President determines are appropriate for sanctions pursuant to this title; and
    (2) detailing publicly the President's intent to impose sanctions upon these significant foreign narcotics traffickers pursuant to this title.

The report required in this subsection shall not include information on persons upon which United States sanctions imposed under this title, or otherwise on account of narcotics trafficking, are already in effect.

(c) UNCLASSIFIED REPORT REQUIRED.—The report required by subsection (b) shall be submitted in unclassified form and made available to the public.

*Public information.*

(d) CLASSIFIED REPORT.—(1) Not later than July 1, 2000, and not later than July 1 of each year thereafter, the President shall provide the Permanent Select Committee on Intelligence of the House of Representatives and the Select Committee on Intelligence of the Senate with a report in classified form describing in detail the status of the sanctions imposed under this title, including the personnel and resources directed towards the imposition of such sanctions during the preceding fiscal year, and providing background information with respect to newly-identified significant foreign narcotics traffickers and their activities.

*Deadline.*

(2) Such classified report shall describe actions the President intends to undertake or has undertaken with respect to such significant foreign narcotics traffickers.

(3) The report required under this subsection is in addition to the President's obligations to keep the intelligence committees of Congress fully and currently informed pursuant to the provisions of the National Security Act of 1947.

(e) EXCLUSION OF CERTAIN INFORMATION.—

    (1) INTELLIGENCE.—Notwithstanding any other provision of this section, the reports described in subsections (b) and (d) shall not disclose the identity of any person, if the Director of Central Intelligence determines that such disclosure could compromise an intelligence operation, activity, source, or method of the United States.
    (2) LAW ENFORCEMENT.—Notwithstanding any other provision of this section, the reports described in subsections (b) and (d) shall not disclose the name of any person if the Attorney General, in coordination as appropriate with the Director of the Federal Bureau of Investigation, the Administrator of the

2

FNK-5826 0027

113 STAT. 1628        PUBLIC LAW 106–120—DEC. 3, 1999

Drug Enforcement Administration, and the Secretary of the Treasury, determines that such disclosure could reasonably be expected to—

(A) compromise the identity of a confidential source, including a State, local, or foreign agency or authority or any private institution that furnished information on a confidential basis;

(B) jeopardize the integrity or success of an ongoing criminal investigation or prosecution;

(C) endanger the life or physical safety of any person; or

(D) cause substantial harm to physical property.

(f) NOTIFICATION REQUIRED.—(1) Whenever either the Director of Central Intelligence or the Attorney General makes a determination under subsection (e), the Director of Central Intelligence or the Attorney General shall notify the Permanent Select Committee on Intelligence of the House of Representatives and the Select Committee on Intelligence of the Senate, and explain the reasons for such determination.

**Deadline.**
(2) The notification required under this subsection shall be submitted to the Permanent Select Committee on Intelligence of the House of Representatives and the Select Committee on Intelligence of the Senate not later than July 1, 2000, and on an annual basis thereafter.

(g) DETERMINATIONS NOT TO APPLY SANCTIONS.—(1) The President may waive the application to a significant foreign narcotics trafficker of any sanction authorized by this title if the President determines that the application of sanctions under this title would significantly harm the national security of the United States.

**Notification.**
**Deadline.**
(2) When the President determines not to apply sanctions that are authorized by this title to any significant foreign narcotics trafficker, the President shall notify the Permanent Select Committee on Intelligence, and the Committees on the Judiciary, International Relations, Armed Services, and Ways and Means of the House of Representatives, and the Select Committee on Intelligence, and the Committees on the Judiciary, Foreign Relations, Armed Services, and Finance of the Senate not later than 21 days after making such determination.

(h) CHANGES IN DETERMINATIONS TO IMPOSE SANCTIONS.—

**Public information.**
(1) ADDITIONAL DETERMINATIONS.—(A) If at any time after the report required under subsection (b) the President finds that a foreign person is a significant foreign narcotics trafficker and such foreign person has not been publicly identified in a report required under subsection (b), the President shall submit an additional public report containing the information described in subsection (b) with respect to such foreign person to the Permanent Select Committee on Intelligence, and the Committees on the Judiciary, International Relations, Armed Services, and Ways and Means of the House of Representatives, and the Select Committee on Intelligence, and the Committees on the Judiciary, Foreign Relations, Armed Services, and Finance of the Senate.

(B) The President may apply sanctions authorized under this title to the significant foreign narcotics trafficker identified in the report submitted under subparagraph (A) as if the trafficker were originally included in the report submitted pursuant to subsection (b) of this section.

PUBLIC LAW 106–120—DEC. 3, 1999     113 STAT. 1629

(C) The President shall notify the Secretary of the Treasury of any determination made under this paragraph.     Notification.

(2) REVOCATION OF DETERMINATION.—(A) Whenever the President finds that a foreign person that has been publicly identified as a significant foreign narcotics trafficker in the report required under subsection (b) or this subsection no longer engages in those activities for which sanctions under this title may be applied, the President shall issue public notice of such a finding.     Notice.

(B) Not later than the date of the public notice issued pursuant to subparagraph (A), the President shall notify, in writing and in classified or unclassified form, the Permanent Select Committee on Intelligence, and the Committees on the Judiciary, International Relations, Armed Services, and Ways and Means of the House of Representatives, and the Select Committee on Intelligence, and the Committees on the Judiciary, Foreign Relations, Armed Services, and Finance of the Senate of actions taken under this paragraph and a description of the basis for such actions.     Deadline.
Notification.

## SEC. 805. BLOCKING ASSETS AND PROHIBITING TRANSACTIONS.     21 USC 1904.

(a) APPLICABILITY OF SANCTIONS.—A significant foreign narcotics trafficker publicly identified in the report required under subsection (b) or (h)(1) of section 804 and foreign persons designated by the Secretary of the Treasury pursuant to subsection (b) of this section shall be subject to any and all sanctions as authorized by this title. The application of sanctions on any foreign person pursuant to subsection (b) or (h)(1) of section 804 or subsection (b) of this section shall remain in effect until revoked pursuant to section 804(h)(2) or subsection (e)(1)(A) of this section or waived pursuant to section 804(g)(1).

(b) BLOCKING OF ASSETS.—Except to the extent provided in regulations, orders, instructions, licenses, or directives issued pursuant to this title, and notwithstanding any contract entered into or any license or permit granted prior to the date on which the President submits the report required under subsection (b) or (h)(1) of section 804, there are blocked as of such date, and any date thereafter, all such property and interests in property within the United States, or within the possession or control of any United States person, which are owned or controlled by—

(1) any significant foreign narcotics trafficker publicly identified by the President in the report required under subsection (b) or (h)(1) of section 804;

(2) any foreign person that the Secretary of the Treasury, in consultation with the Attorney General, the Director of Central Intelligence, the Director of the Federal Bureau of Investigation, the Administrator of the Drug Enforcement Administration, the Secretary of Defense, and the Secretary of State, designates as materially assisting in, or providing financial or technological support for or to, or providing goods or services in support of, the international narcotics trafficking activities of a significant foreign narcotics trafficker so identified in the report required under subsection (b) or (h)(1) of section 804, or foreign persons designated by the Secretary of the Treasury pursuant to this subsection;

(3) any foreign person that the Secretary of the Treasury, in consultation with the Attorney General, the Director of Central Intelligence, the Director of the Federal Bureau of Investigation, the Administrator of the Drug Enforcement Administration, the Secretary of Defense, and the Secretary of State, designates as owned, controlled, or directed by, or acting for or on behalf of, a significant foreign narcotics trafficker so identified in the report required under subsection (b) or (h)(1) of section 804, or foreign persons designated by the Secretary of the Treasury pursuant to this subsection; and

(4) any foreign person that the Secretary of the Treasury, in consultation with the Attorney General, the Director of Central Intelligence, the Director of the Federal Bureau of Investigation, the Administrator of the Drug Enforcement Administration, the Secretary of Defense, and the Secretary of State, designates as playing a significant role in international narcotics trafficking.

(c) PROHIBITED TRANSACTIONS.—Except to the extent provided in regulations, orders, instructions, licenses, or directives issued pursuant to this title, and notwithstanding any contract entered into or any license or permit granted prior to the date on which the President submits the report required under subsection (b) or (h)(1) of section 804, the following transactions are prohibited:

(1) Any transaction or dealing by a United States person, or within the United States, in property or interests in property of any significant foreign narcotics trafficker so identified in the report required pursuant to subsection (b) or (h)(1) of section 804, and foreign persons designated by the Secretary of the Treasury pursuant to subsection (b) of this section.

(2) Any transaction or dealing by a United States person, or within the United States, that evades or avoids, or has the effect of evading or avoiding, and any endeavor, attempt, or conspiracy to violate, any of the prohibitions contained in this title.

(d) LAW ENFORCEMENT AND INTELLIGENCE ACTIVITIES NOT AFFECTED.—Nothing in this title prohibits or otherwise limits the authorized law enforcement or intelligence activities of the United States, or the law enforcement activities of any State or subdivision thereof.

(e) IMPLEMENTATION.—(1) The Secretary of the Treasury, in consultation with the Attorney General, the Director of Central Intelligence, the Director of the Federal Bureau of Investigation, the Administrator of the Drug Enforcement Administration, the Secretary of Defense, and the Secretary of State, is authorized to take such actions as may be necessary to carry out this title, including—

(A) making those designations authorized by paragraphs (2), (3), and (4) of subsection (b) of this section and revocation thereof;

(B) promulgating rules and regulations permitted under this title; and

(C) employing all powers conferred on the Secretary of the Treasury under this title.

(2) Each agency of the United States shall take all appropriate measures within its authority to carry out the provisions of this title.

FNK-5826 0030

1:16-cv-01730 0053

PUBLIC LAW 106–120—DEC. 3, 1999        113 STAT. 1631

(3) Section 552(a)(3) of title 5, United States Code, shall not apply to any record or information obtained or created in the implementation of this title.

(f) JUDICIAL REVIEW.—The determinations, identifications, findings, and designations made pursuant to section 804 and subsection (b) of this section shall not be subject to judicial review.

**SEC. 806. AUTHORITIES.**                                        21 USC 1905.

(a) IN GENERAL.—To carry out the purposes of this title, the Secretary of the Treasury may, under such regulations as he may prescribe, by means of instructions, licenses, or otherwise—

(1) investigate, regulate, or prohibit—

(A) any transactions in foreign exchange, currency, or securities; and

(B) transfers of credit or payments between, by, through, or to any banking institution, to the extent that such transfers or payments involve any interests of any foreign country or a national thereof; and

(2) investigate, block during the pendency of an investigation, regulate, direct and compel, nullify, void, prevent, or prohibit any acquisition, holding, withholding, use, transfer, withdrawal, transportation, placement into foreign or domestic commerce of, or dealing in, or exercising any right, power, or privilege with respect to, or transactions involving, any property in which any foreign country or a national thereof has any interest,

by any person, or with respect to any property, subject to the jurisdiction of the United States.

(b) RECORDKEEPING.—Pursuant to subsection (a), the Secretary of the Treasury may require recordkeeping, reporting, and production of documents to carry out the purposes of this title.

(c) DEFENSES.—

(1) Full and actual compliance with any regulation, order, license, instruction, or direction issued under this title shall be a defense in any proceeding alleging a violation of any of the provisions of this title.

(2) No person shall be held liable in any court for or with respect to anything done or omitted in good faith in connection with the administration of, or pursuant to, and in reliance on this title, or any regulation, instruction, or direction issued under this title.

(d) RULEMAKING.—The Secretary of the Treasury may issue such other regulations or orders, including regulations prescribing recordkeeping, reporting, and production of documents, definitions, licenses, instructions, or directions, as may be necessary for the exercise of the authorities granted by this title.

**SEC. 807. ENFORCEMENT.**                                        21 USC 1906.

(a) CRIMINAL PENALTIES.—(1) Whoever willfully violates the provisions of this title, or any license rule, or regulation issued pursuant to this title, or willfully neglects or refuses to comply with any order of the President issued under this title shall be—

(A) imprisoned for not more than 10 years,

(B) fined in the amount provided in title 18, United States Code, or, in the case of an entity, fined not more than $10,000,000,

or both.

FNK-5826 0031 6

113 STAT. 1632        PUBLIC LAW 106–120—DEC. 3, 1999

(2) Any officer, director, or agent of any entity who knowingly participates in a violation of the provisions of this title shall be imprisoned for not more than 30 years, fined not more than $5,000,000, or both.

(b) CIVIL PENALTIES.—A civil penalty not to exceed $1,000,000 may be imposed by the Secretary of the Treasury on any person who violates any license, order, rule, or regulation issued in compliance with the provisions of this title.

(c) JUDICIAL REVIEW OF CIVIL PENALTY.—Any penalty imposed under subsection (b) shall be subject to judicial review only to the extent provided in section 702 of title 5, United States Code.

21 USC 1907.        **SEC. 808. DEFINITIONS.**

As used in this title:

(1) ENTITY.—The term "entity" means a partnership, joint venture, association, corporation, organization, network, group, or subgroup, or any form of business collaboration.

(2) FOREIGN PERSON.—The term "foreign person" means any citizen or national of a foreign state or any entity not organized under the laws of the United States, but does not include a foreign state.

(3) NARCOTICS TRAFFICKING.—The term "narcotics trafficking" means any illicit activity to cultivate, produce, manufacture, distribute, sell, finance, or transport narcotic drugs, controlled substances, or listed chemicals, or otherwise endeavor or attempt to do so, or to assist, abet, conspire, or collude with others to do so.

(4) NARCOTIC DRUG; CONTROLLED SUBSTANCE; LISTED CHEMICAL.—The terms "narcotic drug", "controlled substance", and "listed chemical" have the meanings given those terms in section 102 of the Controlled Substances Act (21 U.S.C. 802).

(5) PERSON.—The term "person" means an individual or entity.

(6) UNITED STATES PERSON.—The term "United States person" means any United States citizen or national, permanent resident alien, an entity organized under the laws of the United States (including its foreign branches), or any person within the United States.

(7) SIGNIFICANT FOREIGN NARCOTICS TRAFFICKER.—The term "significant foreign narcotics trafficker" means any foreign person that plays a significant role in international narcotics trafficking, that the President has determined to be appropriate for sanctions pursuant to this title, and that the President has publicly identified in the report required under subsection (b) or (h)(1) of section 804.

**SEC. 809. EXCLUSION OF PERSONS WHO HAVE BENEFITED FROM ILLICIT ACTIVITIES OF DRUG TRAFFICKERS.**

Section 212(a)(2)(C) of the Immigration and Nationality Act (8 U.S.C. 1182(a)(2)(C)) is amended to read as follows:

"(C) CONTROLLED SUBSTANCE TRAFFICKERS.—Any alien who the consular officer or the Attorney General knows or has reason to believe—

"(i) is or has been an illicit trafficker in any controlled substance or in any listed chemical (as defined in section 102 of the Controlled Substances Act (21 U.S.C. 802)), or is or has been a knowing aider, abettor, assister, conspirator, or colluder with others in the

FNK-5826 0032

7

PUBLIC LAW 106–120—DEC. 3, 1999          113 STAT. 1633

illict trafficking in any such controlled or listed sub-
stance or chemical, or endeavored to do so; or
"(ii) is the spouse, son, or daughter of an alien
inadmissible under clause (i), has, within the previous
5 years, obtained any financial or other benefit from
the illicit activity of that alien, and knew or reasonably
should have known that the financial or other benefit
was the product of such illicit activity,
is inadmissible.".

SEC. 810. JUDICIAL REVIEW COMMISSION ON FOREIGN ASSET CON-      21 USC 1908.
TROL.

(a) ESTABLISHMENT.—There is established a commission to be
known as the "Judicial Review Commission on Foreign Asset Con-
trol" (in this section referred to as the "Commission").

(b) MEMBERSHIP AND PROCEDURAL MATTERS.—(1) The Commis-
sion shall be composed of five members, as follows:

(A) One member shall be appointed by the Chairman of
the Select Committee on Intelligence of the Senate.

(B) One member shall be appointed by the Vice Chairman
of the Select Committee on Intelligence of the Senate.

(C) One member shall be appointed by the Chairman of
the Permanent Select Committee on Intelligence of the House
of Representatives.

(D) One member shall be appointed by the Ranking
Minority Member of the Permanent Select Committee on Intel-
ligence of the House of Representatives.

(E) One member shall be appointed jointly by the members
appointed under subparagraphs (A) through (D).

(2) Each member of the Commission shall, for purposes of
the activities of the Commission under this section, possess or
obtain an appropriate security clearance in accordance with
applicable laws and regulations regarding the handling of classified
information.

(3) The members of the Commission shall choose the chairman
of the Commission from among the members of the Commission.

(4) The members of the Commission shall establish rules
governing the procedures and proceedings of the Commission.

(c) DUTIES.—The Commission shall have as its duties the
following:

(1) To conduct a review of the current judicial, regulatory,
and administrative authorities relating to the blocking of assets
of foreign persons by the United States Government.

(2) To conduct a detailed examination and evaluation of
the remedies available to United States persons affected by
the blocking of assets of foreign persons by the United States
Government.

(d) POWERS.—(1) The Commission may hold such hearings,
sit and act at such times and places, take such testimony, and
receive such evidence as the Commission considers advisable to
carry out the purposes of this section.

(2) The Commission may secure directly from any executive
department, agency, bureau, board, commission, office, independent
establishment, or instrumentality of the Government information,
suggestions, estimates, and statistics for the purposes of this sec-
tion. Each such department, agency, bureau, board, commission,

1:16-cv-01730 0056

office, establishment, or instrumentality shall, to the extent authorized by law, furnish such information, suggestions, estimates, and statistics directly to the Commission, upon request of the chairman of the Commission. The Commission shall handle and protect all classified information provided to it under this section in accordance with applicable statutes and regulations.

(3) The Attorney General and the Secretary of the Treasury shall provide to the Commission, on a nonreimbursable basis, such administrative services, funds, facilities, and other support services as are necessary for the performance of the Commission's duties under this section.

(4) The Commission shall receive the full and timely cooperation of any official, department, or agency of the United States Government whose assistance is necessary for the fulfillment of the duties of the Commission under this section, including the provision of full and current briefings and analyses.

(5) No department or agency of the Government may withhold information from the Commission on the grounds that providing the information to the Commission would constitute the unauthorized disclosure of classified information or information relating to intelligence sources or methods.

(6) The Commission may use the United States mails in the same manner and under the same conditions as the departments and agencies of the United States.

(e) STAFF.—(1) Subject to paragraph (2), the chairman of the Commission, in accordance with rules agreed upon by the Commission, shall appoint and fix the compensation of a staff director and such other personnel as may be necessary to enable the Commission to carry out its duties, without regard to the provisions of title 5, United States Code, governing appointments in the competitive service, and without regard to the provisions of chapter 51 and subchapter III or chapter 53 of such title relating to classification and General Schedule pay rates, except that no rate of pay fixed under this subsection may exceed the equivalent of that payable to a person occupying a position at level V of the Executive Schedule under section 5316 of such title.

(2)(A) Any employee of a department or agency referred to in subparagraph (B) may be detailed to the Commission without reimbursement from the Commission, and such detailee shall retain the rights, status, and privileges of his or her regular employment without interruption.

(B) The departments and agencies referred to in this subparagraph are as follows:

      (i) The Department of Justice.
      (ii) The Department of the Treasury.
      (iii) The Central Intelligence Agency.

(3) All staff of the Commission shall possess a security clearance in accordance with applicable laws and regulations concerning the handling of classified information.

(f) COMPENSATION AND TRAVEL EXPENSES.—(1)(A) Except as provided in subparagraph (B), each member of the Commission may be compensated at not to exceed the daily equivalent of the annual rate of basic pay in effect for a position at level IV of the Executive Schedule under section 5315 of title 5, United States Code, for each day during which that member is engaged in the actual performance of the duties of the Commission under this section.

9
FNK-5826 0034

PUBLIC LAW 106–120—DEC. 3, 1999     113 STAT. 1635

(B) Members of the Commission who are officers or employees of the United States shall receive no additional pay by reason of their service on the Commission.

(2) While away from their homes or regular places of business in the performance of services for the Commission, members of the Commission may be allowed travel expenses, including per diem in lieu of subsistence, in the same manner as persons employed intermittently in the Government service are allowed expenses under section 5703(b) of title 5, United States Code.

(g) REPORT.—(1) Not later than 1 year after the date of the enactment of this Act, the Commissions shall submit to the committees of Congress referred to in paragraph (4) a report on the activities of the Commission under this section, including the findings, conclusions, and recommendations, if any, of the Commission as a result of the review under subsection (c)(1) and the examination and evaluation under subsection (c)(2). [Deadline.]

(2) The report under paragraph (1) shall include any additional or dissenting views of a member of the Commission upon the request of the member.

(3) The report under paragraph (1) shall be submitted in unclassified form, but may include a classified annex.

(4) The committees of Congress referred to in this paragraph are the following:

(A) The Select Committee on Intelligence and the Committees on Foreign Relations and the Judiciary of the Senate.

(B) The Permanent Select Committee on Intelligence and the Committees on International Relations and the Judiciary of the House of Representatives.

(h) TERMINATION.—The Commission shall terminate at the end of the 60-day period beginning on the date on which the report required by subsection (g) is submitted to the committees of Congress referred to in that subsection.

(i) INAPPLICABILITY OF CERTAIN ADMINISTRATIVE PROVISIONS.— (1) The provisions of the Federal Advisory Committee Act (5 U.S.C. App.) shall not apply to the activities of the Commission under this section.

(2) The provisions of section 552 of title 5, United States Code (commonly referred to as the Freedom of Information Act), shall not apply to the activities, records, and proceedings of the Commission under this title.

(j) FUNDING.—The Attorney General shall, from amounts authorized to be appropriated to the Attorney General by this Act, make available to the Commission $1,000,000 for purposes of the activities of the Commission under this section. Amounts made available to the Commission under the preceding sentence shall remain available until expended.

113 STAT. 1636        PUBLIC LAW 106–120—DEC. 3, 1999

21 USC 1901
note.

**SEC. 811. EFFECTIVE DATE.**

This title shall take effect on the date of the enactment of this Act.

Approved December 3, 1999.

---

LEGISLATIVE HISTORY—H.R. 1555 (S. 1009):
HOUSE REPORTS: Nos. 106–130, Pt. 1 (Select Comm. on Intelligence) and 106–
457 (Comm. of Conference).
SENATE REPORTS: No. 106–48 accompanying S. 1009 (Select Comm. on Intel-
ligence).
CONGRESSIONAL RECORD, Vol. 145 (1999):
May 13, considered and passed House.
July 20, 21, considered and passed Senate, amended.
Nov. 9, House agreed to conference report.
Nov. 19, Senate agreed to conference report.
WEEKLY COMPILATION OF PRESIDENTIAL DOCUMENTS, Vol. 35 (1999):
Dec. 3, Presidential statement.

○

FNK-5826 0036

# Exhibit 2



The Office of National Drug Control Policy estimates that Americans spend approximately $65 billion per year on illegal drugs. With only approximately $1 billion seized per year, domestically, by all Federal agencies combined, no one can claim to have discovered the "holy grail" of drug financial investigations. DEA's revenue denied program comprises a global accounting of DEA's efforts to bankrupt DTOs, especially those with international DTOs that target our communities with their poison. DEA is an agency with global reach, with 86 offices in 62 countries. DEA's financial enforcement strategy is "mission driven" in that we are focused on the flow of money back to the international sources of supply, since this is the very money that is destined to finance the next cycle of illegal drugs that will target our consumer market here in the United States. This is also the money that allows the international DTO's to continue to operate. It is important to us at DEA to carry the fight to the doorstep of those DTOs that spread their poison in the United States and drain billions of dollars each year from our economy.



**$207 million was seized in Mexico City -
the largest drug cash seizure ever.**

There is little doubt that the sole reason people sell drugs is for the money. Money serves as both the motivating force and the lifeblood of DTOs. Therefore, attacking the financial infrastructure of DTOs has to play a key role in any viable drug enforcement strategy. DEA's objective with financial investigations is to identify and halt the use of drug proceeds that finance the continued operations of DTOs.

### Financial Investigations Strategy

Since the major DTOs involved in methamphetamine production are also involved in the smuggling of marijuana, heroin, and cocaine, it is virtually impossible to differentiate the source of the drug money by the type of drug. In the case of methamphetamine, payments to

FNK-5826 0037

sources of supply are almost exclusively in the form of currency. Thus, financial investigations relating to the movement of funds to Mexico are not classified or segregated by any particular type of drug. However, illicit drug proceeds can be categorized based on how they are used by the DTOs. Drug proceeds are used to pay sources of supply, to support the infrastructure of the organization, and to acquire personal assets. The "cash on hand" left over can be considered as either part of the organization's working capital or personal wealth.

To significantly reduce the supply of illegal drugs, DEA must focus our efforts on the drug proceeds used to pay the sources of drug supply. Denying the sources of supply revenue from the distribution of drugs will hamper their capability to acquire or produce additional drugs and support their organizations. The higher in the drug distribution chain we can deny the revenue flow, the greater effect this denial will have on the entire distribution network.

Payments to sources of drug supply flow almost exclusively in the form of currency. This currency is handled and transported covertly, just like the drugs that generated it. Thus, the investigation of this component of drug proceeds is a "contraband" investigation, as opposed to an "asset tracing" investigation, which are more traditional money laundering investigations that other agencies are better equipped and more experienced in dealing with than the DEA. DEA, on the other hand, is the best equipped and trained agency to carry out "contraband" investigations. DEA, on the other hand, is well-equipped and trained to carry out "contraband" investigations. Accordingly, DEA "financial investigations" focus on identifying and interdicting those drug proceeds flowing back to the source of drug supply.



**More than $10 million in drug proceeds seized throughout "Operation Plata Sucia"**

In this type of money flow investigation, the financial transactions are also overt acts in the drug conspiracy and, oftentimes, provide the best evidence in linking local drug organizations to their sources of drug supply. Since drug money flows toward the "command and control" of the DTO, as opposed to away from "command and control" like drugs, a money flow investigation enables an investigator to work his/her way up the distribution chain, which is the primary objective of all drug investigations. To ensure maximum effectiveness, DEA money flow investigations are designed to be compatible with, not competitive with, the long-term asset-tracing type investigations that have traditionally been the norm. In fact, whenever DEA is involved in a long-term, asset-tracing type investigation, there is always an agency such as the Internal Revenue Service (IRS) involved as well.

A 2005 DEA study determined that during 2003 and 2004 there were excess U.S. dollars present in Mexico that could not be accounted for from legitimate sources totaling at least $9.2 billion and $10.2 billion, respectively. It is estimated that the four major drugs that are smuggled into the United States from Mexico ( i.e. methamphetamine, heroin, cocaine, and marijuana,) generate as much as $22 billion per year for the sources of supply.

DEA has identified the following as the major money laundering threats relating to movement of drug proceeds to Mexico:

- Bulk currency smuggling to include the transportation organizations that service the Mexican DTOs.
- Mexican currency exchange houses, referred to as Casas de Cambio and Centros Cambiario.
- The remission of drug proceeds through U.S. based money remitters.

FNK-5826 0038

To address these threats, DEA has formulated a strategy that encompasses intelligence-based enforcement, as well as domestic and international collaborative efforts to target the movement of bulk currency and ultimately attack the command and control targets in the United States and Mexico. By working closely with our Federal, state, and local law enforcement counterparts in the United States and our counterparts in Mexico, we exploit the intelligence from bulk currency interdictions to identify, target, and ultimately, prosecute the command and control targets on either side of the border.



DEA also works closely with the Treasury Department, Financial Crimes Enforcement Network (FinCEN) and the Office of Foreign Assets Control (OFAC) to identify opportunities to apply regulatory sanctions and freezing orders against these Mexican DTOs. Through enforcement operations, analytical analysis of the Bank Secrecy Act, and other financial records, we identify the movement of drug funds. We also target rogue remitter agencies and agents who are complicit in the movement of drug money to Mexico, through criminal enforcement and asset forfeiture.

To carry out our strategy, DEA, through the Office of Financial Operations, has instituted a number of national initiatives, that target bulk currency smuggling and the remission of drug money through U.S. wire remitters.

**Drug dealers tried to conceal their dirty money in this tire.**

In October 2004, DEA instituted the Bulk Currency Initiative. The Bulk Currency Initiative is an information sharing vehicle by which our state and local counterparts can share the information they obtain from making a currency seizure, whether it be along the nation's highways or in operation at an airport. Information obtained by DEA in this manner many times can be tied to other investigations throughout the world. The currency seizure itself then becomes an overt act in the drug conspiracy investigation and often helps to identify other co-conspirators within a DTO that were previously unknown. This initiative resulted in an increase in DEA's currency seizures for FY 2005 of over $80 million, from $259 million to $339.6 million, an increase of 31 percent. This initiative continues, and DEA hopes to see similar results for this fiscal year.

To coordinate multi-jurisdictional bulk currency investigations, DEA's Special Operations Division (SOD) instituted the Money Trail Initiative. In the first year and a half, the Money Trail Initiative was responsible for the dismantlement of six national organizations involved in the transportation of bulk currency drug proceeds from various points in the United States to Mexico. As of July 2006, this initiative has resulted in the arrest of 418 defendants and the seizure of $65.4 million in United States currency, $14.5 million in assets, 59.6 metric tons of marijuana, 9.7 metric tons of cocaine, 126.7 kilograms of methamphetamine, 9 kilograms of heroin, 249 vehicles, and 77 weapons. One of these SOD investigations, Operation Choque, resulted in the identification and arrest of Mexican CPOTs Oscar, Miguel, and Luis Arriola-Marquez, and the dismantlement of their organization, which, based on ledgers seized by Mexican authorities, was responsible for the smuggling of at least 14,000 kilos of cocaine into the United States and the smuggling of $240 million out of the United States. Based on information supplied by DEA, Mexican authorities have seized over $18 million of the Arriola-Marquez Organization's assets.

### Domestic efforts

DEA has 24 Financial Investigation Teams (FITs). These teams are located in each of its 21 domestic field divisions, as well as in our Bogotá and Bangkok Country Offices. Each domestic field division has one FIT located in the same city as its division office, with the exception of

FNK-5826 0039

the Miami Field Division, whose FIT is located in Ft. Lauderdale, Florida, and the Chicago Field Division, which has two FITs based in Chicago.

The FITs are tasked with carrying out DEA's national financial initiatives, providing guidance to other DEA personnel in financial investigations, conducting the more sophisticated financial investigations, and serving as DEA's local point of contact with the financial community. Administrator Tandy has mandated that all DEA investigations include a financial investigation. The FITs are not expected to conduct all DEA financial investigations. However, they do provide guidance, when needed, to other DEA investigators on their financial investigations.



**In 2005, DEA seized $7 million in Operation Cali Exchange.**

DEA has assigned 159 Special Agents, 8 Intelligence Research Analysts, and 3 DIs to the FIT Teams, which averages 7 Special Agents per FIT. With the exception of the Washington D.C. and San Francisco Field Divisions, each FIT is multi-agency, with participation requested and encouraged from Federal, state and local agencies. Current participation by outside agencies is as follows:

- IRS-Criminal Investigation: 12 full time and 4 part time Special Agents
- ICE: 4 full time and 2 part time Special Agents
- FBI: 1 full time Special Agent
- U.S. Postal Inspection Service: 2 part time Postal Inspectors
- National Guard: 3 full time Analyst
- Financial Investigative Contractors: 24 full time and 5 part time
- State & local Police Officers: 63 full time and 5 part time

The Special Agents, Postal Inspectors and Police Officers from these outside agencies conduct drug-related financial investigations jointly with their DEA counterparts. This team effort brings the specialized expertise and jurisdictions of their parent agencies to the table, where all participants have the same access to the DEA databases as their DEA counterparts.

In addition to the FITs, DEA has a number of Special Agent personnel assigned to liaison positions within the Intelligence Community, Department of Defense and the Executive Office of the President (ONDCP) who enhance our ability to conduct financial investigations. These Special Agents have sign-on authority to the databases maintained by these agencies that they need to perform their liaison duties. In addition, DEA has a limited number of Special Agents assigned to other law enforcement agencies. These agents have direct sign-on authority to the databases of the agencies to which they are assigned. One example of this is the ICE-led El Dorado Task Force in New York, where DEA has a full enforcement group assigned.

### International Challenges

Within the United States, regulators and law enforcement have a fairly accurate overview of financial transactions. Particularly after the additional tools provided by the USA PATRIOT Act came into force, law enforcement generally has access to the information it needs to identify and thwart significant money laundering efforts within the United States. However, this same transparency is not present in many other countries, including Mexico. Accordingly, DEA

FNK-5826 0040

DEA / Money Laundering

believes that most drug proceeds are now smuggled out of the United States to Mexico in bulk, rather than inserted into the financial system within the United States.

Because of the lack of transparency of their financial system, the Mexican financial services industry continues to be a facilitator for drug money movement. Although it is a sophisticated financial sector, obtaining financial information from the Mexican financial services industry remains difficult.

However, based on intelligence information from various DEA, ICE, and other United States law enforcement operations, we do know that once bulk currency is delivered to its intended recipients in Mexico, it can take a number of paths. Most commonly, bulk currency is deposited into the Mexican banking system through casas de cambio, centros cambiarios and banks, and then repatriated to the U.S. banking system through correspondent banking and bank note sales to United States institutions. While some of the bulk cash can be used to purchase precursors and equipment for methamphetamine manufacture, it also can be infused into the financial system through Mexican front companies or used to purchase real estate, businesses and other luxury assets in Mexico. In some instances, the bulk cash is converted to larger denominated United States dollars at casas de cambio or centros cambiarios for further smuggling to Colombia or for further smuggling to Panama for delivery to the Panama Free Trade Zone to purchase commodities on behalf of Colombian businesses. The combination of widespread corruption within Mexico, coupled with insufficient regulatory and criminal enforcement, makes disguising and moving drug proceeds in Mexico a relatively safe and simple task.

As part of our strategy to employ regulatory measures against money laundering systems that facilitate drug money laundering, DEA works closely with the FinCEN and other law enforcement agencies. DEA provided information to support the issuance of FinCEN's April 2006 Advisory to all United States financial institutions on the smuggling of bulk cash and the role of Mexican casas de cambio in the repatriation of those drug dollars into the United States banking system. DEA enjoys a very close working relationship with the OFAC. Much of the information used by OFAC to support its designations under the Kingpin and Specially Designated Narcotics Trafficker authorities is provided by DEA.

FNK-5826 0041

Redacted in Full Exhibits : 3-4, 6, 8, 10-13, 18, 25, 30-32
Non-Responsive Exhibits: 5, 7, 9, 14-17, 19-24, 26-29

FNK-5826 0042



Registro Público de Panamá

# Exhibit 33

### (MERCANTIL) FOLIO Nº 458900 (S) - INSCRIPCIÓN
### ASIENTO Nº 1

### MIGRACIÓN A FOLIO REAL ELECTRÓNICO

**DATOS DE LA SOCIEDAD**
GRUPO WISA, S.A. (SOCIEDAD ANONIMA) UBICADA EN PROVINCIA PANAMÁ
DURACIÓN PERPETUA
DESCRIPCIÓN DEL CAPITAL EL CAPITAL AUTORIZADO SERA DE QUINIENTAS (500) ACCIONES COMUNES SIN
VALOR NOMINAL. LAS ACCIONES SERAN EMITIDAS UNICAMENTE EN FORMA NOMINATIVA.

REPRESENTANTE: EL PRESIDENTE EN AUSENCIA PODRA EJERCER EL SECRETARIO Y EN DEFECTO CUALQUIER OTRO
DIGNATARIO INDISTINTAMENTE.

PRESIDENTE: ABDUL MOHAMED WAKED FARES

SECRETARIO: MOHAMED ABDO WAKED DARWICH

SUSCRIPTOR: LUCIA TOUZARD ROMO

SUSCRIPTOR: JOHNNIE GUERRA

DIRECTOR: ABDUL MOHAMED WAKED FARES

DIRECTOR: LUCIA TOUZARD

DIRECTOR: MOHAMED ABDO WAKED DARWICH

TESORERO: LUCIA TOUZARD

AGENTE RESIDENTE: LUCIA TOUZARD

ESTE ASIENTO REGISTRAL HA SIDO PRACTICADO EN LA ENTRADA 92037270/2014 (0) PRESENTADA EN ESTE
REGISTRO EL DÍA 21/11/2014 A LAS 12:24 PM

**DOCUMENTOS PRESENTADOS**
FORMULARIO DE CERTIFICADO DE FECHA 21/11/2014

LOS DERECHOS DE CALIFICACIÓN Y REGISTRO ASCIENDEN A TREINTA BALBOAS (B/. 30.00)

Identificador Electrónico: CCAF8C75-4C57-408D-9EAE-096311F3BD30
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000
Página: 1 de 1
FNK-5826 0043
1:16-cv-01730 0066
1

| | |
|---|---|
| Folio / Finca / Ficha | (MERCANTIL) Folio Nº 458900 (S) |
| Fecha de Inscripción | 21/07/2004 |
| | |
| Identificación de la Persona | GRUPO WISA, S.A. |
| Tipo de Organización | SOCIEDAD ANONIMA |
| Status | VIGENTE |
| Tipo de Moneda | Acciones sin valor nominal |
| Capital Social | |
| Vigencia | PERPETUA |
| Domicilio | PROVINCIA PANAMÁ |
| Observaciones | |

**Elementos Inactivos**

Derechos/Actos/Otras Operaciones          Fecha de Inscripción     Asiento
Asiento Electrónico Nº 1 (Migración a Folio Electrónico)     24/11/2014          Ver

**Prelación**

| Nº de Entrada / Nº de Asiento | Tipo de entrada | Tipo de Trámite | Estado | |
|---|---|---|---|---|
| 92587/2004 (0) | Registro | PACTO, Derechos de Calificación | | Listo para entrega como Trámite Agotado |
| 109601/2004 (0) | Registro | ACTA, Derechos de Calificación | | Listo para entrega como Trámite Agotado |
| 172135/2004 (0) | Registro | FUSION, Derechos de Calificación | | Entregado como Salida sin Registro |
| 6283/2005 (0) | Registro | FUSION, Derechos de Calificación | | Listo para entrega como Trámite Agotado |
| 158881/2010 (0) | Registro | ACTA, Derechos de Calificación | | Listo para entrega como Trámite Agotado |
| 81481/2012 (0) | Registro | CONSTITUCION DE SOCIEDAD ANONIMA, Derechos de Calificación | | Entregado como Salida sin Registro |
| 192782/2012 (0) | Registro | MODIFICACIONES A LA CONSTITUCION DE LA SOCIEDAD, Derechos de Calificación | | Listo para entrega como Trámite Agotado |

**Miembros Relacionados**

| Cargo | Miembro |
|---|---|
| Presidente | ABDUL MOHAMED WAKED FARES |
| Secretario | MOHAMED ABDO WAKED DARWICH |

FNK-5826 0044

8/14/2015
1:16-cv-01730 0067

**2**

| Suscriptor | LUCIA TOUZARD ROMO |
|---|---|
| Suscriptor | JOHNNIE GUERRA |
| Director | ABDUL MOHAMED WAKED FARES |
| Director | LUCIA TOUZARD |
| Director | MOHAMED ABDO WAKED DARWICH |
| Tesorero | LUCIA TOUZARD |
| Agente Residente | LUCIA TOUZARD |
| REPRESENTANTE | EL PRESIDENTE EN AUSENCIA PODRA EJERCER EL SECRETARIO Y EN DEFECTO CUALQUIER OTRO DIGNATARIO INDISTINTAMENTE. |

Abdul Mohamed Waked Fares: What Do You Need? - The Business Year

# Exhibit 34

Subscribe    home    vip interviews    countries    sectors    events    awards    media & news    shop
Subscribe

SIGN UP   |   LOG IN



**Panama**
2014

### TABLE OF CONTENTS

DIPLOMACY

ECONOMY

Review: Economy
Tailored Solutions

Interview
Leopoldo Benedetti, Former General
Manager, Colón Free Trade Zone
(FTZ)

Focus: Special Zones
Zoned For Growth

B2B: Zone Management
Pitch Your Place

Focus: Canal Expansion
Lock 'N Load

Forum: Why Panama?
The Place To Be

Interview
Abdel Mohamed Waked Fares,
President, Grupo Wisa

FINANCE

ENERGY & MINING

INDUSTRY

TELECOMS & IT

TRANSPORT

REAL ESTATE & CONSTRUCTION

AGRICULTURE

HEALTH & EDUCATION

TOURISM

EXECUTIVE GUIDE

# WHAT DO YOU NEED?

Panama 2014 | ECONOMY | INTERVIEW

     3 minute read

TBY talks to Abdul Mohamed Waked Fares, President of Grupo Wisa, on the rebranding of the company, expanding the group, and the Soho Project.



### BIOGRAPHY

Abdul Mohamed Waked Fares graduated from the University of Lebanon after studying Business Administration. In 1964, he established Waked Internacional, which today is known as Grupo Wisa, in Colón Free Trade Zone. In 1992, he opened up the Duty Free Division which currently has operations in 10 countries with 59 stores in 12 international airports in Mexico and Central and South America. In 1994, Grupo Wisa established local market subsidiaries in a number of Central and South American countries, and in 1995 the group started to open up local retail stores, which now total 66 in numerous countries.

**What was the reason behind the rebranding of the company in 2005?**
In 2005, we changed our name from Waked Internacional to Grupo Wisa in order to give uniformity to the business activities of the company, and to project a solid and reputable brand name. Waked is a common surname in Lebanon and there are many companies under that name; hence, people tended to think that all Waked companies had something to do with us.

**What is the main activity Grupo Wisa engages in at the moment?**
We have a diverse business portfolio, and our main activity is perfumes and fragrances. Newspapers are another one of our main activities; we own the newspapers El Siglo and also La Estrella, the oldest paper in the country, and among the oldest ones in Latin America. They are two of the main newspapers in Panama, and we have high expectations for the future of these titles.

**What is the importance of the Soho project for Grupo Wisa?**
This is a project that was started some six years ago by a Spanish entrepreneur, who subsequently faced some economic difficulties in making the project a reality. I ended up acquiring firstly 50% of the shares and later on a greater percentage of them. Today, the Soho project is the main commercial investment project in the country after the Canal. The project has been able to move forward thanks to the support of local banks, especially Bancolombia and Banistmo. We are talking about two office towers and one Ritz Carlton Hotel tower. In addition, 120 stores will be constructed featuring famous brands such as Louis Vuitton, Chanel, Dior, Prada, Valentino, Burberry, Fendi, Rolex, Mercurio, Carolina Herrera, YSL, Bvlgari, Bottega Veneta, Jimmy Choo, Ralph Lauren, and many others. We already have all these contracts signed, and I believe we will open the doors by the end of 2014. To date, we are talking about an investment of some $360 million, including constructing underground parking for over 3,000 vehicles. This project has had international expertise in its design and construction. One of the towers will be named after Banistmo bank.

**How has the company expanded its international profile in the last decade?**
We have operations in almost all Central American and some South American markets. Our main future focus will be on the Southern Cone. For example, we opened the first Burberry store in Chile. I also want to enter Brazil, despite the legal and tax difficulties this represents.

**What role does the Colón Free Trade Zone in Panama play in the group's activities?**
Initially, the zone was one of the reasons why we moved to Panama; today, it is a logistics center for us from where we bring European products and redistribute them among our subsidiaries. It is not a business center, rather it is a logistics hub. This is due to the fact that over the years we have ended up assuming the entire distribution chain for our business activities, prior to that we used to work more with intermediaries. Despite the increase in operating costs, we knew this was the way to succeed, and time has proved this right.

**What is the significance of Fundacion La Riviera for Panamanian society?**
The foundation is a personal project based on the idea that I have always believed as a businessperson that you have to give back as much as you can from what you achieve. I am extremely thankful for the work done by the management board of the foundation. My daughters have also been an essential part in the development of the foundation. The main goals of Fundacion La Riviera are education, healthcare, child welfare, and the alleviation of poverty. My future plan foresees the professionalization of the foundation in terms of having its own headquarters, better facilities, and more resources. For

FNK-5826 0046

9/14/2015
1:16-cv-01730 0069

example, we want a space where we can set up a community center to provide training, food and care for low-income families.

## READ THESE NEXT

   

**Panama**
FINANCE
VIP INTERVIEW

**In the Beginning**

"We believe in every line of business, and that's why we rank among the top four in every line."

**Panama**
FINANCE
INTERVIEW

**Quite A Location**

TBY talks to Alberto Diamond R., Superintendent of the Superintendency of Banks of Panama, on the ins and outs of the Panamanian banking sector and its regulatory framework.

**Panama**
REAL ESTATE & CONSTRUCTION
INTERVIEW

**Bricks & Mortar**

TBY talks to Juan Carlos Sotillo Escala, Director General of Sotillo &amp; Company, on the future of the market.

**Panama**
INDUSTRY & MINING
VIP INTERVIEW

**The Rum Diaries**

"The quality of our rum has a lot to do with our success."

The key players and their stories are all in The Business Year

  

Copyright © 2011-2015  |  Terms of Use  |  About Us  |  Contact Us  |  Work For TBY

Non-Responsive Exhibits: 35-42

FNK-5826 0048

Miércoles, 7 de octubre de 2015.

**La Prensa**[®] / Panorama

# Asocian a Grupo Wisa con evasión en Guatemala

Varios funcionarios guatemaltecos están detenidos por aprobar normas que supuestamente propiciaron una millonaria evasión fiscal.

carlos alberto vargas yolandA sandoval  |  02 ago 2015 - 00:26h

TEMAS: Panorama



Grupo Wisa opera en el aeropuerto La Aurora tiendas bajo el nombre empresarial La Riviera. Republicagt.com

El Ministerio Público de Guatemala arrestó al exjefe de la Superintendencia de Administración (SAT) Rudy Villeda (2009-2012) por aprobar una norma que supuestamente favoreció a las tiendas del Grupo Wisa de Panamá, ubicadas en el Aeropuerto Internacional La Aurora, para evadir, por lo menos, $7.7 millones al fisco de esa nación.

Según reportes de la agencia Acan-Efe y del diario El Periódico, de Guatemala, se arresiaron a otros cinco exfuncionarios de Aduanas vinculados a la aparente red de corrupción y otros siete están prófugos, entre ellos, una panameña, representante de Grupo Wisa, se encuentra prófuga.

Según la fiscal contra Delitos Administrativos, Heidi Tamara de León, durante la gestión de Villeda se autorizaron normas con las que Tiendas Libres de Guatemala (TLG) o La Riviera, que forma parte de Grupo Wisa de Panamá, pudo haber evadido el dinero.

La fiscal informó que el monto podría ser "mucho mayor" del calculado hasta la fecha, porque aún no se contabilizan los impuestos que habría dejado de pagar de 2013 a la fecha.

Las normas aprobadas por Villeda permitían que la tienda funcionara como depósito aduanero privado y a su vez como tienda libre de impuestos.

Según los reglamentos tributarios de la SAT en ese país, un almacén de depósito solo puede mantener la mercadería en tránsito sin pagar impuestos, pero no puede comercializarla sin antes pagar los tributos para su internación. Sin embargo, la SAT cambió su normativa para que la tienda operara como duty free.

La operación de este tipo de establecimientos solo puede ser aprobada por el Congreso de la República.

Panameña prófuga

FNK-5826 0049

Además de Villeda, los medios periodísticos reportaron la captura de Óscar Humberto Funes, exintendente de Aduanas; Mario Raúl Guzmán Marroquín, exsupervisor de Programación de Auditoría; Mayra Patricia Rodas Ruano, exjefa de Unidad de Normas y Procedimientos, y Lidia Lucrecia Roca Morales, exjefa de Gestión Aduanera de la SAT.

Precisan que la fiscalía emitió orden de captura internacional contra tres de siete prófugos por este caso, entre estos figura Lucía Touzard Romo, representante de Grupo Wisa de Panamá. Sin embargo, en la página web de la Interpol aún no se ha incluido su nombre en la lista de buscados.

Grupo Wisa entró en Guatemala a finales de 2007, luego de que la Dirección General de Aeronáutica Civil le otorgó un contrato de arrendamiento de 10 locales en el Aeropuerto Internacional La Aurora, por un período de 15 años.

Juan Luis Correa, vocero del grupo, negó rotundamente la vinculación del conglomerado económico con cualquier caso de corrupción en Guatemala y también negó que Touzard Romo esté prófuga.

"La Riviera ha pagado todos sus impuestos a lo largo de nueve años que tenemos en Guatemala. Se ha cumplido con todas las normas y leyes. Adicional, tenemos auditorías de diciembre de 2014, donde se da cuenta de que las operaciones están dentro del marco de la ley".

Correa detalló a este medio, vía telefónica, que los abogados del grupo comercial viajarán esta semana a Guatemala para mostrarle a la Fiscalía "que estamos en regla". Además, aseguró que en este caso es obvia la presencia de "intereses que nos quieren hacer daño".

Sin embargo, "estamos muy tranquilos de que todo el accionar de la empresa ha sido en el marco de la ley".

Grupo Wisa difundió un comunicado, en Guatemala, en el que detalla que todos sus permisos y contratos vigentes para operar fueron debidamente emitidos por las instituciones del Estado, siguiendo los más altos estándares éticos y en apego a la ley.

"Nos sentimos consternados por el agravio en el que nos vemos sometidos, vinculándonos en procesos judiciales y desprestigiando nuestro nombre y honorabilidad, cuando hemos sido transparentes en el manejo de toda la información contable, fiscal y contractual...".

## MÁS NOTICIAS DE PANORAMA

La conexión Corcione-Moncada

264 COIF privados desafían normas

Auditoría está manipulada, Giselle Burillo

Ganaderos se organizan contra el abigeato

Reacios al diálogo, ngäbes se preparan para la lucha

Guabito, sin agua y sin energía eléctrica

Restringen paso por el puente sobre el río Guaniquito

Cabalgatas animan las festividades de Santiago apóstol

Personas con movilidad reducida exigen adecuaciones

Merkel buscará su cuarto mandato

Kerry llega a Egipto para reactivar alianza estratégica

Erekat va a Tel Aviv; choques en Cisjordania

Familia de Bin Laden muere en accidente

El Salvador no pactará con pandillas

Levantan huelga; instalan mesas

FARC niegan violencia sexual a mujeres

MUD llama a nueva movilización nacional

Camargo Correa dirá cómo operaba el cartel

[ KNOCKOUT ]: El poder de todo medio llega hasta donde su credibilidad se lo permite

## COMENTARIOS

Los comentarios son responsabilidad de cada autor que expresa libremente su opinión y no de Editorial por la Democracia S.A.

FNK-5826 0050

**Exhibit 43**

Spanish text:

Asocian a Grupo Wisa con evasion en Guatemala.

El Ministerio Público de Guatemala arrestó al exjefe de la Superintendencia de Administración (SAT) Rudy Villeda (2009-2012) por aprobar una norma que supuestamente favoreció a las tiendas del Grupo Wisa de Panamá, ubicadas en el Aeropuerto Internacional La Aurora, para evadir, por lo menos, $7.7 millones al fisco de esa nación.

Investigator translation:

The Public Ministry of Guatemala arrested the former chief of the Superintendencia de Administración (SAT), Rudy Villeda, on charges of $7.7 million in tax evasion in a deal that provided favorable treatment to Grupo Wisa.

FNK-5826 0051

Exhibit Redacted in Full: 44

FNK-5826 0052

# Exhibit 45



Inicio /Internacionales /Mundo

# Grupo Wisa se defiende ante acusaciones de evasión fiscal en Guatemala

Lunes, 03 Agosto 2015 10:11

Categoría: Economía

Tagged under

*Último Minuto,*

Visto: 279

El grupo Wisa mediante un comunicado aclara que desde el 2008 que inició las operaciones en Guatemala a raíz de la invitación de la Dirección General de



Aeronáutica Civil, en las tiendas Duty Free en los principales aeropuertos de América Latina mantiene"todos los permisos y contratos para operar, fueron debidamente emitidos por las instituciones del estado...y siguen vigentes".

"A diferencia de los otros operadores, Grupo Wisa S.A. pago un derecho de llave y nuestra filial, tiendas libres de Guatemala S.A., ha cumplido

FNK-5826 0053

1

1:16-cv-01730 0076

siempre con todas sus obligaciones legales, tributarias y de cualquier
otra índole y prueba de ello es que cada una de las auditorías fiscales a
las que hemos sometido en el cumplimiento de las normas vigentes de
este país, nos han ratificado que la operación cumple con las leyes y esta
al día con todos los deberes tributarios y hemos pagado la totalidad de
los impuestos exigidos en cumplimiento de la ley" señala el comunicado.

La empresa dice sentirse "consternados por el agravio a que nos vemos
sometidos, fomentado por grupos con intereses económicos creados en
Guatemala, vinculándonos en procesos judiciales y desprestigiando
nuestro nombre cuando hemos sido transparentes en el manejo de toda
la información contable, fiscal y contractual".

Finalmente, reiteraron que continuará realizando su labor y
agradecieron "las muestras de solidaridad y respaldo de nuestros
colaboradores, clientes y proveedores en general". "Confiamos qe se nos
brinden todas las garantías del debido proceso y seguridad jurídica a
nuestras inversiones como lo establece la Constitución de Guatemala"
resaltan.

Grupo Wisa S.A. se le investiga en Guatemala por una presunta evasión
fiscal por $7.6 millones según medios de este país.

Foto Ilustrativa EFE

blog comments powered by DISQUS                    back to top

Tweet





FNK-5826 0054

1:16-cv-01730 0077

**Exhibit 45**

Spanish text:

Grupo Wisa S.A. se le investiga en Guatemala pur una presunta evasion fiscal por $7.6 millones.

Investigator translation:

Grupo Wisa S.A. is under investigation in Guatemala for $7.6 million in tax evasion.

FNK-5826 0055

Non-Responsive Exhibit: 46

FNK-5826 0056

Exhibit 47



# *Abdul Waked*

*Following a succesful businessman*

## *CV Abdul Waked (ESPAÑOL)*

Abdul Mohamed Waked Fares

GRUPO WISA, S.A.

Calle 15 y Avenida Roosevelt, Zona Libre de Colon

(507) 433-7000

**DATOS PERSONALES**

*Cedula de Identidad:*          N-19-804

*Lugar y Fecha de Nacimiento:*   Líbano, 9 de diciembre de 1949↯

*Estado Civil:*          Casado. 5 hijos

*Idioma:*          Árabe lengua materna

Español: fluido

Ingles: Intermedio





FNK-5826 0057

1

1:16-cv-01730 0080

## EDUCACIÓN

» Universidad del Líbano

Administración de Empresas

» Colegio Calasanz, Medellín-Colombia

Bachiller

## ANTECEDENTES PROFESIONALES

**GRUPO WISA, S.A.:** 1984 –Presente

Socio – Fundador

Presidente y Representante Legal

» Inicio operaciones en Panamá, bajo el nombre de WAKED INTERNACIONAL, S.A., (hoy en día GRUPO WISA, S.A.) con sede principal en Zona Libre de Colón. Ampliando posteriormente sus operaciones a los mercados de Colombia, Costa Rica, Ecuador, El Salvador, Nicaragua, Hondur ⊙ Follow ice, Bolivia, Guatemala, México y recientemente en el Cono Sur.

» Grupo Wisa, S.A., es líder en el merca perfumes, cosméticos, electrónica, carte mercado local y más de 70 en el área d

» Grupo Wisa, S.A., ha sido designada c internacional como lo son Jimmy Choo

» Igualmente Grupo Wisa, su holding y las áreas de Banca, Seguros, Prensa Esc proyectos inmobiliarios de reconocido

### Follow "Abdul Waked"

Get every new post delivered to your inbox.

Enter your email address

Sign me up

Build a website with WordPress.com

a de productos de lujo como igarrillos con más de 120 tiendas en rtos internacionales en toda la región.

xclusivo de prestigiosas marcas a nivel n entre otras.

participación accionaria y operativa en La Estrella de Panamá) y en diversos

## PREMIOS Y RECONOCIMIENTOS

» **Orden Nacional de la Legión de Honor** de Francia por su reconocimiento como empresario.

» **Bizz Awards.**

Reconocimiento y Distinción por Empresa Inspiracional

Reconocimiento por Líder Mundial de Negocios.

Premio por Excelencia en el Liderazgo Empresarial

Premio por Excelencia en el Servicio.

Premio a la Excelencia en Gestión de Mercadeo y Administración Empresarial

2

FNK-5826 0058

2/4

1:16-cv-01730 0081

## FUNDACIONES Y ASOCIACIONES

» **Fundación La Riviera:** Socio Fundador. Destinada a la ayuda social de la niñez y la educación Panameña.

» **The Smile Train:** Benefactor de la Fundación para tratamientos de niños con paladar hendido.

» **The Breast Cancer Foundation:** Benefactor.

» **Funda Ayuda:** Programas de Concientización y detención del Cancer de Mama y Prostata. Benefactor.

» **Asociación de Usuario de la Zona Libre de Colon:** Miembro

» **Cámara de Comercio e Industrias de Panama:** Miembro

» **Asociación Suramericana de Tiendas Libres. ASUTIL:** Miembro

## Social Media Presencia:

» About.me
» Google+ Profile
» Facebook Page
» Twitter Account
» YouTube Account

**Share this:**



Be the first to like this.

ABDUL WAKED    CV    ESPANOL    PANAMA    SPANISH

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# Leave a Reply

Enter your comment here...

» Mr. Abdul Waked & other at the launch of

*Create a free website or blog at WordPress.com. The Vintage Camera Theme.*

**3**

FNK-5826 0059

1:16-cv-01730 0082

Non-Responsive Exhibits: 48, 50-52
Exhibit Redacted in Full: 49

FNK-5826 0060

Exhibit 53

Martes, 13 de octubre de 2015.

**La Prensa** / Economía

DEFRAUDACIÓN ADUANERA

# Cierran diez locales de 'La Riviera' en Guatemala

Wilfredo Jordán, Luis Burón-Barahona    09 oct 2015 - 05:21h

TEMAS: Guatemala   Impuestos   Economía



El Ministerio Público de Guatemala clausuró ayer las 10 oficinas de La Riviera en el aeropuerto La Aurora por supuesta defraudación fiscal.  Tomada del diario La Hora

La Fiscalía contra Delitos Administrativos del Ministerio Público de Guatemala **cerró ayer 10 locales duty free** de la cadena de fragancias, maquillaje y tratamiento 'La Riviera' en el aeropuerto La Aurora por supuesta **defraudación aduanera**.

La Riviera es el nombre comercial de Tiendas Libres de Guatemala, S.A. que forma parte de Grupo Wisa, S.A., una empresa panameña con operaciones en más de 14 países y en los principales aeropuertos de América Latina.

"Cuando se constituyó Tiendas Libres de Guatemala S.A (La Riviera) hubo irregularidades, ya que al debían tener la autorización del congreso para ser una tienda libre y no pagar impuestos. En Guatemala solo existen tres entidades que cuentan con ese permiso. Entre ellos no estaba La Riviera. Aún así la Superintendencia de Administración Tributaria (SAT) los autorizó", explicó a este diario la fiscal contra Delitos Administrativos, Heidy de León.

En Guatemala solo hay tres organizaciones no gubernamentales autorizadas para administrar los negocios de duty free: Sociedad Protectora del Niño, Asociación Centro de Integración Familiar y la Asociación de Señoras de la Caridad San Vicente de Paúl.

Estas organizaciones utilizan los beneficios que se generan a través de los duty free para servicios sociales.

Es un sistema diferente al que se utiliza en otros países como Panamá, donde la operación de duty free es abierta y se otorga mediante una concesión a través de una licitación.

Las investigaciones demuestran que entre 2009 y 2012, la franquicia de belleza **alcanzó evasiones de impuestos cerca de los $7.5 millones** (59 millones de quetzales),  según contó Julia Barrera, vocera del Ministerio Público guatemalteco. "Por el momento la investigación solo arroja resultados en estas fechas. Pero las pesquisas continúan", aseguró.

Por este proceso, adelantó De León, la abogada panameña Lucía Touzard Romo sería la única representante de la empresa en enfrentar penalmente este caso, ya que es la firmante en los documentos de instalación de la franquicia.

**Touzard Romo, quien es también representante de Grupo Wisa de Panamá, tiene orden de captura internacional** y podría enfrentar entre cinco y

FNK-5826 0061

1

ocho años de prisión por este delito.

Consultado sobre el cierre de los locales en Guatemala, Juan Luis Correa, vicepresidente corporativo de Grupo Wisa, dijo que la empresa tenía autorización para prestar los servicios.

"Nosotros operamos bajo el régimen especial determinado por el Código Aduanero Uniforme Centroamericano (Cauca) y el Recauca. Y la SAT autorizó la operación, al igual que lo hizo la Dirección de Aeronáutica", afirmó Correa.

Correa dijo que esta figura permite traer mercancías del extranjero con suspensión de los derechos arancelarios de importación y del impuesto al valor agregado, debido a que la mercadería no entra al país.

Añadió que hoy presentarán un recurso de amparo contra el "cierre temporal decretado para que se reanuden las operaciones cuanto antes, a fin de minimizar los daños que se le van a causar a los más de 100 colaboradores guatemaltecos y a sus familias que dependen de este trabajo para vivir".

En la fundación de Tiendas Libres de Guatemala también figura Mohamed Abdo Waked Darwich, a quien no se le acusa de ningún delito. **Waked Darwich es hijo de Abdul Waked, presidente de Grupo Wisa, en Panamá.**

Las otras personas que han sido requeridas por la justicia chapina son los funcionarios de la SAT que participaron en la instalación de 'La Riviera'.

Se trata de Rudy Baldemar Villeda Vanegas, exjefe del SAT entre 2008 y 2012; Óscar Humberto Funes Alvarado, extintendente de Aduanas; Mayra Patricia Rodas Ruano, ex jefa de normas de Aduanas; y Lidia Lucrecia Roca Morales, exjefa de Gestión Aduanera de la SAT.

**LLEGADA**

Según una investigación de varias entregas por el diario Siglo 21, el gobierno de Óscar Berger modificó en 2007 el Acuerdo Gubernativo 939-2002 para permitir que la Dirección General de Aeronáutica Civil (DGAC) pudiera emitir invitaciones a "personas individuales o jurídicas de reconocido prestigio nacional y/o internacional para ser arrendatarias de áreas dentro de los aeródromos". Se estipulaba también arrendamientos entre 5 a 15 años.

El medio chapín asegura, y demuestra mediante varios documentos, que la DGAC solo emitió la invitación a una sola empresa: **Grupo Wisa.**

Precisamente, las únicas tres organizaciones benéficas aprobadas por el congreso guatemalteco para mantener negocios de dutyfree en el Aeropuerto La Aurora le manifestaron a Siglo 21 desconocer esta invitación supuestamente abierta.

El Grupo Wisa no tardó mucho en aceptar la invitación y envió una oferta, que fue acogida sin problemas por el gobierno guatemalteco.

"Los 10 locales suman un área de 1,229.55 metros cuadrados por los cuales el Grupo Wisa pagará, en concepto de derecho de explotación, y por única vez, **poco más de $4.6 millones**", advirtió el diario chapín entonces.

En su investigación, Siglo 21 detectó varias irregularidades en el contrato de alquiler. Por ejemplo, la dirección física de Tiendas Libres de Guatemala. En la supuesta oficina de esta sociedad, ubicada en la Zona 2 de la capital chapina, realmente operaba el Centro Educativo Integral de Guatemala.

## OTRAS NOTICIAS DE ECONOMÍA


22.3% de los panameños es pobre, según estadísticas del MEF


FMI prepara la receta para capear la transformación económica mundial


El jefe de Volkswagen en EU admite que la compañía quiso ocultar emisiones


Canal de Panamá bate récord de carga con 340 millones de toneladas

## COMENTARIOS

Los comentarios son responsabilidad de cada autor que expresa libremente su opinión y no de Editorial por la Democracia S.A.

16 Comentarios        La Prensa                                              ↑ Acceder ▾

Recomendar    ↗ Compartir                                          Ordenar por los más nuevos ▾

        Únete a la discusión...


Atenea · hace 4 días
a mí me encanta La Riviera :'(
    · Responder · Compartir ·


BURLA · hace 4 días
Que verguenza, la corrupcion panameña rebasa las fronteras.
    · Responder · Compartir ·

**Exhibit 53**

Spanish text:

La Fiscalía contra Delitos Administrativos del Ministerio Público de Guatemala cerró ayer 10 locales duty free de la cadena de fragancias, maquillaje y tratamiento 'La Riviera' en el aeropuerto La Aurora por supuesta defraudación aduanera.

Las investigaciones demuestran que entre 2009 y 2012, la franquicia de belleza alcanzó evasiones de impuestos cerca de los $7.5 millones (59 millones de quetzales), según contó Julia Barrera, vocera del Ministerio Público guatemalteco.

Por este proceso, adelantó De León, la abogada panameña Lucía Touzard Romo sería la única representante de la empresa en enfrentar penalmente este caso, ya que es la firmante en los documentos de instalación de la franquicia. Touzard Romo, quien es también representante de Grupo Wisa de Panamá, tiene orden de captura internacional y podría enfrentar entre cinco y ocho años de prisión por este delito.

En la fundación de Tiendas Libres de Guatemala también figura Mohamed Abdo Waked Darwich, a quien no se le acusa de ningún delito. Waked Darwich es hijo de Abdul Waked, presidente de Grupo Wisa, en Panamá.

Investigator translation:

The Prosecutor for Administrative Offenses of the Public Ministry of Guatemala closed ten La Riviera duty free stores at La Aurora Airport that sell fragrances, makeup, and other treatments for alleged customs fraud.

The investigations show that between 2009 and 2012, the stores evaded taxes of almost $7.5 million, according to a spokesperson for the Guatemalan Public Ministry.

In this process, the Panamanian attorney, Lucia Touzard Romo, is the only representative of the company that will face criminal charges as she was the sole signatory on the documents establishing the Guatemalan franchise. Touzard Romo, who is a legal representative of Grupo Wisa of Panama, has an international arrest warrant and could face five to eight years in prison for the crime.

Tiendas Libres de Guatemala (Duty Free Shops of Guatemala) figure Mohamed Abdo Waked Darwich, who has not been accused of any crime. Waked Darwich is the son of Abdul Waked, the President of Grupo Wisa of Panama.

Non-Responsive Exhibits: 54-55

FNK-5826 0064

Exhibit 56 Page 1 of 1

..:: PanamaEmprende -- ::..


Ministerio de Comercio e Industrias
02:48 pm


República de Panamá
Lunes, 02 de Noviembre de 2015

Facilitando la **creación de empresas**
en un clima de negocios con eficiencia y transparencia

Inicio   Acerca de PanamaEmprende   Fundamento Legal   Consultas   Contáctenos   Guía de Usuario

▶ **C o n s u l t a s**

Vea También

Realizar una Nueva Búsqueda de Aviso de Operación

**Resultado de la Búsqueda del Aviso de Operación**

Requisitos para el Registro

Actividades Exceptuadas

| | |
|---|---|
| **Número de Aviso de Operación:** | 645451-1-458900-2010-195091 |
| **Nombre Comercial:** | GRUPO WISA |
| **Razón Social/Dueño:** | GRUPO WISA S A |
| **RUC:** | 645451-1-458900 DV 12 |
| **Fecha de Generación:** | 05-Ene-2010 |
| **Representante Legal:** | WAKED FARES ABDUL MOHAMED |
| **Ubicación:** | COLÓN, COLON, BARRIO NORTE |
| **Urbanización:** | ZONA LIBRE DE COLON AREA COMERCIAL |
| **Calle:** | CALLE 15 Y AVENIDA ROOSVELT |
| **Casa:** | |
| **Edificio:** | GRUPO WISA |
| **Apartamento:** | 6-A-1 |
| **Actividad Comercial:** | Empresa establecida en Zona Libre de Colón. Importación y re-exportación de mercancías. |
| **Capital Invertido:** | 10,000.00 |
| **Estatus:** | ACTIVO |

Tipo de Contribuyente

Disponibilidad de Nombres

Cálculo del Pago Único

Regresar        Imprimir Certificado

Copyright © 2007. Secretaría de la Presidencia para la Innovación Gubernamental - Declaración de Privacidad

https://www.panamaemprende.gob.pa/publico.php?pag=certificAO&anio=2010&ao=551...        11/2/2015

# Exhibit 57

# MAPA

ej.: San Francisco



Grupo Wisa, Zona Libre
de Colón
C/ 15, entre Ave. Sta.
Isabel y Ave. Roosevelt,
Zona Libre de Colón,
Ciudad de Colón,
Rep. de Panamá
Teléfono: (+507) 433 -
7000



Grupo Wisa, Ciudad de
Panamá
Ciudad de
Panamá , Rep. de
Panamá





Google

(https://maps.google.com/maps?ll=9.353327,-79.895154&z=7&t=m&hl=en-
US&gl=US&mapclient=apiv3)                   Map data ©2015 Google, INEGI

FNK-5826 0066

1
11/2/2015                **1**

1:16-cv-01730 0089

## CORPORATIVO

Quiénes Somos (../../../../../../quienes-somos/)

Mision / Vision (../../../../../../mision-vision/)

Organización (../../../../../../quienes-somos/organizacion/)

Intranet (../../../../../../intranet/)

Unete a nuestro equipo (http://pedidos.grupowisa.com:7778/pls/apex/f?p=124:2)

## FUNDACIÓN LA RIVIERA

   (../../../../../../fundacion-la-riviera/)



## NUESTRAS TIENDAS

FNK-5826 0067

# MAPA

ej.: San Francisco



Grupo Wisa, Zona Libre
de Colón
Ciudad de Colón , Rep.
de Panamá



Grupo Wisa, Ciudad de
Panamá
Torre Generali, piso 11
y 12, C/ 54 Este, Av.
Samuel Lewis,
Ciudad de Panamá,
Rep. de Panamá
Teléfono: (+507) 210 -
8100

B  Grupo Wisa, Ciudad de Panam

Torre Generali, piso 11 y 12, C/ 54 Este, Av
Ciudad de Panamá,
Rep. de Panamá
Teléfono: (+507) 210 - 8100

Google

(https://maps.google.com/maps?ll=8.984851,-79.521676&z=17&t=m&hl=en-US&gl=US&mapclient=apiv3)

Map data ©2015 Google

FNK-5826 0068

## CORPORATIVO

Quiénes Somos (../../../../../../quienes-somos/)

Mision / Vision (../../../../../../mision-vision/)

Organización (../../../../../../quienes-somos/organizacion/)

Intranet (../../../../../../intranet/)

Unete a nuestro equipo (http://pedidos.grupowisa.com:7778/pls/apex/f?p=124:2)

## FUNDACIÓN LA RIVIERA

♥       (../../../../../../fundacion-la-riviera/)



## NUESTRAS TIENDAS

FNK-5826 0069
4
11/2/2015      4
1:16-cv-01730 0092

## Exhibit 58

# ACERCA DE LA RIVIERA

La Riviera se moderniza y adopta un nuevo concepto al abrir sus puertas en mercado local Panamá en 2005; como una de las exclusivas tiendas de glamour y vanguardia en el mundo de la belleza y la perfumería. Su nombre nace por La Riviera Francesa o más conocida como Costa Azul que representa y simboliza la experiencia de lujo, frescura y sublimidad que todos nuestros clientes experimentan al visitarnos.

Ofrecemos por primera vez en Panamá marcas exclusivas como: La Prairie, Mac, La Mer, Guerlain, Sisley entre otras; que con su prestigio, nos hacen ser reconocida como la tienda especializada en cosméticos, fragancias y tratamientos de belleza, con la mejor atención personalizada y ambiente acogedor para todos los que la visita.

Cada marca de belleza ha establecido un espacio con muebles personalizados, que trasmite sus valores y estilo de vida para brindar un ambiente especial. Donde recibirá asesoría personalizada por nuestros expertos que lo atenderán para descubrir todas las novedades y tendencias de última moda de belleza.

Contamos con más de 60 tiendas de La Riviera a nivel internacional en: México, Costa Rica, Nicaragua, El Salvador, Bolivia, Belice, Colombia, Guatemala, Honduras, Uruguay y en los Duty Free de los principales Aeropuertos de Centroamérica.

En Panamá tenemos actualmente 4 tiendas de La Riviera en diferentes centros comerciales como en: Multiplaza, Albrook, Metromall y la más reciente en Soho Mall con más de 300 marcas exclusivas para ofrecer a nuestra distinguida clientela. La amplitud, iluminación, modernismo y diseño de esta tienda, ofrece una invitación para reconocer cada espacio por su toque especial de elegancia. Fue diseñado pensando para que sea un lugar con ambiente agradable.

FNK-5826 0070

1

11/3/2015

1

1:16-cv-01730 0093

La Riviera, se distingue de otras tiendas por su belleza y perfumería de calidad. Nuestros productos, ambiente y trato especializado, son los elementos claves para que sea un sitio que complazca todas las necesidades del cuidado de la piel, el cabello, así como el realce de la belleza con lo último en cosméticos, tratamiento y fragancias.

# GALERÍA



(/assets/layout/gallery/La-Riviera-Aeropuerto.jpg)

LA RIVIERA - AEROPUERTO

FNK-5826 0071 2

La Riviera                                                      Page 3 of 8



(/assets/layout/gallery/La-Riviera-Andino.jpg)

LA RIVIERA - ANDINO



(/assets/layout/gallery/La-Riviera-Salitre-Plaza.jpg)

LA RIVIERA - SALITRE PLAZA



(/assets/layout/gallery/La-Riviera-Santa-Cruz2.jpg)

LA RIVIERA - SANTA CRUZ

FNK-5826 0073

4



(/assets/layout/gallery/La-Riviera-Albrook-Mall2.jpg)

LA RIVIERA ALBROOK MALL



(/assets/layout/gallery/La-Riviera-Multiplaza.jpg)

FNK-5826 0074
5

LA RIVIERA MULTIPLAZA

# CORPORATIVO

Quiénes Somos (../../../../../../quienes-somos/)

Mision / Vision (../../../../../../mision-vision/)

Organización (../../../../../../quienes-somos/organizacion/)

Intranet (../../../../../../intranet/)

Unete a nuestro equipo (http://pedidos.grupowisa.com:7778/pls/apex/f?p=124:2)

# FUNDACIÓN LA RIVIERA

❤   (../../../../../../fundacion-la-riviera/)

FNK-5826 0075
6
11/3/2015
1:16-cv-01730 0098
6



## NUESTRAS TIENDAS

Bottega Veneta (../../../../../../tiendas/bottega-veneta/)

Burberry (../../../../../../tiendas/burberry/)

Fendi (../../../../../../tiendas/fendi/)

Jimmy Choo (../../../../../../tiendas/jimmy-choo/)

La Hora (../../../../../../tiendas/la-hora/)

La Riviera (../../../../../../tiendas/la-riviera/)

Riviera Luggage (../../../../../../tiendas/riviera-luggage/)

Longines (../../../../../../tiendas/longine/)

Mango (../../../../../../tiendas/mango/)

YSL (../../../../../../tiendas/ysl/)

## NEWSLETTER

Email

FNK-5826 0076

7

11/3/2015
1:16-cv-01730 0099

7

# DUTY FREE



Belice (/duty-free/belice/)



Colombia (/duty-free/colombia/)



Costa Rica (/duty-free/costa-rica/)



El Salvador (/duty-free/el-salvador/)



Guatemala (/duty-free/guatemala/)



México (/duty-free/mexico/)



Nicaragua (/duty-free/nicaragua/)



Panamá (/duty-free/duty-free-panama/)



San Andrés (/duty-free/san-andres/)

FNK-5826 0077

8

11/3/2015

1:16-cv-01730 0100

8



Uruguay (/duty-free/uruguay/)

## CORPORATIVO

Quiénes Somos (../../../../../quienes-somos/)

Misión / Visión (../../../../../mision-vision/)

Organización (../../../../../quienes-somos/organizacion/)

Intranet (../../../../../intranet/)

Unete a nuestro equipo (http://pedidos.grupowisa.com:7778/pls/apex/f?p=124:2)

## FUNDACIÓN LA RIVIERA

♥     (../../../../../fundacion-la-riviera/)

FNK-5826 0078
9
11/3/2015
1:16-cv-01730 0101
9



## NUESTRAS TIENDAS

Bottega Veneta (../../../../../tiendas/bottega-veneta/)

Burberry (../../../../../tiendas/burberry/)

Fendi (../../../../../tiendas/fendi/)

Jimmy Choo (../../../../../tiendas/jimmy-choo/)

La Hora (../../../../../tiendas/la-hora/)

La Riviera (../../../../../tiendas/la-riviera/)

Riviera Luggage (../../../../../tiendas/riviera-luggage/)

Longines (../../../../../tiendas/longine/)

Mango (../../../../../tiendas/mango/)

YSL (../../../../../tiendas/ysl/)

## NEWSLETTER

Email

Nombre

Apellido

Suscripción

# MERCADOS


(/mercados/bolivia/)

Bolivia (/mercados/bolivia/)


(https://www.lariviera.com.co/)

Colombia
(https://www.lariviera.com.co/)


(/mercados/costa-rica/)

Costa Rica (/mercados/costa-rica/)


(/mercados/el-salvador/)

El Salvador (/mercados/el-salvador/)


(/mercados/nicaragua/)

Nicaragua
(/mercados/nicaragua/)


(/mercados/panama/)

Panamá (/mercados/panama/

## CORPORATIVO

Quiénes Somos (../../../../../quienes-somos/)

Mision / Vision (../../../../../mision-vision/)

Organización (../../../../../quienes-somos/organizacion/)

Intranet (../../../../../intranet/)

Unete a nuestro equipo (http://pedidos.grupowisa.com:7778/pls/apex/f?p=124:2)

## FUNDACIÓN LA RIVIERA

♥ (../../../../../fundacion-la-riviera/)

FNK-5826 0080
11
11/3/2015
1:16-cv-01730 0103
11



## NUESTRAS TIENDAS

Bottega Veneta (../../../../../../tiendas/bottega-veneta/)

Burberry (../../../../../../tiendas/burberry/)

Fendi (../../../../../../tiendas/fendi/)

Jimmy Choo (../../../../../../tiendas/jimmy-choo/)

La Hora (../../../../../../tiendas/la-hora/)

La Riviera (../../../../../../tiendas/la-riviera/)

Riviera Luggage (../../../../../../tiendas/riviera-luggage/)

Longines (../../../../../../tiendas/longine/)

Mango (../../../../../../tiendas/mango/)

YSL (../../../../../../tiendas/ysl/)

## NEWSLETTER

Email

Nombre

Apellido

Suscripción

FNK-5826 0081

**Exhibit 58**

Spanish text:

Contamos con mas de 60 tiendas de La Riviera a nivel internacional en: Mexico, Costa Rica, Nicaragua, El Salvador, Bolivia, Belice, Colombia, Guatemala, Honduras, Uruguay y en los Duty Free de los principales Aeropuertos de Centroamerica.

Investigator translation:

We have more than 60 La Riviera stores in Mexico, Costa Rica, Nicaragua, El Salvador, Bolivia, Belize, Colombia, Guatemala, Honduras, Nicaragua, and in all of the Duty Free areas in the principal airports of Central America.

Redacted in Full Exhibits: 59-61
Non-Responsive Exhibit: 62

FNK-5826 0083

U.S. DEPARTMENT OF THE TREASURY

## Press Center

Treasury Sanctions the Waked Money Laundering Organization

5/5/2016

*Action Exposes Extensive Drug Money Laundering Network Based in Panama*

WASHINGTON – Today, the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) designated the Waked Money Laundering Organization (Waked MLO) and its leaders, Nidal Ahmed Waked Hatum (Waked Hatum) and Abdul Mohamed Waked Fares (Waked Fares), as Specially Designated Narcotics Traffickers pursuant to the Foreign Narcotics Kingpin Designation Act (Kingpin Act). OFAC also targeted six Waked MLO associates and 68 companies tied to the drug money laundering network, including Grupo Wisa, S.A., Vida Panama (Zona Libre) S.A., and Balboa Bank & Trust. Panamanian-Colombian-Spanish national Waked Hatum and Panamanian-Lebanese-Colombian national Waked Fares co-lead the Waked MLO, which uses trade-based money laundering schemes, such as false commercial invoicing; bulk cash smuggling; and other money laundering methods, to launder drug proceeds on behalf of multiple international drug traffickers and their organizations.  As a result of today's action, all assets of these individuals and entities that are under the jurisdiction of the United States or in the control of U.S. persons are frozen, and U.S. persons are generally prohibited from engaging in transactions with them.

"This action exposes the Waked Money Laundering Organization and disrupts its ability to launder drug trafficking proceeds using trade-based methods, duty-free retail, real estate development, and financial services throughout the region," said John E. Smith, Acting OFAC Director.  "We look forward to working jointly with the Panamanian authorities to protect the Panamanian and U.S. financial systems from abuse by narcotics traffickers and other illicit actors."

In addition to the Waked MLO and its two leaders, the OFAC action designated six Panama-based MLO associates for providing material support and/or acting on behalf of the MLO:  Gazy Waked Hatum, Ali Waked Hatum, and Jalal Waked Hatum, brothers of Waked Hatum who manage Waked Hatum's import/export, retail, and real estate businesses; Mohamed Abdo Waked Darwich, Waked Fares' son, who manages Waked Fares' duty-free retail and real estate development operations; and two attorneys, Norman Douglas Castro Montoto and Lucia Touzard Romo, who provide a variety of services, including incorporating shell companies, to the Waked MLO and serve various roles in several Waked-related companies.

Today's designations also target the principal Panama-based companies used by the Waked MLO to launder drug and other illicit proceeds:  Vida Panama (Zona Libre) S.A., an import/export company in Panama's Colon Free Trade Zone; Grupo Wisa S.A., a holding company for businesses involved in real estate, construction, retail, hospitality, and media, including the La Riviera chain of duty-free stores operating throughout Latin America; Soho Panama S.A. and related entities, including a luxury mall and real estate development in downtown Panama City; Balboa Bank & Trust, a Panamanian bank; and the Strategic Investors Group Inc., a holding company that owns and controls Balboa Bank & Trust as well as two other financial services companies.  Balboa Bank & Trust was used to launder narcotics and other illicit proceeds for multiple international criminal organizations.

This action was conducted in coordination with the Drug Enforcement Administration, Customs and Border Protection, and the Miami Division of the Federal Bureau of Investigation.  The Panamanian authorities have been informed of this designation and Panamanian and U.S. authorities will coordinate going forward.

Concurrent with this action, OFAC is issuing three general licenses that authorize certain transactions and activities for limited periods of time with five entities owned or controlled by the Waked network: Soho Panama, S.A. (a.k.a. Soho Mall Panama), a luxury mall in downtown Panama City; Plaza Milenio, S.A. (Millennium Plaza) and Administracion Millenium Plaza, S.A., related to a hotel complex in Colon, Panama; and two Panamanian newspapers, La Estrella and El Siglo, which are owned by Grupo Wisa, S.A.  The first two general licenses aim to assist with winding down transactions for a limited period of time by authorizing specific activities that would otherwise be prohibited.  The third general license is intended to allow both Panamanian newspapers to continue printing and operating by authorizing specific activities that would otherwise be prohibited.

Since June 2000, more than 1,900 individuals and entities have been named pursuant to the Kingpin Act for their role in international narcotics trafficking.  Penalties for violations of the Kingpin Act range from civil penalties of up to $1.075 million per violation to more severe criminal penalties.  Criminal penalties for corporate officers may include up to 30 years in prison and fines up to $5 million.  Criminal fines for corporations may reach $10 million.  Other individuals could face up to 10 years in prison and fines pursuant to Title 18 of the United States Code for criminal violations of the Kingpin Act.

To see a chart relating to today's action, click *here*

FNK-5826 0084

To see the general licenses issued concurrent with today's action, click *here*    , *here*    , and *here*    . Frequently Asked Questions related to these general licenses are available *here*.

To see the identifying information relating to today's actions, click *here*.

For a complete listing of designations pursuant to the Kingpin Act, click *here*    .

<div align="center">###</div>

FNK-5826 0085

May 2016

# WAKED MONEY LAUNDERING ORGANIZATION

U.S. Department of the Treasury
Office of Foreign Assets Control
Foreign Narcotics Kingpin Designation Act



**Abdul Mohamed WAKED FARES**
DOB 19 Dec 1949
Alt. DOB 9 Dec 1949
POB Kamed El Louz, Lebanon
Citizen Panama, Colombia, Lebanon
Cedula No. N-19-804 (Panama)



**Co-Leaders of WAKED MLO**



**Nidal Ahmed WAKED HATUM**
DOB 26 Jul 1971
Alt. DOB 16 Jul 1971
Alt. DOB 02 Aug 1971
POB Barranquilla, Colombia
Citizen Panama, Colombia, Spain
Cedula No. N-19-680 (Panama)

## Panama-Based WAKED MLO Associates



**Mohamed Abdo WAKED DARWICH**
(a.k.a. Hamudi WAKED DARWICH)
DOB 30 Aug 1977, POB Colombia
Cedula No. N-19-828



**Norman Douglas CASTRO MONTOTO**
DOB 06 Jul 1962
Citizen Panama



**Lucia TOUZARD ROMO**
DOB 24 Jan 1971, POB Panama
Citizen Panama



**Jalal Ahmed WAKED HATUM**
DOB 18 Oct 1976, POB Colombia
Cedula No. 3-700-2344 (Panama)



**Ali WAKED HATUM**
DOB 28 Aug 1972
Cedula No. N-19-612 (Panama)



**Gazy WAKED HATUM**
DOB 17 Sep 1973, POB Colombia
Cedula No. N-19624 (Panama)

## Principal Panama-Based WAKED MLO-related Entities




**VIDA PANAMA (ZONA LIBRE) S.A.**
Enrique A. Jimenez y Calle 16
Zona Libre de Colon
Colon, Panama
RUC # 238590056210046




**GRUPO WISA S.A.**
(a.k.a. LA RIVIERA)
Calle 15 entre
Avenida Santa Isabel y Avenida Roosevelt
Zona Libre de Colon, Colon, Panama
RUC # 645451-1-458900




**STRATEGIC INVESTORS GROUP INC.**
(a.k.a. SI GROUP)
Edificio Balboa Bank & Trust
Calle 50 y Calle Beatriz Maria Cabal
Panama, Panama
RUC # 1649734-1-675348

BALBOA
BANK & TRUST

**BALBOA BANK & TRUST, CORP.**
Edificio Balboa Bank & Trust
Calle 50 y Calle Beatriz Maria Cabal
Panama, Panama
RUC # 4199990-1-427208




**SOHO PANAMA, S.A.**
(a.k.a. SOHO MALL PANAMA)
Calle 50 (entre Calle 54 y 56)
Panama, Panama
RUC # 2422734-1-808115



**PERSHORE INVESTMENTS S.A.**
Edificio Balboa Bank & Trust
Calle 50 y Calle Beatriz Maria Cabal
Panama, Panama
RUC # 1420780-1-631797




**BALBOA SECURITIES, CORP.**
Edificio Balboa Bank & Trust
Calle 50 y Calle Beatriz Maria Cabal
Panama, Panama
RUC # 965431-1-528815



STRATEGIC OIL

**STRATEGIC OIL CORP.**
Edificio Balboa Bank & Trust
Calle 50 y Calle Beatriz Maria Cabal
Panama, Panama
RUC # 2432399-1-809429




**GRUPO W S.A.**
(a.k.a. HOMETEK)
Pueblo Nuevo Calle 22,
Edificio La Galera Local 8
Panama, Panama
RUC # 4067941425327



**PLAZA MILENIO, S.A.**
(a.k.a. MILLENNIUM PLAZA, S.A.)
FNK-5828-0086
Panama
RUC # 15280-1-366202

**May 2016**

**U.S. Department of the Treasury**
**Office of Foreign Assets Control**

# WAKED MONEY LAUNDERING ORGANIZATION

**Foreign Narcotics Kingpin**
**Designation Act**





Panama-based WAKED MLO-related Companies

**From:** OFAC.Reconsideration
**Sent:** Monday, July 18, 2016 3:34 PM
**To:** 'Aufhauser, David'
**Subject:** OFAC Case ID: FNK-7862
**Attachments:** FNK7862_Waked_Production_07182016.pdf

Mr. Aufhauser,

Please see the attached document regarding your client's petition for removal from the OFAC SDN list.

Respectfully,

OFAC Reconsideration

1



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

Case ID: FNK-7862

David D. Aufhauser
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

JUL 1 8 2016

Re: May 5, 2016 Kingpin Act Designations of Abdul Waked, Hamudi Waked, Lucia Touzard, and Related Companies

Dear Mr. Aufhauser:

This letter is a follow up to our letter of July 5, 2016 in response to your request for a copy of the administrative record regarding your clients' designations as Specially Designated Narcotics Traffickers (SDNTs) pursuant to Section 805 of the Foreign Narcotics Kingpin Designation Act, 21 U.S.C. § 1904(b).

As mentioned in our letter of July 5, 2016, processing a request for an administrative record requires interagency consultation in order to comply with U.S. government regulations regarding the protection of privileged and otherwise protected information. In order to ensure that you have information as it is processed, OFAC is providing a rolling production of the administrative record.

Enclosed please find bates stamped pages FNK-6452 0001-0174, which constitutes the second production related to the redacted administrative record upon which several of your clients' designations were based. The redacted portions contain law enforcement sensitive or otherwise privileged information, or information not responsive to your request. Please also note that on page 5, Exhibit 59 refers to a document previously provided to you in the first production of the redacted administrative record (FNK-5826).

Should additional unclassified, non-privileged, or otherwise releasable information become available, it shall be provided to you.

Please refer to FNK-7862 cited above in all future correspondence. For the most expedient communications, please direct all questions and correspondence regarding your requests to **OFAC.Reconsideration@treasury.gov**. You may also write, call, or fax OFAC at the following:

> U.S. Department of the Treasury
> Office of Foreign Assets Control
> ATTN: Office of Global Targeting
> 1500 Pennsylvania Avenue, N.W. (Freedman's Bank Building)
> Washington, DC 20220

1

Telephone: (202) 622-2420
Fax: (202) 622-5390

Thank you for your cooperation.

Sincerely,

Mark Samara
Assistant Director
Crime/Narcotics and Western Hemisphere Division
Office of Foreign Assets Control

Enclosure

2



UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

(U) Case ID FNK-6452

(U) OFFICE OF FOREIGN ASSETS CONTROL

(U) **EVIDENTIARY MEMORANDUM**

(U) MEMORANDUM FOR: JOHN E. SMITH ▮ 4/9/16
ACTING DIRECTOR
OFFICE OF FOREIGN ASSETS CONTROL

(U) THROUGH: GREGORY T. GATJANIS ▮ Dated 3/21/16
ASSOCIATE DIRECTOR
OFFICE OF GLOBAL TARGETING

MARK SAMARA ▮ Dated 3/18/16
ASSISTANT DIRECTOR
CRIME/NARCOTICS & WESTERN HEMISPHERE DIVISION

▮ Dated 3/18/16
SECTION CHIEF
SOUTH AMERICA/INTERNATIONAL SECTION ▮ Dated 3/17/16

(U) FROM: ▮
Sanctions Investigator
South America/International Section

(U) SUBJECT: Proposed designation of three individuals and 60 entities as
Specially Designated Narcotics Traffickers pursuant to the Foreign
Narcotics Kingpin Designation Act

(U) **I. Summary**

(U) The information presented in this memorandum and the related exhibits provide reason to
believe that each of the individuals and entities identified below is a "foreign person" who:

- is materially assisting in, or providing financial or technological support for or to, or
  providing goods or services in support of, the international narcotics trafficking
  activities of the **WAKED MONEY LAUNDERING ORGANIZATION**[1]

---

[1] (U) Throughout this memorandum an asterisk (*) following a capitalized name denotes an individual, a company,
or an organization that has been previously identified or designated by the President of the United States or by the
Office of Foreign Assets Control (OFAC) as a Specially Designated Narcotics Trafficker (SDNT) pursuant to the

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

1

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

(WAKED MLO), **Nidal Ahmed WAKED HATUM (WAKED HATUM)**, and/or
**Abdul Mohamed WAKED FARES (WAKED FARES)**;[2] and/or

- is owned, controlled, or directed by, or acting for or on behalf of, the **WAKED MLO, WAKED HATUM, WAKED FARES, Gazy WAKED HATUM, Ali WAKED HATUM, Jalal WAKED HATUM**,[3] and/or other individuals proposed for designation in this memorandum;

and therefore meets the statutory criteria for designation as a Specially Designated Narcotics Trafficker (SDNT) pursuant to sections 805(b)(2) and/or (3) of the Foreign Narcotics Kingpin Designation Act (Kingpin Act), 21 U.S.C. § 1904(b)(2) and/or (3).[4]

(U) Following appropriate interagency consultation, the names of these foreign persons will be posted on the website of the Office of Foreign Assets Control (OFAC) and published in the *Federal Register*.

(U) Listings:

(U) Individuals:

1. (U) **WAKED DARWICH, Mohamed Abdo**
2. (U) **TOUZARD ROMO, Lucia**
3. (U) ▮▮▮▮▮NON-RESPONSIVE▮▮▮▮▮

(U) Entities:

1. (U) **GRUPO CIMA PANAMA, S.A.**
2. (U) **SOHO PANAMA, S.A.**
3. (U) **INMOBILIARIA ROYPAL, S.A.**
4. (U) **FELIX B. MADURO, S.A.**
5. (U) **IMPORTADORA MADURO, S.A.**
6. (U) **PANLI HOLDINGS, INC.**
7. (U) ▮▮▮NON-RESPONSIVE▮▮▮
8. (U) **SOHO DEVELOPERS, INC.**
9. (U) ▮▮NON-RESPONSIVE Entities 9-36▮▮
10. (U) ▮▮▮▮▮▮▮▮▮▮
11. (U) ▮▮▮▮▮▮▮▮▮▮▮▮
12. (U) ▮▮▮▮▮

---

Kingpin Act and who is thus currently subject to sanctions under the Kingpin Act, 21 U.S.C. §§ 1901-1908. Names of individuals and/or entities that are capitalized and **bolded** denote an individual or entity that is proposed for designation in this memorandum or an accompanying memorandum.

[2] (U//~~LES~~) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[3] (U//~~LES~~) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[4] (U) [Exhibit 1, p. 5]

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~



13. (U)
14. (U)
15. (U)
16. (U)
17. (U)
18. (U)
19. (U)
20. (U)
21. (U)
22. (U)
23. (U)
24. (U)
25. (U)
26. (U)
27. (U)
28. (U)
29. (U)
30. (U)
31. (U)
32. (U)
33. (U)
34. (U)
35. (U)
36. (U)
37. (U) **MALALA 786, S.A.**
38. (U) **WAKED INTERNACIONAL PANAMA, S.A.**
39. (U) **WAYSIDE CORPORATION**
40. (U) **GLENDOR FINANCE S.A.**
41. (U) **LA RIVIERA, PANAMA, S.A.**
42. (U) **ABIF INVESTMENT, S.A.**
43. (U) **WAREHOUSE OUTLETS, S.A.**
44. (U) **TROLL PROPERTIES, INC.**
45. (U) **INMOBILIARIA MULTI-TIENDAS, S.A.**
46. (U) **MAWA ENTERPRISES, CORP.**
47. (U) NON-RESPONSIVE
48. (U) NON-RESPONSIVE
49. (U) **GRUPO LA RIVIERA PANAMA, S.A.**
50. (U) **LAGUNA MAR INTERNACIONAL, S.A.**
51. (U) **VISION 20-20, S.A.**
52. (U) **GRUPO CEDRO PANAMA, S.A.**
53. (U) NON-RESPONSIVE Entities 53-57
54. (U)
55. (U)
56. (U)
57. (U)
58. (U) **MADURO INTERNACIONAL, S.A.**

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

3

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

59. (U)  NON-RESPONSIVE

60. (U) **WESTLINE ENTERPRISES, INC.**

(U) The information supporting these designations includes:

(U//~~LES~~) 1.

(U//~~LES~~) 2.

(U) ▮▮▮▮ 3.   <u>Panama Public Registry, Panama Tax Identification and Registration records, and open source business reporting.</u>  Included in this evidentiary memorandum are corporate records from the *Registro Publico de Panama*[5] (Panama Public Registry),[6] which is accessible from the Panama Public Registry's website, as well as other open source business reports from verified commercial databases such as Dun & Bradstreet and ICP (International Company Profile) Credit. These records and reports identify the corporate officers of an entity, including the President (*presidente*), Vice President (*vicepresidente*), Secretary (*secretario*), Treasurer (*tesorero*), Director (*director*), Resident Agent (*agente residente*), and Legal Representative (*representante legal*). Additionally, tax identification and registration information from the *Direccion General*



(U//LES) [5] ▮

[Exhibit 144, p. 1]
[6] (U//~~FOUO~~) To the extent that the supporting documents are not in English, translations were made and are reflected herein. Spanish to English translations throughout this memorandum were made by Sanctions Investigator ▮▮▮▮▮▮ who studied Spanish in high school and college. ▮ is a native Spanish writer and speaker and has been working with Spanish language documents in a professional capacity ▮▮▮▮▮▮▮▮ Translations of a single word or phrase are included in the text of this memorandum. Translations of sentences, paragraphs, or more are included as attachments to the cited exhibits.

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-6452 0004

1:16-cv-01730 0117

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

*de Ingresos* (Directorate General for Revenue) of Panama's *Ministerio de Economia y Finanzas* (Ministry of Economics and Finance) (*MEF*) is included in this evidentiary memorandum. Specifically, the *Número de Registro Único de Contribuyentes* (*RUC*), a unique tax identification number assigned to registered businesses in Panama, was attained by querying the *MEF*'s online tax registration database.

(U) 4.  <u>Miscellaneous information</u>.  This evidentiary also uses information gathered from various public sources, including foreign government websites and press articles.

(U) **II. Background**



(U//~~LES~~) [Exhibit 145, p. 1]

(U//~~LES~~)

[Exhibit 31, p. 1]

(U//~~LES~~) [9]

(U//~~LES~~) [9]

[10] (U//~~LES~~) [Exhibit 30, p. 1]

[11] (U)
[Exhibit 59, p. 1]  [See Exhibit 59 of FNK-5826 Evidentiary Memorandum, p. 1]

[12] (U)
[Exhibit 59, p. 2]  [See Exhibit 59 of FNK-5826 Evidentiary Memorandum, p. 2]

[13] (U)
[Exhibit 59, p. 12]  [See Exhibit 59 of FNK-5826 Evidentiary Memorandum, p. 12]

[14] (U)
[Exhibit 59, p. 14]  [See Exhibit 59 of FNK-5826 Evidentiary Memorandum, p. 14]

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-6452 0005

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~



[Exhibit 102, pp. 1-2]

(U//~~LES~~)

[Exhibit 145, p. 4]

(U//~~LES~~)

[Exhibit 32, p. 2]

[Exhibit 145, p. 4]

(U//~~LES~~)

[Exhibit 145, p. 2]

(U//~~LES~~)

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

## III. Individuals Proposed for Designation Pursuant to Sections 805(b)(2) and/or (3)

(U) 1. **WAKED DARWICH, Mohamed Abdo**

(U) The information presented below and the related exhibits provide reason to believe that **Mohamed Abdo WAKED DARWICH (WAKED DARWICH)** is controlled or directed by, or acting for or on behalf of, the **WAKED MLO** and **WAKED FARES**, and therefore meets the criteria for designation pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. § 1904(b)(3).

(U) <u>Basis for Designation</u>

(U) **WAKED DARWICH**[15] is the Vice President, the Secretary, and a Director of **GRUPO WISA S.A.**[16] **WAKED FARES** is the President, Owner, Managing Director/Director, and Legal Representative of **GRUPO WISA S.A.** **GRUPO WISA S.A.** is described as a family owned business that is involved in operating duty free shops, amongst other businesses. [Exhibit 79, pp. 1-2, 4; Exhibit 97, pp. 1, 3; Exhibit 105 pp. 1-3; Exhibit 106, pp. 1-2; Exhibit 99, p. 2; Exhibit 107]



(U//~~LES~~)

[Exhibit 10, pp. 1-2]

(U//~~LES~~)

[Exhibit 44, p. 2]

(U) According to an article in *Travel Markets Insider* dated June 1, 2015, **WAKED DARWICH**, the Executive Vice President of **GRUPO WISA**, "emphasized that the duty free business continues to be at the heart of the family-owned company" [GRUPO WISA] and that

---

(U//~~LES~~)[15]                                                              [Exhibit 104, p. 10]

(U) [16]          **GRUPO WISA** is proposed for designation in evidentiary memorandum FNK-5826 for materially assisting in, or providing financial or technological support for or to, or providing goods or services in support of, the international narcotics trafficking activities of the **WAKED MLO** and/or **WAKED FARES**, and for being owned, controlled, or directed by, or acting for or on behalf of, **WAKED FARES**.

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

GRUPO WISA is remodeling many of its old LA RIVIERA duty free stores. The article continues with WAKED DARWICH detailing GRUPO WISA's strategy and market outlook, and describing his intimate involvement with the company and its operations. [Exhibit 80, p. 4]

(U) According to the Panama Public Registry as of November 16, 2015, WAKED DARWICH is the President and a Director of GRUPO CIMA PANAMA, S.A. [Exhibit 78, pp. 1, 3] According to a 2012 ICP Credit report, GRUPO CIMA PANAMA SA is owned by members of the WAKED family. [Exhibit 79, p. 3]

(U) According to the Panama Public Registry as of November 10, 2015, WAKED DARWICH is the President, the Legal Representative, and a Director of SOHO PANAMA, S.A. WAKED FARES is the Secretary and a Director of SOHO PANAMA, S.A. [Exhibit 5, pp. 1-2]

(U) According to the Panama Public Registry as of November 10, 2015, WAKED DARWICH is the Vice President, the Secretary, and a Director of INMOBILIARIA ROYPAL, S.A. WAKED FARES is the President and a Director of INMOBILIARIA ROYPAL, S.A. [Exhibit 6, pp. 1-3]

(U) According to the Panama Public Registry as of November 16, 2015, WAKED DARWICH is the Vice President, the Secretary, and a Director of IMPORTADORA MADURO, S.A. WAKED FARES is the President and a Director of IMPORTADORA MADURO, S.A. [Exhibit 7, p. 2] [17]

(U) According to the Panama Public Registry as of November 16, 2015, WAKED DARWICH is the Secretary, the Legal Representative, and a Director of FELIX B. MADURO S.A. WAKED FARES is the President, the Legal Representative, and a Director of FELIX B. MADURO S.A. [Exhibit 81, p. 2] [18]

(U) According to the Panama Public Registry as of November 10, 2015, WAKED DARWICH is the Secretary and a Director of PANLI HOLDINGS, INC. WAKED FARES is the President, the Legal Representative, and a Director of PANLI HOLDINGS, INC. [Exhibit 8, pp. 1-2]

(U) According to the Panama Public Registry as of November 16, 2015, WAKED DARWICH is the Secretary and a Director of SOHO DEVELOPERS, INC. WAKED FARES is the Chairman, President, and Legal Representative, and a Director of SOHO DEVELOPERS, INC.

---

[17] (U) This exhibit describes a change in the board of directors and corporate officials for this entity. The original board of directors is identified first (*Cargos de Baja*) both on the first page and on the second page and the new board of directors is identified second (*Cargos Actualizados*) on the second page. This transfer occurred as a result of GRUPO WISA's acquisition of IMPORTADORA MADURO, S.A. in February 2015. [Exhibit 125, pp. 1-2; Exhibit 7, p. 2]

[18] (U) This exhibit describes a change in the board of directors and corporate officials for this entity. The original board of directors is identified first (*Cargos de Baja*) both on the first page and on the second page and the new board of directors is identified second (*Cargos Actualizados*) on the second page. This transfer occurred as a result of GRUPO WISA's acquisition of FELIX B. MADURO, S.A. in February 2015. [Exhibit 125, pp. 1-2; Exhibit 7, p. 2]

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

[Exhibit 83 and Exhibit 101] **SOHO DEVELOPERS, INC.** is a subsidiary of **WESTLINE ENTERPRISES.** [Exhibit 101] **WAKED DARWICH** is the President, the Legal Representative, and a Director of **WESTLINE ENTERPRISES, INC.** [Exhibit 108] **WESTLINE ENTERPRISES** is "a real estate arm of Panamanian retail magnate **WAKED FARES.**" [Exhibit 100, p. 2]

(U) According to the Panama Public Registry as of November 16, 2015, **WAKED DARWICH** is the Secretary and a Director of **MALALA 786, S.A. WAKED FARES** is the President, the Legal Representative, and a Director of **MALALA 786, S.A.** [Exhibit 84]

(U) According to the Panama Public Registry as of November 16, 2015, **WAKED DARWICH** is the Vice President, the Secretary, and a Director of **WAYSIDE CORPORATION. WAKED FARES** is the President and a Director of **WAYSIDE CORPORATION.** [Exhibit 89]

(U) According to the Panama Public Registry as of November 18, 2015, **WAKED DARWICH** is the Secretary and a Director of **GRUPO LA RIVIERA PANAMA, S.A. WAKED FARES** is the President, the Legal Representative, and a Director of **GRUPO LA RIVIERA PANAMA, S.A.** [Exhibit 118]

(U) According to the Panama Public Registry as of November 18, 2015, **WAKED DARWICH** is the Secretary and a Director of **ABIF INVESTMENT, S.A. WAKED FARES** is the President and a Director of **ABIF INVESTMENT, S.A.** [Exhibit 111, p. 2][19]

(U) According to the Panama Public Registry as of November 18, 2015, **WAKED DARWICH** is the Secretary and a Director of **LAGUNA MAR INTERNACIONAL, S.A. WAKED FARES** is the President, the Legal Representative, and a Director of **LAGUNA MAR INTERNACIONAL, S.A.** [Exhibit 119]

(U) According to the Panama Public Registry as of November 18, 2015, **WAKED DARWICH** is the Secretary and a Director of **VISION 20-20, S.A. WAKED FARES** is the President, the Legal Representative, and a Director of **VISION 20-20, S.A.** [Exhibit 122]

(U) According to the Panama Public Registry as of November 18, 2015, **WAKED DARWICH** is the Secretary and a Director of **GRUPO CEDRO PANAMA S.A. WAKED FARES** is the President, the Legal Representative, and a Director of **GRUPO CEDRO PANAMA S.A.** [Exhibit 123]

(U) ▓▓▓▓ Based on the foregoing, OFAC assesses that, in addition to being **WAKED FARES'** son,[20] **WAKED DARWICH** is controlled or directed by and/or acts for or on behalf of **WAKED FARES** as shown by his position as a deputy to his father, **WAKED FARES**, in **WAKED FARES**-owned or -controlled companies.

---

[19] (U) This exhibit describes a change in the board of directors and corporate officials for this entity. The original board of directors is identified first (*Cargos de Baja*) and the new board of directors is identified second (*Cargos Actualizados*) on the second page.
[20] (U//~~LES~~) [Exhibit 104, p. 10]

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

(U) Additional Information

(U) **WAKED DARWICH** is also a corporate officer in several other companies, including three that include participation by **TOUZARD ROMO**, another individual acting for or on behalf of the **WAKED MLO** and **WAKED FARES**.

(U) According to the Panama Public Registry as of November 18, 2015, **WAKED DARWICH** is the President, the Legal Representative, and a Director of **LA RIVIERA, PANAMA, S.A.** **TOUZARD ROMO** is the Secretary, the Resident Agent, and a Director of **LA RIVIERA, PANAMA, S.A.** [Exhibit 91]

(U) According to the Panama Public Registry as of November 18, 2015, **WAKED DARWICH** is the President and a Director of **WAREHOUSE OUTLETS, S.A.** **TOUZARD ROMO** is the Secretary, the Resident Agent, and a Director of **WAREHOUSE OUTLETS, S.A.** [Exhibit 112]

(U) According to the Panama Public Registry as of November 18, 2015, **WAKED DARWICH** is the President and a Director of **INMOBILIARIA MULTI-TIENDAS, S.A.** **TOUZARD ROMO** is the Secretary, the Resident Agent, and a Director of **INMOBILIARIA MULTI-TIENDAS, S.A.** [Exhibit 114]

(U) According to the Panama Public Registry as of November 18, 2015, **WAKED DARWICH** is the President and a Director of **GLENDOR FINANCE S.A.** [Exhibit 90]

(U) According to the Panama Public Registry as of November 18, 2015, **WAKED DARWICH** is the President, the Legal Representative, and a Director of **TROLL PROPERTIES, INC.** [Exhibit 113]

(U) Identifying Information

- (U) Full Name: **Mohamed Abdo WAKED DARWICH**[21]
- (U) AKA: **Hamudi WAKED DARWICH**[22]
- (U) DOB: 30 Aug 1977[23]
- (U) POB: Colombia[24]
- (U) COC: Panama[25]
- (U) Cedula Number: N-19-828 (Panama)[26]
- (U) Linked To: **WAKED MLO**[27]

---

(U//~~LES~~)[21] ▮ [Exhibit 104, p. 10]
(U//~~LES~~)[22] ▮ [Exhibit 104, p. 10]
(U//~~LES~~)[23] ▮ [Exhibit 104, p. 10]
(U//~~LES~~)[24] ▮ [Exhibit 104, p. 10]
(U//~~LES~~)[25] ▮ [Exhibit 104, p. 10]
[26] (U) [Exhibit 110]
[27] (U) The information in the basis for designation section provides reason to believe that **WAKED DARWICH** is controlled or directed by, or acting for or on behalf of, the **WAKED MLO**; therefore, he is linked to the **WAKED MLO**.

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

(U) **WAKED DARWICH** plays a documented role in the following entities, also proposed for designation in this memorandum:

- (U) **GRUPO CIMA PANAMA, S.A.**
- (U) **SOHO PANAMA, S.A.**
- (U) **INMOBILIARIA ROYPAL, S.A.**
- (U) **IMPORTADORA MADURO, S.A.**
- (U) **PANLI HOLDINGS, INC**
- (U) **SOHO DEVELOPERS, INC**
- (U) **WESTLINE ENTERPRISES, INC.**
- (U) **MALALA 786, S.A.**
- (U) **WAYSIDE CORPORATION**
- (U) **LA RIVIERA, PANAMA, S.A.**
- (U) **GLENDOR FINANCE S.A.**
- (U) **WAREHOUSE OUTLETS, S.A.**
- (U) **GRUPO LA RIVIERA PANAMA, S.A.**
- (U) **ABIF INVESTMENT, S.A.**
- (U) **WAYSIDE CORPORATION**
- (U) **LAGUNA MAR INTERNACIONAL, S.A.**
- (U) **VISION 20-20, S.A.**
- (U) **GRUPO CEDRO PANAMA S.A.**
- (U) **TROLL PROPERTIES, INC.**
- (U) **INMOBILIARIA MULTI-TIENDAS, S.A**

(U) 2. **TOUZARD ROMO, Lucia**

(U) The information presented below and the related exhibits provide reason to believe that **Lucia TOUZARD ROMO** (**TOUZARD ROMO**) is materially assisting in, or providing financial or technological support for or to, or providing goods or services in support of, the international narcotics trafficking activities of the **WAKED MLO** and/or **WAKED FARES**, and/or is controlled or directed by, or acting for or on behalf of, **WAKED FARES, WAKED DARWICH**, and/or **GRUPO WISA, S.A.**, and therefore meets the criteria for designation pursuant to sections 805(b)(2) and/or (3) of the Kingpin Act, 21 U.S.C. § 1904(b)(2) and/or (3).

(U) <u>Basis for Designation</u>

(U) According to the Panama Public Registry as of October 14, 2015, **TOUZARD ROMO**[28] is the Treasurer, the Resident Agent, and a Director of **GRUPO WISA.**[29] [Exhibit 105, pp. 1-2]

---

[28] (U) **Lucia TOUZARD ROMO** is also known as (aka) **Lucia TOUZARD**. OFAC assesses based on information learned in this case and all reasonable inferences that these names refer to the same person.

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-6452 0011

1:16-cv-01730 0124

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

**WAKED DARWICH** is the Vice President, the Secretary, and a Director; and **WAKED FARES** is the President, Owner, Managing Director/Director, and Legal Representative of **GRUPO WISA**. [Exhibit 79, p. 1; Exhibit 97, pp. 1, 3; Exhibit 105, pp. 1-2; Exhibit 106, pp. 1-2; Exhibit 99, p. 2; and Exhibit 107]

(U) According to a LinkedIn profile accessed on November 5, 2015, **TOUZARD ROMO** is a "corporate lawyer" at **GRUPO WISA**. [Exhibit 141] **TOUZARD ROMO**'s business card identifies her position at **GRUPO WISA** as *abogada corporativa* (corporate attorney). [Exhibit 96]

(U) According to an October 9, 2015 article in *La Prensa*, **TOUZARD ROMO** has an international arrest warrant issued in her name and is facing five to eight years in prison in Guatemala for alleged customs fraud. The article explains that **TOUZARD ROMO** is the signatory on corporate documents associated with the development of the **LA RIVIERA** franchise in Guatemala as well as the representative for **GRUPO WISA**. The Prosecutor's Office against Administrative Crimes of the Public Ministry of Guatemala closed 19 **LA RIVIERA** duty free stores at La Aurora airport for alleged customs fraud related to the charges. **LA RIVIERA** is a part of **GRUPO WISA**, a Panamanian company with operations in more than 14 countries and at major airports throughout Latin America. [Exhibit 142, p. 3]

(U//~~LES~~) ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████ [Exhibit 10, pp. 1-2]

(U//~~LES~~) ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████ [Exhibit 44, p. 2]

(U) According to the Panama Public Registry as of November 16, 2015, **TOUZARD ROMO** is the Secretary, the Resident Agent, and a Director of **GRUPO CIMA PANAMA, S.A. WAKED DARWICH** is the President and a Director of **GRUPO CIMA PANAMA, S.A.** [Exhibit 78, pp. 1-3] According to an ICP Credit report, **GRUPO CIMA PANAMA SA** is owned by members of the **WAKED** family. [Exhibit 79, p. 3]

---

(U) [29] ████████ **GRUPO WISA** is proposed for designation in evidentiary memorandum FNK-5826 for materially assisting in, or providing financial or technological support for or to, or providing goods or services in support of, the international narcotics trafficking activities of the **WAKED MLO** and/or **WAKED FARES**, and/or is owned, controlled, or directed by **WAKED FARES**.

(U) According to the Panama Public Registry as of November 16, 2015, **TOUZARD ROMO** is the Treasurer and a Director of **MALALA 786, S.A. WAKED FARES** is the President, the Legal Representative, and a Director; and **WAKED DARWICH** is the Secretary and a Director of **MALALA 786, S.A.** [Exhibit 84]

(U) According to the Panama Public Registry as of November 16, 2015, **TOUZARD ROMO** is the Treasurer and a Director of **WAKED INTERNACIONAL PANAMA, S.A. WAKED FARES** is the President, the Legal Representative, and a Director of **WAKED INTERNACIONAL PANAMA, S.A.** [Exhibit 85]

(U) According to the Panama Public Registry as of November 16, 2015, **TOUZARD ROMO** is the Treasurer, the Resident Agent, and a Director of **WAYSIDE CORPORATION. WAKED FARES** is the President and a Director; and **WAKED DARWICH** is the Vice President, the Secretary, and a Director of **WAYSIDE CORPORATION.** [Exhibit 89]

(U) According to the Panama Public Registry as of November 16, 2015, **TOUZARD ROMO** is the Secretary, the Resident Agent, and a Director of **LA RIVIERA, PANAMA, S.A. WAKED DARWICH** is the President and a Director of **LA RIVIERA, PANAMA, S.A.** [Exhibit 91]

(U) According to the Panama Public Registry as of November 18, 2015, **TOUZARD ROMO** is the Secretary, the Resident Agent, and a Director of **WAREHOUSE OUTLETS, S.A. WAKED DARWICH** is the President and a Director of **WAREHOUSE OUTLETS, S.A.** [Exhibit 112]

(U) According to the Panama Public Registry as of November 18, 2015, **TOUZARD ROMO** is the Secretary, the Resident Agent, and a Director of **INMOBILIARIA MULTI-TIENDAS, S.A. WAKED DARWICH** is the President and a Director of **INMOBILIARIA MULTI-TIENDAS, S.A.** [Exhibit 114]

(U) According to the Panama Public Registry as of November 10, 2015, **TOUZARD ROMO** is the Treasurer, the Resident Agent, and a Director of **INMOBILIARIA ROYPAL, S.A. WAKED FARES** is the President and a Director; and **WAKED DARWICH** is the Vice President, the Secretary, and a Director of **INMOBILIARIA ROYPAL, S.A.** [Exhibit 6, pp. 1-3]

(U) According to the Panama Public Registry as of November 10, 2015, **TOUZARD ROMO** is the Treasurer, the Resident Agent, and a Director of **PANLI HOLDINGS, INC. WAKED FARES** is the President and a Director and **WAKED DARWICH** is the Secretary and a Director of **PANLI HOLDINGS, INC.** [Exhibit 8, pp. 1-2]

(U) According to the Panama Public Registry as of November 18, 2015, **WAKED DARWICH** is the Secretary and a Director of **LAGUNA MAR INTERNACIONAL, S.A. WAKED FARES** is the President, the Legal Representative, and a Director of **LAGUNA MAR INTERNACIONAL, S.A. TOUZARD ROMO** is the Resident Agent of **LAGUNA MAR INTERNACIONAL, S.A.** [Exhibit 119]

FNK-6452 0013

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

(U) ▮▮▮▮ Based on the foregoing, OFAC assesses that, in addition to being a corporate lawyer at **GRUPO WISA S.A.**, **TOUZARD ROMO** provides a variety of services, including shell and other company incorporation, corporate development, and customs facilitation, to **WAKED FARES**, **WAKED DARWICH**, and **GRUPO WISA, S.A.**, as well as the **WAKED MLO**. Additionally, **TOUZARD ROMO** is **WAKED FARES** and **WAKED DARWICH**'s representative and acts for or on their behalf via her various documented corporate officer and director positions at **WAKED FARES** and **WAKED DARWICH** companies.

(U) <u>Identifying Information</u>

- (U) Full Name: **Lucia TOUZARD ROMO**[30]
- (U) DOB: 24 Jan 1971[31]
- (U) COC: Panama[32]
- (U) POB: Panama[33]
- (U) Passport Number: 0159068 (Panama)[34]
- (U) Address: Ave. Samuel Lewis y Calle 54, Urb. Obarrio Torre Generali piso 11, Apartado 0831-02-513, Panama, Panama[35]
- (U) Linked To: **WAKED MLO**[36]

(U) **TOUZARD ROMO** plays a documented role in the following entities, also proposed for designation in this memorandum:

- (U) **GRUPO WISA, S.A.**
- (U) **GRUPO CIMA PANAMA, S.A.**
- (U) **MALALA 786, S.A.**
- (U) **INMOBILIARIA ROYPAL, S.A.**
- (U) **PANLI HOLDINGS, INC.**
- (U) **WAYSIDE CORPORATION**
- (U) **LA RIVIERA, PANAMA, S.A.**
- (U) **WAREHOUSE OUTLETS, S.A.**
- (U) **WAKED INTERNACIONAL PANAMA, S.A.**
- (U) **INMOBILIARIA MULTI-TIENDAS, S.A.**

---

(U//~~LES~~)[30] ▮ [Exhibit 96, p. 4 and Exhibit 104, p. 10]
(U//~~LES~~)[31] ▮ [Exhibit 104, p. 10]
(U//~~LES~~)[32] ▮ [Exhibit 104, p. 10]
(U//~~LES~~)[33] ▮ [Exhibit 104, p. 10]
(U//~~LES~~)[34] ▮ [Exhibit 104, p. 10]
[35] (U) [Exhibit 96]
[36] (U) The information in the basis for designation section provides reason to believe that **TOUZARD ROMO** is materially assisting in, or providing financial or technological support for or to, or providing goods or services in support of, the international narcotics trafficking activities of the **WAKED MLO**; therefore, she is linked to the **WAKED MLO**.

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-6452 0014

1:16-cv-01730 0127

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

Non-Responsive and Page 16 Non-Responsive



UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-6452 0015

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~



## IV. Entities Proposed for Designation Pursuant to Section 805(b)(3)

1.   **GRUPO CIMA PANAMA, S.A.**

(U) <u>Summary</u>

(U) The information presented below and the related exhibits provide reason to believe that **GRUPO CIMA PANAMA, S.A. (GROUP CIMA)** is owned, controlled, or directed by **WAKED DARWICH**, and therefore meets the criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. § 1904(b)(3).

(U) <u>Basis for Designation</u>

(U) According to the Panama Public Registry as of November 16, 2015, **WAKED DARWICH** is President and a Director of **GRUPO CIMA PANAMA, S.A.**[44]  [Exhibit 78, pp. 1, 3]

(U) <u>Additional Information</u>

(U) According to the *Direccion General de Impuestos* (*DGI*), Panama's tax registration agency, **GRUPO CIMA** is registered and assigned *RUC* numbers 408392-1-425571 and 425571-1-408392. [Exhibit 124]

(U) <u>Identifying Information</u>

- (U) Full Name: **GRUPO CIMA PANAMA, S.A.**[45]
- (U) Address: Calle 15 Y Avenida Roosevelt, Colon Free Zone, Panama[46]
- (U) Address: PO Box 3294, Panama City, Panama[47]
- (U) RUC: 408392-1-425571 (Panama)[48]
- (U) RUC: 425571-1-408392 (Panama)[49]

---

[44] (U) According to an ICP Credit report, **GRUPO CIMA PANAMA SA** is owned by members of the **WAKED** family. [Exhibit 79, p. 3]
[45] (U) [Exhibit 78]
[46] (U) [Exhibit 79, p. 3]
[47] (U) [Exhibit 79, p. 3]
[48] (U) [Exhibit 124]
[49] (U) [Exhibit 124]

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-6452 0016

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

2.    **SOHO PANAMA, S.A.**

(U) <u>Summary</u>

(U) The information presented below and the related exhibits provide reason to believe that **SOHO PANAMA, S.A.** is owned, controlled, or directed by **WAKED DARWICH** and/or **WAKED FARES**, and therefore meets the criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. § 1904(b)(3).

(U) <u>Basis for Designation</u>

(U) According to the Panama Public Registry as of November 10, 2015, **WAKED DARWICH** is President and a Director of **SOHO PANAMA, S.A.  WAKED FARES** is Secretary and a Director of **SOHO PANAMA, S.A.** [Exhibit 5, pp. 1-2]

(U) According to a May 2015 article in *Estrategia y Negocios*, a business newspaper in Panama, the owner and CEO of **GRUPO WISA, WAKED [FARES]** is responsible for **SOHO [PANAMA]**.  **WAKED DARWICH** is identified in the article as the Vice President of **GRUPO WISA** and involved in the project [**SOHO PANAMA**]. [Exhibit 97, p. 5]

(U) <u>Additional Information</u>

(U) According to *DGI*, Panama's tax registration agency, **SOHO PANAMA, S.A.** is registered and assigned *RUC* number 2422734-1-808115.  [Exhibit 77]

(U) According to **SOHO PANAMA**'s website, the entity operates as **SOHO MALL PANAMA** and is located at Calle 50 (entre Calle 54 y 56) in Panama City, Panama.  [Exhibit 147, pp. 1-2]

(U) <u>Identifying Information</u>

- (U) Full Name: **SOHO PANAMA, S.A.**[50]
- (U) AKA: **SOHO MALL PANAMA**[51]
- (U) Address: Calle 50 (entre Calle 54 y 56), Panama,  Panama[52]
- (U) RUC: 2422734-1-808115 (Panama)[53]

3.    **INMOBILIARIA ROYPAL, S.A.**

(U) <u>Summary</u>

---

[50] (U) [Exhibit 5, p. 1]
[51] (U) [Exhibit 147, pp. 1-2]
[52] (U) [Exhibit 147, pp. 1-2]
[53] (U) [Exhibit 77]

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

(U) The information presented below and the related exhibits provide reason to believe that **INMOBILIARIA ROYPAL, S.A.** is owned, controlled, or directed by **WAKED DARWICH**, **WAKED FARES**, and/or **TOUZARD ROMO**, and therefore meets the criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. § 1904(b)(3).

(U) Basis for Designation

(U) According to the Panama Public Registry as of November 10, 2015, **WAKED DARWICH** is the Vice President, the Secretary, and a Director of **INMOBILIARIA ROYPAL, S.A.** **WAKED FARES** is the President and a Director; **TOUZARD ROMO** is the Treasurer, the Resident Agent, and a Director of **INMOBILIARIA ROYPAL, S.A.** [Exhibit 6, pp. 1-3]

(U) Additional Information

(U) According to *DGI*, Panama's tax registration agency, **INMOBILIARIA ROYPAL, S.A.** is registered and assigned *RUC* number 46966-79-305611. [Exhibit 76]

(U) Identifying Information

- (U) Full Name: **INMOBILIARIA ROYPAL, S.A.**[54]
- (U) Address: Panama[55]
- (U) RUC: 46966-79-305611 (Panama)[56]

4.   **FELIX B. MADURO S.A.**

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **FELIX B. MADURO, S.A.** is owned, controlled, or directed by **GRUPO WISA, S.A.**, **WAKED DARWICH**, and/or **WAKED FARES**, and therefore meets the criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. § 1904(b)(3).

(U) Basis for Designation

(U) According to the Panama Public Registry as of November 16, 2015, **WAKED DARWICH** is the Secretary and a Director of **FELIX B. MADURO S.A.** **WAKED FARES** is the President and a Director of **FELIX B. MADURO S.A.** [Exhibit 81][57]

---

[54] (U) [Exhibit 6, p. 1]
[55] (U) [Exhibit 6, p. 1]
[56] (U) [Exhibit 76]
[57] (U) This exhibit describes a change in the board of directors and corporate officials for this entity. The original board of directors is identified first (*Cargos de Baja*) and the new board of directors is identified second (*Cargos*

19

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

(U) According to an article dated February 25, 2015 in *La Prensa*, a Panamanian newspaper, **FELIX B. MADURO** and **IMPORTADORA MADURO** were acquired by **GRUPO WISA**. [Exhibit 125, pp. 1-2]

(U) Additional Information

(U) According to *DGI*, Panama's tax registration agency, **FELIX B. MADURO S.A.** is registered and assigned *RUC* numbers 811226-1-498041 and 78-273-13798. [Exhibit 36]

(U) Identifying Information

- (U) Full Name: **FELIX B. MADURO S.A.**[58]
- (U) Address: Panama[59]
- (U) RUC: 811226-1-498041 (Panama)[60]
- (U) RUC: 78-273-13798 (Panama)[61]

5.    **IMPORTADORA MADURO, S.A.**

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **IMPORTADORA MADURO, S.A.** is owned, controlled, or directed by **GRUPO WISA, S.A., WAKED DARWICH** and/or **WAKED FARES**, and therefore meets the criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. § 1904(b)(3).

(U) Basis for Designation

(U) According to the Panama Public Registry as of November 16, 2015, **WAKED DARWICH** is the Vice President, the Secretary, and a Director of **IMPORTADORA MADURO, S.A. WAKED FARES** is the President and a Director of **IMPORTADORA MADURO, S.A.** [Exhibit 7, p. 2][62]

---

*Actualizados*). This transfer occurred as a result of **GRUPO WISA**'s acquisition of **FELIX B. MADURO, S.A.** and **IMPORTADORA MADURO, S.A** in February 2015. [Exhibit 125, pp. 1-2; Exhibit 7, p. 2]

[58] (U) [Exhibit 81, p. 1]

[59] (U) [Exhibit 81, p. 1]

[60] (U) [Exhibit 36]

[61] (U) [Exhibit 36]

[62] (U) This exhibit describes a change in the board of directors and corporate officials for this entity. The original board of directors is identified first (*Cargos de Baja*) and the new board of directors is showed second (*Cargos Actualizados*). This transfer occurred as a result of **GRUPO WISA**'s acquisition of **FELIX B. MADURO, S.A.** and **IMPORTADORA MADURO, S.A** in February of 2015. [Exhibit 125, pp. 1-2]

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

(U) According to an article dated February 25, 2015 in *La Prensa*, a Panamanian newspaper, **FELIX B. MADURO** and **IMPORTADORA MADURO** were acquired by **GRUPO WISA**. [Exhibit 125, pp. 1-2]

(U) Additional Information

(U) According to *DGI*, Panama's tax registration agency, **IMPORTADORA MADURO S.A.** is registered and assigned *RUC* number 558-472-101708.  [Exhibit 82]

(U) Identifying Information

- (U) Full Name: **IMPORTADORA MADURO, S.A.**[63]
- (U) Address: Panama[64]
- (U) RUC: 558-472-101708 (Panama)[65]


6.    **PANLI HOLDINGS, INC.**

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **PANLI HOLDINGS, INC.** is owned, controlled, or directed by **WAKED DARWICH** and/or **WAKED FARES**, and therefore meets the criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. § 1904(b)(3).

(U) Basis for Designation

(U) According to the Panama Public Registry as of November 10, 2015, **WAKED DARWICH** is the Secretary and a Director of **PANLI HOLDINGS, INC.  WAKED FARES** is the President, the Legal Representative, and a Director of **PANLI HOLDINGS, INC.** [Exhibit 8, pp. 1-3]

(U) Additional Information

(U) According to *DGI*, Panama's tax registration agency, **PANLI HOLDINGS, INC.** is registered and assigned *RUC* number 144868-1-384842. [Exhibit 75]

(U) Identifying Information

- (U) Full Name: **PANLI HOLDINGS, INC.**[66]
- (U) Address: Panama[67]

---

[63] (U) [Exhibit 7, p. 2]
[64] (U) [Exhibit 7, p. 2]
[65] (U) [Exhibit 82]
[66] (U) [Exhibit 8, p. 1]

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-6452 0020

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

- (U) RUC: 144868-1-384842 (Panama)[68]



8.   SOHO DEVELOPERS, INC.

(U) Summary

---

[67] (U) [Exhibit 8, p. 1]
[68] (U) [Exhibit 75]



UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-6452 0021

1:16-cv-01730 0134

(U) The information presented below and the related exhibits provide reason to believe that **SOHO DEVELOPERS, INC.**, is owned, controlled, or directed by **WAKED FARES, WESTLINE ENTERPRISES,** and/or **WAKED DARWICH,** and therefore meets the criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. § 1904(b)(3).

(U) <u>Basis for Designation</u>

(U) According to the Panama Public Registry as of November 16, 2015, **WAKED DARWICH** is the Secretary and a Director of **SOHO DEVELOPERS, INC.  WAKED FARES** is the President and a Director of **SOHO DEVELOPERS, INC.**  [Exhibit 83]

(U) According to a press release issued by advertising company JCDecaux SA, dated December 8, 2014, **WAKED FARES** is the Chairman of **SOHO DEVELOPERS, INC.  SOHO DEVELOPERS, INC.** is a subsidiary of **WESTLINE ENTERPRISES.**  [Exhibit 101] According to the Panama Public Registry as of November 17, 2015, **WAKED DARWICH** is the President and Director of **WESTLINE ENTERPRISES.**  [Exhibit 108]  According to an article in the *Wall Street Journal* dated December 2, 2014, **WESTLINE ENTERPRISES** is "a real estate arm of Panamanian retail magnate Abdul Mohamed Waked" (**WAKED FARES**). [Exhibit 100, p. 2]

(U) <u>Additional Information</u>

(U) According to *DGI*, Panama's tax registration agency, **SOHO DEVELOPERS, INC.** is registered and assigned *RUC* number 2046910-1-747341.  [Exhibit 86]

(U) <u>Identifying Information</u>

- (U) Full Name: **SOHO DEVELOPERS, INC.**[73]
- (U) Address: Panama[74]
- (U) RUC: 2046910-1-747341 (Panama)[75]


Non-Responsive and Pages 24-43 Non-Responsive

---

[73] (U) [Exhibit 83]
[74] (U) [Exhibit 83]
[75] (U) [Exhibit 86]

FNK-6452 0022

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~



37. **MALALA 786, S.A.**

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **MALALA 786, S.A.** is owned, controlled, or directed by **WAKED FARES, WAKED DARWICH**, and/or **TOUZARD ROMO**, and therefore meets the criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. § 1904(b)(3).

(U) Basis for Designation

(U) According to the Panama Public Registry as of November 16, 2015, **WAKED FARES** is the President, the Legal Representative, and a Director; **WAKED DARWICH** is the Secretary and a Director; and **TOUZARD ROMO** is the Treasurer and a Director of **MALALA 786, S.A.** [Exhibit 84]

(U) Additional Information

(U) According to *DGI*, Panama's tax registration agency, **MALALA 786 SA** is registered and assigned RUC number 2300164-1-789790. [Exhibit 94]



44

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

(U) Identifying Information

- (U) Full Name: **MALALA 786, S.A.**[168]
- (U) Address: Panama[169]
- (U) RUC: 2300164-1-789790 (Panama)[170]

## 38.   WAKED INTERNACIONAL PANAMA, S.A.

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **WAKED INTERNACIONAL PANAMA, S.A.** is owned, controlled, or directed by **WAKED FARES** and/or **TOUZARD ROMO**, and therefore meets the criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. § 1904(b)(3).

(U) Basis for Designation

(U) According to the Panama Public Registry as of November 16, 2015, **WAKED FARES** is the President, the Legal Representative, and a Director; and **TOUZARD ROMO** is the Treasurer, the Resident Agent, and a Director of **WAKED INTERNACIONAL PANAMA, S.A.** [Exhibit 85]

(U) Additional Information

(U) According to *DGI*, Panama's tax registration agency, **WAKED INTERNACIONAL PANAMA, S.A.** is registered and assigned RUC number 197517-1-394851. [Exhibit 95]

(U) Identifying Information

- (U) Full Name: **WAKED INTERNACIONAL PANAMA, S.A.**[171]
- (U) Address: Panama[172]
- (U) RUC: 197517-1-394851 (Panama)[173]

## 39.   WAYSIDE CORPORATION

---

[168] (U) [Exhibit 84]
[169] (U) [Exhibit 84]
[170] (U) [Exhibit 94]
[171] (U) [Exhibit 85]
[172] (U) [Exhibit 85]
[173] (U) [Exhibit 95]

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **WAYSIDE CORPORATION** is owned, controlled, or directed by **WAKED FARES, WAKED DARWICH**, and/or **TOUZARD ROMO**, and therefore meets the criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. § 1904(b)(3).

(U) Basis for Designation

(U) According to the Panama Public Registry as of November 16, 2015, **WAKED FARES** is the President and a Director; **WAKED DARWICH** is the Vice President, the Secretary, and a Director; and **TOUZARD ROMO** is the Treasurer, the Resident Agent, and a Director of **WAYSIDE CORPORATION**. [Exhibit 89]

(U) Additional Information

(U) According to *DGI*, Panama's tax registration agency, **WAYSIDE CORPORATION SA** is registered and assigned RUC number 10415-108-106338. [Exhibit 88]

(U) Identifying Information

- (U) Full Name: **WAYSIDE CORPORATION**[174]
- (U) Address: Panama[175]
- (U) RUC: 10415-108-106338 (Panama)[176]

40. **GLENDOR FINANCE S.A.**

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **GLENDOR FINANCE S.A.** is owned, controlled, or directed by **WAKED DARWICH**, and therefore meets the criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. § 1904(b)(3).

(U) Basis for Designation

---

[174] (U) [Exhibit 89]
[175] (U) [Exhibit 89]
[176] (U) [Exhibit 88]

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-6452 0025

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

(U) According to the Panama Public Registry as of November 16, 2015, **WAKED DARWICH** is the President, the Legal Representative, and a Director of **GLENDOR FINANCE S.A.** [Exhibit 90]

(U) Additional Information

(U) According to *DGI*, Panama's tax registration agency, **GLENDOR FINANCE SA** is registered and assigned RUC number 2041747-1-746484.  [Exhibit 87]

(U) Identifying Information

- (U) Full Name: **GLENDOR FINANCE S.A.**[177]
- (U) Address: Panama[178]
- (U) RUC: 2041747-1-746484 (Panama)[179]


41.  **LA RIVIERA, PANAMA, S.A.**

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **LA RIVIERA, PANAMA, S.A.** is owned, controlled, or directed by **WAKED DARWICH** and/or **TOUZARD ROMO**, and therefore meets the criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. § 1904(b)(3).

(U) Basis for Designation

(U) According to the Panama Public Registry as of November 16, 2015, **WAKED DARWICH** is the President, the Legal Representative, and a Director; and **TOUZARD ROMO** is the Secretary, the Resident Agent, and a Director of **LA RIVIERA, PANAMA, S.A.**  [Exhibit 91]

(U) Additional Information

(U) According to *DGI*, Panama's tax registration agency, **LA RIVIERA PANAMA SA** is registered and assigned RUC number 556399-1-444264.  [Exhibit 92]

(U) Identifying Information

- (U) Full Name: **LA RIVIERA, PANAMA, S.A.**[180]
- (U) Address: Panama[181]

---

[177] (U) [Exhibit 90]
[178] (U) [Exhibit 90]
[179] (U) [Exhibit 87]
[180] (U) [Exhibit 91]

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-6452 0026

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

- (U) RUC: 556399-1-444264 (Panama)[182]

## 42.   ABIF INVESTMENT, S.A.

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **ABIF INVESTMENT, S.A.** is owned, controlled, or directed by **WAKED FARES** and/or **WAKED DARWICH**, and therefore meets the criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. § 1904(b)(3).

(U) Basis for Designation

(U) According to the Panama Public Registry as of November 18, 2015, **WAKED FARES** is the President and a Director and **WAKED DARWICH** is the Secretary and a Director of **ABIF INVESTMENT, S.A.** [Exhibit 111, p. 2][183]

(U) Additional Information

(U) According to *DGI*, Panama's tax registration agency, **ABIF INVESTMENT SA** is registered and assigned RUC number 2022799-1-743641. [Exhibit 93]

(U) Identifying Information

- (U) Full Name: **ABIF INVESTMENT, S.A.**[184]
- (U) Address: Panama[185]
- (U) RUC: 2022799-1-743641 (Panama)[186]

## 43.   WAREHOUSE OUTLETS, S.A.

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **WAREHOUSE OUTLETS, S.A.** is owned, controlled, or directed by **WAKED DARWICH**

---

[181] (U) [Exhibit 91]
[182] (U) [Exhibit 92]
[183] (U) This exhibit describes a change in the board of directors and corporate officials for this entity.  The original board of directors is identified first (*Cargos de Baja*) and the new board of directors is identified second (*Cargos Actualizados*) on the second page.
[184] (U) [Exhibit 111, p. 2]
[185] (U) [Exhibit 111, p. 2]
[186] (U) [Exhibit 93]

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-6452 0027

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

and/or **TOUZARD ROMO**, and therefore meets the criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. § 1904(b)(3).

(U) Basis for Designation

(U) According to the Panama Public Registry as of November 18, 2015, **WAKED DARWICH** is the President, the Legal Representative, and a Director; and **TOUZARD ROMO** is the Secretary, the Resident Agent, and a Director of **WAREHOUSE OUTLETS, S.A.** [Exhibit 112]

(U) Additional Information

(U) According to *DGI*, Panama's tax registration agency, **WAREHOUSE OUTLETS SA** is registered and assigned RUC number 61872-33-350508. [Exhibit 63]

(U) Identifying Information

- (U) Full Name: **WAREHOUSE OUTLETS, S.A.**[187]
- (U) Address: Panama[188]
- (U) RUC: 61872-33-350508 (Panama)[189]


44. **TROLL PROPERTIES, INC.**

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **TROLL PROPERTIES, INC.** is owned, controlled, or directed by **WAKED DARWICH**, and therefore meets the criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. § 1904(b)(3).

(U) Basis for Designation

(U) According to the Panama Public Registry as of November 18, 2015, **WAKED DARWICH** is the President, the Legal Representative, and a Director of **TROLL PROPERTIES, INC.** [Exhibit 113]

(U) Additional Information

(U) According to *DGI*, Panama's tax registration agency, **TROLL PROPERTIES INC** is registered and assigned RUC number 991715-1-534344. [Exhibit 98]

---

[187] (U) [Exhibit 112]
[188] (U) [Exhibit 112]
[189] (U) [Exhibit 63]

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-6452 0028

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

(U) Identifying Information

- (U) Full Name: **TROLL PROPERTIES, INC.**[190]
- (U) Address: Panama[191]
- (U) RUC: 991715-1-534344 (Panama)[192]

45.   **INMOBILIARIA MULTI-TIENDAS, S.A.**

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **INMOBILIARIA MULTI-TIENDAS, S.A.** is owned, controlled, or directed by **WAKED DARWICH** and/or **TOUZARD ROMO**, and therefore meets the criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. § 1904(b)(3).

(U) Basis for Designation

(U) According to the Panama Public Registry as of November 18, 2015, **WAKED DARWICH** is the President, the Legal Representative, and a Director; and **TOUZARD ROMO** is the Secretary, the Resident Agent, and a Director of **INMOBILIARIA MULTI-TIENDAS, S.A.** [Exhibit 114]

(U) Additional Information

(U) According to *DGI*, Panama's tax registration agency, **INMOBILIARIA MULTITIENDAS SA** is registered and assigned RUC number 1008619-1-537654. [Exhibit 13]

(U) Identifying Information

- (U) Full Name: **INMOBILIARIA MULTI-TIENDAS, S.A.**[193]
- (U) Address: Panama[194]
- (U) RUC: 1008619-1-537654 (Panama)[195]

46.   **MAWA ENTERPRISES, CORP.**

---

[190] (U) [Exhibit 113]
[191] (U) [Exhibit 113]
[192] (U) [Exhibit 98]
[193] (U) [Exhibit 114]
[194] (U) [Exhibit 114]
[195] (U) [Exhibit 13]

50

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **MAWA ENTERPRISES, CORP.** is owned, controlled, or directed by **WAKED FARES**, and therefore meets the criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. § 1904(b)(3).

(U) Basis for Designation

(U) According to the Panama Public Registry as of November 18, 2015, **WAKED FARES** is the Secretary and a Director of **MAWA ENTERPRISES, CORP.** [Exhibit 115]

(U) Additionally, **WAKED FARES'** employee, Jose Manuel Frade, who is the Vice President for Corporate Finance and Audit (*Vicepresidente Corporativo Finanzas y Auditoria*) at **GRUPO WISA, S.A.**, is the Vice President and Director of **MAWA ENTERPRISES, CORP.** [Exhibit 115 and Exhibit 146] Jose Manuel Frade also plays a documented role as a corporate officer in at least nine other **WAKED FARES** companies that are proposed for designation in this memorandum: **GLENDOR FINANCE, S.A., GRUPO CEDRO PANAMA S.A., LA RIVIERA PANAMA, S.A., GRUPO LA RIVIERA PANAMA, S.A., WESTLINE ENTERPRISES, INC., TROLL PROPERTIES, INC., SOHO PANAMA, S.A., WAKED INTERNACIONAL PANAMA, S.A.**, and **SOHO DEVELOPERS, INC.** [Exhibits 5, 83, 85, 90, 91, 108, 118, and 123]

(U) Additional Information

(U) According to *DGI*, Panama's tax registration agency, **MAWA ENTERPRISES CORP.** is registered and assigned RUC number 37255-145-266651. [Exhibit 22]

(U) Identifying Information

- (U) Full Name: **MAWA ENTERPRISES, CORP.**[196]
- (U) Address: Panama[197]
- (U) RUC: 37255-145-266651 (Panama)[198]



---

[196] (U) [Exhibit 115]
[197] (U) [Exhibit 115]
[198] (U) [Exhibit 22]

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-6452 0030

1:16-cv-01730 0143

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~



49.   **GRUPO LA RIVIERA PANAMA, S.A.**

(U) <u>Summary</u>

(U) The information presented below and the related exhibits provide reason to believe that **GRUPO LA RIVIERA PANAMA, S.A.** is owned, controlled, or directed by **WAKED FARES** and/or **WAKED DARWICH**, and therefore meets the criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. § 1904(b)(3).

(U) <u>Basis for Designation</u>

(U) According to the Panama Public Registry as of November 18, 2015, **WAKED FARES** is the President, the Legal Representative, and a Director; and **WAKED DARWICH** is the Secretary and a Director of **GRUPO LA RIVIERA PANAMA, S.A.**  [Exhibit 118]

(U) <u>Additional Information</u>

(U) According to *DGI*, Panama's tax registration agency, **GRUPO LA RIVIERA PANAMA SA** is registered and assigned RUC number 2038708-1-745998.  [Exhibit 126]

(U) <u>Identifying Information</u>

- (U) Full Name: **GRUPO LA RIVIERA PANAMA, S.A.**[206]
- (U) Address: Panama[207]

---

[206] (U) [Exhibit 118]
[207] (U) [Exhibit 118]

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-6452 0031

1:16-cv-01730 0144

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

- (U) RUC: 2038708-1-745998 (Panama)[208]

## 50.   LAGUNA MAR INTERNACIONAL, S.A.

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **LAGUNA MAR INTERNACIONAL, S.A.** is owned, controlled, or directed by **WAKED FARES** and/or **WAKED DARWICH**, and therefore meets the criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. § 1904(b)(3).

(U) Basis for Designation

(U) According to the Panama Public Registry as of November 18, 2015, **WAKED FARES** is the President, the Legal Representative, and a Director; **WAKED DARWICH** is the Secretary and a Director; and **TOUZARD ROMO** is the Resident Agent of **LAGUNA MAR INTERNACIONAL, S.A.** [Exhibit 119]

(U) Additional Information

(U) According to *DGI*, Panama's tax registration agency, **LAGUNA MAR INTERNACIONAL, S.A.** is registered and assigned RUC number 212214-1-397111.  [Exhibit 127]

(U) Identifying Information

- (U) Full Name: **LAGUNA MAR INTERNACIONAL, S.A.**[209]
- (U) Address: Panama[210]
- (U) RUC: 212214-1-397111 (Panama)[211]

## 51.   VISION 20-20, S.A.

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **VISION 20-20, S.A.** is owned, controlled, or directed by **WAKED FARES** and/or **WAKED**

---

[208] (U) [Exhibit 126]
[209] (U) [Exhibit 119]
[210] (U) [Exhibit 119]
[211] (U) [Exhibit 127]

54

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

**DARWICH**, and therefore meets the criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. § 1904(b)(3).

(U) Basis for Designation

(U) According to the Panama Public Registry as of November 18, 2015, **WAKED FARES** is the President, the Legal Representative, and a Director; and **WAKED DARWICH** is the Secretary and a Director of **VISION 20-20, S.A.** [Exhibit 122]

(U) Additional Information

(U) According to *DGI*, Panama's tax registration agency, **VISION 20-20, S.A.** is registered and assigned RUC number 2107640-1-757913. [Exhibit 121]

(U) Identifying Information

- (U) Full Name: **VISION 20-20, S.A.**[212]
- (U) Address: Panama[213]
- (U) RUC: 2107640-1-757913 (Panama)[214]


52. **GRUPO CEDRO PANAMA S.A.**

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that **GRUPO CEDRO PANAMA S.A.** is owned, controlled, or directed by **WAKED FARES** and/or **WAKED DARWICH**, and therefore meets the criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. § 1904(b)(3).

(U) Basis for Designation

(U) According to the Panama Public Registry as of November 18, 2015, **WAKED FARES** is the President, the Legal Representative, and a Director; and **WAKED DARWICH** is the Secretary and a Director of **GRUPO CEDRO PANAMA S.A.** [Exhibit 123]

(U) Additional Information

(U) According to *DGI*, Panama's tax registration agency, **GRUPO CEDRO PANAMA SA** is registered and assigned RUC number 2039933-1-746238. [Exhibit 128]

---

[212] (U) [Exhibit 122]
[213] (U) [Exhibit 122]
[214] (U) [Exhibit 121]

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-6452 0033

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

(U) Identifying Information

- (U) Full Name: **GRUPO CEDRO PANAMA S.A.**[215]
- (U) Address: Panama[216]
- (U) RUC: 2039933-1-746238 (Panama)[217]



Non-Responsive and Pages 57-59 Non-Responsive

---

[215] (U) [Exhibit 123]
[216] (U) [Exhibit 123]
[217] (U) [Exhibit 128]

Non-Responsive

56

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

## 58.   MADURO INTERNACIONAL, S.A.

(U) <u>Summary</u>

(U) The information presented below and the related exhibits provide reason to believe that **MADURO INTERNACIONAL, S.A.** is owned, controlled, or directed by **WAKED FARES** and/or **WAKED DARWICH**, and therefore meets the criteria for designation as an SDNT pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. § 1904(b)(3).

(U) <u>Basis for Designation</u>

(U) According to the Panama Public Registry as of December 7, 2015, **WAKED FARES** is the President, the Legal Representative, and a Director; and **WAKED DARWICH** is the Vice President, the Secretary, and a Director of **MADURO INTERNACIONAL, S.A.**  [Exhibit 139][235]

(U) <u>Additional Information</u>

(U) According to *DGI*, Panama's tax registration agency, **MADURO INTERNACIONAL, S.A.** is registered and assigned RUC number 5651-184-69069.  [Exhibit 140]

(U) <u>Identifying Information</u>

- (U) Full Name: **MADURO INTERNACIONAL, S.A.**[236]
- (U) Address: Panama[237]
- (U) RUC: 5651-184-69069 (Panama)[238]



Non-Responsive

---

[235] (U) This exhibit describes a change in the board of directors and corporate officials for this entity.  The original board of directors is identified first (*Cargos de Baja*) and the new board of directors is identified second (*Cargos Actualizados*) on the second page.
[236] (U) [Exhibit 139]
[237] (U) [Exhibit 139]
[238] (U) [Exhibit 140]

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-6452 0035

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~



60.   WESTLINE ENTERPRISES, INC.

(U) Summary

(U) The information presented below and the related exhibits provide reason to believe that
**WESTLINE ENTERPRISES, INC.** is owned, controlled, or directed by **WAKED FARES**
and/or **WAKED DARWICH**, and therefore meets the criteria for designation as an SDNT
pursuant to section 805(b)(3) of the Kingpin Act, 21 U.S.C. § 1904(b)(3).

(U) Basis for Designation

(U) According to the Panama Public Registry as of November 17, 2015, **WAKED DARWICH**
is the President, the Legal Representative, and a Director of **WESTLINE ENTERPRISES,
INC.** [Exhibit 108]



UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-6452 0036

1:16-cv-01730 0149

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

(U) According to a press release issued by advertising company JCDecaux SA, dated December 8, 2014, **SOHO DEVELOPERS, INC.** is a subsidiary of **WESTLINE ENTERPRISES.** [Exhibit 101] According to an article in *The Wall Street Journal* dated December 2, 2014, **WESTLINE ENTERPRISES** is "a real estate arm of Panamanian retail magnate Abdul Mohamed Waked" (**WAKED FARES**). [Exhibit 100, p. 2]

(U) Additional Information

(U) According to *DGI*, Panama's tax registration agency, **WESTLINE ENTERPRISES INC.** is registered and assigned *RUC* number 1351606-1-617448. [Exhibit 34]

(U) Identifying Information

- (U) Full Name: **WESTLINE ENTERPRISES, INC.**[243]
- (U) Address: Panama[244]
- (U) RUC: 1351606-1-617448 (Panama)[245]

---

[243] (U) [Exhibit 108]
[244] (U) [Exhibit 108]
[245] (U) [Exhibit 34]

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-6452 0037

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

## V. List of Exhibits

Exhibit 1:       (U) Kingpin Act, Public Law 106-120, codified at 21 U.S.C. §§ 1901-1908, December 3, 1999.

Exhibit 2:       ███████████████ Non-Responsive ███████████████

Exhibit 3:       ███████████ Non-Responsive ███████████

Exhibit 4:       ███████████████ Non-Responsive ███████████████

Exhibit 5:       (U) Panama Public Registry, Soho Panama, S.A., accessed on November 10, 2015.

Exhibit 6:       (U) Panama Public Registry, Inmobiliaria Roypal, S.A., accessed on November 10, 2015.

Exhibit 7:       (U) Panama Public Registry, Importadora Maduro, S.A., accessed on November 16, 2015.

Exhibit 8:       (U) Panama Public Registry, Panli Holdings, Inc., accessed on November 10, 2015.

Exhibit 9:       ███████████████ Non-Responsive ███████████████

Exhibit 10:      (U//~~LES~~) ██████████████

Exhibit 11:      ███████████████ Non-Responsive ███████████████

Exhibit 12:      ███████████████ Non-Responsive ███████████████

Exhibit 13:      (U) DGI Consulta de Contribuyentes, Inbomiliaria Multi-Tiendas, S.A., accessed on December 4, 2015.

Exhibit 14:      ██████ Non-Responsive and Exhibits 15-21 Non-Responsive ██████

Exhibit 15:      ████████████████████████████

Exhibit 16:      ████████████████████████████

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-6452 0038

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~



Exhibit 17:

Exhibit 18:

Exhibit 19:

Exhibit 20:

Exhibit 21:

Exhibit 22:   (U) DGI Consulta de Contribuyentes, Mawa Enterprises, accessed on December 7, 2015.

Exhibit 23:   Non-Responsive and Exhibits 24-33 Non-Responsive

Exhibit 24:

Exhibit 25:

Exhibit 26:

Exhibit 27:

Exhibit 28:

Exhibit 29:

Exhibit 30:

Exhibit 31:

Exhibit 32:

64

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

Exhibit 33: ████████████████████████████████████████

Exhibit 34: (U) DGI Consulta de Contribuyentes, Westline Enterprises, accessed on November 16, 2015.

Exhibit 35: ███████████ Non-Responsive ███████████

Exhibit 36: (U) DGI Consulta de Contribuyentes, Felix B Maduro, accessed on November 19, 2015.

Exhibit 37: ██████ Non-Responsive and Exhibits 38-43 Non-Responsive ██████

Exhibit 38: ████████████████████████████████████████

Exhibit 39: ████████████████████████████████████████

Exhibit 40: ████████████████████████████████████████

Exhibit 41: ████████████████████████████████████████

Exhibit 42: ████████████████████████████████████████

Exhibit 43: ████████████████████████████████████████

Exhibit 44: (U//LES) ███████████████████████████

Exhibit 45: ██████ Non-Responsive and Exhibits 46-62 Non-Responsive ██████

Exhibit 46: ████████████████████████████████████████

Exhibit 47: ████████████████████████████████████████

Exhibit 48: ████████████████████████████████████████



UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~



Exhibit 49: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Exhibit 50: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Exhibit 51: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Exhibit 52: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Exhibit 53: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Exhibit 54: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Exhibit 55: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Exhibit 56: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Exhibit 57: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Exhibit 58: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Exhibit 59: See Exhibit 59 of FNK-5826 Evidentiary Memorandum

Exhibit 60: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Exhibit 61: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Exhibit 62: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Exhibit 63: (U) DGI Consulta de Contribuyentes, Warehouse Outlets, accessed on December 4, 2015.

Exhibit 64: Non-Responsive and Exhibits 65-74 Non-Responsive

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-6452 0041

1:16-cv-01730 0154

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

Exhibit 65:

Exhibit 66:

Exhibit 67:

Exhibit 68:

Exhibit 69:

Exhibit 70:

Exhibit 71:

Exhibit 72:

Exhibit 73:

Exhibit 74:

Exhibit 75:     (U) DGI Consulta de Contribuyentes, Panli Holding, accessed on November 16, 2015.

Exhibit 76:     (U) DGI Consulta de Contribuyentes, Inmobiliaria Roypal, accessed on November 16, 2015.

Exhibit 77:     (U) DGI Consulta de Contribuyentes, Soho Panama, accessed on November 16, 2015.

Exhibit 78:     (U) Panama Public Registry, Grupo Cima Panama, S.A., accessed on November 16, 2015.

Exhibit 79:     (U) ICP Credit Report, Grupo Wisa, S.A., accessed on November 16, 2015.

Exhibit 80:     (U) Travel Markets Insider, Grupo Wisa's Abdul Waked: The Master of Luxury, June 1, 2015.

67

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-6452 0042

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

Exhibit 81:    (U) Panama Public Registry, Felix B. Maduro, S.A., accessed on November 16, 2015.

Exhibit 82:    (U) DGI Consulta de Contribuyentes, Importadora Maduro, accessed on November 19, 2015.

Exhibit 83:    (U) Panama Public Registry, Soho Developers, Inc., accessed on November 16, 2015.

Exhibit 84:    (U) Panama Public Registry, Malala 786, S.A., accessed on November 16, 2015.

Exhibit 85:    (U) Panama Public Registry, Waked Internacional Panama, S.A., accessed on November 16, 2015.

Exhibit 86:    (U) DGI Consulta de Contribuyentes, Soho Developers, accessed on November 16, 2015.

Exhibit 87:    (U) DGI Consulta de Contribuyentes, Glendor Finance, accessed on November 16, 2015.

Exhibit 88:    (U) DGI Consulta de Contribuyentes, Wayside Corporation, accessed on November 16, 2015.

Exhibit 89:    (U) Panama Public Registry, Wayside Corporation, accessed on November 16, 2015.

Exhibit 90:    (U) Panama Public Registry, Glendor Finance S.A., accessed on November 16, 2015.

Exhibit 91:    (U) Panama Public Registry, La Riviera, Panama, S.A., accessed on November 16, 2015.

Exhibit 92:    (U) DGI Consulta de Contribuyentes, La Riviera Panama, accessed on November 16, 2015.

Exhibit 93:    (U) DGI Consulta de Contribuyentes, Abif Investment, accessed on December 4, 2015.

Exhibit 94:    (U) DGI Consulta de Contribuyentes, Malala 786, accessed on November 16, 2015.

Exhibit 95:    (U) DGI Consulta de Contribuyentes, Waked Internacional, accessed on November 16, 2015.

Exhibit 96:    (U) Grupo Wisa Business Card, Lucia Touzard Romo, undated.

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-6452 0043

1:16-cv-01730 0156

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

Exhibit 97:    (U) Revista Estategia & Negocios, *Soho Mall Atrae a Grandes Marcas a Panama*, May 13, 2015.

Exhibit 98:    (U) DGI Consulta de Contribuyentes, Troll Properties, accessed on December 4, 2015.

Exhibit 99:    (U) El Economista, *Soho Mall Lleva el Lujo a Otro Nivel*, July 13, 2015.

Exhibit 100:   (U) *The Wall Street Journal*, "Developer Wagers on Panama's Luxury Market," December 2, 2014.

Exhibit 101:   (U) JCDecaux Press Release, JCDecaux Wins the Contract to Operate the Advertising Concessions at the Soho Shopping Mall in Panama, December 8, 2014.

Exhibit 102:   (U//~~LES~~) ███████████████████████████████████
               ███████████████████████████████████
               ████

Exhibit 103:   (U//~~LES~~) ███████████████████████████████████
               ███████████████████████

Exhibit 104:   (U//~~LES~~) ███████████████████████████████████
               ███████████████████

Exhibit 105:   (U) Panama Public Registry, Grupo Wisa, S.A., accessed on October 14, 2015.

Exhibit 106:   (U) Abdul Waked, CV Abdul Waked (Español), accessed on October 8, 2015, https://abdulwaked.wordpress.com/2013/05/11/cv-abdul-waked-espanol/.

Exhibit 107:   (U) Busqueda del Aviso de Operacion, Panama Emprende, Grupo Wisa, November 2, 2015.

Exhibit 108:   (U) Panama Public Registry, Westline Enterprises, Inc., accessed on November 17, 2015.

Exhibit 109:   ███████████████ Non-Responsive ████████████████
               █████████████

Exhibit 110:   (U) DGI Consulta de Contribuyentes, Mohamed Abdo Waked Darwich, accessed on November 17, 2015.

Exhibit 111:   (U) Panama Public Registry, Abif Investment, S.A., accessed on November 18, 2015.

Exhibit 112:   (U) Panama Public Registry, Warehouse Outlets, S.A., accessed on November 18, 2015.

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-6452 0044

1:16-cv-01730 0157

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

Exhibit 113:   (U) Panama Public Registry, Troll Properties, Inc., accessed on November 18, 2015.

Exhibit 114:   (U) Panama Public Registry, Inmobiliaria Multi-Tiendas, S.A., accessed on November 18, 2015.

Exhibit 115:   (U) Panama Public Registry, Mawa Enterprises, Corp., accessed on November 18, 2015.

Exhibit 116:   ███████████████ Non-Responsive ███████████████
               ██████████

Exhibit 117:   ███████████████ Non-Responsive ███████████████
               ██████████

Exhibit 118:   (U) Panama Public Registry, Grupo La Riviera Panama, S.A., accessed on November 18, 2015.

Exhibit 119:   (U) Panama Public Registry, Laguna Mar Internacional, S.A., accessed on November 18, 2015.

Exhibit 120:   ███████████████ Non-Responsive ███████████████
               █████████████

Exhibit 121:   (U) DGI Consulta de Contribuyentes, Vision 20 20 S A, accessed on December 7, 2015.

Exhibit 122:   (U) Panama Public Registry, Vision 20-20, S.A., accessed on November 18, 2015.

Exhibit 123:   (U) Panama Public Registry, Grupo Cedro Panama, S.A., accessed on November 18, 2015.

Exhibit 124:   (U) DGI Consulta de Contribuyentes, Grupo Cima Panama S A, accessed on November 17, 2015.

Exhibit 125:   (U) La Prensa, Venden Cadena de Tiendas Felix B. Maduro, February 25, 2015.

Exhibit 126:   (U) DGI Consulta de Contribuyentes, Grupo La Riviera Panama, accessed on December 7, 2015.

Exhibit 127:   (U) DGI Consulta de Contribuyentes, Laguna Mar Internacional, accessed on December 7, 2015.

Exhibit 128:   (U) DGI Consulta de Contribuyentes, Grupo Cedro Panama, accessed on December 7, 2015.

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-6452 0045

1:16-cv-01730 0158

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~



Exhibit 129:

Exhibit 130:

Exhibit 131:

Exhibit 132:

Exhibit 133:

Exhibit 134:

Exhibit 135:

Exhibit 136:

Exhibit 137:

Exhibit 138:

Exhibit 139:   (U) Panama Public Registry, Maduro Internacional, S.A., accessed on December 7, 2015.

Exhibit 140:   (U) DGI Consulta de Contribuyentes, Maduro Internacional, accessed on December 7, 2015.

Exhibit 141:   (U) LinkedIn Profile, Lucia Touzard Romo, accessed on November 5, 2015.

Exhibit 142:   (U) La Prensa, *Cierre de 10 Tiendas de La Riviera en Guatemala es 'Un Agravio': Grupo Wisa*, October 9, 2015.

Exhibit 143:

(U//LES)   Exhibit 144:

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

FNK-6452 0046

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

Exhibit 145:   (U//~~LES~~) ████████████████████████████
               ████████████████████

Exhibit 146:   (U) LinkedIn Profile, Jose Manuel Frade, accessed on January 4, 2016.

Exhibit 147:   (U) Soho Panama, Contactenos, accessed January 5, 2016,
               http://sohopanama.com.pa/contactenos.

Exhibit 148:   ███████████████ Non-Responsive ███████████████
               ████████████

Exhibit 149:   ██████████████ Non-Responsive ██████████████

# Exhibits

FNK-6452 0048

Exhibit 1

Ex. 1

113 STAT. 1626          PUBLIC LAW 106–120—DEC. 3, 1999

50 USC 401 note.    **SEC. 712. CONGRESSIONAL INTELLIGENCE COMMITTEES DEFINED.**

In this title, the term "congressional intelligence committees" means the following:

(1) The Select Committee on Intelligence of the Senate.
(2) The Permanent Select Committee on Intelligence of the House of Representatives.

Foreign Narcotics
Kingpin
Designation Act.

# TITLE VIII—INTERNATIONAL NARCOTICS TRAFFICKING

21 USC 1901
note.

**SEC. 801. SHORT TITLE.**

This title may be cited as the "Foreign Narcotics Kingpin Designation Act".

21 USC 1901.    **SEC. 802. FINDINGS AND POLICY.**

(a) FINDINGS.—Congress makes the following findings:

(1) Presidential Decision Directive 42, issued on October 21, 1995, ordered agencies of the executive branch of the United States Government to, inter alia, increase the priority and resources devoted to the direct and immediate threat international crime presents to national security, work more closely with other governments to develop a global response to this threat, and use aggressively and creatively all legal means available to combat international crime.

(2) Executive Order No. 12978 of October 21, 1995, provides for the use of the authorities in the International Emergency Economic Powers Act (IEEPA) (50 U.S.C. 1701 et seq.) to target and apply sanctions to four international narcotics traffickers and their organizations that operate from Colombia.

(3) IEEPA was successfully applied to international narcotics traffickers in Colombia and based on that successful case study, Congress believes similar authorities should be applied worldwide.

(4) There is a national emergency resulting from the activities of international narcotics traffickers and their organizations that threatens the national security, foreign policy, and economy of the United States.

(b) POLICY.—It shall be the policy of the United States to apply economic and other financial sanctions to significant foreign narcotics traffickers and their organizations worldwide to protect the national security, foreign policy, and economy of the United States from the threat described in subsection (a)(4).

21 USC 1902.    **SEC. 803. PURPOSE.**

The purpose of this title is to provide authority for the identification of, and application of sanctions on a worldwide basis to, significant foreign narcotics traffickers, their organizations, and the foreign persons who provide support to those significant foreign narcotics traffickers and their organizations, whose activities threaten the national security, foreign policy, and economy of the United States.

President.
21 USC 1903.    **SEC. 804. PUBLIC IDENTIFICATION OF SIGNIFICANT FOREIGN NARCOTICS TRAFFICKERS AND REQUIRED REPORTS.**

(a) PROVISION OF INFORMATION TO THE PRESIDENT.—The Secretary of the Treasury, the Attorney General, the Secretary

*1*

PUBLIC LAW 106–120—DEC. 3, 1999      113 STAT. 1627

of Defense, the Secretary of State, and the Director of Central Intelligence shall consult among themselves and provide the appropriate and necessary information to enable the President to submit the report under subsection (b). This information shall also be provided to the Director of the Office of National Drug Control Policy.

(b) PUBLIC IDENTIFICATION AND SANCTIONING OF SIGNIFICANT FOREIGN NARCOTICS TRAFFICKERS.—Not later than June 1, 2000, and not later than June 1 of each year thereafter, the President shall submit a report to the Permanent Select Committee on Intelligence, and the Committees on the Judiciary, International Relations, Armed Services, and Ways and Means of the House of Representatives; and to the Select Committee on Intelligence, and the Committees on the Judiciary, Foreign Relations, Armed Services, and Finance of the Senate— *Deadline.*

    (1) identifying publicly the foreign persons that the President determines are appropriate for sanctions pursuant to this title; and

    (2) detailing publicly the President's intent to impose sanctions upon these significant foreign narcotics traffickers pursuant to this title.

The report required in this subsection shall not include information on persons upon which United States sanctions imposed under this title, or otherwise on account of narcotics trafficking, are already in effect.

(c) UNCLASSIFIED REPORT REQUIRED.—The report required by subsection (b) shall be submitted in unclassified form and made available to the public. *Public information.*

(d) CLASSIFIED REPORT.—(1) Not later than July 1, 2000, and not later than July 1 of each year thereafter, the President shall provide the Permanent Select Committee on Intelligence of the House of Representatives and the Select Committee on Intelligence of the Senate with a report in classified form describing in detail the status of the sanctions imposed under this title, including the personnel and resources directed towards the imposition of such sanctions during the preceding fiscal year, and providing background information with respect to newly-identified significant foreign narcotics traffickers and their activities. *Deadline.*

(2) Such classified report shall describe actions the President intends to undertake or has undertaken with respect to such significant foreign narcotics traffickers.

(3) The report required under this subsection is in addition to the President's obligations to keep the intelligence committees of Congress fully and currently informed pursuant to the provisions of the National Security Act of 1947.

(e) EXCLUSION OF CERTAIN INFORMATION.—

    (1) INTELLIGENCE.—Notwithstanding any other provision of this section, the reports described in subsections (b) and (d) shall not disclose the identity of any person, if the Director of Central Intelligence determines that such disclosure could compromise an intelligence operation, activity, source, or method of the United States.

    (2) LAW ENFORCEMENT.—Notwithstanding any other provision of this section, the reports described in subsections (b) and (d) shall not disclose the name of any person if the Attorney General, in coordination as appropriate with the Director of the Federal Bureau of Investigation, the Administrator of the

Drug Enforcement Administration, and the Secretary of the Treasury, determines that such disclosure could reasonably be expected to—

(A) compromise the identity of a confidential source, including a State, local, or foreign agency or authority or any private institution that furnished information on a confidential basis;

(B) jeopardize the integrity or success of an ongoing criminal investigation or prosecution;

(C) endanger the life or physical safety of any person; or

(D) cause substantial harm to physical property.

(f) NOTIFICATION REQUIRED.—(1) Whenever either the Director of Central Intelligence or the Attorney General makes a determination under subsection (e), the Director of Central Intelligence or the Attorney General shall notify the Permanent Select Committee on Intelligence of the House of Representatives and the Select Committee on Intelligence of the Senate, and explain the reasons for such determination.

Deadline.

(2) The notification required under this subsection shall be submitted to the Permanent Select Committee on Intelligence of the House of Representatives and the Select Committee on Intelligence of the Senate not later than July 1, 2000, and on an annual basis thereafter.

(g) DETERMINATIONS NOT TO APPLY SANCTIONS.—(1) The President may waive the application to a significant foreign narcotics trafficker of any sanction authorized by this title if the President determines that the application of sanctions under this title would significantly harm the national security of the United States.

Notification.
Deadline.

(2) When the President determines not to apply sanctions that are authorized by this title to any significant foreign narcotics trafficker, the President shall notify the Permanent Select Committee on Intelligence, and the Committees on the Judiciary, International Relations, Armed Services, and Ways and Means of the House of Representatives, and the Select Committee on Intelligence, and the Committees on the Judiciary, Foreign Relations, Armed Services, and Finance of the Senate not later than 21 days after making such determination.

(h) CHANGES IN DETERMINATIONS TO IMPOSE SANCTIONS.—

Public
information.

(1) ADDITIONAL DETERMINATIONS.—(A) If at any time after the report required under subsection (b) the President finds that a foreign person is a significant foreign narcotics trafficker and such foreign person has not been publicly identified in a report required under subsection (b), the President shall submit an additional public report containing the information described in subsection (b) with respect to such foreign person to the Permanent Select Committee on Intelligence, and the Committees on the Judiciary, International Relations, Armed Services, and Ways and Means of the House of Representatives, and the Select Committee on Intelligence, and the Committees on the Judiciary, Foreign Relations, Armed Services, and Finance of the Senate.

(B) The President may apply sanctions authorized under this title to the significant foreign narcotics trafficker identified in the report submitted under subparagraph (A) as if the trafficker were originally included in the report submitted pursuant to subsection (b) of this section.

3

FNK-6452 0051

PUBLIC LAW 106–120—DEC. 3, 1999          113 STAT. 1629

(C) The President shall notify the Secretary of the Treasury of any determination made under this paragraph.    *Notification.*

(2) REVOCATION OF DETERMINATION.—(A) Whenever the    *Notice.* President finds that a foreign person that has been publicly identified as a significant foreign narcotics trafficker in the report required under subsection (b) or this subsection no longer engages in those activities for which sanctions under this title may be applied, the President shall issue public notice of such a finding.

(B) Not later than the date of the public notice issued    *Deadline.* pursuant to subparagraph (A), the President shall notify, in    *Notification.* writing and in classified or unclassified form, the Permanent Select Committee on Intelligence, and the Committees on the Judiciary, International Relations, Armed Services, and Ways and Means of the House of Representatives, and the Select Committee on Intelligence, and the Committees on the Judiciary, Foreign Relations, Armed Services, and Finance of the Senate of actions taken under this paragraph and a description of the basis for such actions.

**SEC. 805. BLOCKING ASSETS AND PROHIBITING TRANSACTIONS.**    *21 USC 1904.*

(a) APPLICABILITY OF SANCTIONS.—A significant foreign narcotics trafficker publicly identified in the report required under subsection (b) or (h)(1) of section 804 and foreign persons designated by the Secretary of the Treasury pursuant to subsection (b) of this section shall be subject to any and all sanctions as authorized by this title. The application of sanctions on any foreign person pursuant to subsection (b) or (h)(1) of section 804 or subsection (b) of this section shall remain in effect until revoked pursuant to section 804(h)(2) or subsection (e)(1)(A) of this section or waived pursuant to section 804(g)(1).

(b) BLOCKING OF ASSETS.—Except to the extent provided in regulations, orders, instructions, licenses, or directives issued pursuant to this title, and notwithstanding any contract entered into or any license or permit granted prior to the date on which the President submits the report required under subsection (b) or (h)(1) of section 804, there are blocked as of such date, and any date thereafter, all such property and interests in property within the United States, or within the possession or control of any United States person, which are owned or controlled by—

(1) any significant foreign narcotics trafficker publicly identified by the President in the report required under subsection (b) or (h)(1) of section 804;

(2) any foreign person that the Secretary of the Treasury, in consultation with the Attorney General, the Director of Central Intelligence, the Director of the Federal Bureau of Investigation, the Administrator of the Drug Enforcement Administration, the Secretary of Defense, and the Secretary of State, designates as materially assisting in, or providing financial or technological support for or to, or providing goods or services in support of, the international narcotics trafficking activities of a significant foreign narcotics trafficker so identified in the report required under subsection (b) or (h)(1) of section 804, or foreign persons designated by the Secretary of the Treasury pursuant to this subsection;

FNK-6452 0052    *4*

(3) any foreign person that the Secretary of the Treasury, in consultation with the Attorney General, the Director of Central Intelligence, the Director of the Federal Bureau of Investigation, the Administrator of the Drug Enforcement Administration, the Secretary of Defense, and the Secretary of State, designates as owned, controlled, or directed by, or acting for or on behalf of, a significant foreign narcotics trafficker so identified in the report required under subsection (b) or (h)(1) of section 804, or foreign persons designated by the Secretary of the Treasury pursuant to this subsection; and

(4) any foreign person that the Secretary of the Treasury, in consultation with the Attorney General, the Director of Central Intelligence, the Director of the Federal Bureau of Investigation, the Administrator of the Drug Enforcement Administration, the Secretary of Defense, and the Secretary of State, designates as playing a significant role in international narcotics trafficking.

(c) PROHIBITED TRANSACTIONS.—Except to the extent provided in regulations, orders, instructions, licenses, or directives issued pursuant to this title, and notwithstanding any contract entered into or any license or permit granted prior to the date on which the President submits the report required under subsection (b) or (h)(1) of section 804, the following transactions are prohibited:

(1) Any transaction or dealing by a United States person, or within the United States, in property or interests in property of any significant foreign narcotics trafficker so identified in the report required pursuant to subsection (b) or (h)(1) of section 804, and foreign persons designated by the Secretary of the Treasury pursuant to subsection (b) of this section.

(2) Any transaction or dealing by a United States person, or within the United States, that evades or avoids, or has the effect of evading or avoiding, and any endeavor, attempt, or conspiracy to violate, any of the prohibitions contained in this title.

(d) LAW ENFORCEMENT AND INTELLIGENCE ACTIVITIES NOT AFFECTED.—Nothing in this title prohibits or otherwise limits the authorized law enforcement or intelligence activities of the United States, or the law enforcement activities of any State or subdivision thereof.

(e) IMPLEMENTATION.—(1) The Secretary of the Treasury, in consultation with the Attorney General, the Director of Central Intelligence, the Director of the Federal Bureau of Investigation, the Administrator of the Drug Enforcement Administration, the Secretary of Defense, and the Secretary of State, is authorized to take such actions as may be necessary to carry out this title, including—

(A) making those designations authorized by paragraphs (2), (3), and (4) of subsection (b) of this section and revocation thereof;

(B) promulgating rules and regulations permitted under this title; and

(C) employing all powers conferred on the Secretary of the Treasury under this title.

(2) Each agency of the United States shall take all appropriate measures within its authority to carry out the provisions of this title.

FNK-6452 0053

5

PUBLIC LAW 106–120—DEC. 3, 1999      113 STAT. 1631

(3) Section 552(a)(3) of title 5, United States Code, shall not apply to any record or information obtained or created in the implementation of this title.

(f) JUDICIAL REVIEW.—The determinations, identifications, findings, and designations made pursuant to section 804 and subsection (b) of this section shall not be subject to judicial review.

SEC. 806. AUTHORITIES.

(a) IN GENERAL.—To carry out the purposes of this title, the Secretary of the Treasury may, under such regulations as he may prescribe, by means of instructions, licenses, or otherwise—

(1) investigate, regulate, or prohibit—

(A) any transactions in foreign exchange, currency, or securities; and

(B) transfers of credit or payments between, by, through, or to any banking institution, to the extent that such transfers or payments involve any interests of any foreign country or a national thereof; and

(2) investigate, block during the pendency of an investigation, regulate, direct and compel, nullify, void, prevent, or prohibit any acquisition, holding, withholding, use, transfer, withdrawal, transportation, placement into foreign or domestic commerce of, or dealing in, or exercising any right, power, or privilege with respect to, or transactions involving, any property in which any foreign country or a national thereof has any interest,

by any person, or with respect to any property, subject to the jurisdiction of the United States.

(b) RECORDKEEPING.—Pursuant to subsection (a), the Secretary of the Treasury may require recordkeeping, reporting, and production of documents to carry out the purposes of this title.

(c) DEFENSES.—

(1) Full and actual compliance with any regulation, order, license, instruction, or direction issued under this title shall be a defense in any proceeding alleging a violation of any of the provisions of this title.

(2) No person shall be held liable in any court for or with respect to anything done or omitted in good faith in connection with the administration of, or pursuant to, and in reliance on this title, or any regulation, instruction, or direction issued under this title.

(d) RULEMAKING.—The Secretary of the Treasury may issue such other regulations or orders, including regulations prescribing recordkeeping, reporting, and production of documents, definitions, licenses, instructions, or directions, as may be necessary for the exercise of the authorities granted by this title.

SEC. 807. ENFORCEMENT.

(a) CRIMINAL PENALTIES.—(1) Whoever willfully violates the provisions of this title, or any license rule, or regulation issued pursuant to this title, or willfully neglects or refuses to comply with any order of the President issued under this title shall be—

(A) imprisoned for not more than 10 years,

(B) fined in the amount provided in title 18, United States Code, or, in the case of an entity, fined not more than $10,000,000,

or both.

21 USC 1905.

21 USC 1906.

113 STAT. 1632    PUBLIC LAW 106–120—DEC. 3, 1999

(2) Any officer, director, or agent of any entity who knowingly participates in a violation of the provisions of this title shall be imprisoned for not more than 30 years, fined not more than $5,000,000, or both.

(b) CIVIL PENALTIES.—A civil penalty not to exceed $1,000,000 may be imposed by the Secretary of the Treasury on any person who violates any license, order, rule, or regulation issued in compliance with the provisions of this title.

(c) JUDICIAL REVIEW OF CIVIL PENALTY.—Any penalty imposed under subsection (b) shall be subject to judicial review only to the extent provided in section 702 of title 5, United States Code.

21 USC 1907.    **SEC. 808. DEFINITIONS.**

As used in this title:

(1) ENTITY.—The term "entity" means a partnership, joint venture, association, corporation, organization, network, group, or subgroup, or any form of business collaboration.

(2) FOREIGN PERSON.—The term "foreign person" means any citizen or national of a foreign state or any entity not organized under the laws of the United States, but does not include a foreign state.

(3) NARCOTICS TRAFFICKING.—The term "narcotics trafficking" means any illicit activity to cultivate, produce, manufacture, distribute, sell, finance, or transport narcotic drugs, controlled substances, or listed chemicals, or otherwise endeavor or attempt to do so, or to assist, abet, conspire, or collude with others to do so.

(4) NARCOTIC DRUG; CONTROLLED SUBSTANCE; LISTED CHEMICAL.—The terms "narcotic drug", "controlled substance", and "listed chemical" have the meanings given those terms in section 102 of the Controlled Substances Act (21 U.S.C. 802).

(5) PERSON.—The term "person" means an individual or entity.

(6) UNITED STATES PERSON.—The term "United States person" means any United States citizen or national, permanent resident alien, an entity organized under the laws of the United States (including its foreign branches), or any person within the United States.

(7) SIGNIFICANT FOREIGN NARCOTICS TRAFFICKER.—The term "significant foreign narcotics trafficker" means any foreign person that plays a significant role in international narcotics trafficking, that the President has determined to be appropriate for sanctions pursuant to this title, and that the President has publicly identified in the report required under subsection (b) or (h)(1) of section 804.

**SEC. 809. EXCLUSION OF PERSONS WHO HAVE BENEFITED FROM ILLICIT ACTIVITIES OF DRUG TRAFFICKERS.**

Section 212(a)(2)(C) of the Immigration and Nationality Act (8 U.S.C. 1182(a)(2)(C)) is amended to read as follows:

"(C) CONTROLLED SUBSTANCE TRAFFICKERS.—Any alien who the consular officer or the Attorney General knows or has reason to believe—

"(i) is or has been an illicit trafficker in any controlled substance or in any listed chemical (as defined in section 102 of the Controlled Substances Act (21 U.S.C. 802)), or is or has been a knowing aider, abettor, assister, conspirator, or colluder with others in the

FNK-6452 0055

7

PUBLIC LAW 106–120—DEC. 3, 1999     113 STAT. 1633

illicit trafficking in any such controlled or listed sub-
stance or chemical, or endeavored to do so; or
    "(ii) is the spouse, son, or daughter of an alien
inadmissible under clause (i), has, within the previous
5 years, obtained any financial or other benefit from
the illicit activity of that alien, and knew or reasonably
should have known that the financial or other benefit
was the product of such illicit activity,
is inadmissible.".

SEC. 810. JUDICIAL REVIEW COMMISSION ON FOREIGN ASSET CON-    21 USC 1908.
TROL.

    (a) ESTABLISHMENT.—There is established a commission to be
known as the "Judicial Review Commission on Foreign Asset Con-
trol" (in this section referred to as the "Commission").
    (b) MEMBERSHIP AND PROCEDURAL MATTERS.—(1) The Commis-
sion shall be composed of five members, as follows:
        (A) One member shall be appointed by the Chairman of
    the Select Committee on Intelligence of the Senate.
        (B) One member shall be appointed by the Vice Chairman
    of the Select Committee on Intelligence of the Senate.
        (C) One member shall be appointed by the Chairman of
    the Permanent Select Committee on Intelligence of the House
    of Representatives.
        (D) One member shall be appointed by the Ranking
    Minority Member of the Permanent Select Committee on Intel-
    ligence of the House of Representatives.
        (E) One member shall be appointed jointly by the members
    appointed under subparagraphs (A) through (D).
    (2) Each member of the Commission shall, for purposes of
the activities of the Commission under this section, possess or
obtain an appropriate security clearance in accordance with
applicable laws and regulations regarding the handling of classified
information.
    (3) The members of the Commission shall choose the chairman
of the Commission from among the members of the Commission.
    (4) The members of the Commission shall establish rules
governing the procedures and proceedings of the Commission.
    (c) DUTIES.—The Commission shall have as its duties the
following:
        (1) To conduct a review of the current judicial, regulatory,
    and administrative authorities relating to the blocking of assets
    of foreign persons by the United States Government.
        (2) To conduct a detailed examination and evaluation of
    the remedies available to United States persons affected by
    the blocking of assets of foreign persons by the United States
    Government.
    (d) POWERS.—(1) The Commission may hold such hearings,
sit and act at such times and places, take such testimony, and
receive such evidence as the Commission considers advisable to
carry out the purposes of this section.
    (2) The Commission may secure directly from any executive
department, agency, bureau, board, commission, office, independent
establishment, or instrumentality of the Government information,
suggestions, estimates, and statistics for the purposes of this sec-
tion. Each such department, agency, bureau, board, commission,

FNK-6452 0056



office, establishment, or instrumentality shall, to the extent authorized by law, furnish such information, suggestions, estimates, and statistics directly to the Commission, upon request of the chairman of the Commission. The Commission shall handle and protect all classified information provided to it under this section in accordance with applicable statutes and regulations.

(3) The Attorney General and the Secretary of the Treasury shall provide to the Commission, on a nonreimbursable basis, such administrative services, funds, facilities, and other support services as are necessary for the performance of the Commission's duties under this section.

(4) The Commission shall receive the full and timely cooperation of any official, department, or agency of the United States Government whose assistance is necessary for the fulfillment of the duties of the Commission under this section, including the provision of full and current briefings and analyses.

(5) No department or agency of the Government may withhold information from the Commission on the grounds that providing the information to the Commission would constitute the unauthorized disclosure of classified information or information relating to intelligence sources or methods.

(6) The Commission may use the United States mails in the same manner and under the same conditions as the departments and agencies of the United States.

(e) STAFF.—(1) Subject to paragraph (2), the chairman of the Commission, in accordance with rules agreed upon by the Commission, shall appoint and fix the compensation of a staff director and such other personnel as may be necessary to enable the Commission to carry out its duties, without regard to the provisions of title 5, United States Code, governing appointments in the competitive service, and without regard to the provisions of chapter 51 and subchapter III or chapter 53 of such title relating to classification and General Schedule pay rates, except that no rate of pay fixed under this subsection may exceed the equivalent of that payable to a person occupying a position at level V of the Executive Schedule under section 5316 of such title.

(2)(A) Any employee of a department or agency referred to in subparagraph (B) may be detailed to the Commission without reimbursement from the Commission, and such detailee shall retain the rights, status, and privileges of his or her regular employment without interruption.

(B) The departments and agencies referred to in this subparagraph are as follows:

      (i) The Department of Justice.
      (ii) The Department of the Treasury.
      (iii) The Central Intelligence Agency.

(3) All staff of the Commission shall possess a security clearance in accordance with applicable laws and regulations concerning the handling of classified information.

(f) COMPENSATION AND TRAVEL EXPENSES.—(1)(A) Except as provided in subparagraph (B), each member of the Commission may be compensated at not to exceed the daily equivalent of the annual rate of basic pay in effect for a position at level IV of the Executive Schedule under section 5315 of title 5, United States Code, for each day during which that member is engaged in the actual performance of the duties of the Commission under this section.

*9*
FNK-6452 0057

PUBLIC LAW 106–120—DEC. 3, 1999      113 STAT. 1635

(B) Members of the Commission who are officers or employees of the United States shall receive no additional pay by reason of their service on the Commission.

(2) While away from their homes or regular places of business in the performance of services for the Commission, members of the Commission may be allowed travel expenses, including per diem in lieu of subsistence, in the same manner as persons employed intermittently in the Government service are allowed expenses under section 5703(b) of title 5, United States Code.

(g) REPORT.—(1) Not later than 1 year after the date of the enactment of this Act, the Commissions shall submit to the committees of Congress referred to in paragraph (4) a report on the activities of the Commission under this section, including the findings, conclusions, and recommendations, if any, of the Commission as a result of the review under subsection (c)(1) and the examination and evaluation under subsection (c)(2).

Deadline.

(2) The report under paragraph (1) shall include any additional or dissenting views of a member of the Commission upon the request of the member.

(3) The report under paragraph (1) shall be submitted in unclassified form, but may include a classified annex.

(4) The committees of Congress referred to in this paragraph are the following:

(A) The Select Committee on Intelligence and the Committees on Foreign Relations and the Judiciary of the Senate.

(B) The Permanent Select Committee on Intelligence and the Committees on International Relations and the Judiciary of the House of Representatives.

(h) TERMINATION.—The Commission shall terminate at the end of the 60-day period beginning on the date on which the report required by subsection (g) is submitted to the committees of Congress referred to in that subsection.

(i) INAPPLICABILITY OF CERTAIN ADMINISTRATIVE PROVISIONS.—(1) The provisions of the Federal Advisory Committee Act (5 U.S.C. App.) shall not apply to the activities of the Commission under this section.

(2) The provisions of section 552 of title 5, United States Code (commonly referred to as the Freedom of Information Act), shall not apply to the activities, records, and proceedings of the Commission under this title.

(j) FUNDING.—The Attorney General shall, from amounts authorized to be appropriated to the Attorney General by this Act, make available to the Commission $1,000,000 for purposes of the activities of the Commission under this section. Amounts made available to the Commission under the preceding sentence shall remain available until expended.



113 STAT. 1636        PUBLIC LAW 106–120—DEC. 3, 1999

21 USC 1901
note.

**SEC. 811. EFFECTIVE DATE.**

This title shall take effect on the date of the enactment of this Act.

Approved December 3, 1999.

---

LEGISLATIVE HISTORY—H.R. 1555 (S. 1009):

HOUSE REPORTS: Nos. 106–130, Pt. 1 (Select Comm. on Intelligence) and 106–457 (Comm. of Conference).
SENATE REPORTS: No. 106–48 accompanying S. 1009 (Select Comm. on Intelligence).
CONGRESSIONAL RECORD, Vol. 145 (1999):
    May 13, considered and passed House.
    July 20, 21, considered and passed Senate, amended.
    Nov. 9, House agreed to conference report.
    Nov. 19, Senate agreed to conference report.
WEEKLY COMPILATION OF PRESIDENTIAL DOCUMENTS, Vol. 35 (1999):
    Dec. 3, Presidential statement.

○

FNK-6452 0059

Non-Responsive Exhibits: 2-4

 **Registro Público de Panamá**

Exhibit 5

```
INFORMACIÓN DEL MAESTRO
----------------------------------------------------

FICHA: 808115
Nº DOCUMENTO: 2422734
NOMBRE DE LA SOCIEDAD: SOHO PANAMA, S.A.
USUARIO: ELCAPA10
FECHA DE REGISTRO: 09/07/2013 00:00:00

DATOS DE LA ESCRITURA
---------------------

FECHA: 20/05/2013 00:00:00
NÚMERO: 9799
NOTARÍA: 02
PROVINCIA: PANAMA
DESCRIPCION NOTARÍA: NOTARIA SEGUNDA DEL CIRCUITO

DATOS DE 1ª TASA ÚNICA
----------------------
BOLETA: 1300116038
FECHA DE PAGO: 5072013
AGENTE RESIDENTE: SONIA TORRES

DATOS DE MICROFILMACIÓN
-----------------------

MONEDA: ACCIONES SIN VALOR NOMINAL.

CAPITAL
-------

EL CAPITAL AUTORIZADO DE LA SOCIEDAD SERÁ DE 500 ACCIONES COMUNES,
NOMINATIVAS SIN VALOR NOMINAL.

REPRESENTANTE LEGAL
-------------------

EL PRESIDENTE OSTENTARA LA REPRESENTACION LEGAL DE LA SOCIEDAD Y EN SU
DEFECTO EL SECRETARIO O EL TESORERO Y EN AUSENCIA DE TODOS LOS
ANTERIORES, LA PERSONA QUE DESIGNE LA JUNTA DIRECTIVA.

DIGNATARIOS
-----------

(PRESIDENTE) MOHAMED ABDO MAKED DARWICH
(TESORERO) JOSE ANUEL FRADE
(SECRETARIO) ABDUL MOHAMED WAKED FARES
(DIRECTOR) MOHAMED ABDO MAKED DARWICH
(DIRECTOR) ABDUL MOHAMED WAKED FARES
(DIRECTOR) JOSE ANUEL FRADE
(SUSCRIPTOR) KATHERINE ABREGO
(SUSCRIPTOR) JOSE MANUEL FRADE

OFICIO MARGINAL
---------------

DERECHO A FIRMA
---------------

LIMITACIONES
------------

DETALLES DEL PODER
```

Identificador Electrónico: 9C87BC53-F107-4A20-B25C-1AFA5260AFD2
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000

Página: 1 de 2

FNK-6452 0061

1

1:16-cv-01730 0174

| Folio / Finca / Ficha | (MERCANTIL) Folio N° 808115 (S) |
| Fecha de Inscripción | 09/07/2013 |

| Identificación de la Persona | SOHO PANAMA, S.A. |
| Tipo de Organización | SOCIEDAD ANONIMA |
| Status | VIGENTE |
| Tipo de Moneda | Acciones sin valor nominal |
| Capital Social | |
| Vigencia | PERPETUA |
| Domicilio | PROVINCIA PANAMÁ |
| Observaciones | |

## Elementos Inactivos

Derechos/Actos/Otras Operaciones
Asiento Id -6848961- () Entrada 132142/2013 (0)

Fecha de Inscripción 09/07/2013     Asiento Ver

### Prelación

| N° de Entrada / N° de Asiento | Tipo de entrada | Tipo de Trámite | Estado |
|---|---|---|---|
| 132142/2013 (0) | Registro | CONSTITUCION DE SOCIEDAD ANONIMA, Derechos de Calificación, Tasa Única | Listo para entrega como Trámite Agotado |

### Miembros Relaccionados

| Cargo | Miembro |
|---|---|
| Suscriptor | KATHERINE ABREGO |
| Suscriptor | JOSE MANUEL FRADE |
| Director | MOHAMED ABDO MAKED DARWICH |
| Director | ABDUL MOHAMED WAKED FARES |
| Director | JOSE ANUEL FRADE |
| Presidente | MOHAMED ABDO MAKED DARWICH |
| Tesorero | JOSE ANUEL FRADE |
| Secretario | ABDUL MOHAMED WAKED FARES |
| Agente Residente | SONIA TORRES |
| REPRESENTANTE | EL PRESIDENTE OSTENTARA LA REPRESENTACION LEGAL DE LA SOCIEDAD Y EN SU DEFECTO EL SECRETARIO O EL TESORERO Y EN AUSENCIA DE TODOS LOS ANTERIORES, LA PERSONA QUE DESIGNE LA JUNTA DIRECTIVA. |

 **Registro Público de Panamá**

## Exhibit 6

```
INFORMACIÓN DEL MAESTRO
----------------------------------------------------

FICHA: 305611
Nº DOCUMENTO: NOMBRE DE LA SOCIEDAD: INMOBILIARIA ROYPAL, S.A.
USUARIO: DAMA
FECHA DE REGISTRO: 17/08/1995 00:00:00

DATOS DE LA ESCRITURA
---------------------

FECHA: 08/08/1995 00:00:00
NÚMERO: 9127
NOTARÍA: 03
PROVINCIA: PANAMA
DESCRIPCION NOTARÍA: NOTARIA TERCERA DEL CIRCUITO

DATOS DE 1ª TASA ÚNICA
----------------------
AGENTE RESIDENTE: LUCIA TOUZARD ROMO

DATOS DE MICROFILMACIÓN
-----------------------

ROLLO: 46966
IMAGEN: 79

MONEDA: BALBOAS
MONTO DE CAPITAL: 10000.00

CAPITAL
-------

EL CAPITAL PARA LOS FINES DE REGISTRO SE FIJA EL CAPITAL DE LA SOCIEDAD
EN DIEZ MIL BALBOAS (B/10,000.00). EL NUMERO TOTAL DE ACCIONES COMUNES
QUE LA SOCIEDAD PODRA EMITIR ES DE MIL TODAS LAS CUALES SERAN CON UN
VALOR NOMINAL DE DIEZ BALBOAS CADA UNA.

REPRESENTANTE LEGAL
-------------------

CONJUNTAMENTE O SEPARADAMENTE EL PRESIDENTE O EL VICEPRESIDENTE DE
LA SOCIEDAD.

DIGNATARIOS
-----------

(PRESIDENTE) ABDUL MOHAMED WAKED FARES
(VICE-PRESIDENTE) MOHAMED WAKED DARWICH
(TESORERO) LUCIA TOUZARD
(SECRETARIO) MOHAMED ABDO WAKED DARWICH
(DIRECTOR) ABDUL MOHAMED WAKED FARES
(DIRECTOR) LUCIA TOUZARD
(DIRECTOR) MOHAMED ABDO WAKED DARWICH
(SUSCRIPTOR) MARCELO NARBONA
(SUSCRIPTOR) MARTA ELENA SANCHEZ DE NARBONA

OFICIO MARGINAL
---------------


DERECHO A FIRMA
---------------


LIMITACIONES
------------
```

Copia para propósitos informativos solamente

Identificador Electrónico: 6D2DCBAA-E0FD-4CD1-BBFC-83A7ABBCC1C8
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000

Página: 1 de 2
FNK-6452 0063

1:16-cv-01730 0176

1

| | |
|---|---|
| Folio / Finca / Ficha | (MERCANTIL) Folio Nº 305611 (S) |
| Fecha de Inscripción | 17/08/1995 |
| Identificación de la Persona | INMOBILIARIA ROYPAL, S.A. |
| Tipo de Organización | SOCIEDAD ANONIMA |
| Status | VIGENTE |
| Tipo de Moneda | Balboas |
| Capital Social | 10,000.00 |
| Vigencia | PERPETUA |
| Domicilio | PROVINCIA PANAMÁ |
| Observaciones | |

**Elementos Inactivos**

Derechos/Actos/Otras Operaciones           Fecha de Inscripción           Asiento
Asiento Id -6501081- () Entrada 5163/240 (0)           17/08/1995           Ver

**Prelación**

| Nº de Entrada / Nº de Asiento | Tipo de entrada | Tipo de Trámite | Estado |
|---|---|---|---|
| 5163/240 (0) | Registro | PACTO, Derechos de Calificación | Ingresado - En Proceso de Escaneo de Documentos Presentados (Migración) |
| 7339/260 (0) | Registro | ACTA, Derechos de Calificación | Ingresado - En Proceso de Escaneo de Documentos Presentados (Migración) |
| 133042/2002 (0) | Registro | ACTA, Derechos de Calificación | Listo para entrega como Trámite Agotado |
| 103274/2009 (0) | Registro | ACTA, Derechos de Calificación | Listo para entrega como Trámite Agotado |
| 154985/2010 (0) | Registro | ACTA, Derechos de Calificación | Listo para entrega como Trámite Agotado |

**Miembros Relacionados**

| Cargo | Miembro |
|---|---|
| Suscriptor | MARCELO NARBONA |
| Suscriptor | MARTA ELENA SANCHEZ DE NARBONA |
| Director | ABDUL MOHAMED WAKED FARES |
| Director | LUCIA TOUZARD |
| Director | MOHAMED ABDO WAKED DARWICH |
| Presidente | ABDUL MOHAMED WAKED FARES |

| Tesorero | LUCIA TOUZARD |
|---|---|
| Secretario | MOHAMED ABDO WAKED DARWICH |
| Vicepresidente | MOHAMED WAKED DARWICH |
| Agente Residente | LUCIA TOUZARD ROMO |
| REPRESENTANTE | CONJUNTAMENTE O SEPARADAMENTE EL PRESIDENTE O EL VICEPRESIDENTE DE LA SOCIEDAD. |

FNK-6452 0065

8/17/2015

1:16-cv-01730 0178

3



Registro Público de Panamá

Exhibit 7

(MERCANTIL) FOLIO Nº 30037 (S) - INSCRIPCIÓN
ASIENTO Nº 1

MIGRACIÓN A FOLIO REAL ELECTRÓNICO

**DATOS DE LA SOCIEDAD**
IMPORTADORA MADURO, S.A. (SOCIEDAD ANONIMA) UBICADA EN PROVINCIA PANAMÁ
DURACIÓN PERPETUA
DESCRIPCIÓN DEL CAPITAL EL CAPITAL AUTORIZADO DE LA SOCIEDAD ESTARA REPRESENTADO POR TRES MIL (3,000) ACCIONES COMUNES CON DE UN VALOR NOMINAL DE CIEN BALBOAS (100.00) CADA UNA, POR DOS MIL (2,000) ACCIONES COMUNES SIN VALOR NOMINAL Y POR SETECIENTAS CINCUENTA (750) ACCIONES PREFERIDAS SIN VALOR NOMINAL.

REPRESENTANTE: EL PRESIDENTE O EL SECRETARIO, INDISTINTAMENTE Y EN SU DEFECTO QUIEN DESIGNE LA JUNTA DIRECTIVA, CUANDO SEA NECESARIO.

SUSCRIPTOR: STEPHEN MADURO

SUSCRIPTOR: LAWRENCE MADURO

DIRECTOR: URBANO MARTINEZ

PRESIDENTE: GLADYS MADURO

VICEPRESIDENTE: AMELI MADURO

TESORERO: GLADYS MADURO

SECRETARIO: AMELI MADURO

DIRECTOR: STEPHEN MADURO TOLEDANO

DIRECTOR: AMELI MADURO

DIRECTOR: GLADYS MADURO

AGENTE RESIDENTE: ARIAS, FABREGA & FABREGA

ESTE ASIENTO REGISTRAL HA SIDO PRACTICADO EN LA ENTRADA 92054607/2014 (0) PRESENTADA EN ESTE REGISTRO EL DÍA 04/12/2014 A LAS 02:12 PM

**DOCUMENTOS PRESENTADOS**
FORMULARIO DE CERTIFICADO DE FECHA 04/12/2014

LOS DERECHOS DE CALIFICACIÓN Y REGISTRO ASCIENDEN A SESENTA BALBOAS (B/. 60.00)

Identificador Electrónico: 4E0869CA-8F3D-4914-B515-CD8EE0431195
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000

Página: RNK-6452 0066

1:16-cv-01730 0179

1

 Registro Público de Panamá

(MERCANTIL) FOLIO Nº 30037 (S) - INSCRIPCIÓN
ASIENTO Nº 3

## CAMBIO DE DIRECTORES O DIGNATARIOS DE SOCIEDAD O FUNDACIÓN

**CARGOS DE BAJA**
AGENTE RESIDENTE:  ARIAS, FABREGA & FABREGA
DIRECTOR:  URBANO MARTINEZ
DIRECTOR:  STEPHEN MADURO TOLEDANO
DIRECTOR:  AMELI MADURO
DIRECTOR:  GLADYS MADURO
PRESIDENTE:  GLADYS MADURO
SECRETARIO:  AMELI MADURO
TESORERO:  GLADYS MADURO
VICEPRESIDENTE:  AMELI MADURO

**TODOS LOS CARGOS ACTUALIZADOS**
AGENTE RESIDENTE: SONIA TORRES
DIRECTOR / PRESIDENTE: ABDUL MOHAMED WAKED FARES
DIRECTOR / TESORERO: CARLOS RABAT
DIRECTOR / VICEPRESIDENTE: MOHAMED ABDO WAKED DARWICH
SECRETARIO: MOHAMED ABDO WAKED DARWICH
SUSCRIPTOR: STEPHEN MADURO
SUSCRIPTOR: LAWRENCE MADURO

ESTE ASIENTO REGISTRAL HA SIDO PRACTICADO EN LA ENTRADA 90632/2015 (0) PRESENTADA EN ESTE
REGISTRO EL DÍA 04/03/2015 A LAS 03:59 PM

**DOCUMENTOS PRESENTADOS**
ESCRITURA PÚBLICA NÚMERO 6955 DE FECHA 03/03/2015
AUTORIZANTE: NOTARIO PÚBLICO JORGE ELIEZER GANTES SINGH DE LA NOTARÍA NÚMERO 5 DE PANAMÁ

LOS DERECHOS DE CALIFICACIÓN Y REGISTRO ASCIENDEN A SESENTA Y CINCO BALBOAS (B/. 65.00)

Copia para consultas informativas solamente

Identificador Electrónico: 8573A3A3-41D4-4BB2-A5FE-4S35A855B234
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000

FNK-6452 0067
Página: 1 de 1

1:16-cv-01730 0180

2



**Registro Público de Panamá**

Exhibit 8

```
INFORMACIÓN DEL MAESTRO
----------------------------------------------------

FICHA: 384842
Nº DOCUMENTO: 144868
NOMBRE DE LA SOCIEDAD: PANLI HOLDINGS, INC.
USUARIO: DAMARISD
FECHA DE REGISTRO: 31/08/2000 00:00:00

DATOS DE LA ESCRITURA
---------------------

FECHA: 28/08/2000 00:00:00
NÚMERO: 13432
NOTARÍA: 03
PROVINCIA: PANAMA
DESCRIPCION NOTARÍA: NOTARIA TERCERA DEL CIRCUITO

DATOS DE 1ª TASA ÚNICA
----------------------
AGENTE RESIDENTE: LUCIA TOUZARD ROMO

DATOS DE MICROFILMACIÓN
-----------------------


MONEDA: ACCIONES SIN VALOR NOMINAL.

CAPITAL
-------

EL CAPITAL SOCIAL ESTARA COMPUESTO POR QUINIENTAS ACCIONES NOMINATIVAS
SIN VALOR NOMINAL.

REPRESENTANTE LEGAL
-------------------

EL PRESIDENTE EN SU DEFECTO, POR AUSENCIA O SIMPLE INHABILIDAD, LO
SERA EL VICEPRESIDENTE, O LA PERSONA QUE DE TIEMPO EN TIEMPO DESIGNE
LA JUNTA DIRECTIVA DE LA SOCIEDAD.

DIGNATARIOS
-----------

(PRESIDENTE) ABDUL MOHAMED WAKED FARES
(TESORERO) LUCIA TOUZARD
(SECRETARIO) MOHAMED ABDO WAKED FARES
(DIRECTOR) MOHAMED ABDO WAKED FARES
(DIRECTOR) ABDUL MOHAMED WAKED FARES
(DIRECTOR) LUCIA TOUZARD
(SUSCRIPTOR) ELOY ALFARO DE ALBA
(SUSCRIPTOR) MARIO EDUARDO CORREA ESQUIVEL

OFICIO MARGINAL
---------------


DERECHO A FIRMA
---------------


LIMITACIONES
------------


DETALLES DEL PODER
------------------
```

Identificador Electrónico: 616C2A36-1FAD-4B13-A181-E2864A82801A
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1598 Panamá, República de Panamá - (507)501-6000

Página: 1 de 2

FNK-6452 0068

1:16-cv-01730 0181

1

| Folio / Finca / Ficha | (MERCANTIL) Folio Nº 384842 (S) |
| Fecha de Inscripción | 31/08/2000 |

| Identificación de la Persona | PANLI HOLDINGS, INC. |
| Tipo de Organización | SOCIEDAD ANONIMA |
| Status | VIGENTE |
| Tipo de Moneda | Acciones sin valor nominal |
| Capital Social | |
| Vigencia | PERPETUA |
| Domicilio | PROVINCIA PANAMÁ |
| Observaciones | |

### Elementos Inactivos

Derechos/Actos/Otras Operaciones
Asiento Id -6299882- () Entrada 94991/2000 (0)

Fecha de Inscripción    Asiento
31/08/2000              Ver

#### Prelación

| Nº de Entrada / Nº de Asiento | Tipo de entrada | Tipo de Trámite | Estado |
|---|---|---|---|
| 94991/2000 (0) | Registro | PACTO, Derechos de Calificación | Recibido en el área y Pendiente de Asignación de Registrador (Migración) |
| 215291/2008 (0) | Registro | ACTA, Derechos de Calificación | Listo para entrega como Trámite Agotado |
| 154978/2010 (0) | Registro | ACTA, Derechos de Calificación | Listo para entrega como Trámite Agotado |

#### Miembros Relacionados

| Cargo | Miembro |
|---|---|
| Suscriptor | ELOY ALFARO DE ALBA |
| Suscriptor | MARIO EDUARDO CORREA ESQUIVEL |
| Director | ABDUL MOHAMED WAKED FARES |
| Director | LUCIA TOUZARD |
| Presidente | ABDUL MOHAMED WAKED FARES |
| Tesorero | LUCIA TOUZARD |
| Secretario | MOHAMED ABDO WAKED FARES |
| Director | MOHAMED ABDO WAKED FARES |
| Agente Residente | LUCIA TOUZARD ROMO |
| REPRESENTANTE | EL PRESIDENTE EN SU DEFECTO, POR AUSENCIA O SIMPLE INHABILIDAD, LO SERA EL VICEPRESIDENTE, O LA PERSONA |

QUE DE TIEMPO EN TIEMPO DESIGNE LA JUNTA DIRECTIVA DE LA SOCIEDAD.

FNK-6452 0070
8/17/2015
1:16-cv-01730 0183

3

Non-Responsive Exhibits: 9, 11-12
Exhibit Redacted in Full: 10

FNK-6452 0071

**Exhibit 13**

Consulta de RUC

Nombre o Razón social

INMOBILIARIA MULTI

Aceptar

| RUC | DV | TIPO | NOMBRE |
|---|---|---|---|
| 1008619-1-537654 | 91 | JURÍDICO | INMOBILIARIA MULTI TIENDAS S A |
| 2272985-1-785516 | 45 | JURÍDICO | INMOBILIARIA MULTIPLE S A |
| 2496907-1-818374 | 53 | JURÍDICO | INMOBILIARIA MULTIPLE DE PANAMA S A |

FNK-6452 0072

Non-Responsive Exhibits: 14-21

FNK-6452 0073

**Exhibit 22**

Consulta de RUC

| Nombre o Razón social |
|---|
| MAWA Enterprise |
| Aceptar |

| RUC | DV | TIPO | NOMBRE |
|---|---|---|---|
| 37255-145-266651 | 30 | JURÍDICO | MAWA ENTERPRISES CORP |

FNK-6452 0074
12/7/2015
1:16-cv-01730 0187

Non-Responsive Exhibits: 23-33

FNK-6452 0075

**Exhibit 34**

Consulta de RUC

| Nombre o Razón social |
| --- |
| Westline Enter |
| Aceptar |

| RUC | DV | TIPO | NOMBRE |
| --- | --- | --- | --- |
| 1351606-1-617448 | 76 | JURÍDICO | WESTLINE ENTERPRISES INC |

FNK-6452 0076

Non-Responsive Exhibit: 35

FNK-6452 0077

Consulta de RUC

| Nombre o Razón social |
|---|
| Felix B |
| Aceptar |

**Exhibit 36**

| RUC | DV | TIPO | NOMBRE |
|---|---|---|---|
| 811226-1-498041 | 35 | JURÍDICO | FELIX B MADURO S A |
| 78-273-13798 | 38 | JURÍDICO | FELIX B MADURO S A |
| 2-101-1600 | 42 | NATURAL | FELIX BALOY GONZALEZ MORA |
| 1-11-709 | 9 | NATURAL | FELIX BARTILLE SMITH MOSES |
| 8-NT-2-27482 | 73 | NATURAL | FELIX BARTOLOME FERNANDEZ |
| 2-93-159 | 73 | NATURAL | FELIX BEATRIZ MUÑOZ PONCE |
| 8-513-1482 | 80 | NATURAL | FELIX BENIGNO PEREZ GUERRA |
| 1-24-2298 | 0 | NATURAL | FELIX BENITO ORTIZ CUADRA |
| 8-734-120 | 68 | NATURAL | FELIX BENJAMIN CHONG MORENO |
| 9-702-455 | 16 | NATURAL | FELIX BENJAMIN RODRIGUEZ VILLAREAL |
| 4-716-1793 | 1 | NATURAL | FELIX BENJAMIN MARTINEZ ROJAS |
| 7-112-227 | 70 | NATURAL | FELIX BENJAMIN CASTRO VEGA |
| 4-90-394 | 55 | NATURAL | FELIX BENJAMIN ARAUZ SERRANO |
| E-81-64314 | 7 | NATURAL | FELIX BOLIVAR JURADO ESPINOSA |
| E-8-64314 | 44 | NATURAL | FELIX BOLIVAR JURADO ESPINOSA |
| 8-349-594 | 90 | NATURAL | FELIX BOLIVAR ATENCION ALVARADO |
| 8-395-81 | 41 | NATURAL | FELIX BUENAVENTURA GORDONES GONZALEZ |

Non-Responsive Exhibits: 37-43, 45-62
Exhibit Redacted in Full: 44

FNK-6452 0079

Consulta de RUC

Nombre o Razón social

Warehouse Outlets

Aceptar

Exhibit 63

| RUC | DV | TIPO | NOMBRE |
|---|---|---|---|
| 61872-33-350508 | 87 | JURÍDICO | WAREHOUSE OUTLETS S A |

FNK-6452 0080

12/4/2015

1:16-cv-01730 0193

Non-Responsive Exhibits: 64-74

FNK-6452 0081

Consulta de RUC

Nombre o Razón social

panli

Aceptar

| RUC | DV | TIPO | NOMBRE |
|---|---|---|---|
| 144868-1-384842 | 5 | JURÍDICO | PANLI HOLDING INC |

Exhibit 75

FNK-6452 0082

Consulta de RUC

| Nombre o Razón social |
|---|
| Inmobiliaria roypal |
| Aceptar |

**Exhibit 76**

| RUC | DV | TIPO | NOMBRE |
|---|---|---|---|
| 46966-79-305611 | 72 | JURÍDICO | INMOBILIARIA ROYPAL, S.A. |

FNK-6452 0083

Consulta de Contribuyentes                                                    Page 1 of 1

**Exhibit 77**

Consulta de RUC

Nombre o Razón social

Soho Panama

Aceptar

| RUC | DV | TIPO | NOMBRE |
|---|---|---|---|
| 2422734-1-808115 | 16 | JURÍDICO | SOHO PANAMA S A |
| 1307544-1-607382 | 40 | JURÍDICO | SOHO PANAMA BOUTIQUE HOTEL AND SPA INC |
| 1428611-1-633678 | 45 | JURÍDICO | SOHO PANAMA HOTEL BOUTIQUE S A |

FNK-6452 0084

https://dgi.mef.gob.pa/ttd_consultas_contribuyentes.asp

11/16/2015

1:16-cv-01730-0797



**Registro Público de Panamá**

# Exhibit 78

**(MERCANTIL) FOLIO Nº 425571 (S) - INSCRIPCIÓN
ASIENTO Nº INSCRITO AL ASIENTO NÚMERO 1**

## MIGRACIÓN A FOLIO REAL ELECTRÓNICO

**DATOS DE LA SOCIEDAD**
GRUPO CIMA PANAMA,S.A. (SOCIEDAD ANONIMA) UBICADA EN PROVINCIA PANAMÁ
DURACIÓN PERPETUA
DESCRIPCIÓN DEL CAPITAL EL CAPITAL AUTORIZADO DE LA SOCIEDAD SERA DE QUINIENTAS ACCIONES (500)
ACCIONES SIN VALOR NOMINAL. LAS ACCIONES PODRAN SER NOMINATIVAS O EMITI-DAS AL PORTADOR.

REPRESENTANTE: EL PRESIDENTE SERA EL REPRESENTANTE LEGAL DE LA SOCIEDAD, Y EN SU AUSENCIA LO SERA
EL SECRETARIO.

SUSCRIPTOR:  MOHAMED ABDO WAKED DARWICH

SUSCRIPTOR:  AGUSTIN CELA

DIRECTOR:  MOHAMED ABDO WAKED D.

DIRECTOR:  LUCIA TOUZARD

DIRECTOR:  REY FLORES

PRESIDENTE:  MOHAMED ABDO WAKED D.

TESORERO:  REY FLORES

SECRETARIO:  LUCIA TOUZARD

AGENTE RESIDENTE:  LUCIA TOUZARD

ESTE ASIENTO REGISTRAL HA SIDO PRACTICADO EN LA ENTRADA 313658/2015 (0) PRESENTADA EN ESTE
REGISTRO EL DIA 20/07/2015 A LAS 09:55 AM

**DOCUMENTOS PRESENTADOS**
FORMULARIO DE CERTIFICADO DE FECHA 20/07/2015

LOS DERECHOS DE CALIFICACIÓN Y REGISTRO ASCIENDEN A TREINTA BALBOAS (B/. 30.00)

Identificador Electrónico: 7889C2C1-CF3B-482E-8284-EE0A8D243B25
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000

Página: 1 de 1
FNK-6452 0085

1:16-cv-01730 0198

1

| Folio / Finca / Ficha | (MERCANTIL) Folio Nº 425571 (S) |
|---|---|
| Fecha de Inscripción | 14/11/2002 |
| | |
| Identificación de la Persona | GRUPO CIMA PANAMA,S.A. |
| Tipo de Organización | SOCIEDAD ANONIMA |
| Status | VIGENTE |
| Tipo de Moneda | Acciones sin valor nominal |
| Capital Social | |
| Vigencia | PERPETUA |
| Domicilio | PROVINCIA PANAMÁ |
| Observaciones | |

### Elementos Activos

| Derechos/Actos/Otras Operaciones | Fecha de Inscripción | Asiento |
|---|---|---|
| Asiento Electrónico Nº 2 (MODIFICACIÓN DEL CAPITAL) Entrada 313677/2015 (0) | 21/07/2015 | Ver |
| Asiento Electrónico Nº 3 (INSCRIPCIÓN DE OTRAS OPERACIONES REGISTRALES) Entrada 387624/2015 (0) | 05/09/2015 | Ver |

### Elementos Inactivos

| Derechos/Actos/Otras Operaciones | Fecha de Inscripción | Asiento |
|---|---|---|
| Asiento Electrónico Nº 1 (Migración a Folio Electrónico) | 20/07/2015 | Ver |

### Prelación

| Nº de Entrada / Nº de Asiento | Tipo de entrada | Tipo de Trámite | Estado |
|---|---|---|---|
| 120085/2002 (0) | Registro | PACTO, Derechos de Calificación | Listo para entrega como Trámite Agotado |
| 109607/2004 (0) | Registro | ACTA, Derechos de Calificación | Marcada como finalizada en Emulador |
| 94252/2007 (0) | Registro | ACTA, Derechos de Calificación | Listo para entrega como Trámite Agotado |
| 115077/2007 (0) | Registro | ACTA, Derechos de Calificación | Listo para entrega como Trámite Agotado |
| 49755/2011 (0) | Registro | ACTA, Derechos de Calificación | Listo para entrega como Trámite Agotado |
| 313677/2015 (0) | Registro | Acta de Sociedad Mercantil, Derechos de Calificación | Entregado como Trámite Agotado |
| 387624/2015 (0) | Registro | Acta de Sociedad Mercantil, Derechos de Calificación | Entregado como Trámite Agotado |

### Miembros Relacionados

| Cargo | Miembro |
|---|---|
| | |

FNK-6452 0086

2

| Suscriptor | MOHAMED ABDO WAKED DARWICH |
|---|---|
| Suscriptor | AGUSTIN CELA |
| Director | MOHAMED ABDO WAKED D. |
| Director | LUCIA TOUZARD |
| Director | REY FLORES |
| Presidente | MOHAMED ABDO WAKED D. |
| Tesorero | REY FLORES |
| Secretario | LUCIA TOUZARD |
| Agente Residente | LUCIA TOUZARD |
| REPRESENTANTE | EL PRESIDENTE SERA EL REPRESENTANTE LEGAL DE LA SOCIEDAD, Y EN SU AUSENCIA LO SERA EL SECRETARIO. |

Credit reports for emerging world markets - ICP                    Page 1 of 5

Exhibit 79



Market leaders
in **Worldwide**
    credit information

International Company Profile
Tel: +44 (0) 20 7566 8274

Home     Contact Us

About Us

Latest
  News
  Special Offers

Services
  Report Content
  Service Times
  Pricing
  How to Order

Company Reports
  Free Search
  Order Offline
  View Downloads
  A-Z Listing
  Geographic Index

ICP is a company of
Wilmington Group Plc.
Quoted on the London
Stock Exchange

ICP is operated by
Wilmington Publishing &
Information Ltd, a part of
Wilmington Group plc

Registered in England
and Wales with
company number
03368442GB.
Registered Office : 6-14
Underwood Street,
London, N1 7JQ. VAT
number GB 899 3725
51

Copyright Notice and
Privacy Policy

View Downloads

Convert to Text File ➡    Choose **File, Save As**.. option of the browser menu to save the Report to
                          your local drive

Order Updated Report ➡   This report is now 966 days old.

```
COMPANY STATUS REPORT
=====================

CO. NAME : GRUPO WISA S.A.
_____

ADDRESS

Street : Calle 15 entre Avenida Roosevelt y Sta Isabel

Area : Zona Libre de Colon (Colon Free Zone)

P.O. Box : 00705 Zona Postal 0302
Town : Panama City
Country : Panama

Telephone: (507) 433 7000
Fax : (507) 433 7070
E-Mail : mmontico@grupowisa.com
       : juanluis.correa@grupowisa.com

Formerly Known As : Waked Internacional S.A.
_____

SENIOR COMPANY PERSONNEL

Name Position

1. Abdul Mohamed Waked Fares President / Managing Director

2. Juan Luis Correa Vice-President, Corporate Affairs

3. Mohamed Abdo Waked Darwich Secretary / Director

4. Sahar Darwich de Waked Director

5. Iglam Abdo Waked de Waked Director

6. Lucia Touzard Treasurer / Director

7. Marcelo Montico Group Commercial Director
(Panama and Uruguay)


Total Employees : 1,600 (group)
_____

PAYMENTS

No complaints have been heard regarding payments from local suppliers
or banks.

Subject is a well established family owned company with operations     show
```

FNK-6452 0088

1:16-cv-01730 0201

1

dating back to 1956 and a member of the Wisa Group present in 11 countries, including Costa Rica, Nicaragua, Salvador, Colombia, Honduras, Belize, Aruba, Bolivia and Panama.

We consider it is acceptable to deal with subject for LARGE amounts, although it is normal accepted practice for international suppliers to deal on secured terms with Panamanian importers.

Opinion on maximum credit : PAB 1,500,000

Trade risk assessment : Normal

---

PRINCIPAL BANKERS

NAME : BNP PARIBAS PANAMA SA

Branch : Edificio OMANCO n°200 Via España
Town : Panama City
P.O. Box : 201

Telephone: (507) 264 8555
Fax : (507) 263 6970

Current account and credit facilities with satisfactory experience.

The company also has an account with the following banks :

1. Banco Nacional de Panama

2. Credicol Bank

3. HSBC

---

FINANCIAL INFORMATION

KEY FINANCIAL DATA

2009
(In USD)

PROFIT & LOSS ACCOUNT
Gross profit 195,000,000
Net profit 39,500,000

Private companies in Panama are not required to disclose financial statements. These have been requested from the company but they have not been made available as the subject regards this information as strictly confidential.

The following financial information is the latest available in our records :

Sales Turnover : not given - 2009

Gross Profit : USD 195,000,000 - 2009 - exact

Net Profit : USD 39,500,000 - 2009 - exact

Financial year ends 31 December.

---

LEGAL STATUS AND HISTORY

Date Started : 6 May 1982

History : The Waked Group has its operations dating back to 1956. By the mid 1970s, the group had opened six duty free retail stores in San Andres.

Corporation chartered under the laws of Panama - Microjacket 89895, Roll 8648, Frame 0152, Microfilm Section

show

FNK-6452 0089

(Mercantile) on 6 May 1982 under the name Waked
Internacional S.A. with initial capital of US DLRS
1,000,000 divided into 1,000 ordinary shares of US DLRS
1,000 each. On 21 August 1991 the capital increased to US
DLRS 5,000,000 divided into 1,000 ordinary shares of US
DLRS 1,000 & 800 shares of US DLRS 4,000 each.

On 21 July 2004 the company changed its name to Grupo Wisa
SA and was registered on Microjacket 458900, Document
645451 .

C.R. No. : 458900/645451

Authorised Capital : 500 common shares of no par value

Paid up Capital : 500 common shares of no par value


Sociedad Anonima with the following sole shareholder :

Grupo Cima Panama SA 100%
Calle 15 Y Avenida Roosevelt
Colon Free Zone
PO Box: 3294
Panama City
Panama
Tel: (507) 441 4444 / 441 4400 / 441 6943 / 441 6728
Fax: (507) 441 6598 / 441 5886 / 441 5950
Holding Company.
Owned by members of the Waked family

Subscribers :

- Lucia Touzard
- Johnnie Guerra

Lawyers :

Patton, Moreno y Asvat


Affiliated companies of Grupo Wisa S.A. :

Subsidiaries

Grandit S.A 100%
Word Trade Center Montevideo
Av. Luis Alberto de Herrera 1248
Torre 2, Oficina 211
Montevideo
Uruguay


Associates

1. Organizacion De Perfumeria La Riviera Ltda
San Andres
Colombia

2. Almacenes Capri
Maicao
Colmbia

3. Capri Panama S.A.
Colon Freee Zone

4. Diario Estrella

5. Diario El Siglo

6. 786 Internacional S.A.

7. Corlatininternacional S.A.

8. 786 Internacional de Colombia S.A.

show

FNK-6452 0090

3

ACTIVITIES

The Company is involved in the following activities :

Operators of duty free shops.

Importers, exporters, retailers and distributors of fragrances,
cosmetics, electronics, liquor, tobacco, travel equipment, watches,
eyewear and luxury goods.

Subject operates through the following divisions :

- Travel Retail Division
- Domestic markets Division
- Boutiques Division
- Support & Service Department

Brand names include the following :

- Estee Lauder
- Calvin Klein
- Elizabeth Arden
- Carolina Herrera
- Polo
- Ralph Lauren
- Apple (iPod)
- Bang & Olufsen
- Canon
- Dell
- HP
- JVC
- Kingston
- Kodak
- LG
- Maxell
- Nikon
- Nintendo
- Olympus
- Panasonic
- Playstation
- Philips
- Sankey
- Samsung
- Sony
- Doña Jimena
- Lindt
- Mars
- Nestle
- Swiss Delice
- Toblerone
- Villars`

Imports from USA, as well as European countries including France,
Germany, Spain, Italy and Switzerland.

Buying- terms : LC

Exports to Central and South America.


FACILITIES

The Company has the following facilities :

Owned premises comprising 5,420 square metre administrative offices
and a 50,000 square metre warehouse in a two storey building located
at the heading address, as well as several duty free shops located
at Aeroporto Internacional (see 'Branch Offices' section below).

show

BRANCH OFFICES

FNK-6452 0091

```
Aeroporto Internacional
PO Box 00705
Postal code 0302
Zona Libre de Colon
Tocumen
Tel: (507) 433 7000 / 433 7048
Fax: (507) 433 7070
```

---

```
SPECIAL NOTE

You have given TEL: 4414444

Please note the correct contact details are as per Address section.

Interviewed : Marcelo Montico, Group Commercial Director
```

```
Every effort is made to ensure that the information given herein is
accurate, but no legal responsibility is accepted for any error or
omission in the text.
```

show

FNK-6452 0092

Grupo Wisa's Abdul Waked: The Master of Luxury | Duty Free and Travel Retail News |...   Page 1 of 5

Exhibit 80





United States     Canada     Latin America     Caribbean     Products     Job Openings

Advertise     Subscribe     About

# Grupo Wisa's Abdul Waked: The Master of Luxury

Lois Pasternak     June 1, 2015



Abdul Waked

Abdul Waked, the head of leading Latin American duty free operator Grupo Wisa, has always loved luxury goods. Hailed as a visionary, Waked's original La Riviera stores in the 1990's transformed the way fragrances and cosmetics were sold in much of Central America and introduced the concept of perfumeries in Panama. In La Riviera, top-name fragrances and cosmetics found a fitting showcase, and the stores became the launch pad for such important brands as Bobbi Brown, Creme de La Mer, Victoria's Secret, Kiehl's and many others in the region. Now, Abdul Waked's vision has expanded far beyond perfume. Today, Grupo Wisa operates more than 300 stores in duty free markets and other locations in 14 countries, adding the La Hora watch stores to the La Riviera portfolio, as well as boutiques for H. Stern, Jimmy Choo, Burberry, Bijoux Terner and Samsung. The company employs more than 5,500 people throughout the region, with warehousing and logistics operating out of a massive facility in the Colon Free Zone. But Abdul Waked's passion for luxury is most apparent in his new masterpiece of retailing: the $350 million Soho Complex in downtown Panama City. Located on a full city block on Panama's important Calle 50, the 80,000 sqm, three-tower multi-use facility includes residential and office accommodation, what will be the first Ritz Carlton Hotel in Central America, a casino and—connecting it all—a 34,000 sqm luxury shopping mall offering the most prestigious brands in the world, top-notch entertainment venues and a choice of regional and international restaurants.

The 44-floor South Tower office

FNK-6452 0093



concept La Riviera flagship perfume store.

building and the 4-story Soho Mall are open now. The 226-room hotel and 80 residence suites, casino and 26-story

to open in 2016. "I have always loved luxury brands. Always. For my stores only in perfume, but in all categories, liquor brands, accessories brands, watch brands, fashion brands. I relate to luxury. This has all come together in Soho Mall," Abdul Waked tells *TMI* in a meeting in his current offices, overlooking the construction at Calle 50 a block away. "I think that my Soho Mall is the most prestigious mall in Latin America. I am not sure if one exists like this even in the United States. It is unique. We have boutiques for Valentino, Bottega Venetta, Christian Dior, Louis Vuitton, Yves Saint Laurent, Chanel, Prada, Fendi, many more. Soho Mall has the most luxurious brands there are," he says.

Soho Mall will house 100 stores in "an extraordinary ambiance," says Grupo Wisa Vice President of Corporate Affairs

## Tags

Accessories ACI Airports Americas Asutil Bacardi Beam Suntory Brazil Canada Caribbean Carnival Cruise Lines Coach Confectionery Cosmetics Cruise Cuba DFA DFASS Dufry Duty Free Duty Free Americas Estee Lauder FDFA fragrance IAADFS IATA International Shoppes JFK Latin America LAX Magazines Mexico MIA Newsletters North America Panama Patron South America Spirits Sunglasses TFWA Tobacco Tourism Travel Retail United States

FNK-6452 0094



When completed the Soho Mall will house 100 stores in "an extraordinary", with boutiques for such luxury brands as Valentino, Bottega Venetta, Christian Dior, Louis Vuitton, Yves Saint Laurent, Chanel, Prada, Fendi, many more.

Juan Luis Correa. "The care that went into planning every detail was exceptional. Even the building materials were brought over from Italy and Europe." "Soho was my dream—and I made it a reality, step-by-step," explains Abdul Waked. "We have spent five years in the construction. The project is very complex



FNK-6452 0095

—it brings together a mall, office towers, a hotel, a casino. And most important, this is multi-use and all in one unit. Even the parking is ground-breaking, with five levels located underneath the building instead of above ground. We had to go below sea level. This does not exist in Panama. The parking was a significant expense by itself." Grupo Wisa believes that it will find an eager customer for its top of the line luxury offerings at Soho, says Correa. Panama's robust economy and prosperity have filled the city with highly sophisticated affluent consumers, who often go to Miami, New York, Paris and London to shop: "So now they can shop at Soho," he says. Soho is enticing people with many attractions in addition to shopping. It has already opened a 7-screen VIP Cinema featuring all leather, electrically controlled seats; a Spa and Sports gym and the largest casino in Central America are still to come. The full range of restaurants include Paris' famous Ladurée in an open-air location on the ground floor of the mall, in a site that looks as charming as the sweet shop's iconic macaroons. Rolex is debuting its new concept store in the Americas in Soho Mall, only the second in the world after Dubai. Grupo Wisa itself is unveiling its new La Riviera in Soho as well. But the mall is really all about the brands, many of which will be available for the first time in Panama in Soho. "We spent five years bringing in the most prestigious luxury brands. [My son] Hamudi was very instrumental in this phase and was very successful," says Abdul Waked. As for Mr. Waked, his passion for luxury persists. He would like to expand the Soho concept to other countries in South America —beginning with Bogota, Colombia and Lima, Peru, and is already searching for property for the next projects. **Hamudi Waked: Duty Free at the heart of the Wisa DNA** Hamudi Waked, Executive Vice-President of Grupo Wisa, emphasizes that the duty free business continues to be at the heart of the family-owned company. "Grupo Wisa has grown so greatly and so fast over the past few years and now encompasses real estate, newspapers and insurance," he says, "but the DNA of the company continues to be the luxury business of perfume, cosmetics, accessories and liquor – what we call the duty free business. We have a very strong position with a core business and are now investing even more than before in this segment," he tells *TMI*. Hamudi Waked points out that Grupo Wisa is remodeling many of its old La Riviera duty free stores at Panama's Tocumen International Airport, where the company is the largest duty free operator. "We have some new stores opening too. We just won a bid to open a Columbia sportswear store in Tocumen; and we just remodeled our flagship store for our La Hora high-end watches. We are also investing heavily in Colombia at El Dorado Airport, installing beautiful new counters in our La Riviera store there. We are expanding in Mexico City Airport also with a big store that is launching exciting new concepts and new brands, as well as remodeling some of our key branded boutiques," Hamudi Waked tells *TMI*. "To serve the Uruguay and Brazil market, we are opening new stores, including a very strong 4,000 sqm meter La Riviera concept in the Melancia Mall in Rivera, Uruguay, which should be ready in the next two to three months." Duty free remains a very important category for Grupo Wisa, and continues to increase, says Hamudi Waked. "When the new South Terminal opens in Tocumen in 2017, and passenger traffic increases to more than 14 million, we expect the business to grow significantly." The company is organized with one team for duty free, and another team to handle local market operations. One way Grupo Wisa has been improving its business is by adding more qualified staff, says Hamudi Waked. "Bringing added value is very important to our duty free strategy. In Panama, Mexico, Colombia and Central America, and now in Uruguay, especially when the new mall opens, we are always looking to bring something new to the consumer. La Riviera is always thinking about our passengers and consumers. We want them to have the best products and quality and service possible." The company vision reflects this philosophy: "Maintain a

leading position in the distribution of luxury goods in the region of Latin America." Next year, after the Panama Soho project is completed, Grupo Wisa will be building a brand new, totally computerized warehouse in the Colon Free Zone. The new warehouse will replace the company's present 45,000 sqm facility, which currently handles approximately 30 million items a year into and out of the facility, covering some 1.2 million SKUs. The new warehouse will offer top-line technology and more efficient design, comments Rey Flores, Grupo Wisa's Logistics Manager.

Tags: Abdul Waked, Grupo Wisa, Hamudi Waked, Luxury, Panama, Soho Mall

← Previous Post

Next Post →

Travel Markets Insider © 2015

FNK-6452 0097

5

1:16-cv-01730 0210



**Registro Público de Panamá**

Exhibit 81

(MERCANTIL) FOLIO Nº 498041 (S) - INSCRIPCIÓN
ASIENTO Nº 1

MIGRACIÓN A FOLIO REAL ELECTRÓNICO

<u>DATOS DE LA SOCIEDAD</u>
FELIX B. MADURO S.A. (SOCIEDAD ANONIMA) UBICADA EN DISTRITO PANAMÁ, PROVINCIA PANAMÁ
DURACIÓN PERPETUA
DESCRIPCIÓN DEL CAPITAL EL CAPITAL SOCIAL ES DE 4000 MIL ACCIONES COMUNES SIN VALOR NOMINAL Y 750
ACCIONES PREFERIDAS SIN VALOR NOMINAL EMITIDAS EN UNA O MAS SERIES SEGUN SE DETERMINE DE TIEMPO
EN TIEMPO POR LA JUNTA DIRECTIVA Y CONJUNTAMENTE CON LAS ACCIONES COMUNES. LAS ACCIONES SERAN
EMITIDAS UNICAMENTE EN FORMA NOMINATIVA.

REPRESENTANTE: EL PRESIDENTE O EL SECRETARIO, INDISTINTAMENTE Y EN SU DEFECTO LA JUNTA DIRECTIVA
PODRA DESIGNAR A CUALQUIER OTRA PERSONA, CUANDO SEA NECESARIO.

SUSCRIPTOR: EDUARDO ALBERTO DIAZ STRUNZ

SUSCRIPTOR: MARIELA ITZEL HERRERA GONZALEZ

DIRECTOR: STEPHEN MADURO TOLEDANO

DIRECTOR: GLADYS MADURO

DIRECTOR: AMELI MADURO

DIRECTOR: URBANO MARTINEZ

PRESIDENTE: GLADYS MADURO

TESORERO: FELIPE CHAPMAN

SECRETARIO: AMELI MADURO

DIRECTOR: JOSEPH FIDANQUE III

DIRECTOR: FELIPE CHAPMAN

DIRECTOR: MARIA DEL PILAR DE ALEMAN

AGENTE RESIDENTE: ARIAS, FABREGA & FABREGA

ESTE ASIENTO REGISTRAL HA SIDO PRACTICADO EN LA ENTRADA 83272/2015 (0) PRESENTADA EN ESTE
REGISTRO EL DÍA 27/02/2015 A LAS 12:00 PM

<u>DOCUMENTOS PRESENTADOS</u>
ESCRITURA PÚBLICA NÚMERO 2075 DE FECHA 25/02/2015
AUTORIZANTE: NOTARIO PÚBLICO LIC. VICTOR MANUEL ALDANA APARICIO DE LA NOTARÍA NÚMERO 8 DE
PANAMÁ

LOS DERECHOS DE CALIFICACIÓN Y REGISTRO ASCIENDEN A VEINTICINCO BALBOAS (B/. 25.00)

Identificador Electrónico: 8SF8AF09-C0F2-4D0A-9CD3-CE651C284EEA
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000

Página: 1 de 2

FNK-6452 0098

1:16-cv-01730 0211

1

 **Registro Público de Panamá**

(MERCANTIL) FOLIO Nº 498041 (S) - INSCRIPCIÓN
ASIENTO Nº 2

**CAMBIO DE DIRECTORES O DIGNATARIOS DE SOCIEDAD O FUNDACIÓN**

**CARGOS DE BAJA**
AGENTE RESIDENTE: ARIAS, FABREGA & FABREGA
DIRECTOR: STEPHEN MADURO TOLEDANO
DIRECTOR: GLADYS MADURO
DIRECTOR: AMELI MADURO
DIRECTOR: URBANO MARTINEZ
DIRECTOR: JOSEPH FIDANQUE III
DIRECTOR: FELIPE CHAPMAN
DIRECTOR: MARIA DEL PILAR DE ALEMAN
PRESIDENTE: GLADYS MADURO
SECRETARIO: AMELI MADURO
TESORERO: FELIPE CHAPMAN

**TODOS LOS CARGOS ACTUALIZADOS**
AGENTE RESIDENTE: SONIA TORRES
DIRECTOR / PRESIDENTE: ABDUL WAKED FARES
DIRECTOR / SECRETARIO: MOHAMED WAKED DARWICH
DIRECTOR / TESORERO: CARLOS RABAT
SUSCRIPTOR: EDUARDO ALBERTO DIAZ STRUNZ
SUSCRIPTOR: MARIELA ITZEL HERRERA GONZALEZ

ESTE ASIENTO REGISTRAL HA SIDO PRACTICADO EN LA ENTRADA 83272/2015 (0) PRESENTADA EN ESTE
REGISTRO EL DÍA 27/02/2015 A LAS 12:00 PM

**DOCUMENTOS PRESENTADOS**
ESCRITURA PÚBLICA NÚMERO 2075 DE FECHA 25/02/2015
AUTORIZANTE: NOTARIO PÚBLICO LIC. VICTOR MANUEL ALDANA APARICIO DE LA NOTARÍA NÚMERO 8 DE
PANAMÁ

LOS DERECHOS DE CALIFICACIÓN Y REGISTRO ASCIENDEN A VEINTICINCO BALBOAS (B/. 25.00)

Identificador Electrónico: 8A22BD51-0B62-4669-8A1A-46D752B2BF4F
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000
Página: 1 de 1
FNK-6452 0099
1:16-cv-01730 0212

Consulta de RUC

Nombre o Razón social

| Importadora maduro |
| --- |

| Aceptar |
| --- |

**Exhibit 82**

| RUC | DV | TIPO | NOMBRE |
| --- | --- | --- | --- |
| 558-472-101708 | 80 | JURÍDICO | IMPORTADORA MADURO S A |

FNK-6452 0100

11/19/2015
1:16-cv-01730 0213



**Registro Público de Panamá**

Exhibit 83

(MERCANTIL) FOLIO Nº 747341 (S) - INSCRIPCIÓN
ASIENTO Nº 1

### MIGRACIÓN A FOLIO REAL ELECTRÓNICO

<u>DATOS DE LA SOCIEDAD</u>
SOHO DEVELOPERS, INC. (SOCIEDAD ANONIMA) UBICADA EN PROVINCIA PANAMÁ
DURACIÓN PERPETUA
DESCRIPCIÓN DEL CAPITAL EL CAPITAL AUTORIZADO DE LA SOCIEDAD SERA DE 500 ACCIONES COMUNES,
NOMINATIVAS SIN VALOR NOMINAL

REPRESENTANTE: EL PRESIDENTE OSTENTARA LA REPRESENTACION LEGAL DE LA SOCIEDAD Y EN SU DEFECTO EL
SECRETARIO O E TESORERO Y EN AUSENCIA DE TODOS LOS ANTERIORES LA PERSONA QUE DESIGNE LA JUNTA
DIRECTIVA

SUSCRIPTOR: KATHERINE ABREGO

SUSCRIPTOR: JOSE MANUEL FRADE

DIRECTOR:  ABDUL M. WAKED

DIRECTOR:  MOHAMED A. WAKED

DIRECTOR: JOSE M. FRADE

PRESIDENTE: ABDUL M. WAKED

TESORERO: JOSE M. FRADE

SECRETARIO:  MOHAMED A. WAKED

AGENTE RESIDENTE:  KATHERINE ABREGO

ESTE ASIENTO REGISTRAL HA SIDO PRACTICADO EN LA ENTRADA 39340/2015 (0) PRESENTADA EN ESTE
REGISTRO EL DÍA 28/01/2015 A LAS 02:43 PM

<u>DOCUMENTOS PRESENTADOS</u>
FORMULARIO DE CERTIFICADO DE FECHA 28/01/2015

LOS DERECHOS DE CALIFICACIÓN Y REGISTRO ASCIENDEN A TREINTA BALBOAS (B/. 30.00)

*Copia para propósitos informativos solamente*

Identificador Electrónico: BB3B47E0-35CF-40AF-BBB4-C15B4DC915A4
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000

Página: 1 de 1

FNK-6452 0101

1:16-cv-01730 0214

 **Registro Público de Panamá**

Exhibit 84

```
INFORMACIÓN DEL MAESTRO
-----------------------------------------------------

FICHA: 789790
Nº DOCUMENTO: 2300164
NOMBRE DE LA SOCIEDAD: MALALA 786, S.A.
USUARIO: RAMO2
FECHA DE REGISTRO: 17/12/2012 00:00:00

DATOS DE LA ESCRITURA
---------------------

FECHA: 12/12/2012 00:00:00
NÚMERO: 24811
NOTARÍA: 02
PROVINCIA: PANAMA
DESCRIPCION NOTARÍA: NOTARIA SEGUNDA DEL CIRCUITO

DATOS DE 1ª TASA ÚNICA
----------------------
BOLETA: 1200139303
FECHA DE PAGO: 14122012
AGENTE RESIDENTE: KATHERINE ABREGO

DATOS DE MICROFILMACIÓN
-----------------------


MONEDA: ACCIONES SIN VALOR NOMINAL.

CAPITAL
-------

EL CAPITAL AUTORIZADO DE LA SOCIEDAD SERÁ DE 500 ACCIONES COMUNES,
NOMINATIVAS SIN VALOR NOMINAL.

REPRESENTANTE LEGAL
-------------------

EL PRESIDENTE OSTENTARA LA REPRESENTACION LEGAL DE LA SOCIEDAD Y
EN SU DEFECTO EL SECRETARIO O EL TESORERO Y EN AUSENCIA DE TODOS
LOS ANTERIORES, LA PERSONA QUE DESIGNE LA JUNTA DIRECTIVA.

DIGNATARIOS
-----------

(PRESIDENTE) ABDUL M. WAKED
(TESORERO) LUCIA TOUZARD
(SECRETARIO) MOHAMED A. WAKED
(DIRECTOR) LUCIA TOUZARD
(DIRECTOR) ABDUL M. WAKED
(DIRECTOR) MOHAMED A. WAKED
(SUSCRIPTOR) KATHERINE ABREGO
(SUSCRIPTOR) LUCIA TOUZARD

OFICIO MARGINAL
---------------


DERECHO A FIRMA
---------------


LIMITACIONES
------------


DETALLES DEL PODER
```

copia sin fuerza probatoria propósitos informativos solamente

Identificador Electrónico: 21F41EBD-FB0D-4604-B434-FFCDBDBE30DB
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000

Página: 1 de 2

FNK-6452 0102

1:16-cv-01730 0215

 **Registro Público de Panamá**

**Exhibit 85**

```
INFORMACIÓN DEL MAESTRO
---------------------------------------------------

FICHA: 394851
Nº DOCUMENTO: 197517
NOMBRE DE LA SOCIEDAD: WAKED INTERNACIONAL PANAMA, S.A.
USUARIO: MALE
FECHA DE REGISTRO: 01/02/2001 00:00:00

DATOS DE LA ESCRITURA
---------------------

FECHA: 26/01/2001 00:00:00
NÚMERO: 889
NOTARÍA: 05
PROVINCIA: PANAMA
DESCRIPCION NOTARÍA: NOTARIA QUINTA DEL CIRCUITO

DATOS DE 1ª TASA ÚNICA
----------------------
AGENTE RESIDENTE: LUCIA TOUZARD ROMO

DATOS DE MICROFILMACIÓN
-----------------------


MONEDA: DOLARES AMERICANOS.
MONTO DE CAPITAL: 5000000.00

CAPITAL
-------

EL CAPITAL SOCIAL SERA DE CINCO MILLONES DE DOLARES ($5,000,000.00)
MONEDA DE CURSO LEGAL DE LOS ESTADOS UNIDOS DE AMERICA, DIVIDIDO EN CIEN
(100) ACCIONES COMUNES DE CINCUENTA MIL DOLARES ($50,000.00) CADA UNA,
NOMINATIVAS O AL PORTADOR.

REPRESENTANTE LEGAL
-------------------

EL PRESIDENTE Y DURANTE SU AUSENCIA LA TENDRA EL SECRETARIO O LA PERSONA
QUE LA JUNTA DIRECTIVA DESIGNE A TALES EFECTOS.

DIGNATARIOS
-----------

(PRESIDENTE) ABDUL MOHAMED WAKES FARES
(TESORERO) LUCIA TOUZARD
(SECRETARIO) JOSE MANUEL FRADE
(DIRECTOR) ABDUL MOHAMED WAKES FARES
(DIRECTOR) LUCIA TOUZARD
(DIRECTOR) JOSE MANUEL FRADE
(SUSCRIPTOR) ABDUL WAKED
(SUSCRIPTOR) SAHAR DARWICH DE WAKED

OFICIO MARGINAL
---------------


DERECHO A FIRMA
---------------


LIMITACIONES
------------


DETALLES DEL PODER
```

Identificador Electrónico: 19AFEEB8-4B54-4B10-931E-90A6C9171FD6
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000

Página: 1 de 2

FNK-6452 0103

1:16-cv-01730 0216

Consulta de Contribuyentes

Consulta de RUC

| Nombre o Razón social |
| Soho Developers |
| Aceptar |

**Exhibit 86**

| RUC | DV | TIPO | NOMBRE |
|-----|-----|------|--------|
| 2046910-1-747341 | 24 | JURÍDICO | SOHO DEVELOPERS INC |
| 155591438-2-2015 | 31 | JURÍDICO | SOHO DEVELOPERS PANAMA CITY S A |

Exhibit 87

Consulta de RUC

| Nombre o Razón social |
| --- |
| glendor finance |
| Aceptar |

| RUC | DV | TIPO | NOMBRE |
| --- | --- | --- | --- |
| 2041747-1-746484 | 99 | JURÍDICO | GLENDOR FINANCE S A |

FNK-6452 0105

https://dgi.mef.gob.pa/ttd_consultas_contribuyentes.asp

11/16/2015

1:16-cv-01730 0218

Consulta de RUC

Nombre o Razón social

wayside corp

Aceptar

**Exhibit 88**

| RUC | DV | TIPO | NOMBRE |
|---|---|---|---|
| 10415-108-106338 | 59 | JURÍDICO | WAYSIDE CORPORATION S A |

FNK-6452 0106



Registro Público de Panamá

**Exhibit 89**

**(MERCANTIL) FOLIO Nº 106338 (S) - INSCRIPCIÓN
ASIENTO Nº INSCRITO AL ASIENTO NÚMERO 1**

**MIGRACIÓN A FOLIO REAL ELECTRÓNICO**

**DATOS DE LA SOCIEDAD**
WAYSIDE CORPORATION (SOCIEDAD ANONIMA) UBICADA EN PROVINCIA PANAMÁ
DURACIÓN PERPETUA
DESCRIPCIÓN DEL CAPITAL EL CAPITAL SOCIAL ES DE QUINIENTAS (500) ACCIONES SIN VALOR NOMINAL O PAR.

PRESIDENTE:  ABDUL MOHAMEDWAKED FARES

VICEPRESIDENTE:  MOHAMED ABDO WAKED DARWICH

TESORERO:  LUCIA TOUZARD

SECRETARIO:  MOHAMED ABDO WAKED DARWICH

SUSCRIPTOR:  RICARDO ALEJANDRO DURLING

SUSCRIPTOR:  LUIS ALBERTO DURLING

DIRECTOR:  ABDUL MOHAMEDWAKED FARES

DIRECTOR:  MOHAMED ABDO WAKED DARWICH

DIRECTOR:  LUCIA TOUZARD

AGENTE RESIDENTE:  LUCIA TOUZARD

ESTE ASIENTO REGISTRAL HA SIDO PRACTICADO EN LA ENTRADA 479109/2015 (0) PRESENTADA EN ESTE
REGISTRO EL DÍA 30/10/2015 A LAS 12:46 PM

**DOCUMENTOS PRESENTADOS**
FORMULARIO DE CERTIFICADO DE FECHA 30/10/2015

LOS DERECHOS DE CALIFICACIÓN Y REGISTRO ASCIENDEN A TREINTA BALBOAS (B/. 30.00)

Identificador Electrónico: 87579B47-FB81-4812-B348-DC8DD29FB877
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000
Página: 1 PNK-6452 0107

1:16-cv-01730 0220

 **Registro Público de Panamá**

**Exhibit 90**

INFORMACIÓN DEL MAESTRO
------------------------------------------------------

FICHA: 746484
Nº DOCUMENTO: 2041747
NOMBRE DE LA SOCIEDAD: GLENDOR FINANCE S.A.
USUARIO: AREL
FECHA DE REGISTRO: 09/09/2011 00:00:00

DATOS DE LA ESCRITURA
---------------------

FECHA: 07/09/2011 00:00:00
NÚMERO: 19222
NOTARÍA: 05
PROVINCIA: PANAMA
DESCRIPCION NOTARÍA: NOTARIA QUINTA DEL CIRCUITO

DATOS DE 1ª TASA ÚNICA
----------------------

BOLETA: 1661146
FECHA DE PAGO: 7092011
AGENTE RESIDENTE: SONIA TORRES

DATOS DE MICROFILMACIÓN
-----------------------

MONEDA: DOLARES AMERICANOS.
MONTO DE CAPITAL: 10000.00

CAPITAL
-------

EL CAPITAL DE LA SOCIEDAD ES DE DIEZ MIL DOLARES (U$10,000.00 MONEDA
LEGAL DE LOS ESTADOS UNIDOS DE AMERICA), DIVIDIDO EN DIEZ MIL (10,000)
ACCIONES DE UN VALOR NOMINAL DE U DOLAR (U$1.00 MONEDA LEGAL DE LOS
ESTADOS UNIDOS DE AMERICA) CADA UNA.
LAS ACCIONES SERAN EMITIDAS SOLAMENTE EN FORMA NOMINATIVA.

REPRESENTANTE LEGAL
-------------------

EL PRESIDENTE SERA EL REPRESENTANTE LEGAL DE LA SOCIEDAD.

DIGNATARIOS
-----------

(PRESIDENTE) MOHAMED ABDO WAKED DARWICH
(TESORERO) SONIA TORRES
(SECRETARIO) JOSE MANUEL FRADE
(DIRECTOR) MOHAMED ABDO WAKED DARWICH
(DIRECTOR) SONIA TORRES
(DIRECTOR) JOSE MANUEL FRADE
(SUSCRIPTOR) EDGARDO ELOY DIAZ
(SUSCRIPTOR) FERNANDO ANTONIO GIL

OFICIO MARGINAL
---------------

DERECHO A FIRMA
---------------

LIMITACIONES
------------

Identificador Electrónico: D07988B0-0D5B-4CF9-9509-BA8C7A36AA07
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000

Página: 1 de 2

FNK-6452 0108

1:16-cv-01730 0221



**Registro Público de Panamá**

# Exhibit 91

**(MERCANTIL) FOLIO Nº 444264 (S) - INSCRIPCIÓN
ASIENTO Nº 1**

**MIGRACIÓN A FOLIO REAL ELECTRÓNICO**

<u>DATOS DE LA SOCIEDAD</u>
LA RIVIERA, PANAMA,S.A. (SOCIEDAD ANONIMA) UBICADA EN PROVINCIA PANAMÁ
DURACIÓN PERPETUA
DESCRIPCIÓN DEL CAPITAL EL CAPITAL AUTORIZADO DE LA SOCIEDAD SERA DE QUINIENTAS (500) ACCIONES SIN
VALOR NOMINAL. LAS ACCIONES SERAN EMITIDAS UNICAMENTE EN FORMA NOMINATIVAS.

REPRESENTANTE: EL PRESIDENTE QUEDA ENTENDIDO QUE EN LA AUSENCIA DEL PRESIDENTE LA
REPRESENTACION LEGAL LA PODRA EJERCER EL SECRETARIO Y EN SU DEFECTO CUALQUIER OTRO DIGNATARIO
INDISTINTAMENTE PREVIO DESIGNACION POR PARTE DEL PRESIDENTE.

SUSCRIPTOR:  LUCIA TOUZARD ROMO

SUSCRIPTOR:  JOHNNIE GUERRA

DIRECTOR:  MOHAMED ABDO WAKED DARWICH

DIRECTOR:  MIRIAN REYES

DIRECTOR:  LUCIA TOUZARD

PRESIDENTE:  MOHAMED ABDO WAKED DARWICH

TESORERO:  MIRIAN REYES

SECRETARIO:  LUCIA TOUZARD

AGENTE RESIDENTE:  LICDA. LUCIA TOUZARD ROMO

ESTE ASIENTO REGISTRAL HA SIDO PRACTICADO EN LA ENTRADA 92063205/2014 (0) PRESENTADA EN ESTE
REGISTRO EL DÍA 11/12/2014 A LAS 02:53 PM

<u>DOCUMENTOS PRESENTADOS</u>
FORMULARIO DE CERTIFICADO DE FECHA 11/12/2014

LOS DERECHOS DE CALIFICACIÓN Y REGISTRO ASCIENDEN A SESENTA BALBOAS (B/. 60.00)

Identificador Electrónico: 0CFF6244-B0FB-48B4-BAA7-C5EAE418561A
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000     Página: 1 de 1

ENK-6452 0109

1:16-cv-01730 0222

Consulta de RUC

Nombre o Razón social

la riviera panama

Aceptar

| RUC | DV | TIPO | NOMBRE |
|---|---|---|---|
| 556399-1-444264 | 22 | JURÍDICO | LA RIVIERA PANAMA S A |

**Exhibit 92**

FNK-6452 0110

1:16-cv-01730 0223

**Exhibit 93**

Consulta de RUC

| Nombre o Razón social |
|---|
| ABIF Investment |
| Aceptar |

| RUC | DV | TIPO | NOMBRE |
|---|---|---|---|
| 2022799-1-743641 | 63 | JURÍDICO | ABIF INVESTMENT S A |

FNK-6452 0111
12/4/2015
1:16-cv-01730 0224

Consulta de Contribuyentes

**Exhibit 94**

Consulta de RUC

Nombre o Razón social

malala 786

Aceptar

| RUC | DV | TIPO | NOMBRE |
|---|---|---|---|
| 2300164-1-789790 | 81 | JURÍDICO | MALALA 786 S A |

FNK-6452 0112

11/16/2015

https://dgi.mef.gob.pa/ttd_consultas_contribuyentes.asp

Consulta de Contribuyentes

Consulta de RUC

| Nombre o Razón social |
| waked inter |
| Aceptar |

**Exhibit 95**

| RUC | DV | TIPO | NOMBRE |
|-----|-----|------|--------|
| 197517-1-394851 | 97 | JURÍDICO | WAKED INTERNACIONAL PANAMA S A |
| 8648-152-89895 | 22 | JURÍDICO | WAKED INTERNACIONAL S A |

FNK-6452 0113

# Exhibit 96

## Grupo Wisa

Lucía Touzard Romo
Abogada Corporativa

Tel. (507) 264-3000 Fax (507) 264-2000
Ave. Samuel Lewis y Calle 54
Urb. Obarrio Torre Generali piso 11
Apartado 0831-02-513 Panamá, R. de P.
E-mail: ltouzard@grupowisa.com

# Exhibit 97

ENTRA YA MISMO EN:   LAPRENSA.HN · ELHERALDO.HN · DIEZ.HN · ESTILO.HN · EVA.HN · HONDURASTIPS.HN · SUPLEMENTOSDIARIOS.HN · BEMAS.HN



Buscador de noticias          Newsletter | La revista | Suscripciones | MediaKit        Síganos en

estrategiaynegocios.net

EN Inteligencia
Empresarial

100
Protagonistas del
Mercado

## EMPRESAS & MANAGEMENT

Fecha de publicación: 2015-05-13

# Soho Mall atrae a grandes marcas a Panamá

*El proyecto fue presentado en sociedad en la capital panameña como fruto de una inversión del orden de los US$490 millones que propone con sus características convertirse en un nuevo icono de Panamá.*

30





Por: Luis Alberto Sierra - estrategiaynegocios.net

En el corazón del centro bancario internacional de Panamá y en la céntrica calle 50 de la capital panameña fue presentado en sociedad anoche el proyecto Soho Mall, que propone un enfoque distinto, al haber captado a un grupo selecto de las marcas más famosas del mundo, con un diseño sobrio y elegante, calidad triple A.

El dueño y CEO de Grupo Wisa, Abdul Waked, responsable del proyecto, manifestó durante el acto formal de apertura en la planta baja del mall su asombro por lo logrado en este caso, e inclusive bromeó señalando "que quedó tan bonito que ahora puede pedir arriendos más caros".

Valentino, Rolex, Coach, Saint Laurent, Fendi, Carolina Herrera, Bvlgary, Pepe Jeans, Agua Bendita, Aldo, Andrés Carne de Res, Burberry, polo Ralph Lauren, Dudalina, Faconable, Ferreti, Gusieppe Zanotti, Häagen Dasz, Juan Valdés Café, Salpers, La Riviera, Michael Kors, PowerClub, Minuetto Misceláneo, Mocca Café, Prada, Salvatore Ferragamo y la cadena hotelera Ritz Carlton son algunas de las marcas que se observó están presentes en Soho Mall.

HOY EN E&N

LAS NOTICIAS MÁS LEÍDAS

1   Quién es el fiscal Preet Bharara (encarceló a los Rosenthal; acorrala a Maduro)

2   Comienza a caer círculo íntimo de Maduro por narcotráfico

3

4   Ahijado de Maduro acusado de narcotráfico hacia negociaciones en Honduras

5   Quién es el fiscal Preet Bharara (encarceló a los Rosenthal; acorrala a Maduro)

LOS VIDEOS MÁS VISTOS

RANKINGS
Ranking de Bancos

VER TODOS LOS RANKINGS

Opinión





Manuel Restrepo
XP Securities
La Fed y el enfoque de
las tasas

Oscar Rojas
Director Alto Nivel
Escuela Negocios
Fracasar con estilo

E&N Newsletter

Reciba a diario en su correo electrónico las noticias de América Central, el Caribe y el mundo.

Correo Electrónico

SUSCRIBIRSE

FNK-6452 0115

1:16-cv-01730 0228

1



El empresario, aunque manifestó jocosamente durante el coctel que acompañó la apertura no querer caer en el pecado de mencionar marcas, observó que hay entre 33 o 34 tiendas abiertas en el lugar, de un total de 120 tiendas, y en un proyecto con un área de 360.000 metros cuadrados y que combina otros tipos de espacios.

El CEO recordó que desde hace años había visto el lote en donde se desarrolló la obra desde su oficina, cerca de allí, y que luego de varios cambios relacionados con la propiedad del lugar se dio la oportunidad de adquirirlo para el proyecto.

"Aspiramos a que en dos meses esto esté ciento por ciento listo", expresó Waked respecto a la ocupación del mall, a la vez que expresó su interés en desarrollo en otras partes de este tipo de proyecto, y que requirió de cuatro años y ocho meses en hacerse realidad, según resaltó también el empresario.

Mall personalizado

Waked destacó además tras su discurso de apertura que es un proyecto completamente nuevo, y que cree que en Latinoamérica no existe uno igual.



"Tiene las mejores marcas, más selectivas, pero también marcas al alcance de todo el público. Es un proyecto muy personalizado, un mall estilo *boutique*", comentó el empresario.

Señaló también que el proyecto cuenta con dos edificios de oficinas, uno de 41 pisos y otro de 28 pisos, y el Hotel Ritz Carlton, cuya torre destacó que será inaugurada en febrero de 2016, y que todo es diferente en el mismo por su tiendas, vendedores y características.

EDICIÓN IMPRESA

12 ejemplares al año por $75

SUSCRÍBETE

LO MÁS COMPARTIDO

FACEBOOK    TWITTER

1  Quién es el fiscal Preet Bharara (encarceló a los Rosenthal; acorrala a Maduro)
2  Acusan a Ortega de desviar US$3.000 millones de cooperación venezolana
3  Quién es el fiscal Preet Bharara (encarceló a los Rosenthal; acorrala a Maduro)
4  Abre con inversión de US$150 millones City Mall, el mayor 'mall' de Costa Rica
5  10 consejos para ser exitoso

Hamudi Waked, vicepresidente de Grupo Wisa, consideró por su parte motivo de orgullo la combinación en el proyecto de las tiendas con torrres de oficinas, en hotel, un casino de la empresa europea Egasa.

"Las que están aquí son marcas de todos los países, de Francia, Italia, estadounidenses, brasileñas, y que tienen de todo", aseguró Hamudi Waked.

Resaltó también que ya están abiertas las siete salas de Cinépolis VIP que están en el lugar, con espacios muy amplios.

Soho es una unidad de negocios de la holding Grupo Cima, de Panamá, resaltó también Hamudi Waked en diálogo con *Estrategia y Negocios*.



ETIQUETAS:

30

Envía tu comentario

FNK-6452 0117

1:16-cv-01730 0230

3



**1 comentario**                                        Ordenar por  Destacados

Agregar un comentario...

**Luis Ernesto Martínez Cruz**
felicitaciones a empresarios que creen en Infodigital Panama
Me gusta · Responder · 14 de mayo de 2015 9:32

Facebook Comments Plugin

| PN Inteligencia Empresarial | Foro de Debate | Tienda Compra en línea | SECCIONES |
|---|---|---|---|
| | | | Centroamérica & Mundo |
| | | | Empresas & Management |
| | | | Indicadores & Finanzas |
| | | | Marketing |
| Newsletter | La revista | Suscripciones | MediaKit  ¿Aún no te has registrado? | Tecnología |
| | | | Opinión |
| | | | Ocio |
| | | | Multimedia |

Suscríbase ahora desde aquí
Contacto

Síguenos en

® 2015 OPSA Honduras. Todos los derechos reservados

FNK-6452 0118
1:16-cv-01730 0231

**Exhibit 97**

Spanish text:

En el corazon del centro bancario internacional de Panama y en la centrica calle 50 de la capital panamena fue presentado en sociedad anoche el proyecto Soho Mall, que propone un enfoque distinto, al haber captado a un grupo selecto de las marcas mas famosas del mundo, con un diseno sobrio y elegante, calidad triple A.

El dueño y CEO de Grupo Wisa, Abdul Waked, responsable del proyecto, manifesto durante el acto formal de apertura en la planta baja del mall su asombro por lo logrado en este caso, e inclusive bromeo señalando "que quedo tan bonito que ahora puede pedir arriendos mas caros".

Hamudi Waked, vicepresidente de Grupo Wisa, considero por su parte motivo de orgullo la combinacion en el proyecto de las tiendas con torres de oficinas,en hotel, un casino de la empresa europea Egasa .

Investigator translation:

In the heart of the international banking center of Panama and on the central 50th Street of the Panamanian capital last night was the debut of the Soho Mall project, which proposes a different lifestyle, having captured a select group of the most famous brands in the world and bringing them together into a simple and elegant design with AAA quality.

The owner and CEO of Grupo Wisa, Abdul Waked, who is responsible for the project [Soho] , stated during the formal opening ceremony on the ground floor of the mall that he was amazed at what had been achieved, and even joked that "the mall came out so nice that he can now demand higher rents."

Hamudi Waked, vice president of Grupo Wisa, claims pride in the project's combination of stores with office towers, a hotel, and a casino by EGASA, a European company.

**Exhibit 98**

Consulta de RUC

| Nombre o Razón social |
|---|
| troll properties |
| Aceptar |

| RUC | DV | TIPO | NOMBRE |
|---|---|---|---|
| 991715-1-534344 | 91 | JURÍDICO | TROLL PROPERTIES INC |

FNK-6452 0120

12/4/2015

Exhibit 99

Desarrollan en Holanda dientes en 3D que pueden combatir la placa bacteriana                     Buscar

   

| Media Center | Portada | Actualidad | Market | Finanzas | Poder | Negocios | Marketing | Emprendedores | Life & Sport | Tech | Real State | Blogs | Más |

| El Salvador | Guatemala | Honduras | Nicaragua | Costa Rica | Panamá |

## Negocios



Lo mas Leido

E.S.: Banco Azul iniciará operaciones el 20 de julio

Pacific hace pruebas en puerto colombiano para el
transporte de hidrocarburos

E.S.: Agrisal construirá su cuarto edificio en el
WTC

La CE aprueba con condiciones la compra de
Jazztel por Orange

Las marcas favoritas de los consumidores
salvadoreños

BASF inaugura en Brasil la primera planta de
ácidos acrílicos de Suramérica

E.S.: Banco Agrícola presenta nueva tarjeta para
compras por internet

## Soho Mall lleva el lujo a otro nivel

| 1 | 8 | 0 |
|---|---|---|
| Like | Tweet | G+1 |

This pag

- Make sure the web a
- Look for the page wit
- Refresh the page in a

Etiquetas en:  abdul waked    economia    empresas    grupo wisa    panama    soho mall

Lunes, 13 de Julio del 2015 | Escrito por - Élida Moreno• Panamá

Soho Mall es sinónimo de innovación, exclusividad y buen gusto, tal como lo describe Abdul Waked,
presidente de Grupo Wisa, el conglomerado panameño que dio vida a dicho proyecto.

Ubicado en el corazón del centro financiero de la ciudad de Panamá, en una zona de fácil acceso desde
cualquier punto de la capital, el empresario aspira a que el complejo de torres, la primera apuesta inmobiliaria
del grupo, se convierta en un centro internacional de compras y esparcimiento para toda Latinoamérica.

A su juicio, lo interesante del proyecto es que aun siendo un complejo comercial exclusivo con tiendas
premium, al estilo de Nueva York, este otorgará espacio también a marcas accesibles a todo tipo de público;
además de cines equipados con la más alta tecnología, bancos, restaurantes y empresas de servicios. Todo
concentrado, eso sí, en un ambiente de lujo.

"Es un proyecto con un estilo completamente nuevo. Creo que en Latinoamérica no existe uno igual", afirma
Waked quien lo describe como "un proyecto personalizado y como un mall "estilo boutique".

El complejo, que ya abrió sus puertas a más de una decena de tiendas y cada semana suma nuevos
inquilinos, será inaugurado oficialmente hasta en septiembre.

Mientras tanto, ya fue presentado a clientes actuales y futuros en un "soft opening" donde los representantes
del conglomerado compartieron las ventajas que el inmueble ofrece para hacer negocios o para instalar
oficinas y comercios a costos competitivos, dotados de las más estrictas medidas de seguridad y con acceso a
tecnología de última generación.

El proyecto, a cargo de Soho Developers Inc, fue diseñado bajo el concepto "LEED" (Leadership in Energy &
Environmental Design), lo que resalta sus características de iniciativa amigable con el medioambiente, dotada
con tecnología para ahorro de agua y energía. Asimismo, posee jardines interiores y pasillos de 18 metros de
ancho para mayor comodidad de los visitantes.

FNK-6452 0121

1:16-cv-01730 0234

Como parte de los servicios de valor agregado, el complejo contará, de igual forma, con una capacidad de más de 3,000 estacionamientos bajo techo.

Según el vicepresidente de Grupo Wisa, Hamudi Waked, las proyecciones de la compañía apuntan a que cuando el centro comercial opere en su totalidad, recibirá a entre 8,000 y 10,000 visitantes diarios, lo que indica que las compañías que se instalen en él tendrán un buen nicho para crecer.

Lo mejor de Panamá

El nuevo complejo se asienta sobre un terreno ubicado en calle 50, una de las zonas más caras de la capital panameña que descolló en los últimos años debido a la explosión inmobiliaria experimentada por el país.

El desarrollo, en su parte comercial, tiene cuatro niveles que conectan de forma directa con las torres norte y sur, ambas con una altura superior a los 200 metros y que estarán destinadas a oficinas.

La primera de esas infraestructuras dispone de más de 56,000 metros cuadrados y 15 elevadores de alta velocidad, mientras que la segunda se extiende en un área de 30,400 metros cuadrados y tiene ocho elevadores.

Entre las tiendas que se instalarán en el área comercial de Soho Mall figuran Louis Vuitton, Fendi, Jimmy Choo, Ralph Lauren, Chanel, Bvlgari, Prada, Giuseppe Zanotti, La Riviera, Michael Kors, Burberry, Dior, Valentino, Carolina Herrera, Top Shop y Rolex, entre otras.

Además de esos dos edificios ya en pie, Samudi Waked asegura que un tercer rascacielos, todavía en construcción, albergará el primer hotel Ritz Carlton de Centroamérica.

El establecimiento, que se tiene previsto abra sus puertas en el primer trimestre de 2016, tendrá 226 habitaciones, 80 suites, un grand ballroom y restaurantes.

Además pondrá a disposición del público un casino que abrirá también el año próximo y que será administrado por Egasa de España.

De esa forma, para el presidente de Grupo Wisa, Soho Mall vendrá a consolidar la experiencia de más de tres décadas de la firma, marcadas por la excelencia que le han exigido el trabajar en el segmento de lujo.

Aunque este es su primer proyecto inmobiliario, la empresa panameña ha desarrollado una estrategia de diversificación de negocios sumamente exitosa que le ha permitido brillar en varios campos.

Fundada inicialmente como Waked Internacional S.A., en 1982, la compañía se hizo un espacio primero en el negocio de las tiendas especializadas en la comercialización de cosméticos y perfumería, así como de licores, relojes, aparatos electrónicos y confites, entre otros.

Hoy, bajo el nombre de Grupo Wisa posee en ese campo, una vasta cadena de casi 300 tiendas distribuidas sobre todo en los "duty free" de los principales aeropuertos de Latinoamérica, en la que emplea a unas 4,000 personas.

Sus principales marcas en esa área son las tiendas La Hora, Jimmy Choo y la de mayor proyección internacional, La Riviera.

Aparte de esos establecimientos que le han permitido tener presencia en más de 14 países, el conglomerado ha incursionado asimismo en el sector bancario y de seguros, y en el de medios de comunicación, erigiéndose como propietario de los periódicos El Siglo y La Estrella de Panamá.

En febrero pasado, el grupo adquirió también el 100 % de las acciones de la cadena de tiendas Félix B. Maduro S.A., un almacén dedicado a la venta y distribución de marcas de prestigio, que acumula una trayectoria de 138 años en la plaza canalera.

Por esa larga experiencia del grupo y por el éxito que ya está mostrando Soho Mall, Abdul Waked no duda a la hora de expresar su deseo de replicar ese mismo concepto de complejo inmobiliario en mercados como Perú y Colombia. •



Like    Tweet   G+1

**Quizá te pueda interesar**



Tweets                          Follow

EE  El Economista            21m
    @Eleconomistanet
Microsoft mantendrá en Alemania datos de nube de clientes ow.ly/UA2Ek
Show Summary

EE  El Economista            37m
    @Eleconomistanet
Thule inicia operaciones en Guatemala ow.ly/Uzl3s
Show Summary

EE  El Economista            42m
    @Eleconomistanet
Tras el "Día del Soltero" llega la tarea de repartir 500 millones de paquetes ow.ly/UzJdN
Show Summary

Tweet to @Eleconomistanet

Step Up to Bosch
Savings Event

› Purchase select Bosch Benchmark™ dishwashers and get a mail-in rebate up to $200.

Learn More ››

Offer valid until November 30, 2015.    BOSCH
                                         Invented for life

This pag

• Make sure the web a
• Look for the page wit

    

Canon lanza dos nuevas impresoras láser

El G20 incumple sus promesas de atajar el lavado de dinero, según ONG TI

La primera huelga bajo el Gobierno de Syriza pone rostro al descontento

India y Reino Unido cierran ambicioso acuerdo comercial de 12,600 millones euros

---

0 Comentarios      El Economista.net                        1   Iniciar sesión

Recomendar      ⤴ Compartir                          ordenar por el más nuevo

 Comienza la discusión...

Sé el primero en comentar.

TAMBIÉN EN EL ECONOMISTA.NET                          ¿QUE ES ESTO?

**FAO insta a elaborar una ley que garantice la alimentación en Panamá**
1 comentario • hace 2 meses

A   Elmetido1821 — Por alan razon q no logro comprender el gobierno de El Salvador(y otros de centroamerica) Invierten en ...

**Facebook Reactions para expresar emociones más allá del "me gusta"**
1 comentario • hace un mes

A   Ramiro Helmeyer Quevedo — Excelente este nuevo producto en esta red social, así refresca esta pagina, bravo de verdad ...

**Fuertes tormentas solares acabaron con la atmósfera de Marte**
1 comentario • hace 7 días

A   Ramiro Helmeyer Quevedo — Las tormentas solares tuvieron la culpa de que en Marte, no haya atmósfera... según los ...

**Sonda espacial explora una de las lunas de Saturno**
1 comentario • hace 16 días

A   Ramiro Helmeyer Quevedo — Que impresionante lo que ha logrado la tecnología, Ramiro Helmeyer Quevedo!!

 ✉ Suscríbete   🔒 Añade Disqus a tu Sitio   🔒 Privacidad

 

CLUB **LPG**    **TECH** life    **ClasiGUIA**    **ella**



**Mapa del Sitio**

| | | |
|---|---|---|
| Inicio | Actualidad | Markel |
| Finanzas | Poder | Negocios |

Condiciones generales de uso

Políticas de privacidad

Quiénes Somos

FNK-6452 0123
11/12/2015
1:16-cv-01730 0236

| | | | |
|---|---|---|---|
| Contrate publicidad | Marketing | Emprendedores | Life & Sport |
| Suscripciones | Tech | Real State | Blogs |
| Mapa del sitio | Directorio | | |

Derechos Reservados © 2013, Ortiz Hermanos S.A. de C.V.
Este material no puede ser publicado, transmitido, re-escrito, o re-distribuido en ninguna forma
El uso de este sitio implica la aceptación de la Condiciones generales de uso.

FNK-6452 0124
11/12/2015
1:16-cv-01730 0237

**Exhibit 21**

Spanish text:

Soho Mall lleva el lujo a otro nivel

Soho Mall es sinonimo de innovacion, exclusividad y buen gusto, tal como la describe Abdul Waked, presidente de Grupo Wisa, el conglomerado panameño que dio vida a dicho proyecto.

Segun el vicepresidente de Grupo Wisa, Hamudi Waked, las proyecciones de la compania apuntan a que cuando el centro comercial opere en su totalidad, recibira a entre 8,000 y 10,000 visitantes diarios, lo que indica que las companias que se instalen en el tendran un buen nicho para crecer.

De esa forma, para el presidente de Grupo Wisa, Soho Mall vendra a consolidar la experiencia de mas de tres decades de la firma, marcadas por la excelencia que le han exigido el trabajar en el segmento de lujo.

Investigator translation:

Soho Mall takes luxury to another level

Soho Mall is synonymous with innovation, exclusivity and good taste, as described by Abdul Waked, president of Grupo Wisa, a Panamanian conglomerate that gave life to the project.

According to the vice president of Grupo Wisa, Hamudi Waked, company projections suggest that the mall will receive 8,000 to 10,000 visitors per day, indicating that companies located in the mall will be well positioned to grow.

Thus, for the president of Wisa Group, Soho Mall will consolidate the experience of more than three decades across the company, marked by excellence derived from demanding work in the luxury field.

Exhibit 100

# THE WALL STREET JOURNAL.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit
http://www.djreprints.com.

http://www.wsj.com/articles/developer-wagers-on-panamas-luxury-market-1417554315

REAL ESTATE

# Developer Wagers on Panama's Luxury Market

Builders Look to Ride Wave of Increasing Affluence



A welder works at the Soho Panama. The first phase of the project is expected to open next year. *KRIS HUDSON/THE WALL STREET JOURNAL*

By KRIS HUDSON

Dec. 2, 2014 4:05 p.m. ET

PANAMA CITY—Amid the bustle of downtown Panama City, a new twin-tower skyscraper is taking shape with the latest symbol of the country's wealthy elite at its base.

The lower four floors of the $360 million Soho Panama project, which takes up an entire block, is a 120-store luxury mall. Developed by Westline Enterprises Inc., the project already has signed leases with retailers including Burberry Group PLC and LVMH Moët Hennessy Louis Vuitton SA's Fendi. It is expected to open in March.

"The luxury market is just starting to gain a foothold in Panama, and there is still a lot of room to grow," Westline executives said in an email response to questions.

---

RELATED

- Panama Building Boom Leaves Glut of Hotels, Offices (http://online.wsj.com/articles/panama-building-boom-leaves-glut-of-hotels-offices-1417545060)
- Panama REIT Industry Aims for Takeoff (http://online.wsj.com/articles/panamas-reit-industry-aims-for-takeoff-1417546052)
- 

---

Panamanian retail developers are catching up with the country's small but expanding affluent population. Until recent years, the country had no luxury retail shopping centers featuring globally known brands by the likes of Gucci Group NV or Louis Vuitton.

But that began to change in 2007, when the 1.1 million-square-foot Multiplaza mall in downtown Panama City opened a luxury wing. This year, the mall nearly doubled its space for luxury stores with an expansion that added Gucci, Dolce & Gabbana and Tory Burch among others and created larger stores for existing tenants, including Hermès, Cartier and Salvatore Ferragamo.

Now, Westline is planning to open Panama City's second luxury center in the largest development under way in the country. In addition to the 355,000-square-foot mall, Soho Panama also will include 925,000 square feet of office space, a 226-room Ritz-Carlton hotel and a casino.

Westline is a real-estate arm of Panamanian retail magnate Abdul Mohamed Waked who came to Panama from Lebanon. His family is known mostly for its La Riviera chain of Latin American retail stores.

"Our corporation has a long-term view and will lead this market to maturity," the Westline email said.

Panama's luxury-retail market partly reflects the country's robust economy. Government incentives and comparatively lower corporate taxes have lured hundreds of companies and investors to the country.

Other benefits for Panama in the eyes of shoppers include easy access by air and sea to its central location in the Americas and its relatively low sales-tax rate. Panama charges a sales tax of 7%, compared with Colombia's 16%, Brazil's 19% and Argentina's 21%.

FNK-6452 0127

1:16-cv-01730 0240



*Shoppers in the luxury wing of the Multiplaza mall in Panama City. KRIS HUDSON/THE WALL STREET JOURNAL*

"In both Central and South America, there is a highly sophisticated wealthy audience that has historically gone to Miami, New York, Paris and London to do their shopping," said Paco Underhill, CEO of Envirosell Inc., an international retail consultant. "They'd be happy to do it in their own market, particularly in Panama because of the tax structure."

Panama's gross domestic product has expanded 6.8% this year and has outpaced all other Central and South American nations since 2012, according to the World Bank Group.

Panama's gross national income per capita of $19,290 is among the highest in Central and South America, trailing only Brazil, Venezuela and Uruguay, according to the World Bank. However, Panama falls well short of luxury strongholds such as the U.S. ($53,960), France ($37,580) and the U.K. ($35,760).

Kent Davis, a real-estate agent at Panama Equity Real Estate in Panama City, has firsthand evidence of the country's increasing affluence. His brokerage has sold 20 homes priced at $700,000 or more this year, an upscale threshold in Panama. In all of 2013, he sold 12.

Yet Panama's retail industry hasn't kept pace with its economic expansion. Colliers Inc., a commercial brokerage, estimates the size of Panama's retail market at 18.4 million square feet, amounting to nearly 5 square feet per capita. In comparison, retail space per capita in the U.S. often exceeds 40 square feet in most large and medium-size cities.

Panama, with nearly 3.9 million residents, is served by four major shopping malls. Two others besides Soho Panama are under construction, according to brokerage CBRE Group Inc., but neither are purely luxury venues like Soho Panama.

Multiplaza's lead owner, El Salvador's Grupo Roble, declined to divulge the mall's sales rate. "To be honest, luxury brands were a little cautious at first and opened relatively small stores," Grupo Roble executive Jorge Diaz said of the Panamanian mall. "But the results surprised them in such a way that many luxury brands have [since] opened flagship stores for the region at Multiplaza."

Westline's plan is to make Soho a one-stop destination for guests, with the luxury mall as its main attraction. The project's first phase, including the mall and its first office tower, is slated to open next year. The second phase, including the second office tower, the casino and the Ritz-Carlton, is scheduled to debut in 2016. Westline is financing 45% of the project's cost with bank debt and the rest with its own equity.

Westline anticipates Panamanians will account for 70% of shopping at the Soho mall, with foreigners claiming the balance.

"Panama is becoming a hub of shopping for luxury goods for people coming from south and north," said Rosalind Baitel, owner of the upscale Promises Consignment Boutique in Panama City who regularly scouts the city's luxury stores for fashion trends. "They know they'll get product that they might not be able to get back home at an affordable price."

Write to Kris Hudson at kris.hudson@wsj.com

Copyright 2014 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

JCDecaux wins the contract to operate the advertising concession at the Soho shopping m...   Page 1 of 1

# Exhibit 101

:: Close

:: Print



## JCDecaux wins the contract to operate the advertising concession at the Soho shopping mall in Panama

Paris, 8 December 2014 – JCDecaux SA (Euronext Paris: DEC), the number one outdoor advertising company worldwide, announced that it has been awarded the contract to run the advertising operations of the future Soho shopping mall in Panama City, owned by Westline Enterprises Inc., for a duration of 10 years.

As part of this contract, JCDecaux will offer full digital coverage inside the Soho shopping mall, including a Screen Wall comprising nine 46" screens, eight 70" digital screens suspended on a column and twelve 80" digital totems. Five of these twelve totems will be e-Village, offering visitors informative content, via software developed by JCDecaux teams. Six analogue lightboxes located in the entryways to the car parks will add to the network. Promotions during temporary events will provide additional opportunities to expand the ad offer available to advertisers.

With over eight million visitors per year and strategically positioned on Calle 50, in the heart of the capital, the Soho shopping mall is poised to become the reference in Panama for the major luxury brands.

**Abdul Waked, Chairman of Soho Developers, a Westline Enterprises Inc. subsidiary**, said: "*We are very pleased to be working in partnership with JCDecaux, the number one outdoor advertising company worldwide with advertising concessions in the biggest airports and public transport systems around the globe. The Soho Mall is delighted to be benefitting from the technical expertise and professionalism of JCDecaux, which by offering its services will participate in the development of this multipurpose complex, Panama's biggest property project.*"

**Jean-Charles Decaux, Chairman of the Executive Board and co-CEO of JCDecaux**, said: "*We are delighted to add the Soho mall to our list of advertising assets in Latin America and are proud to support Abdul Waked in his impressive undertaking in Panama. This mall will undoubtedly become a reference in the region, as well as a fabulous showcase for innovations developed by JCDecaux, aiming to seamlessly integrate advertising in a demanding indoor environment. We are going to deploy all our operational and commercial expertise in order to provide the best possible service to our partner and brands.*"

**Key Figures for the Group**
- *2013 revenues: €2,676m; Revenues for the first nine months of 2014: €1,974m*
- *JCDecaux is listed on the Eurolist of Euronext Paris and is part of the Euronext 100 index*
- *No.1 worldwide in street furniture (480,400 advertising panels)*
- *No.1 worldwide in transport advertising with more than 145 airports and more than 276 contracts in metros, buses, trains and tramways (379,000 advertising panels).*
- *No.1 in Europe for billboards (191,000 advertising panels)*
- *No.1 in outdoor advertising in the Asia-Pacific region (211,400 advertising panels)*
- *No.1 in outdoor advertising in Latin America (35,000 advertising panels)*
- *No.1 worldwide for self-service bicycle hire*
- *1,082,400 advertising panels in more than 60 countries*
- *Present in 3,700 cities with more than 10,000 inhabitants*
- *11,900 employees*

***Communications Department***: Agathe Albertini
+33 (0) 1 30 79 34 99 – agathe.albertini@jcdecaux.fr
***Investor Relations***: Nicolas Buron
+33 (0) 1 30 79 79 93 – nicolas.buron@jcdecaux.fr

Exhibits Redacted in Full: 102-104

FNK-6452 0131

 Registro Público de Panamá

**Exhibit 105**

## (MERCANTIL) FOLIO Nº 458900 (S) - INSCRIPCIÓN
## ASIENTO Nº 1

### MIGRACIÓN A FOLIO REAL ELECTRÓNICO

**DATOS DE LA SOCIEDAD**
GRUPO WISA, S.A. (SOCIEDAD ANONIMA) UBICADA EN PROVINCIA PANAMÁ
DURACIÓN PERPETUA
DESCRIPCIÓN DEL CAPITAL EL CAPITAL AUTORIZADO SERA DE QUINIENTAS (500) ACCIONES COMUNES SIN
VALOR NOMINAL. LAS ACCIONES SERAN EMITIDAS UNICAMENTE EN FORMA NOMINATIVA.

REPRESENTANTE: EL PRESIDENTE EN AUSENCIA PODRA EJERCER EL SECRETARIO Y EN DEFECTO CUALQUIER OTRO
DIGNATARIO INDISTINTAMENTE.

PRESIDENTE:  ABDUL MOHAMED WAKED FARES

SECRETARIO:  MOHAMED ABDO WAKED DARWICH

SUSCRIPTOR:  LUCIA TOUZARD ROMO

SUSCRIPTOR:  JOHNNIE GUERRA

DIRECTOR:  ABDUL MOHAMED WAKED FARES

DIRECTOR:  LUCIA TOUZARD

DIRECTOR:  MOHAMED ABDO WAKED DARWICH

TESORERO:  LUCIA TOUZARD

AGENTE RESIDENTE:  LUCIA TOUZARD

ESTE ASIENTO REGISTRAL HA SIDO PRACTICADO EN LA ENTRADA 92037270/2014 (0) PRESENTADA EN ESTE
REGISTRO EL DÍA 21/11/2014 A LAS 12:24 PM

**DOCUMENTOS PRESENTADOS**
FORMULARIO DE CERTIFICADO DE FECHA 21/11/2014

LOS DERECHOS DE CALIFICACIÓN Y REGISTRO ASCIENDEN A TREINTA BALBOAS (B/. 30.00)

Identificador Electrónico: CCAF8C75-4C57-408D-9EAE-096311F3BD30
Registro Público de Panamá - Via España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000

Página:  1 de 1
FNK-6452 0132

1:16-cv-01730 0245    1

| | |
|---|---|
| Folio / Finca / Ficha | (MERCANTIL) Folio Nº 458900 (S) |
| Fecha de Inscripción | 21/07/2004 |
| | |
| Identificación de la Persona | GRUPO WISA, S.A. |
| Tipo de Organización | SOCIEDAD ANONIMA |
| Status | VIGENTE |
| Tipo de Moneda | Acciones sin valor nominal |
| Capital Social | |
| Vigencia | PERPETUA |
| Domicilio | PROVINCIA PANAMÁ |
| Observaciones | |

### Elementos Inactivos

| Derechos/Actos/Otras Operaciones | Fecha de Inscripción | Asiento |
|---|---|---|
| Asiento Electrónico Nº 1 (Migración a Folio Electrónico) | 24/11/2014 | Ver |

#### Prelación

| Nº de Entrada / Nº de Asiento | Tipo de entrada | Tipo de Trámite | Estado |
|---|---|---|---|
| 92587/2004 (0) | Registro | PACTO, Derechos de Calificación | Listo para entrega como Trámite Agotado |
| 109601/2004 (0) | Registro | ACTA, Derechos de Calificación | Listo para entrega como Trámite Agotado |
| 172135/2004 (0) | Registro | FUSION, Derechos de Calificación | Entregado como Salida sin Registro |
| 6283/2005 (0) | Registro | FUSION, Derechos de Calificación | Listo para entrega como Trámite Agotado |
| 158881/2010 (0) | Registro | ACTA, Derechos de Calificación | Listo para entrega como Trámite Agotado |
| 81481/2012 (0) | Registro | CONSTITUCION DE SOCIEDAD ANONIMA, Derechos de Calificación | Entregado como Salida sin Registro |
| 192782/2012 (0) | Registro | MODIFICACIONES A LA CONSTITUCION DE LA SOCIEDAD, Derechos de Calificación | Listo para entrega como Trámite Agotado |

#### Miembros Relacionados

| Cargo | Miembro |
|---|---|
| Presidente | ABDUL MOHAMED WAKED FARES |
| Secretario | MOHAMED ABDO WAKED DARWICH |

| Suscriptor | LUCIA TOUZARD ROMO |
| Suscriptor | JOHNNIE GUERRA |
| Director | ABDUL MOHAMED WAKED FARES |
| Director | LUCIA TOUZARD |
| Director | MOHAMED ABDO WAKED DARWICH |
| Tesorero | LUCIA TOUZARD |
| Agente Residente | LUCIA TOUZARD |
| REPRESENTANTE | EL PRESIDENTE EN AUSENCIA PODRA EJERCER EL SECRETARIO Y EN DEFECTO CUALQUIER OTRO DIGNATARIO INDISTINTAMENTE. |

Exhibit 106



# Abdul Waked

*following a succesful businessman*

## CV Abdul Waked (ESPAÑOL)

### Abdul Mohamed Waked Fares

GRUPO WISA, S.A.

Calle 15 y Avenida Roosevelt, Zona Libre de Colon

(507) 433-7000



**DATOS PERSONALES**

*Cedula de Identidad:*        N-19-804

*Lugar y Fecha de Nacimiento:*   Líbano,  9 de diciembre de 1949

*Estado Civil:*        Casado. 5 hijos

*Idioma:*        Árabe lengua materna

Español: fluido

Ingles: Intermedio

FNK-6452 0135

1:16-cv-01730 0248

1

1/4

## EDUCACIÓN

» Universidad del Líbano

Administración de Empresas

» Colegio Calasanz, Medellín-Colombia

Bachiller

## ANTECEDENTES PROFESIONALES

*GRUPO WISA, S.A.:* 1984 –Presente

Socio – Fundador

Presidente y Representante Legal

» Inicio operaciones en Panamá, bajo el nombre de WAKED INTERNACIONAL, S.A., (hoy en día GRUPO WISA, S.A.) con sede principal en Zona Libre de Colón. Ampliando posteriormente sus operaciones a los mercados de Colombia, Costa Rica, Ecuador, El Salvador, Nicaragua, Hondu⊙ Follow   ice, Bolivia, Guatemala, México y recientemente en el Cono Sur.

» Grupo Wisa, S.A., es líder en el merca⊙         a de productos de lujo como perfumes, cosméticos, electrónica, carte         igarrillos con más de 120 tiendas en mercado local y más de 70 en el área d         rtos internacionales en toda la región.

» Grupo Wisa, S.A., ha sido designada c         clusivo de prestigiosas marcas a nivel internacional como lo son Jimmy Choo         a entre otras.

» Igualmente Grupo Wisa, su holding y         participación accionaria y operativa en las áreas de Banca, Seguros, Prensa Es         La Estrella de Panamá) y en diversos proyectos inmobiliarios de reconocido

Follow "Abdul Waked"

Get every new post delivered to your inbox.

Enter your email address

Sign me up

Build a website with WordPress.com

## PREMIOS Y RECONOCIMIENTOS

» **Orden Nacional de la Legión de Honor** de Francia por su reconocimiento como empresario.

» **Bizz Awards.**

Reconocimiento y Distinción por Empresa Inspiracional

Reconocimiento por Líder Mundial de Negocios.

Premio por Excelencia en el Liderazgo Empresarial

Premio por Excelencia en el Servicio.

Premio a la Excelencia en Gestión de Mercadeo y Administración Empresarial

FNK-6452 0136

2

1:16-cv-01730 0249

### FUNDACIONES Y ASOCIACIONES

» **Fundación La Riviera:** Socio Fundador. Destinada a la ayuda social de la niñez y la educación Panameña.

» **The Smile Train:** Benefactor de la Fundación para tratamientos de niños con paladar hendido.

» **The Breast Cancer Foundation:** Benefactor.

» **Funda Ayuda:** Programas de Concientización y detención del Cancer de Mama y Prostata. Benefactor.

» **Asociación de Usuario de la Zona Libre de Colon:** Miembro

» **Cámara de Comercio e Industrias de Panama:** Miembro

» **Asociación Suramericana de Tiendas Libres. ASUTIL:** Miembro

### Social Media Presencia:

» About.me
» Google+ Profile
» Facebook Page
» Twitter Account
» YouTube Account

**Share this:**



Be the first to like this.

ABDUL WAKED   CV   ESPANOL   PANAMA   SPANISH

## Leave a Reply

Enter your comment here...

Mr. Abdul Waked & other at the launch of

Create a free website or blog at WordPress.com. The Vintage Camera Theme.

FNK-6452 0137

1:16-cv-01730 0250

..:: PanamaEmprende -- ::..

**Exhibit 107**

Ministerio de Comercio e Industrias

República de Panamá
Lunes, 02 de Noviembre de 2015

02:48 pm

Facilitando la **creación de empresas**
en un clima de negocios con eficiencia y transparencia

panama@emprende

MINISTERIO
DE COMERCIO
E INDUSTRIAS

Inicio   Acerca de PanamaEmprende   Fundamento Legal   Consultas   Contáctenos   Guía de Usuario

▸ **Consultas**

Vea También

Realizar una Nueva Búsqueda de Aviso de Operación

Requisitos para el Registro

**Resultado de la Búsqueda del Aviso de Operación**

Actividades Exceptuadas

| | |
|---|---|
| **Número de Aviso de Operación:** | 645451-1-458900-2010-195091 |
| **Nombre Comercial:** | GRUPO WISA |
| **Razón Social/Dueño:** | GRUPO WISA S A |
| **RUC:** | 645451-1-458900 DV 12 |
| **Fecha de Generación:** | 05-Ene-2010 |
| **Representante Legal:** | WAKED FARES ABDUL MOHAMED |
| **Ubicación:** | COLÓN, COLON, BARRIO NORTE |
| **Urbanización:** | ZONA LIBRE DE COLON AREA COMERCIAL |
| **Calle:** | CALLE 15 Y AVENIDA ROOSVELT |
| **Casa:** | |
| **Edificio:** | GRUPO WISA |
| **Apartamento:** | 6-A-1 |
| **Actividad Comercial:** | Empresa establecida en Zona Libre de Colón. Importación y re-exportación de mercancías. |
| **Capital Invertido:** | 10,000.00 |
| **Estatus:** | ACTIVO |

Tipo de Contribuyente

Disponibilidad de Nombres

Cálculo del Pago Único

Regresar        Imprimir Certificado

Copyright © 2007, Secretaría de la Presidencia para la Innovación Gubernamental - Declaración de Privacidad

FNK-6452 0138

1:16-cv-01730 0251

 **Registro Público de Panamá**

<div align="right">Exhibit 108</div>

(MERCANTIL) FOLIO Nº 617448 (S) - INSCRIPCIÓN
ASIENTO Nº 1

MIGRACIÓN A FOLIO REAL ELECTRÓNICO

<u>DATOS DE LA SOCIEDAD</u>
WESTLINE ENTERPRISES, INC. (SOCIEDAD ANONIMA)
DURACIÓN PERPETUA
DESCRIPCIÓN DEL CAPITAL EL CAPITAL AUTORIZADO DE LA SOCIEDAD CONSISTIRA EN CIEN MIL 100,000
ACCIONES COMUNES, NOMINATIVAS, SIN VALOR NOMINAL. LA SOCIEDAD SOLO PODRA EMITIR ACCIONES
NOMINATIVAS.

REPRESENTANTE: EL REPRESENTANTE LEGAL SERA EL PRESIDENTE, Y EN SU AUSENCIA LO SERA EL SECRETARIO.

SUSCRIPTOR: NALINI NAVARRO

SUSCRIPTOR: ALBERTO JOSE PAREDES

DIRECTOR:  MOHAMED ABDO WAKED DARWICH

DIRECTOR:  JOSE MANUEL FRADE

DIRECTOR:  HENRI MIZRACHI

PRESIDENTE: MOHAMED ABDO WAKED DARWICH

TESORERO: HENRI MIZRACHI

SECRETARIO: JOSE MANUEL FRADE

AGENTE RESIDENTE: SONIA TORRES

ESTE ASIENTO REGISTRAL HA SIDO PRACTICADO EN LA ENTRADA 92030603/2014 (0) PRESENTADA EN ESTE
REGISTRO EL DÍA 18/11/2014 A LAS 01:05 PM

<u>DOCUMENTOS PRESENTADOS</u>
FORMULARIO DE CERTIFICADO DE FECHA 18/11/2014

LOS DERECHOS DE CALIFICACIÓN Y REGISTRO ASCIENDEN A TREINTA BALBOAS (B/. 30.00)

Identificador Electrónico: 25D6745C-630C-48A1-AC6D-DA84EF4BA184
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000

Página: 1 de 1

FNK-6452 0139

1:16-cv-01730 0252

Non-Responsive Exhibit: 109

FNK-6452 0140

Consulta de RUC

Nombre o Razón social

mohamed abdo

Aceptar

| RUC | DV | TIPO | NOMBRE |
|---|---|---|---|
| N-19-828 | 34 | NATURAL | MOHAMED ABDO WAKED DARWICH |

**Exhibit 110**

FNK-6452 0141
11/16/2015
1:16-cv-01730 0254



**Registro Público de Panamá**

# Exhibit 111

(MERCANTIL) FOLIO Nº 743641 (S) - INSCRIPCIÓN
ASIENTO Nº 1

### MIGRACIÓN A FOLIO REAL ELECTRÓNICO

<ins>DATOS DE LA SOCIEDAD</ins>
ABIF INVESTMENT, S.A. (SOCIEDAD ANONIMA) UBICADA EN DISTRITO PANAMÁ, PROVINCIA PANAMÁ
DURACIÓN PERPETUA
CAPITAL 10,000.00
TIPO DE ACCIONES NOMINATIVAS O AL PORTADOR
DESCRIPCIÓN DEL CAPITAL EL CAPITAL SOCIAL DE LA SOCIEDAD ES LA SUMA DE DIEZ MIL DOLARES DIVIDIDOEN
CIEN ACCIONES COMUNES NOMINATIVAS O AL PORTADOR CON UN VALOR NOMINAL DE CIEN DOLARES CADA
ACCION

REPRESENTANTE: SIN PERJUICIO DE LO QUE DISPONGA LA JUNTA GENERAL DE ACCIONISTAS EL PRESIDENTE
OSTENTARA LA REPRESENTACION LEGAL DE LA SOCIEDAD Y EN SU DEFECTO LA PERSONA QUE DESIGNE LA
ASAMBLEA GENERAL DE ACCIONISTAS.

SUSCRIPTOR:  RENE ORLANDO VERGARA

SUSCRIPTOR:  LIZBETH ELIZABETH VERGARA

DIRECTOR:  RENE ORLANDO VERGARA

DIRECTOR:  LIZBETH ELIZABETH VERGARA

DIRECTOR:  JOSE A. JAEN

PRESIDENTE:  RENE ORLANDO VERGARA

TESORERO:  JOSE A. JAEN

SECRETARIO:  LIZBETH ELIZABETH VERGARA

AGENTE RESIDENTE:  ROLANDO CASTILLO

ESTE ASIENTO REGISTRAL HA SIDO PRACTICADO EN LA ENTRADA 111245/2015 (0) PRESENTADA EN ESTE
REGISTRO EL DÍA 17/03/2015 A LAS 11:22 AM

<ins>DOCUMENTOS PRESENTADOS</ins>
ESCRITURA PÚBLICA NÚMERO 7826 DE FECHA 10/03/2015
AUTORIZANTE: NOTARIO PÚBLICO JORGE ELIEZER GANTES SINGH DE LA NOTARÍA NÚMERO 5 DE PANAMÁ

LOS DERECHOS DE CALIFICACIÓN Y REGISTRO ASCIENDEN A SESENTA Y CINCO BALBOAS (B/. 65.00)

Identificador Electrónico: 39681B82-B7F7-4B96-936D-9F155724EC0C
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000

Página: 1 de 1

FNK-6452 0142

1:16-cv-01730 0255

1

 **Registro Público de Panamá**

## (MERCANTIL) FOLIO Nº 743641 (S) - INSCRIPCIÓN
### ASIENTO Nº 2

### CAMBIO DE JUNTA DIRECTIVA, AGENTE RESIDENTE Y REPRESENTANTE LEGAL

**CARGOS DE BAJA**
AGENTE RESIDENTE: ROLANDO CASTILLO
DIRECTOR: RENE ORLANDO VERGARA
DIRECTOR: LIZBETH ELIZABETH VERGARA
DIRECTOR: JOSE A. JAEN
PRESIDENTE: RENE ORLANDO VERGARA
SECRETARIO: LIZBETH ELIZABETH VERGARA
TESORERO: JOSE A. JAEN

**CARGOS ACTUALIZADOS**
AGENTE RESIDENTE: SONIA TORRES
DIRECTOR / PRESIDENTE: ABDUL MOHAMED WAKED FARES
DIRECTOR / SECRETARIO: MOHAMED ABDO WAKED DARWICH
DIRECTOR / TESORERO: SONIA TORRES
SUSCRIPTOR: RENE ORLANDO VERGARA
SUSCRIPTOR: LIZBETH ELIZABETH VERGARA
REPRESENTANTE LEGAL: SIN PERJUICIO DE LO QUE DISPONGA LA JUNTA GENERAL DE ACCIONISTAS EL
PRESIDENTE OSTENTARA LA REPRESENTACION LEGAL DE LA SOCIEDAD Y EN SU DEFECTO LA PERSONA QUE
DESIGNE LA ASAMBLEA GENERAL DE ACCIONISTAS.


ESTE ASIENTO REGISTRAL HA SIDO PRACTICADO EN LA ENTRADA 111245/2015 (0) PRESENTADA EN ESTE
REGISTRO EL DÍA 17/03/2015 A LAS 11:22 AM

**DOCUMENTOS PRESENTADOS**
ESCRITURA PÚBLICA NÚMERO 7826 DE FECHA 10/03/2015
AUTORIZANTE: NOTARIO PÚBLICO JORGE ELIEZER GANTES SINGH DE LA NOTARÍA NÚMERO 5 DE PANAMÁ

LOS DERECHOS DE CALIFICACIÓN Y REGISTRO ASCIENDEN A SESENTA Y CINCO BALBOAS (B/. 65.00)

Copia para propósitos informativos solamente

Identificador Electrónico: 2CA481D5-C7EA-4E69-A44D-863FBF76AEA6
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000

Página: 1 de 1

FNK-6452 0143

2

1:16-cv-01730 0256

**Registro Público de Panamá**

Exhibit 112

```
INFORMACIÓN DEL MAESTRO
---------------------------------------------------

FICHA: 350508
Nº DOCUMENTO: NOMBRE DE LA SOCIEDAD: WAREHOUSE OUTLETS, S.A.
USUARIO: LURO
FECHA DE REGISTRO: 10/09/1998 00:00:00

DATOS DE LA ESCRITURA
---------------------

FECHA: 02/09/1998 00:00:00
NÚMERO: 2403
NOTARÍA: 02
PROVINCIA: PANAMA
DESCRIPCION NOTARÍA: NOTARIA SEGUNDA DEL CIRCUITO

DATOS DE 1ª TASA ÚNICA
----------------------
AGENTE RESIDENTE: LUCIA TOUZARD ROMO

DATOS DE MICROFILMACIÓN
-----------------------

ROLLO: 61872
IMAGEN: 33

MONEDA: DOLARES AMERICANOS.
MONTO DE CAPITAL: 10000.00

CAPITAL
-------

EL CAPITAL SOCIAL SERA LA CANTIDAD DE DIEZ MIL DOLARES (US$10,000.00)
MONEDA DE CURSO LEGAL DE LOS ESTADOS UNIDOS DE AMERICA DE CURSO FORZOSO
EN LA REPUBLICA DE PANAMA, DIVIDIDO EN DIEZ (10) ACCIONES COMUNES, AL
PORTADOR O NOMINATIVAS, DE ACUERDO A LO QUE DISPONGA LA JUNTA DIRECTIVA,
Y CON UN VALOR NOMINAL DE MIL DOLARES (US$1,000.00) CADA UNA.

REPRESENTANTE LEGAL
-------------------

EL PRESIDENTE Y EN SU DEFECTO EL SECRETARIO.

DIGNATARIOS
-----------

(PRESIDENTE) MOHAMED ABDO WAKED
(TESORERO) MIRIAM REYES
(SECRETARIO) LUCIA TOUZARD
(DIRECTOR) MOHAMED ABDO WAKED
(DIRECTOR) MIRIAM REYES
(DIRECTOR) LUCIA TOUZARD
(SUSCRIPTOR) MIRNA CEBALLOS VILLARREAL
(SUSCRIPTOR) RODERICK ARTURO QUESADA PALACIOS

OFICIO MARGINAL
---------------


DERECHO A FIRMA
---------------


LIMITACIONES
------------
```

Identificador Electrónico: 16F7ABB8-C876-4F70-B900-A831B8DEFAA8
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000

FNK-6452 0144

1

1:16-cv-01730 0257



**Registro Público de Panamá**

Exhibit 113

```
INFORMACIÓN DEL MAESTRO
----------------------------------------------------

FICHA: 534344
Nº DOCUMENTO: 991715
NOMBRE DE LA SOCIEDAD: TROLL PROPERTIES, INC.
USUARIO: ESIS
FECHA DE REGISTRO: 03/08/2006 00:00:00

DATOS DE LA ESCRITURA
---------------------

FECHA: 27/07/2006 00:00:00
NÚMERO: 18099
NOTARÍA: 01
PROVINCIA: PANAMA
DESCRIPCION NOTARÍA: NOTARIA PRIMERA DEL CIRCUITO

DATOS DE 1ª TASA ÚNICA
----------------------
BOLETA: 817291
FECHA DE PAGO: 2082006
AGENTE RESIDENTE: SONIA TORRES

DATOS DE MICROFILMACIÓN
-----------------------


MONEDA: ACCIONES SIN VALOR NOMINAL.

CAPITAL
-------

EL CAPITAL SOCIAL ESTARA REPRESENTADO POR QUINIENTAS (500) ACCIONES
COMUNES SIN VALOR NOMINAL.
LOS CERTIFICADOS DE ACCIONES SOLO PODRAN SER EMITIDOS EN FORMA
NOMINATIVA.

REPRESENTANTE LEGAL
-------------------

EL PRESIDENTE EN AUSENCIA DE ESTE EL SECRETARIO O TESORERO.

DIGNATARIOS
-----------

(PRESIDENTE) MOHAMED ABDO WAKED DARWICH
(TESORERO) HENRI MIZRACHI
(SECRETARIO) JOSE MANUEL FRADE
(DIRECTOR) MOHAMED ABDO WAKED DARWICH
(DIRECTOR) HENRI MIZRACHI
(DIRECTOR) JOSE MANUEL FRADE
(SUSCRIPTOR) GMS SERVICES, S.DE R.L.
(SUSCRIPTOR) LJB SERVICES, S. DE R.L.

OFICIO MARGINAL
---------------


DERECHO A FIRMA
---------------


LIMITACIONES
------------


DETALLES DEL PODER
```

Identificador Electrónico: 9FE30CFC-872E-4720-AB79-72E9AAA729A3
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000

Página: 1 de 2
FNK-6452 0145

1

1:16-cv-01730 0258



**Registro Público de Panamá**

# Exhibit 114

```
INFORMACIÓN DEL MAESTRO
-----------------------------------------------------

FICHA: 537654
Nº DOCUMENTO: 1008619
NOMBRE DE LA SOCIEDAD: INMOBILIARIA MULTI-TIENDAS, S.A.
USUARIO: ESRI
FECHA DE REGISTRO: 08/09/2006 00:00:00

DATOS DE LA ESCRITURA
---------------------

FECHA: 04/09/2006 00:00:00
NÚMERO: 8401
NOTARÍA: 08
PROVINCIA: PANAMA
DESCRIPCION NOTARÍA: NOTARIA OCTAVA DEL CIRCUITO

DATOS DE 1ª TASA ÚNICA
----------------------
BOLETA: 1075233
FECHA DE PAGO: 7092006
AGENTE RESIDENTE: LUCIA TOUZARD ROMO

DATOS DE MICROFILMACIÓN
-----------------------


MONEDA: DOLARES AMERICANOS.
MONTO DE CAPITAL: 10000.00

CAPITAL
-------

EL CAPITAL SERA DE 10,000.00 DOLARES AMERICANOS, DIVIDIDO EN 100
ACCIONES COMUNES, CON UN VALOR NOMINAL O PAR DE 100.00 DOLARES CADA UNA.

REPRESENTANTE LEGAL
-------------------

SERA EL PRESIDENTE Y EN SU AUSENCIA LO SERA EL SECRETARIO Y EN AUSENCIA
DE ESTE, LO SERA EL TESORERO Y EN AUSENCIA DE ESTOS LO SERA LA PERSONA
QUE DESIGNE LA JUNTA DIRECTIVA.

DIGNATARIOS
-----------

(PRESIDENTE) MOHAMED ABDO WAKED DARWICH
(TESORERO) MIRIAM REYES
(SECRETARIO) LUCIA TOUZARD
(DIRECTOR) MIRIAM REYES
(DIRECTOR) MOHAMED ABDO WAKED DARWICH
(DIRECTOR) LUCIA TOUZARD
(SUSCRIPTOR) FRANCISCO PEREZ FERREIRA
(SUSCRIPTOR) MARIA LUISA WATSON

OFICIO MARGINAL
---------------

DERECHO A FIRMA
---------------

LIMITACIONES
------------
```

*Copia ó reproducción para propósitos informativos solamente* (watermark)

Identificador Electrónico: CC5E3463-DAD8-41A9-A6A8-89E54DC9E6E5
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000

Página: 1 de 2
FNK-6452 0146

1:16-cv-01730 0259

1



Registro Público de Panamá

**Exhibit 115**

(MERCANTIL) FOLIO Nº 266651 (S) - INSCRIPCIÓN
ASIENTO Nº 1

### MIGRACIÓN A FOLIO REAL ELECTRÓNICO

<u>DATOS DE LA SOCIEDAD</u>
MAWA ENTERPRISES, CORP. (SOCIEDAD ANONIMA) UBICADA EN PROVINCIA PANAMÁ
DURACIÓN PERPETUA
DESCRIPCIÓN DEL CAPITAL EL NUMERO TOTAL DE ACCIONES QUE LA SOCIEDAD PODRA EMITIR ES DE CINCO
(5,000), ACCIONES NOMINATIVAS, TODAS LAS CUALES SERAN SIN VALOR NOMINAL.

REPRESENTANTE: EL PRESIDENTE Y EN SU DEFECTO EL VICEPRESIDENTE.-

SUSCRIPTOR: GERMAN GIL SANCHEZ

SUSCRIPTOR: MELISSA SANCHEZ MONTENEGRO

DIRECTOR: ALFREDO LUIS MADURO SASSO

DIRECTOR: ABDUL MOHAMED WAKED FARES

DIRECTOR: JAIME MADURO

PRESIDENTE: ALFREDO LUIS MADURO SASSO

VICEPRESIDENTE: JOSE MANUEL FRADE

TESORERO: JAIME MADURO

SECRETARIO: ABDUL MOHAMED WAKED FARES

DIRECTOR: JOSE MANUEL FRADE

AGENTE RESIDENTE: ARIAS, ALEMAN & MORA

ESTE ASIENTO REGISTRAL HA SIDO PRACTICADO EN LA ENTRADA 92036415/2014 (0) PRESENTADA EN ESTE
REGISTRO EL DÍA 21/11/2014 A LAS 08:31 AM

<u>DOCUMENTOS PRESENTADOS</u>
FORMULARIO DE BIENES MUEBLES DE FECHA 21/11/2014

LOS DERECHOS DE CALIFICACIÓN Y REGISTRO ASCIENDEN A TREINTA BALBOAS (B/. 30.00)

Identificador Electrónico: FCAB3AD0-4E7B-4A6A-A72F-3149C11C4D3B
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1598 Panamá, República de Panamá - (507)501-6000

Página: 1 de 1
FNK-6452 0147

1:16-cv-01730 0260

1

Non-Responsive Exhibits: 116-117

FNK-6452 0148

 **Registro Público de Panamá**

Exhibit 118

```
INFORMACIÓN DEL MAESTRO
-----------------------------------------------------

FICHA: 745998
Nº DOCUMENTO: 2038708
NOMBRE DE LA SOCIEDAD: GRUPO LA RIVIERA PANAMA, S.A.
USUARIO: AREL
FECHA DE REGISTRO: 05/09/2011 00:00:00

DATOS DE LA ESCRITURA
---------------------

FECHA: 26/08/2011 00:00:00
NÚMERO: 14455
NOTARÍA: 02
PROVINCIA: PANAMA
DESCRIPCION NOTARÍA: NOTARIA SEGUNDA DEL CIRCUITO

DATOS DE 1ª TASA ÚNICA
----------------------
BOLETA: 2345753
FECHA DE PAGO: 30082011
AGENTE RESIDENTE: KATHERINE ABREGO

DATOS DE MICROFILMACIÓN
-----------------------


MONEDA: ACCIONES SIN VALOR NOMINAL.

CAPITAL
-------

EL CAPITAL AUTORIZADO DE LA SOCIEDAD SERA DE 500 ACCIONES COMUNES,
NOMINATIVAS SIN VALOR NOMINAL. LOS CERTIFICADOS DE ACCIONES PODRAN SER
EMITIDAS EN FORMA NOMINATIVA O AL PORTADOR.

REPRESENTANTE LEGAL
-------------------

EL PRESIDENTE Y EN SU DEFECTO EL SECRETARIO O EL TESORERO Y EN AUSENCIA
DE TODOS LOS ANTERIORES, LA PERSONA QUE DESIGNE LA JUNTA DIRECTIVA.

DIGNATARIOS
-----------

(PRESIDENTE) ABDUL MOHAMED WAKED
(TESORERO) JOSE MANUEL FRADE
(SECRETARIO) MOHAMED ABDO WAKED
(DIRECTOR) ABDUL MOHAMED WAKED
(DIRECTOR) MOHAMED ABDO WAKED
(DIRECTOR) JOSE MANUEL FRADE
(SUSCRIPTOR) KATHERINE ABREGO
(SUSCRIPTOR) JOSE MANUEL FRADE

OFICIO MARGINAL
---------------


DERECHO A FIRMA
---------------


LIMITACIONES
------------


DETALLES DEL PODER
```

Copia para propósitos informativos solamente

Identificador Electrónico: A0A9E100-309A-4078-9116-CDA17CE50FA4
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1598 Panamá, República de Panamá - (507)501-6000

Página: 1 de 2
FNK-6452 0149

1

1:16-cv-01730 0262



**Registro Público de Panamá**

Exhibit 119

```
INFORMACIÓN DEL MAESTRO
--------------------------------------------------

FICHA: 397111
Nº DOCUMENTO: 212214
NOMBRE DE LA SOCIEDAD: LAGUNA MAR INTERNACIONAL,S.A.
USUARIO: MALE
FECHA DE REGISTRO: 21/03/2001 00:00:00

DATOS DE LA ESCRITURA
---------------------

FECHA: 14/03/2001 00:00:00
NÚMERO: 62
NOTARÍA: 1
PROVINCIA: COLON
DESCRIPCION NOTARÍA: NOTARIA PRIMERA DEL CIRCUITO

DATOS DE 1ª TASA ÚNICA
----------------------
AGENTE RESIDENTE: LUCIA TOUZARD ROMO

DATOS DE MICROFILMACIÓN
-----------------------


MONEDA: ACCIONES SIN VALOR NOMINAL.

CAPITAL
-------

EL CAPITAL SOCIAL AUTORIZADO DE LA SOCIEDAD ESTA REPRESENTADO POR CIEN
(100) ACCIONES COMUNES SIN VALOR NOMINAL.

REPRESENTANTE LEGAL
-------------------

EL PRESIDENTE.

DIGNATARIOS
-----------

(PRESIDENTE) ABDUL WAKED
(TESORERO) MIRIAM REYES
(SECRETARIO) MOHAMED WAKED
(DIRECTOR) ABDUL WAKED
(DIRECTOR) MOHAMED WAKED
(DIRECTOR) MIRIAM REYES
(SUSCRIPTOR) JOSE DE LA ROSA LAM
(SUSCRIPTOR) LUQUE, CORONEL Y LAM

OFICIO MARGINAL
---------------


DERECHO A FIRMA
---------------


LIMITACIONES
------------


DETALLES DEL PODER
------------------
```

Copia para propósitos informativos solamente

Identificador Electrónico: C166C4D3-C86A-450A-BE54-82678EA78374
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000

Página: 1 de 2

FNK-6452 0150

1

1:16-cv-01730 0263

Non-Responsive Exhibit: 120

FNK-6452 0151

Exhibit 121

Consulta de RUC

Nombre o Razón social

Vision 20 20

Aceptar

| RUC | DV | TIPO | NOMBRE |
|---|---|---|---|
| 2107640-1-757913 | 11 | JURÍDICO | VISION 20 20 S A |
| 1466237-1-640998 | 74 | JURÍDICO | VISION 20 20 PUBLICIDAD S A |

FNK-6452 0152
12/7/2015
1:16-cv-01730 0265

1

 **Registro Público de Panamá**

Exhibit 122

```
INFORMACIÓN DEL MAESTRO
--------------------------------------------------

FICHA: 757913
Nº DOCUMENTO: 2107640
NOMBRE DE LA SOCIEDAD: VISION 20-20, S.A.
USUARIO: YOQUI
FECHA DE REGISTRO: 16/01/2012 00:00:00

DATOS DE LA ESCRITURA
---------------------

FECHA: 03/01/2012 00:00:00
NÚMERO: 55
NOTARÍA: 02
PROVINCIA: PANAMA
DESCRIPCION NOTARÍA: NOTARIA SEGUNDA DEL CIRCUITO

DATOS DE 1ª TASA ÚNICA
----------------------
BOLETA: 2284886
FECHA DE PAGO: 12012012
AGENTE RESIDENTE: SONIA TORRES

DATOS DE MICROFILMACIÓN
-----------------------


MONEDA: ACCIONES SIN VALOR NOMINAL.

CAPITAL
-------

EL CAPITAL AUTORIZADO DE LA SOCIEDAD SERA DE 500 ACCIONES COMUNES
NOMINATIVAS SIN VALOR NOMINAL

REPRESENTANTE LEGAL
-------------------

EL PRESIDENTE OSTENTARA LA REPRESENTACION LEGAL DE LA SOCIEDAD Y EN SU
DEFECTO EL SECRETARIO O EL TESORERO Y EN SU AUSENCIA DE TODO LOS
ANTERIORES LA PERSONA QUE DESIGNE LA JUMTA DIRECTIVA

DIGNATARIOS
-----------

(PRESIDENTE) ABDUL MOHAMED WAKED
(TESORERO) SONIA TORRES
(SECRETARIO) MOHAMED ABDO WAKED
(DIRECTOR) ABDUL MOHAMED WAKED
(DIRECTOR) MOHAMED ABDO WAKED
(DIRECTOR) SONIA TORRES
(SUSCRIPTOR) KATHERINE ABREGO
(SUSCRIPTOR) SONIA TORRES

OFICIO MARGINAL
---------------


DERECHO A FIRMA
---------------


LIMITACIONES
------------


DETALLES DEL PODER
```

Identificador Electrónico: ECFFBD79-3EFA-4BD8-9826-E61085AEB95F
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000

Página: 1 de 2

FNK-6452 0153

1:16-cv-01730 0266

1



**Registro Público de Panamá**

Exhibit 123

```
INFORMACIÓN DEL MAESTRO
-----------------------------------------------------

FICHA: 746238
Nº DOCUMENTO: 2039933
NOMBRE DE LA SOCIEDAD: GRUPO CEDRO PANAMA S.A.
USUARIO: AREL
FECHA DE REGISTRO: 06/09/2011 00:00:00

DATOS DE LA ESCRITURA
---------------------

FECHA: 26/08/2011 00:00:00
NÚMERO: 14469
NOTARÍA: 02
PROVINCIA: PANAMA
DESCRIPCION NOTARÍA: NOTARIA SEGUNDA DEL CIRCUITO

DATOS DE 1ª TASA ÚNICA
----------------------

BOLETA: 2345752
FECHA DE PAGO: 30082011
AGENTE RESIDENTE: KATHERINE ABREGO

DATOS DE MICROFILMACIÓN
-----------------------


MONEDA: ACCIONES SIN VALOR NOMINAL.

CAPITAL
-------

EL CAPITAL DE LA SOCIEDAD SERA DE 500 ACCIONES COMUNES NOMINATIVAS SIN
VALOR NOMINAL

REPRESENTANTE LEGAL
-------------------

EL PRESEDENTE SERA EL REPRESENTANTE LEGAL DE LA SOCIEDAD Y EN SU DEFECTO
EL SECRETARIO O EL TESORERO Y EN AUSENCIAS DE TODOS LOS ANTERIORES, LA
PERSONA QUE ASIGNE LA JUNTA DIRECTIVA.

DIGNATARIOS
-----------

(PRESIDENTE) ABDUL MOHAMED WAKED
(TESORERO) JOSE MANUEL FRADE
(SECRETARIO) MOHAMED ABDO WAKED
(DIRECTOR) ABDUL MOHAMED WAKED
(DIRECTOR) MOHAMED ABDO WAKED
(DIRECTOR) JOSE MANUEL FRADE
(SUSCRIPTOR) KATHERINE ABREGO
(SUSCRIPTOR) JOSE MANUEL FRADE

OFICIO MARGINAL
---------------


DERECHO A FIRMA
---------------


LIMITACIONES
------------


DETALLES DEL PODER
```

Identificador Electrónico: 6C5F0DD8-0201-4A6A-9F39-7EAA29FC5A29
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000

Página: 1 de 2
FNK-6452 0154

1:16-cv-01730 0267

1

Exhibit 124

Consulta de RUC

| Nombre o Razón social |
| --- |
| grupo cima |
| Aceptar |

| RUC | DV | TIPO | NOMBRE |
| --- | --- | --- | --- |
| 408392-1-425571 | 87 | JURÍDICO | GRUPO CIMA PANAMA S A |
| 425571-1-408392 | 69 | JURÍDICO | GRUPO CIMA PANAMA S A |

FNK-6452 0155

1:16-cv-01730 0266

1

Exhibit 125

Jueves, 19 de noviembre de 2015.

**La Prensa** / Economía

# Venden cadena de tiendas Félix B. Maduro          ENGLISH VERSION

Las cuatro tiendas de Félix B. Maduro e Importadora Maduro, S.A. fueron adquiridas por Grupo Wisa, S.A., empresa que tiene su base en la Zona Libre de Colón y opera en más de 14 países.

English version

Wilfredo Jordán   25 feb 2015 - 12:42h

TEMAS: Comercio



Félix B. Maduro es una tienda familiar de más de cien años.  La Prensa/Archivo

Las cuatro tiendas de **Félix B. Maduro** e Importadora Maduro, S.A. fueron adquiridas por **Grupo Wisa**, S.A., empresa que tiene su base en la Zona Libre de Colón y opera en más de 14 países.

La transacción se completó después de varios meses de negociaciones, informó una fuente vinculada a la compañía.

Félix B. Maduro es una empresa familiar panameña con más de 138 años de experiencia que ofrece marcas en el segmento de modas, cosméticos, fragancias y juguetes.

**+ info**
English version

Wisa pertenece a la familia Waked y se ha dedicado a la distribución de mercancías por más de 50 años. Opera más de 300 tiendas distribuidas en el mercado local y en Latinoamérica que incluyen Duty Free en los aeropuertos de la región. Sus principales marcas son La Riviera dedicada a perfumería y La Hora, a la venta de relojes.

Como parte del acuerdo de compra, la familia Maduro solicitó que se mantenga el nombre de la marca en las tiendas, informó Juan Luis Correa, vicepresidente de Grupo Wisa. Igualmente se conserva la planilla de personal que labora en las tiendas de los almacenes.

"Tanto Grupo Wisa como Félix B. Maduro son empresas altamente reconocidas por la calidad del servicio que prestan a sus clientes, colaboradores y grupos de interés", indica el comunicado divulgado por la compañía.

COMUNICADO

FNK-6452 0156

1

1:16-cv-01730 0269

**Exhibit 125**

Spanish text:

Las cuatro tiendas de Felix B. Maduro e Importadora Maduro, SA fueron adquiridas por Grupo Wisa, SA, empresa que tiene su base en la Zona Libre de Colon y opera en mas de 14 paises.

Wisa pertenece a la familia Waked y se ha dedicado a la distribucion de mercancias por mas de 50 años. Opera mas de 300 tiendas distribuidas en el mercado local y en Latinoamerica que incluyen Duty Free en los aeropuertos de la region. Sus principales marcas son La Riviera dedicada a perfumeria y La Hora, a la venta de relojes.

Investigator translation:

The four Felix B. Maduro stores and Importadora Maduro, SA were acquired by Grupo Wisa, SA, which is based in the Colon Free Zone and operates in over 14 countries.

Wisa is owned by the Waked family and has been dedicated to the distribution of goods for over 50 years. It operates more than 300 stores in the local market and throughout Latin America, including Duty Free at airports in the region. Its main brands are La Riviera dedicated to perfumes and La Hora, which is dedicated to selling watches.

Consulta de Contribuyentes

Exhibit 126

Consulta de RUC

| Nombre o Razón social |
|---|
| Grupo La Riviera |
| Aceptar |

| RUC | DV | TIPO | NOMBRE |
|---|---|---|---|
| 2038708-1-745998 | 6 | JURÍDICO | GRUPO LA RIVIERA PANAMA S A |

FNK-6452 0158

12/7/2015

1:16-cv-01730 0271

1

Consulta de RUC

| Nombre o Razón social |
| --- |
| LAGUNA MAR INTERNACI |
| Aceptar |

Exhibit 127

| RUC | DV | TIPO | NOMBRE |
| --- | --- | --- | --- |
| 212214-1-397111 | 18 | JURÍDICO | LAGUNA MAR INTERNACIONAL,S.A |

FNK-6452 0159
12/7/2015

1:16-cv-01730 0272

1

Consulta de RUC

Nombre o Razón social

grupo cedro

Aceptar

**Exhibit 128**

| RUC | DV | TIPO | NOMBRE |
|---|---|---|---|
| 2039933-1-746238 | 89 | JURÍDICO | GRUPO CEDRO PANAMA S A |
| 1337709-1-614268 | 44 | JURÍDICO | GRUPO CEDRO S A |

FNK-6452 0160

1:16-cv-01730 0273    1

Non-Responsive Exhibits: 129-138

 **Registro Público de Panamá**

Exhibit 139

**(MERCANTIL) FOLIO Nº 69069 (S) - INSCRIPCIÓN
ASIENTO Nº 1**

**MIGRACIÓN A FOLIO REAL ELECTRÓNICO**

**DATOS DE LA SOCIEDAD**
MADURO INTERNACIONAL, S.A. MADURO INTERNATIONAL, S.A. (SOCIEDAD ANONIMA) UBICADA EN DISTRITO PANAMÁ, PROVINCIA PANAMÁ
DURACIÓN PERPETUA
DESCRIPCIÓN DEL CAPITAL EL CAPITAL AUTORIZADO ESTARA REPRESENTADA POR TRES MIL ACCIONES COMUNES DE UN VALOR NOMINAL DE CIEN BALBOAS CADA UNA;POR DOS MIL ACCIONES COMU NES SIN VALOR NOMINAL Y POR SETECIENTAS CINCUENTA ACCIONES PREFERIDAS SIN VALOR NOMINAL.

REPRESENTANTE: LA REPRESENTACION LEGAL DE LA SOCIEDAD LA TENDRA INDISTINTAMENTE EL PRESIDENTE O EL VICE PRESIDENTE.

PRESIDENTE: GLADYS MADURO

TESORERO: GLADYS MADURO

SECRETARIO: AMELI MADURO

SUSCRIPTOR: ALEXIS VIANOR HERRERA VILLARREAL

SUSCRIPTOR: JUAN ANTONIO TEJADA MORA

DIRECTOR: STEPHEN MADURO

DIRECTOR: AMELI MADURO

DIRECTOR: GLADYS MADURO

VICEPRESIDENTE: AMELI MADURO

AGENTE RESIDENTE: ARIAS FABREGA & FABREGA

ESTE ASIENTO REGISTRAL HA SIDO PRACTICADO EN LA ENTRADA 90629/2015 (0) PRESENTADA EN ESTE REGISTRO EL DÍA 04/03/2015 A LAS 03:58 PM

**DOCUMENTOS PRESENTADOS**
ESCRITURA PÚBLICA NÚMERO 6956 DE FECHA 03/03/2015
AUTORIZANTE: NOTARIO PÚBLICO JORGE ELIEZER GANTES SINGH DE LA NOTARÍA NÚMERO 5 DE PANAMÁ

LOS DERECHOS DE CALIFICACIÓN Y REGISTRO ASCIENDEN A SESENTA Y CINCO BALBOAS (B/. 65.00)

Identificador Electrónico: E33E9211-4872-47CA-A09B-2A715E78A278
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000
Página: 1 de 1
FNK-6452 0162
1:16-cv-01730 0275



Registro Público de Panamá

**(MERCANTIL) FOLIO Nº 69069 (S) - INSCRIPCIÓN**
**ASIENTO Nº 2**

**CAMBIO DE DIRECTORES O DIGNATARIOS DE SOCIEDAD O FUNDACIÓN**

**CARGOS DE BAJA**
AGENTE RESIDENTE: ARIAS FABREGA & FABREGA
DIRECTOR: STEPHEN MADURO
DIRECTOR: AMELI MADURO
DIRECTOR: GLADYS MADURO
PRESIDENTE: GLADYS MADURO
SECRETARIO: AMELI MADURO
TESORERO: GLADYS MADURO
VICEPRESIDENTE: AMELI MADURO

**TODOS LOS CARGOS ACTUALIZADOS**
AGENTE RESIDENTE: SONIA TORRES
DIRECTOR / PRESIDENTE: ABDUL MOHAMED WAKED FARES
DIRECTOR / TESORERO: CARLOS RABAT
DIRECTOR / VICEPRESIDENTE: MOHAMED ABDO WAKED DARWICH
SECRETARIO: MOHAMED ABDO WAKED DARWICH
SUSCRIPTOR: ALEXIS VIANCR HERRERA VILLARREAL
SUSCRIPTOR: JUAN ANTONIO TEJADA MORA

ESTE ASIENTO REGISTRAL HA SIDO PRACTICADO EN LA ENTRADA 90629/2015 (O) PRESENTADA EN ESTE
REGISTRO EL DÍA 04/03/2015 A LAS 03:58 PM

**DOCUMENTOS PRESENTADOS**
ESCRITURA PÚBLICA NÚMERO 6956 DE FECHA 03/03/2015
AUTORIZANTE: NOTARIO PÚBLICO JORGE ELIEZER GANTES SINGH DE LA NOTARÍA NÚMERO 5 DE PANAMÁ

LOS DERECHOS DE CALIFICACIÓN Y REGISTRO ASCIENDEN A SESENTA Y CINCO BALBOAS (B/. 65.00)

2

Consulta de Contribuyentes

**Exhibit 140**

Consulta de RUC

Nombre o Razón social

maduro internacional

Aceptar

| RUC | DV | TIPO | NOMBRE |
|---|---|---|---|
| 5651-184-69069 | 15 | JURÍDICO | MADURO INTERNACIONAL, S.A. - MADURO INTERNATIONAL, |

FNK-6452 0164

# Exhibit 141

¿Qué es LinkedIn?     Únete hoy     Inicia sesión

## Lucia Touzard

Corporate Lawyer en Grupo Wisa
Panamá   Law Practice

| | |
|---|---|
| Current | Grupo Wisa |
| Education | Universidad Santa Maria La Antigua |

**265**
connections

## Join LinkedIn and access Lucia's full profile. It's free!

As a LinkedIn member, you'll join 300 million other professionals who are sharing connections, ideas, and opportunities.

- See who you know in common
- Get introduced
- Contact Lucia directly

**View Lucia's Full Profile**

### Experience

**Corporate Lawyer**
Grupo Wisa

### Education

**Universidad Santa Maria La Antigua**
abogada

## View Lucia's full profile to...

- See who you know in common
- Get introduced
- Contact Lucia directly

**View Lucia's Full Profile**

Not the Lucia Touzard you're looking for? View more

---

**Search by name**

Over 300 million professionals are already on LinkedIn. Find who you know.

| First Name | Last Name |
|---|---|

**Example:** Jeff Weiner

**People Also Viewed**



**Michelle Varela**
Design & Construction Principal at Michelle Varela-Diseño Arquitectónico° Interiores

**Idis Chavez**
GERENTE OPERACIONES MARCAS LUJO en Grupo Wisa (FENDI, YSL, BOTTEGA VENETA, JIMMY CHOO, BURBERRY, LADUREE) y Retail MNG

**Marilyn Elizabeth Baxter Vásquez**
Gerente de Compras y Administración en Grupo Wisa

**Vinicio Rios**
Vice President Operations, Logistics & IT en Grupo Wisa, S.A.

**Lila Morais**
Gerente de Marcas en Grupo Wisa



**Nelson Padua**
Marketing Director at Grupo Wisa



**Andrea Touzard Bossio**
--

**Aldo Blume Rocha**
--

**Francesca Caponi**
Brand manager at Grupo Wisa

**Carmen Visuetti**
Asistente del Secretario General de la Procuraduría General de la Nación en Ministerio Público

## This pag

- Make sure the web a
- Look for the page wit
- Refresh the page in a

FNK-6452 0165
11/5/2015
1:16-cv-01730-0278

1

Exhibit 142

Lunes, 7 de diciembre de 2015.

**LaPrensa** / Economía

# Cierre de 10 tiendas de La Riviera en Guatemala es 'un agravio': Grupo Wisa

La empresa Grupo Wisa considera que el cierre de sus tiendas en Guatemala ordenada por el Ministerio Público "empaña los mínimos requerimientos del debido proceso y la seguridad jurídica de las inversiones panameñas realizadas en este país".

Ángel López Guía   09 oct 2015 - 11:55h

TEMAS: Guatemala   Impuestos   Economía



El Ministerio Público de Guatemala clausuró ayer las 10 oficinas de La Riviera en el aeropuerto La Aurora por supuesta defraudación fiscal.   LA PRENSA/ Cortesía Siglo 21

**Grupo Wisa** calificó como un "agravio" el cierre de 10 de sus tiendas ordenadas por el Ministerio Público de Guatemala a raíz de una investigación por presunta evasión fiscal.

La mañana de ayer, 8 de octubre, la Fiscalía contra Delitos Administrativos del Ministerio Público de Guatemala cerró 10 locales *duty free* de la cadena de fragancias, maquillaje y tratamiento 'La Riviera' en el aeropuerto La Aurora por supuesta defraudación aduanera.

La Riviera es el nombre comercial de Tiendas Libres de Guatemala, S.A. que forma parte de Grupo Wisa, S.A., una empresa panameña con operaciones en más de 14 países y en los principales aeropuertos de América Latina.

" *Nuestra empresa fue invitada a operar en el aeropuerto internacional de Guatemala por la Dirección de Aeronáutica Civil a instancia de la OACI, a fin de fomentar una libre competencia en dicho aeropuerto y restituirle al Estado los ingresos que por más de 20 años no ha recibido, ya que el área comercial de la zona libre del aeropuerto solo había sido operada por tres fundaciones benéficas que no pagaron ni derecho de llave ni canon mensual equitativo*", precisa un comunicado pagado de la empresa publicado en medios de comunicación nacionales.

**+ info**

Cierran 10 'duty free' de Grupo Wisa en Guatemala

Asocian a Grupo Wisa con evasión en Guatemala

FNK-6452 0166

Cierre de 10 tiendas de La Riviera en Guatemala es &#039;un agravio&#039;: Grupo Wisa   Page 2 of 3

" *El principal proveedor de dichas fundaciones es nuestra competencia. Estas fundaciones asumen tener la exclusividad para operar en el Aeropuerto Internacional La Aurora en Guatemala, y se han dedicado por siete años a demandarnos sin éxito ante tribunales civiles y constitucionales en Guatemala*", continúa el documento.

Agrega que hasta ahora, la empresa ha pagado $10.4 millones al Estado de Guatemala en concepto de llave, cánones, impuestos y tributos.

"*Hemos sido sujeto a varias auditorias por parte de la Superintendencia de Admnistración Tributaria, donde se ha establecido que estamos al día en el cumplimiento de nuestros deberes tributarios formales y hemos pagado los adeudos tributarios correspondientes*".

**LAS ORGANIZACIONES**

En Guatemala solo hay tres organizaciones no gubernamentales autorizadas para administrar los negocios de duty free: Sociedad Protectora del Niño, Asociación Centro de Integración Familiar y la Asociación de Señoras de la Caridad San Vicente de Paúl.

Estas organizaciones utilizan los beneficios que se generan a través de los duty free para servicios sociales.

Es un sistema diferente al que se utiliza en otros países como Panamá, donde la operación de duty free es abierta y se otorga mediante una concesión a través de una licitación.

Las investigaciones demuestran que entre 2009 y 2012, la franquicia de belleza **alcanzó evasiones de impuestos cerca de los $7.5 millones** (59 millones de quetzales),  según contó Julia Barrera, vocera del Ministerio Público guatemalteco. "Por el momento la investigación solo arroja resultados en estas fechas. Pero las pesquisas continúan", aseguró.

Por este proceso, adelantó De León, la abogada panameña Lucía Touzard Romo sería la única representante de la empresa en enfrentar penalmente este caso, ya que es la firmante en los documentos de instalación de la franquicia.

**Touzard Romo, quien es también representante de Grupo Wisa de Panamá, tiene orden de captura internacional** y podría enfrentar entre cinco y ocho años de prisión por este delito.

Con información de Wilfredo Jordán, Luis Burón-Barahona

## OTRAS NOTICIAS DE ECONOMÍA


Enero, mes clave para obras del Canal


Gas Natural Fenosa paga $27 millones al Estado panameño en dividendos

Este lunes el Gobierno pagará la tercera partida del décimo tercer mes


Dueños, en zozobra por quiebra hotelera

## COMENTARIOS

Los comentarios son responsabilidad de cada autor que expresa libremente su opinión y no de Editorial por la Democracia S.A.

12 Comentarios     La Prensa                                                                              ↑ Acceder ⌄

Recomendar    ⤳ Compartir                                                                        Ordenar por los más nuevos ⌄


Únete a la discusión...


**Pancracio015** · hace 2 meses
Me parece que estaban organizados distinto en Guatemala y llego Wisa a exigir que por la plata bailo el mono y no sabia que caminaba con y por la linea que está toda presa.
· Responder · Compartir ·


**El Contador** · hace 2 meses
Distinguidos amigos. Esto es lo que sucede cuando las autoridades tributarias de un país no solo saben que hacer, sino que, se atreven a hacerlo. No como las nuestras que en materia tributaria, lo único que saben hacer es que, el que ya paga impuestos pague más. Es por ello que la clase media profesional trabajadora de nuestro país, es la que más impuestos paga proporcionalmente hablando. Preguntémonos, está nuestra Dirección General de Ingresos lista y atenta a revisar detenidamente las Declaraciones de Renta de los distinguidos Jurisconsultos que están defendiendo a los Implicados en los casos de alto perfil?. Ya que, es un secreto a voces, las CANTIDADES MILLONARIAS que están facturando estos distinguidos abogados por DILATAR LOS CASOS, perdón, defender a los implicados en estos $onados casos.
· Responder · Compartir ·


**Walter** · hace 2 meses
Wao, en Guatemala son entidades sin fines de lucro los que manejan las franquicias, me parece excelente idea. Aquí eso sería un pecado mortal por los intereses amañados. Guatemala sigue dando cátedra y yo que pensaba que éramos más "sofisticados". Mis disculpas a los chapines,

FNK-6452 0167

**Exhibit 142**

Spanish text:

La mañana de ayer, 8 de octubre, la Fiscalia contra Delitos Administrativos del Ministerio Publico de Guatemala cerro 10 locales duty free de la cadena de fragancias, maquillaje y tratamiento 'La Riviera' en el aeropuerto La Aurora por supuesta defraudacion aduanera.

La Riviera es el nombre comercial de Tiendas Libres de Guatemala, SA que forma parte de Grupo Wisa, S.A., una empresa panameña con operaciones en mas de 14 paises y en los principales aeropuertos de America Latina.

Por este proceso, adelanto De Leon, la abogada panameña Lucia Touzard Romo seria la unica representante de la empresa en enfrentar penalmente este caso, ya que es la firmante en los documentos de instalacion de la franquicia.

Touzard Romo, quien es tambien representante de Grupo Wisa de Panama, tiene orden de captura internacional y podria enfrentar entre cinco y ocho años de prision por este delito.


Investigator translation:

Yesterday morning, October 8th, the Prosecutor's Office Against Administrative Crimes of the Public Ministry of Guatemala closed 10 'La Riviera' duty free stores chain that sell fragrances, makeup and treatment at La Aurora airport for alleged customs fraud.

La Riviera is the commercial name of Free Shops Guatemala, SA, which is part of Grupo Wisa, S.A., a Panamanian company with operations in more than 14 countries and at major airports throughout Latin America.

As part of this process, the Panamanian lawyer Lucia Touzard Romo will be the only representative of the company to face criminal charges, as she is the signatory on documents associated with the development of the franchise.

Touzard Romo, who is also Grupo Wisa's representative, has an international arrest out in her name and could face five to eight years in prison for these crimes.

Non-Responsive Exhibit: 143
Exhibits Redacted in Full: 144-145

FNK-6452 0169

Jose Manuel Frade | LinkedIn

# Exhibit 146

What is LinkedIn?   Join Today   Sign In

## Jose Manuel Frade
Vicepresidente Corporativo Finanzas y Auditoria Grupo Wisa
Financial Services

0
connections

| | |
|---|---|
| Previous | union fenosa, Banco Santander Central Hispano |
| Education | Universidad Complutense Somosaguas Madrid |

### Join LinkedIn and access Jose Manuel's full profile. It's free!

As a LinkedIn member, you'll join 400 million other professionals who are sharing connections, ideas, and opportunities.

- See who you know in common
- Get introduced
- Contact Jose Manuel directly

[ View Jose Manuel's Full Profile ]

## Experience

**Director adjunto al Presidente**
union fenosa
2001 – May 2009 (8 years)

**General Manager**
Banco Santander Central Hispano
July 1967 – December 1999 (32 years 6 months)

Country General Manager Panama

## Education

**Universidad Complutense Somosaguas Madrid**
PHD, Economy

**Universidad Complutense Somosaguas Madrid**
PHD, Economy

## Skills

Management   Business Strategy   Strategic Planning   Customer Service
Team Management   Strategy   Project Management   Business Planning   Sales
Business Development

### Search by name

Over 400 million professionals are already on LinkedIn. Find who you know.

[ First Name ]  [ Last Name ]

Example: Jeff Weiner

### People Also Viewed

 **Mohamed Waked, CFA** Head of Research at Sigma Capital

 **Izaskun Galarraga** iza

 **Roberto Fasquelle** visepresidente Soho Developer, Inc

 **Bartolomé Mafla H.** Socio Director, Managing Partner en NEXIA AUDITORES (PANAMA)

 **Angel A. Diaz G.** Direccion Financiera y Administrativa en Grupo Aadg

 **Luis Lozala** Jefe de Auditoria en GrupoWisa

 **Sandra Tatiana Ospina** Optimizacion Operacional Belcorp

 **Alvaro Villarreal Metzner** Gerente Comercial Tocumen Duty Free Grupo Wisa / La Riviera

 **Julio Ross Anguizola** Socio Director en Ross & Ros Consultores Asociados

This pag

- Make sure the web a
- Look for the page wit

FNK-6452 0170
1/4/2016
1:16-cv-01730 0283

1

What is LinkedIn?   Join Today   Sign In

## View Jose Manuel's full profile to...

- See who you know in common
- Get introduced
- Contact Jose Manuel directly

View Jose Manuel's Full Profile

LinkedIn members in Panama: a b c d e f g h i j k l m n o p q r s t u v w x y z more | Browse members by country

© 2015 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Unsubscribe

SOHO Panama Contáctenos |

## Exhibit 147

Soho Mall Panamá (https://www.facebook.com/SohoMallPanama)    @sohomallpty (https://twitter.com/sohomallpty)
@sohomallpty (https://instagram.com/sohomallpty/)

**SOHO**
(http://sohopanama.com.pa/)

SOHO (http://sohopanama.com.pa/soho/oficinas)    COMPRAS (http://sohopanama.com.pa/category/compras)

GASTRONOMIA (http://sohopanama.com.pa/category/gastronomia)    NOVEDADES (http://sohopanama.com.pa/category/noticias)

SERVICIOS (http://sohopanama.com.pa/servicios/horarios)    MAPA (http://sohopanama.com.pa/mapa)

CONTÁCTENOS (http://sohopanama.com.pa/contactenos)

## ESTAMOS UBICADOS EN
La Ciudad de Panamá, Calle 50 (entre Calle 54 y 56)



Google
(https://maps.google.com/maps?ll=8.98313,-79.5193834&z=18&t=m&hl=en_US&gl=US&mapclient=apiv3)

## ENVÍENOS UN MENSAJE
utilizando el siguiente formulario de contacto

Si usted desea recibir una respuesta, por favor incluya una dirección de correo electrónico válida.

| | | |
|---|---|---|
| Nombre | Nombre | Apellido |
| Correo | Correo Electrónico | |
| Teléfono | Teléfono (opcional) | |
| Mensaje | Mensaje | |

ENVIAR

FNK-6452 0172
1/5/2016

# LLÁMENOS AL (507) 200-7646
## si necesita más información

También puedes seguirnos en las redes sociales:

facebook.com/SohoMallPanama
(https://www.facebook.com/SohoMallPanama)
twitter.com/sohomallptv
(https://twitter.com/sohomallptv)
instagram.com/sohomallptv
(https://instagram.com/sohomallptv/)

Para recibir información sobre promociones y eventos
futuros suscribirse a nuestro boletín:

| Correo | SUSCRIBETE |

Ver boletines anteriores
(http://sohopanama.com.pa/newsletter/newsletters)

**SOHO MALL**

Ciudad de Panamá, Calle 50
(entre Calle 54 y 56)

Lun - Sáb: 10:00 a.m. - 8:00 p.m.
Dom:11:00 a.m. - 7:00 p.m.

CONTÁCTENOS

(507) 200-7646

atencionalcliente@sohopanama.com.pa
(mailto:atencionalcliente@sohopanama.com.pa)

Derechos reservados © 2015 SOHO Mall Panamá.
Diseño y desarrollo por Znada Digital Marketing (http://www.znada.com)

FNK-6452 0173
1:16-cv-01730 0286
1/5/2016

2

Non-Responsive Exhibits: 148-149

FNK-6452 0174

**From:**          OFAC.Reconsideration
**Sent:**          Friday, August 26, 2016 10:36 AM
**To:**            daufhauser@wc.com
**Subject:**       OFAC Case ID FNK-7862
**Attachments:**   Correspondence.pdf

Mr. Aufhauser,

Please see the attached document regarding your client's petition for removal from the OFAC SDN list.

Respectfully,

OFAC Reconsideration

1



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

Case ID: FNK-7862

David D. Aufhauser
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

AUG 2 6 2016

Re: May 5, 2016 Kingpin Act Designations of Abdul Waked, Hamudi Waked, Lucia Touzard, and Related Companies

Dear Mr. Aufhauser:

This letter is a follow up to your letters of May 24, 2016 and June 15, 2016 in which you requested a copy of the administrative record regarding your clients' designations as Specially Designated Narcotics Traffickers (SDNTs) pursuant to Section 805 of the Foreign Narcotics Kingpin Designation Act, 21 U.S.C. § 1904(b).

On July 5, 2016 and July 18, 2016, OFAC released to you a copy of your clients' administrative records upon which their designations were based. At that time, OFAC stated that should additional unclassified, non-privileged, or otherwise releasable information become available regarding the basis for your clients' designations, such information would be provided to you. Enclosed please find such information.

Please refer to FNK-7862 cited above in all future correspondence. For the most expedient communications, please direct all questions and correspondence regarding your requests to **OFAC.Reconsideration@treasury.gov**. You may also write, call, or fax OFAC at the following:

> U.S. Department of the Treasury
> Office of Foreign Assets Control
> ATTN: Office of Global Targeting
> 1500 Pennsylvania Avenue, N.W. (Freedman's Bank Building)
> Washington, DC 20220

> Telephone: (202) 622-2420 or Fax: (202) 622-5390

Thank you for your cooperation.

Sincerely,

Mark Samara
Assistant Director
Crime/Narcotics and Western Hemisphere Division
Office of Foreign Assets Control

Enclosure

Case ID: FNK-7862

## Unclassified Summary of Otherwise Privileged Information

Panamanian-Lebanese-Colombian national Abdul Mohamed Waked Fares co-leads the Waked Money Laundering Organization and uses financial and trade-based money laundering schemes, such as false commercial invoicing; bulk cash smuggling; and other money laundering methods, to launder drug proceeds on behalf of multiple international drug traffickers and their organizations. The funds involved in the financial and trade-based money laundering schemes are derived from narcotics trafficking and other illicit activities associated with multiple international narcotics trafficking organizations designated as Specially Designated Narcotics Traffickers by OFAC.

Specifically, the La Riviera Duty Free stores and Grupo Wisa, S.A. have been used to launder drug proceeds via bulk cash smuggling and false commercial invoicing. Couriers for various international drug trafficking organizations transport bulk cash to and through La Rivera Duty Free stores, and the drug proceeds are subsequently laundered via the stores using false invoices, in order to legitimize the illicit funds. Abdul Mohamed Waked Fares, Grupo Wisa, S.A., and La Riviera Duty Free, amongst others, are involved in trade-based money laundering and bulk cash smuggling, specifically in Panama, Mexico, Colombia, and Guatemala.

## OFAC.Reconsideration

| | |
|---|---|
| **From:** | OFAC.Reconsideration |
| **Sent:** | Friday, October 28, 2016 12:17 PM |
| **To:** | daufhauser@wc.com |
| **Subject:** | OFAC Correspondence - Case ID FNK-7862 |
| **Attachments:** | FNK7862_Expanded_Summary_Release_Signed.pdf; Attachment 1.pdf; Attachment 2.pdf |

Good afternoon Mr. Aufhauser,

Please find correspondence related to Case ID FNK-7862 attached for your review.

Sincerely,

OFAC Reconsideration

1:16-cv-01730 0291



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

Case ID: FNK-7862

David D. Aufhauser                                    OCT 2 8 2016
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901

Re:  May 5, 2016 Kingpin Act Designations of Abdul Waked, Hamudi Waked, Lucia Touzard,
and Related Companies

Dear Mr. Aufhauser:

This letter is a follow up to your letters of May 24, 2016 and June 15, 2016 in which you
requested a copy of the administrative record regarding your clients' designations as specially
designated narcotics traffickers (SDNTs) pursuant to Section 805 of the Foreign Narcotics
Kingpin Designation Act (Kingpin Act), 21 U.S.C. § 1904(b).

On July 5, 2016 and July 18, 2016, OFAC released to you a copy of your clients' administrative
records upon which their designations were based. At that time, OFAC stated that should
additional unclassified, non-privileged, or otherwise releasable information become available
regarding the basis for your clients' designations, such information would be provided to you.

On August 26, 2016, OFAC then released to you a non-privileged and unclassified summary of
otherwise privileged information and stated that should additional releasable information become
available regarding the basis for your clients' designations, such information would be provided
to you. Enclosed please find a non-privileged and unclassified summary of additional
information including two Attachments. Attachment 1 is provided for your reference to better
understand the term Consolidated Priority Organization Target used in the summary.
Attachment 2 is being provided for your reference with respect to when certain individuals and
entities were identified and designated pursuant to the Kingpin Act.

Please refer to FNK-7862 cited above in all future correspondence. For the most expedient
communications, please direct all questions and correspondence regarding your requests to
**OFAC.Reconsideration@treasury.gov**. You may also write, call, or fax OFAC at the
following:

> U.S. Department of the Treasury
> Office of Foreign Assets Control
> ATTN: Office of Global Targeting
> 1500 Pennsylvania Avenue, N.W. (Freedman's Bank Building)
> Washington, DC 20220

1

Telephone: (202) 622-2420
Fax: (202) 622-5390

Thank you for your cooperation.

Sincerely,

Mark Samara
Assistant Director
Crime/Narcotics and Western Hemisphere Division
Office of Foreign Assets Control

Enclosures

2

Case ID: FNK-7862

## Non-Privileged and Unclassified Summary of Otherwise Privileged Information

According to law enforcement assessments:

Abdul Mohamed WAKED FARES[1] (WAKED FARES) and Nidal WAKED HATUM (WAKED HATUM) are co-heads of the WAKED Money Laundering Organization (MLO) based in Colón, Panama and have been identified as Consolidated Priority Organization Targets (CPOTs)[2] based on their sophisticated network of companies used to facilitate drug money laundering.

In addition to being a corporate lawyer at GRUPO WISA S.A. (GRUPO WISA), Lucia TOUZARD ROMO (TOUZARD ROMO) provides a variety of services, including shell and other company incorporation, corporate development, and customs facilitation, to WAKED FARES, Mohamed Abdo WAKED DARWICH (WAKED DARWICH), and GRUPO WISA, as well as the WAKED MLO. Additionally, TOUZARD ROMO is WAKED FARES' and WAKED DARWICH's representative and acts for or on their behalf via her various documented corporate officer and director positions at WAKED FARES and WAKED DARWICH companies.

WAKED DARWICH, WAKED FARES' son, is controlled or directed by, and/or acts for or on behalf of, WAKED FARES as shown by his position as a deputy to WAKED FARES in WAKED FARES-owned or -controlled companies.

According to multiple sources:

The WAKED MLO uses family members and trusted individuals to control and operate dozens of entities across various sectors of the Panamanian economy in furtherance of their drug money laundering operations. As of September 2015, the WAKED MLO is the largest known money laundering organization operating in Panama.

WAKED FARES began laundering drug money in the early-to-mid 1980s for the Medellin Cartel. WAKED FARES mentored his nephew, WAKED HATUM. WAKED FARES and WAKED HATUM have provided and continue to provide money laundering services to multiple specially designated narcotics trafficking networks. In the 1990s and early 2000s, WAKED

---

[1] Names in all capitalized letters denotes individuals, a company, or an organization that has been previously identified or designated by the President of the United States or by the Office of Foreign Assets Control (OFAC) as a specially designated narcotics traffickers pursuant to the Foreign Narcotics Kingpin Designation Act, 21 U.S.C. §§ 1901-1908.
[2] CPOTs represent "the 'command and control' elements of the most prolific international drug trafficking and money laundering organizations" as identified by the Organized Crime Drug Enforcement Task Force, a group comprised of "94 U.S. Attorney's Offices, the Bureau of Alcohol, Tobacco, Firearms and Explosives, the Drug Enforcement Administration, the Federal Bureau of Investigation, the Internal Revenue Service, the U.S. Coast Guard, the U.S. Immigration and Customs Enforcement, the U.S. Marshals Service, the Criminal and Tax Divisions of the U.S. Department of Justice and numerous State and local agencies." See U.S. Department of Justice, "Organized Crime Drug Enforcement Task Forces," June 9, 2015, https://www.justice.gov/criminal/organized-crime-drug-enforcement-task-forces, Attachment 1, p.1.

1

FARES was a trusted money launderer for the UNITED SELF-DEFENSE FORCES OF COLOMBIA (a.k.a. AUTODEFENSAS UNIDAS DE COLOMBIA or AUC)[3] and other right-wing paramilitary groups in Colombia. Beginning in the mid-2000s, WAKED FARES and WAKED HATUM laundered money for the SINALOA CARTEL,[4] JOUMAA,[5] CHEAITELLY,[6] and various Colombian criminal organizations (known as *bandas criminales*). WAKED FARES and WAKED HATUM also laundered for other specially designated narcotics traffickers including LOS URABENOS;[7] LA OFICINA DE ENVIGADO;[8] REVOLUTIONARY ARMED FORCES OF COLOMBIA (FARC);[9] and Ali Houssein HARB.[10]

WAKED HATUM and WAKED FARES are willing and able to launder narcotics and illicit proceeds on behalf of any organization as long as the commission is paid. WAKED FARES and WAKED HATUM both receive drug proceeds through their respective companies and are able to launder drug proceeds in increments of $1 million or higher.

Their money laundering scheme involves sending millions of U.S. dollars in drug proceeds to Colombia and Panama, primarily by smuggling bulk cash on commercial aircraft. The WAKED MLO uses a variety of methods to structure and obscure transactions, including but not limited to:

- A Colombian drug trafficker has $5 million in Spain to be collected.
- WAKED MLO would pay the Colombian drug trafficker the $5 million less a commission.
- WAKED would have the money in Spain deposited into other foreign bank accounts. Thereafter, the money would be sent to numerous companies located in various Free Trade Zones.
- After the money reached the companies in the various Free Trade Zones, the money would be electronically transferred to China, where it would be utilized to buy merchandize or pay accounts for individuals in the Colon Free Trade Zone, located in Colon, Panama.

---

[3] On June 2, 2003, the President of the United States identified the United Self-Defense Forces of Colombia pursuant to the Kingpin Act. *See* Office of Foreign Assets Control (OFAC) Designations Pursuant to the Foreign Narcotics Kingpin Designation Act, November 24, 2015, Attachment 2, p. 1.
[4] On April 15, 2009, the President of the United States identified the SINALOA CARTEL pursuant to the Kingpin Act. *See* Attachment 2, p. 2.
[5] On January 26, 2011, OFAC designated the JOUMAA drug trafficking and money laundering organization as well as other individuals, including Ayman Saied JOUMAA, pursuant to the Kingpin Act. *See* Attachment 2, p. 12.
[6] On December 29, 2011, OFAC designated Jorge Fadlallah CHEAITELLY pursuant to the Kingpin Act. *See* Attachment 2, p. 14.
[7] On May 31, 2013, the President of the United States identified LOS URABENOS pursuant to the Kingpin Act. *See* Attachment 2, p.2.
[8] On June 26, 2014, OFAC designated LA OFICINA DE ENVIGADO pursuant to the Kingpin Act. *See* Attachment 2, p. 22.
[9] On June 2, 2003, the President of the United States identified the Revolutionary Armed Forces of Colombia pursuant to the Kingpin Act. *See* Attachment 2, p.1.
[10] On June 27, 2012, OFAC designated Ali Houssein HARB pursuant to the Kingpin Act. *See* Attachment 2, p. 16.

2

WAKED FARES and WAKED HATUM specialize in trade-based money laundering schemes, including the over-valuation of commercial invoices, the falsification of commercial invoices, and corruption involving customs fraud, tax fraud, and bribes.

Drug proceeds were laundered using various businesses in Panama City, Panama and the Free Trade Zone located in Colon, Panama. Specifically, GRUPO WISA and VIDA PANAMA received bulk drug proceeds from drug traffickers, including the SINALOA CARTEL, as part of the drug money laundering scheme. GRUPO WISA and VIDA PANAMA would deposit the drug proceeds into banks in Panama, sell products to businesses in Colombia, and then use false invoices to deposit cash as payment for merchandise in banks in Panama.

WAKED FARES owns LA RIVIERA duty free stores in the Tocumen Airport in Panama City, Panama that are being used to launder millions of dollars in drug proceeds. Drug trafficking organizations are transporting bulk cash in suitcases aboard commercial airlines into Tocumen Airport, delivering the bulk cash to LA RIVIERA duty free stores and bribing airport officials.

In 2014, one of WAKED FARES' major clients was Ali HARB. WAKED FARES supplied HARB with home appliances that have been paid for in Panama.

In addition, the WAKED MLO has laundered drug profits through real estate investments and bank loans obtained by the family's businesses. The WAKED MLO, WAKED HATUM, and WAKED FARES have purchased hundreds of properties across Panama and have funded the development of various commercial real estate projects using the commissions they have earned from drug money laundering.

WAKED HATUM and WAKED FARES self-finance and use drug money to fund the purchase of supplies and other equipment needed during the development and construction phases of these commercial real estate projects, settle accounts with development and construction companies building the Millennium Plaza and the Soho Complex, and pay bribes to local authorities.

WAKED HATUM and WAKED FARES also exercise control over and use BALBOA BANK AND TRUST to launder narcotics proceeds; specifically they deposit drug bulk cash proceeds moved to Panama, control bank accounts for hundreds of companies, real and fictitious, and launder large sums of drug trafficking proceeds on behalf of their clients. WAKED HATUM and WAKED FARES charge a commission for the deposit of bulk United States dollars or Euros at BALBOA BANK AND TRUST branches in Panama.

WAKED FARES and WAKED HATUM also use shell companies and property holdings as collateral in exchange for loans. WAKED FARES and WAKED HATUM use the loans in furtherance of their money laundering activity. Funds are taken to pay for products that do not exist or to overpay for products. WAKED FARES and WAKED HATUM utilize fraudulent invoices to explain the payments for the products. Narcotics traffickers then pay WAKED FARES and WAKED HATUM in either bulk cash or via wire transfer. The loans are subsequently repaid, allowing the process to begin anew.

3

Attachment 1

## ORGANIZED CRIME DRUG ENFORCEMENT TASK FORCES

ORGANIZED CRIME DRUG ENFORCEMENT TASK FORCES

The Organized Crime Drug Enforcement Task Forces (OCDETF) Program was established in 1982 to mount a comprehensive attack against organized drug traffickers. Today, the OCDETF Program is the centerpiece of the United States Attorney General's drug strategy to reduce the availability of drugs by disrupting and dismantling major drug trafficking organizations and money laundering organizations and related criminal enterprises.

The Program operates nationwide and combines the resources and unique expertise of numerous federal agencies in a coordinated attack against major drug trafficking and money laundering organizations. The participants involved include the 94 U.S. Attorneys' Offices, the Bureau of Alcohol, Tobacco, Firearms and Explosives, the Drug Enforcement Administration, the Federal Bureau of Investigation, the Internal Revenue Service, the U.S. Coast Guard, the U.S. Immigration and Customs Enforcement, the U.S. Marshals Service, the Criminal and Tax Divisions of the U.S. Department of Justice and numerous State and local agencies.

The OCDETF strategy, under the direction of the Deputy Attorney General, aims to focus federal drug resources on reducing the flow of illicit drugs and drug proceeds by identifying and targeting the major trafficking organizations, eliminating the financial infrastructure of drug organizations by emphasizing financial investigations and asset forfeiture, redirecting federal drug enforcement resources to align them with existing and emerging drug threats, and conducting expanded, nationwide investigations against all the related parts of the targeted organizations.

OCDETF coordinates the annual formulation of the Consolidated Priority Organization Target (CPOT) List, a multi-agency target list of "command and control" elements of the most prolific international drug trafficking and money laundering organizations. OCDETF's attack on the related components of these major trafficking organizations will not only disrupt the drug market, resulting in a reduction in the drug supply, but will also bolster law enforcement efforts in the fight against those terrorist groups supported by the drug trade. The Program also requires its participants to identify major Regional Priority Organization Targets as part of the annual Regional Strategic Plan process.

OCDETF was originally formed as a part of a true "Task Force" approach against sophisticated criminal organizations, with prosecutors and law enforcement personnel working side-by-side in the same location. "OCDETF Strike Forces" in key cities around the country aggressively target the highest-level trafficking organizations and function as a central point of contact for OCDETF agents and prosecutors nationwide, gathering intelligence and disseminating leads throughout the neighboring areas.

The OCDETF Fusion Center (OFC) is the cornerstone of OCDETF's intelligence efforts and was created to enhance OCDETF's overall capacity to engage in intelligence-driven law enforcement, an essential component to the OCDETF Program. The OFC is a comprehensive data center that collects and analyzes drug and related financial investigative information and intelligence from a variety of sources to support OCDETF's coordinated, comprehensive, multi-jurisdictional investigations of the most significant drug trafficking and money laundering networks.

*Updated June 9, 2015*

Attachment 2

# DESIGNATIONS PURSUANT TO THE FOREIGN NARCOTICS KINGPIN DESIGNATION ACT

### Specially Designated Narcotics Traffickers [SDNTK]s
#### (Last updated November 24, 2015)

**PRESIDENTIALLY IDENTIFIED KINGPINS**

**The following individuals and entities have been identified by the President pursuant to section § 1904(b)(1) of the Kingpin Act.**

On June 1, 2000, the President identified the following 12 foreign persons as significant foreign narcotics traffickers under the Kingpin Act.

    (1) AMEZCUA-CONTRERAS, Jose de Jesus
    (2) AMEZCUA-CONTRERAS, Luis Ignacio
    (3) ARELLANO-FELIX, Benjamin Alberto
    (4) ARELLANO-FELIX, Ramon Eduardo
    (5) CARO-QUINTERO, Rafael
    (6) CARRILLO-FUENTES, Vicente
    (7) CHANG, Chi Fu
    (8) HEATH, Noel Timothy
    (9) MATTHEWS, Glenroy Vingrove
    (10) OGUNGBUYI, Abeni O.
    (11) OGUNGBUYI, Oluwole A.
    (12) WEI Hsueh Kang

On June 1, 2001, the President identified the following 12 foreign persons under the Kingpin Act.

    (13) ALVAREZ TOSTADO, Jose
    (14) AFGHAN, Sher
    (15) CARDENAS GUILLEN, Osiel
    (16) CARO QUINTERO, Miguel Angel
    (17) CHANG, Ping Yun
    (18) GILBOA, Joseph
    (19) GUZMAN LOERA, Joaquin
    (20) HAMIEH, Jamiel
    (21) HIGUERA GUERRERO, Ismael
    (22) KHAN, Nasir Ali
    (23) MALHERBE DE LEON, Oscar
    (24) RAMON MAGANA, Alcides

On May 31, 2002, the President identified the following 7 foreign persons as significant foreign narcotics traffickers under the Kingpin Act.

    (25) DA COSTA, Luis Fernando
    (26) GONZALEZ QUIRARTE, Eduardo
    (27) IBRAHIM, Haji
    (28) KNOWLES, Samuel
    (29) TUITO, Oded
    (30) VILLANUEVA MADRID, Mario Ernesto
    (31) ZAMBADA GARCIA, Ismael

On June 2, 2003, the President identified the following 7 foreign persons and 3 entities as significant foreign narcotics traffickers under the Kingpin Act.

    (32) DIAS DE MENDONCA, Leonardo
    (33) ESPARRAGOZA MORENO, Juan Jose

    (34) PALMA SALAZAR, Hector Luis
    (35) QUINTERO MERAZ, Jose Albino
    (36) REVOLUTIONARY ARMED FORCES OF COLOMBIA
    (37) UNITED SELF-DEFENSE FORCES OF COLOMBIA
    (38) UNITED WA STATE ARMY

On June 1, 2004, the President identified the following 8 foreign persons and 2 entities as significant foreign narcotics traffickers under the Kingpin Act.

    (39) ARELLANO FELIX ORGANIZATION
    (40) ARELLANO FELIX, Eduardo Ramon
    (41) ARELLANO FELIX, Francisco Javier
    (42) CARRILLO FUENTES ORGANIZATION
    (43) VALENCIA CORNELIO, Armando
    (44) NEMBHARD, Norris
    (45) RAMCHARAN, Leebert
    (46) ZEVALLOS GONZALES, Fernando Melciades
    (47) MIRCHI, Iqbal
    (48) NOORZAI, Haji Bashir

On June 1, 2005, the President identified the following 8 foreign persons and 1 entity as significant foreign narcotics traffickers under the Kingpin Act.

    (49) ARRIOLA MARQUEZ, Miguel Angel
    (50) ARRIOLA MARQUEZ, Oscar Arturo
    (51) CORONEL VILLAREAL, Ignacio
    (52) DIODATO DEL GALLO, Marco Marino
    (53) GAXIOLA MEDINA, Rigoberto
    (54) HERRERA GARCIA, Otto Roberto
    (55) MOHAMMAD, Haji Baz
    (56) WONG, Moon Chi
    (57) ARRIOLA MARQUEZ ORGANIZATION

On June 1, 2006, the President identified the following 3 foreign persons and two entities as significant foreign narcotics traffickers under the Kingpin Act.

    (58) IBRAHIM, Dawood
    (59) JAMIL GEORGES, Fahd
    (60) NAWAY, Haji Ali
    (61) AMEZCUA CONTRERAS ORGANIZATION
    (62) DAWOOD IBRAHIM ORGANIZATION

On June 1, 2007, the President identified the following 5 foreign persons and 1 entity as significant foreign narcotics traffickers under the Kingpin Act.

    (63) ALIZAI, Haji Azizullah
    (64) BARTH, Frederik Heinz
    (65) CAZAREZ SALAZAR, Victor Emilio
    (66) KHAN, Shahbaz
    (67) PAREDES CORDOVA, Jorge Mario
    (68) GULF CARTEL

On May 30, 2008, the President identified the following 4 foreign persons and 3 entities as significant foreign narcotics traffickers under the Kingpin Act.

(69) BELTRAN LEYVA, Marcos Arturo
(70) GONZALEZ POLANCO, Hermagoras
(71) MOHAMMADHASNI, Haji Asad Khan Zarkari
(72) YAKUT, Cumhur
(73) BELTRAN LEYVA ORGANIZATION
(74) 'NDRANGHETA ORGANIZATION
(75) KURDISTAN WORKERS' PARTY

On April 15, 2009, the President identified the following 3 entities as significant foreign narcotics traffickers under the Kingpin Act.

(76) LA FAMILIA MICHOACANA
(77) LOS ZETAS
(78) SINALOA CARTEL

On May 29, 2009, the President identified the following 3 foreign persons and 1 entity as significant foreign narcotics traffickers under the Kingpin Act.

(79) BHEEL, Imam
(80) MAKLED GARCIA, Walid
(81) RENDON HERRERA, Daniel
(82) HAJI JUMA KHAN ORGANIZATION

On June 1, 2010, the President identified the following 5 foreign persons as significant foreign narcotics traffickers under the Kingpin Act.

(83) ALIZAI, Haji Agha Jan
(84) BANDO, Haji
(85) CONTE, Ousmane
(86) SULEMAN, Mohamed Bachir
(87) VILLARREAL BARRAGAN, Sergio Enrique

On June 1, 2011, the President identified the following 7 foreign persons as significant foreign narcotics traffickers under the Kingpin Act

(88) CALLE SERNA, Javier Antonio
(89) INZUNZA INZUNZA, Gonzalo
(90) ISHAQZAI, Haji Lal Jan
(91) KOLBAYEV, Kamchybek Asanbekovich
(92) MWAU, John Harun
(93) NYAKINIYWA, Naima Mohamed
(94) TORRES FELIX, Manuel

On June 1, 2012, the President identified the following 3 foreign persons and 3 entities as significant foreign narcotics traffickers under the Kingpin Act.

(95) KELMENDI, Naser
(96) SHAH, Sayed Wazir
(97) SOTO GASTELUM, Jose Antonio

On May 31, 2013, the President identified the following 3 foreign persons and 3 entities as significant foreign narcotics traffickers under the Kingpin Act.

(98) KARNER, Mihael
(99) NOORZAI, Haji Kotwal
(100) LOS CABALLEROS TEMPLARIOS
(101) LOS CACHIROS
(102) LOS URABENOS

(103) SANCHEZ ARELLANO, Luis Fernando

On May 30, 2014, the President identified the following 3 foreign persons as significant foreign narcotics traffickers under the Kingpin Act.

(104) BARROS, Francisco de Fatima Frederico
(105) NAVARRO CERRANO, Victor Ramon
(106) SALAZAR UMANA, Jose Adan

On June 1, 2015, the Treasury Department identified[1] the following foreign entity as a significant foreign narcotics trafficker under the Kingpin Act.

(107) SHINING PATH

## TREASURY KINGPIN DESIGNATIONS

**The following individuals and entities have been designated by the Treasury pursuant to section § 1904(b), (2), (3), and/or (4) of the Kingpin Act. Treasury designated Kingpins pursuant to § 1904(b)(4) are identified by an asterisk ("*").**

On January 31, 2002, OFAC identified the following 15 foreign individuals and 12 foreign entities as derivative designations of significant foreign narcotics traffickers named under the Kingpin Act.

Glenroy Matthews Designations
**Individual:**
(1) Individual Removed On September 29, 2010

**Entities:**
(2) Entity Removed On March 7, 2002
(3) Entity Removed On February 24, 2015

AFO Chart
**Individuals:**
(4) AGUILAR AMAO, Miguel
(5) Individual Removed On February 24, 2015
(6) ARELLANO FELIX, Enedina
(7) FREGOSO AMEZQUITA, Maria Antonieta
(8) GIL GARCIA, Jose Alejandro
(9) HERNANDEZ PULIDO, Maria Elda
(10) MIJARES TRANCOSO, Gilberto
(11) MORENO MEDINA, Luis Ignacio
(12) OROPEZA MEDRANO, Francisco Javier
(13) Individual Removed On August 20, 2014
(14) RAMIREZ AGUIRRE, Sergio Humberto
(15) TOLEDO CARREJO, Luis Raul

**Entities:**
(16) ACCESOS ELECTRONICOS, S.A. de C.V.
(17) ADMINISTRADORA DE INMUEBLES VIDA, S.A. de C.V.
(18) ADP, S.C.
(19) DISTRIBUIDORA IMPERIAL DE BAJA CALIFORNIA, S.A. de C.V.

---

[1] The authority to identify significant foreign narcotics traffickers under the Kingpin Act was delegated to the Treasury Department on May 15, 2015.

2



(20) FARMACIA VIDA SUPREMA, S.A. de C.V.
(21) FORPRES, S.C.
(22) GEX EXPLORE, S. de R.L. de C.V.
(23) OPERADORA VALPARK, S.A. de C.V.
(24) VALPARK, S.A. de C.V.

[MAG Chart](#)
    **Individuals:**
    (25) AGUIRRE GALINDO, Manuel
    (26) Individual Removed On April 28, 2011

    **Entities:**
    (27) COMPLEJO TURISTICO OASIS, S.A. de C.V.

On [February 18, 2004](#), OFAC identified the following 37 foreign individuals and 3 foreign entities as derivative designations of significant foreign narcotics traffickers named under the Kingpin Act. [Press](#)

[FARC Chart](#)
    **Individuals:**
    (28) ALBAN BURBANO, Luis Alberto
    (29) BOCOTA AGUABLANCA, Gustavo
    (30) BRICENO SUAREZ, German
    (31) BRICENO SUAREZ, Jorge
    (32) CABRERA, Jose Benito
    (33) CARACAS VIVEROS, Oscar
    (34) CASTELLANOS GARZON, Henry
    (35) DEVIA SILVA, Luis Edgar
    (36) LONDONO ECHEVERRY, Rodrigo
    (37) MARIN ARANGO, Luciano
    (38) MARIN, Pedro Antonio
    (39) MATA MATA, Noel
    (40) MOLINA CARACAS, Tomas
    (41) PINEDA PALMERA, Juvenal Ovidio
    (42) SAENZ VARGAS, Guillermo Leon
    (43) TONCEL REDONDO, Milton De Jesus
    (44) TORRES VICTORIA, Jorge
    (45) VARGAS PERDOMO, Eugenio
    (46) Individual Removed On January 30, 2013

[AUC Chart](#)
    **Individuals:**
    (47) ARROYAVE RUIZ, Elkin Alberto
    (48) ATENCIA PITALUA, Rafael Dario
    (49) BLANCO PUERTA, Edgar Fernando
    (50) BUITRAGO PARADA, Hector German
    (51) CASTANO GIL, Carlos
    (52) Individual Removed On April 28, 2015
    (53) CASTANO GIL, Jose Vicente
    (54) CIFUENTES GALINDO, Luis Eduardo
    (55) DUQUE GAVIRIA, Ivan Roberto
    (56) GIRALDO SERNA, Hernan
    (57) GOMEZ ALVAREZ, Sor Teresa
    (58) ISAZA ARANGO, Ramon Maria
    (59) MANCUSO GOMEZ, Salvatore
    (60) MURILLO BEJARANO, Diego Fernando
    (61) PEREZ ALZATE, Guillermo
    (62) Individual Removed On October 10, 2012
    (63) Individual Removed On October 19, 2010
    (64) SIERRA RAMIREZ, Juan Carlos

    **Entities:**
    (65) FUNDACION PARA LA PAZ DE CORDOBA
    (66) Entity Removed On October 10, 2012
    (67) Entity Removed On October 10, 2012

On [November 10, 2004](#), OFAC identified the following entity as a derivative designation of significant foreign narcotics traffickers named under the Kingpin Act.

    (68) AERO CONTINENTE S.A. (n.k.a. NUEVO CONTINENTE S.A.)

On [November 24, 2004](#), OFAC identified the following 6 foreign individuals under the Kingpin Act. [AFO Chart](#), [Press](#)

    (69) AURELIANO FELIX, Jorge
    (70) HIGUERA GUERRERO, Gilberto
    (71) LABRA AVILES, Jesus Abraham
    (72) MARTINEZ DUARTE, Armando
    (73) PEREZ PASUENGO, Efrain
    (74) YANEZ GUERRERO, Rigoberto

On [January 12, 2005](#), OFAC identified the following 24 foreign individuals and 15 foreign entities as derivative designations of significant foreign narcotics traffickers named under the Kingpin Act. [AFO Chart](#), [Press](#)

    **Individuals:**
    (75) Individual Removed On January 30, 2013
    (76) Individual Removed On January 30, 2013
    (77) Individual Removed On January 30, 2013
    (78) Individual Removed On January 30, 2013
    (79) Individual Removed On January 30, 2013
    (80) Individual Removed On January 30, 2013
    (81) Individual Removed On January 30, 2013
    (82) Individual Removed On January 30, 2013
    (83) Individual Removed On May 24, 2012
    (84) Individual Removed On January 30, 2013
    (85) Individual Removed On January 30, 2013
    (86) Individual Removed On January 30, 2013
    (87) Individual Removed On January 30, 2013
    (88) Individual Removed On January 30, 2013
    (89) Individual Removed On January 30, 2013
    (90) Individual Removed On January 30, 2013
    (91) Individual Removed On January 30, 2013
    (92) Individual Removed On January 30, 2013
    (93) Individual Removed On January 30, 2013
    (94) Individual Removed On January 30, 2013
    (95) Individual Removed On December 19, 2012
    (96) Individual Removed On December 23, 2014
    (97) Individual Removed On January 30, 2013
    (98) Individual Removed On January 30, 2013

    **Entities:**
    (99) Entity Removed On January 30, 2013
    (100) Entity Removed On January 30, 2013
    (101) Entity Removed On January 30, 2013
    (102) Entity Removed On January 30, 2013
    (103) Entity Removed On January 30, 2013
    (104) Entity Removed On January 30, 2013
    (105) Entity Removed On January 30, 2013
    (106) Entity Removed On January 30, 2013
    (107) Entity Removed On May 24, 2012
    (108) Entity Removed On January 30, 2013
    (109) Entity Removed On January 30, 2013
    (110) Entity Removed On May 24, 2012
    (111) Entity Removed On May 24, 2012
    (112) Entity Removed On January 30, 2013
    (113) Entity Removed On January 30, 2013

3

On March 3, 2005, OFAC identified the following 4 foreign entities as derivative designations of significant foreign narcotics traffickers named under the Kingpin Act. Press

    (114) CARIBBEAN BEACH PARK
    (115) CARIBBEAN SHOWPLACE LTD
    (116) RAMCHARAN LTD
    (117) RAMCHARAN BROTHERS LTD

On August 18, 2005, OFAC identified the following 12 foreign individuals and 12 foreign entities as derivative designations of significant narcotics traffickers named under the Kingpin Act. Press

AFO Chart

**Individuals:**
    (118) ALTAMIRANO LOPEZ, Hector
    (119) Individual Removed On June 10, 2010
    (120) MELGOZA TORRES, Martin
    (121) SOTO GIL, Yolanda Esthela

**Entities:**
    (122) COMERCIALIZADORA AMIA, S.A. DE C.V.
    (123) KONTROLES ELECTRONICOS DE BAJA CALIFORNIA, S.A. DE C.V.
    (124) SERVICIOS ADMINISTRATIVOS Y DE ORGANIZACION, S.C.

AMO Chart

**Individuals:**
    (125) ARRIOLA MARQUEZ, Edgar Fernando
    (126) ARRIOLA MARQUEZ, Luis Raul
    (127) CARRERA YLLADES, Marisela
    (128) HERNANDEZ MORENO, Arturo
    (129) LOPEZ POBLANO, Beatriz Raquel
    (130) MARTINEZ CASAS, Carlos Mario
    (131) PEREZ CASTANO, Mario Alberto
    (132) TAPIA ORTEGA, Abigail

**Entities:**
    (133) AUTO EXPRESS DORADOS S.A. DE C.V.
    (134) CAMBIOS PALMILLA S.A. DE C.V.
    (135) CHIHUAHUA FOODS S.A. DE C.V.
    (136) CORRALES SAN IGNACIO S.P.R. DE R.L. DE C.V.
    (137) DEL NORTES CARNES FINAS SAN IGNACIO S.A. DE C.V.
    (138) GASOLINERAS SAN FERNANDO S.A. DE C.V.
    (139) INDIO VITORIO S. DE P.R. DE R.L. DE C.V.
    (140) INMOBILIARIA EL ESCORPION DEL NORTE S.A. DE C.V.
    (141) INMOBILIARIA EL PRESON S.A. DE C.V.

On November 3, 2005, OFAC identified the following 11 foreign individuals and 16 foreign entities as derivative designations of significant narcotics traffickers named under the Kingpin Act. WEI Hsueh Kang Financial Network Chart, Press

**Individuals:**
    (142) CHAIJAMROONPHAN, Warin
    (143) CHAIWORASIN, Wilai
    (144) CHAIWORASIN, Wimonsi
    (145) CHARIAPAPORN, Hiran
    (146) JANPRAPAPORN, Arin
    (147) JUNTARAPRAPORN, Aping
    (148) KRADUMPORN, Somboon
    (149) KRADUMPORN, Varee
    (150) PHUANGPHET, Suwit
    (151) PICHAYOS, Winai

    (152) UDOMDET, Ronnayut

**Entities:**
    (153) A-TEAM CHEMICALS COMPANY LTD.
    (154) BANGKOK ARTI-FLORA DESIGN LIMITED PARTNERSHIP
    (155) BANGKOK SILK FLOWER COMPANY LTD.
    (156) GREEN CAR RENT LIMITED PARTNERSHIP
    (157) HATKAEW COMPANY LTD.
    (158) KRADUMPORN IMPORT EXPORT COMPANY LTD.
    (159) MAESAI K.D.P. COMPANY LTD.
    (160) NICE FANTASY GARMENT COMPANY LTD.
    (161) PLOYDAENG JEWELRY SHOP
    (162) PLUS TECH AUTO SUPPLY COMPANY LTD.
    (163) PROGRESS SURAWEE COMPANY LTD.
    (164) RATTANA VICHAI COMPANY LTD.
    (165) RUNGRIN COMPANY LTD.
    (166) SCORE COMMERCIAL COMPANY LTD.
    (167) SIAM NICE COMPANY LTD.
    (168) V.R. FRUIT COMPANY

On July 12, 2006, OFAC identified the following 20 foreign individuals and 14 foreign entities as derivative designations of significant narcotics traffickers named under the Kingpin Act. AFO Chart

**Individuals:**
    (169) Individual Removed On December 23, 2014
    (170) Individual Removed On December 12, 2012
    (171) Individual Removed On December 12, 2012
    (172) Individual Removed On December 23, 2014
    (173) Individual Removed On December 23, 2014
    (174) ARREOLA GOMEZ, Guadalupe Armando,
    (175) Individual Removed On July 30, 2013
    (176) ARRIOLA LUNA, Paola
    (177) Individual Removed On December 23, 2014
    (178) Individual Removed On December 23, 2014
    (179) CARRASCO MIRANDA, Willebaldo
    (180) Individual Removed On December 23, 2014
    (181) LICON MUNOZ, Jorge Arturo
    (182) Individual Removed On December 23, 2014
    (183) Individual Removed On December 23, 2014
    (184) Individual Removed On December 12, 2012
    (185) Individual Removed On December 23, 2014
    (186) Individual Removed On December 23, 2014
    (187) Individual Removed On July 30, 2013
    (188) Individual Removed On December 23, 2014

**Entities:**
    (189) Entity Removed On December 23, 2014
    (190) Entity Removed On December 23, 2014
    (191) Entity Removed On December 23, 2014
    (192) Entity Removed On December 23, 2014
    (193) Entity Removed On December 23, 2014
    (194) Entity Removed On December 23, 2014
    (195) Entity Removed On December 23, 2014
    (196) Entity Removed On December 23, 2014
    (197) Entity Removed On December 23, 2014
    (198) Entity Removed On December 23, 2014
    (199) Entity Removed On December 23, 2014
    (200) Entity Removed On December 23, 2014
    (201) Entity Removed On December 23, 2014
    (202) Entity Removed On December 23, 2014

4

On September 28, 2006, OFAC identified the following 15 foreign individuals and 5 foreign entities as derivative designations of significant narcotics traffickers named under the Kingpin Act.

AFO Chart, AFO Press
    **Individuals:**
    (203) Individual Removed On April 8, 2009
    (204) HERNANDEZ SOMERO, Urbano
    (205) JIMENEZ PEREZ, Jose Julian Bruno
    (206) PELAYO MENDOZA, Franco Arturo
    (207) URIBE URIBE, Miguel Angel
    (208) Individual Removed On May 21, 2010

    **Entities:**
    (209) INMOBILIARIA ESPARTA S.A. DE C.V.
    (210) INMOBILIARIA ESTADO 29 S.A. DE C.V.
    (211) INMOBILIARIA LA PROVINCIA S.A. DE C.V.
    (212) INMOBILIARIA TIJUANA COSTA S.A. DE C.V.
    (213) PLAYA MAR S.A. DE C.V.

FARC Chart, FARC Press
    **Individuals:**
    (214) AGUILAR RAMIREZ, Gerardo Antonio
    (215) ALVIS PATINO, Gentil
    (216) CARVAJALINO, Jesus Emilio
    (217) GARCIA MOLINA, Gener
    (218) GRANDA ESCOBAR, Rodrigo
    (219) JUVENAL VELANDIA, Jose
    (220) LISANDRO LASCARRO, Jose
    (221) SERPA DIAZ, Alvaro Alfonso
    (222) TOVAR PARRA, Ferney

On May 17, 2007, OFAC identified the following 12 foreign individuals and 6 foreign entities as derivative designations of significant narcotics traffickers named under the Kingpin Act. Zambada Garcia Chart, Press

    **Individuals:**
    (223) ZAMBADA NIEBLA, Maria Teresa
    (224) NIEBLA CORDOZA, Rosario
    (225) ZAMBADA NIEBLA, Midiam Patricia
    (226) ZAMBADA NIEBLA, Monica del Rosario
    (227) ZAMBADA NIEBLA, Modesta
    (228) PEREGRINA TOBOADA, Jose Antonio
    (229) BUENO GARCIA, Santos
    (230) LOPEZ DIAZ, Jesus Alfonso
    (231) ARAUJO LAVEAGA, Carmen Amelia
    (232) TORRES FELIX, Javier
    (233) ZAMBADA NIEBLA, Vicente
    (234) BORBOA ZAZUETA, Zynthia

    **Entities:**
    (235) NUEVA INDUSTRIA DE GANADEROS DE
         CULIACAN S.A. DE C.V.
    (236) JAMARO CONSTRUCTORES S.A. DE C.V.
    (237) ESTABLO PUERTO RICO S.A. DE C.V.
    (238) ESTANCIA INFANTIL NINO FELIZ S.C.
    (239) MULTISERVICIOS JEVIZ S.A. DE C.V.
    (240) ROSARIO NIEBLA CARDOZA A. EN P.

On November 1, 2007, OFAC identified the following 15 foreign individuals as derivative designations of a significant narcotics trafficker named under the Kingpin Act. FARC Chart, Press

    (241) CABANA GUILLEN, Sixto Antonio
    (242) CABRERA DIAZ, Hermilo
    (243) CAICEDO COLORADO, Abelardo

    (244) CAMARGO, Norbei
    (245) CUEVAS CABRERA, Erminso
    (246) LEAL GARCIA, Ignacio
    (247) LOPEZ MENDEZ, Luis Eduardo
    (248) MOLINA GONZALEZ, Jose Epinemio
    (249) OLARTE LOMBANA, Alonso
    (250) PASCUAS SANTOS, Miguel Angel
    (251) RODRIGUEZ MENDIETA, Jorge Enrique
    (252) ROPERO SUAREZ, Emiro del Carmen
    (253) SANTANILLA BOTACHE, Miguel
    (254) TORRES CUETER, Guillermo Enrique
    (255) TRASLAVINA BENAVIDES, Erasmo

On November 27, 2007, OFAC identified the following 9 foreign individuals and 13 foreign entities as derivative designations of a significant narcotics trafficker named under the Kingpin Act. Shahbaz Khan Chart, Press

    **Individuals:**
    (256) AZAM, Amir
    (257) BEHZAD, Ahmad Abdulla Mohammad Abdulla
    (258) DUZCAN, Ceylan
    (259) GHANI, Mohammad Nadeem
    (260) KHAN, Sherbaz
    (261) LOAN, Waseem Rauf
    (262) MICHIELSEN, Tom
    (263) NOOR MUHAMMAD, Abdul Majeed
    (264) SCHNEIDER, Simon

    **Entities:**
    (265) A A TRADING FZCO
    (266) AL AMLOOD TRADING LLC
    (267) BELS FLOWERS IMPORT EXPORT BVBA
    (268) DUBAI TRADING COMPANY
    (269) FMF GENERAL TRADING LLC
    (270) KHAN & SCHIRINDEL GMBH
    (271) OFFENBACH HAUSHALTWAREN B.V.
    (272) SAF TECH S.L.
    (273) SHAHBAZ KHAN GENERAL TRADING LLC
    (274) SHAHBAZ TV CENTER
    (275) SHAHNAWAZ TRADERS
    (276) SHER MATCH INDUSTRIES (PVT.) LIMITED
    (277) ZULEKHA GENERAL TRADING LLC

On December 12, 2007, OFAC identified the following 23 foreign individuals and 19 foreign entities as derivative designations of a significant narcotics trafficker named under the Kingpin Act. Blanca Cazares Chart, Press

    **Individuals:**
    (278) AGUIRRE SANCHEZ, Blanca Armida
    (279) AGUIRRE SANCHEZ, Claudia
    (280) BELTRAN ROMERO, Mireya Denisse
    (281) BELTRAN SANCHEZ, Hector Manuel
    (282) CAZARES SALAZAR, Blanca Margarita
    (283) CAZAREZ PEREZ, Efrain
    (284) CAZAREZ PEREZ, Irma
    (285) CAZAREZ PEREZ, Maria Tiburcia
    (286) Individual Removed On May 21, 2010
    (287) MEZA CAZARES, Arturo
    (288) MEZA CAZARES, Gipsy
    (289) MEZA CAZARES, Lizbeth
    (290) MEZA GASPAR, Arturo
    (291) OLIVAS OJEDA, Jesus Joaquin
    (292) OLIVAS OJEDA, Juan Carlos
    (293) OLIVAS OJEDA, Marco Antonio

5

(294) PATRACA PONCE, Jorge Normando
(295) PEREZ VERDUZCO, Roberto
(296) Individual Removed On May 24, 2012
(297) RUIZ ZAVALA, Aleyda
(298) Individual Removed On August 29, 2012
(299) VELARDE SARABIA, Antonio
(300) ZAZUETA URREA, Epifanio

**Entities:**
(301) AGBAS CONSULTORES, S.A. DE C.V.
(302) CAZPER IMPORTACIONES, S.A. DE C.V.
(303) COCINA DE TIJUANA, S. DE R.L. DE C.V.
(304) COMERCIAL DOMELY, S.A. DE C.V
(305) COMERCIAL JOANA, S.A. DE C.V.
(306) COMERCIALIZADORA BRIMAR'S, S.A. DE C.V.
(307) COMERCIALIZADORA JALSIN, S.A. DE C.V.
(308) COMERCIALIZADORA TOQUIN, S.A. DE C.V.
(309) CONSORCIO INMOBILIARIO DEL VALLE DE CULIACAN, S.A. DE C.V.
(310) HACIENDA CIEN ANOS DE TIJUANA, S. DE R.L. DE C.V.
(311) MEXGLOBO, S.A. DE C.V.
(312) MULTISERVICIOS AGSA, S.A. DE C.V.
(313) OPERADORA INTEGRAL DE COMERCIO, S.A. DE C.V.
(314) PATRACA, S.A. DE C.V.
(315) SEPRIV, S.A. DE C.V.
(316) SIN-MEX IMPORTADORA, S.A. DE C.V.
(317) SISTEMA DE RADIO DE SINALOA, S.A. DE C.V.
(318) TECNOLOGIA DIGITAL Y SERVICIOS, S.A. DE C.V.
(319) TOYS FACTORY, S.A. DE C.V.

On January 15, 2008, OFAC identified the following 6 foreign individuals and 1 foreign entity as derivative designations of significant narcotics traffickers named under the Kingpin Act. FARC 27th Front Jan 2008 Chart, Press

**Individuals:**
(320) AGUDELO VELASQUEZ, Norberto Antonio
(321) PAVA GIRALDO, Dora Lilia
(322) VARGAS ALBA, Cesar Augusto
(323) VARGAS ALBA, Jorge Leandro
(324) VARGAS ARIAS, Jorge Eliecer
(325) Individual Removed On June 24, 2015

**Entities:**
(326) COMERCIALIZADORA COLOMBIAN MONEY EXCHANGE LTDA.

On April 22, 2008, OFAC identified the following 4 foreign individuals and 2 foreign entities as derivative designations of a significant narcotics trafficker named under the Kingpin Act. FARC 27th Front April 2008 Chart, Press

**Individuals:**
(327) CALDERON VELANDIA, Nilson
(328) CAMACHO BERNAL, Jose Edilberto
(329) Individual Removed On February 19, 2014
(330) RINCON MOLINA, Myriam

**Entities:**
(331) CAMBIOS EL TREBOL
(332) Entity Removed On February 19, 2014

On May 7, 2008, OFAC identified the following foreign entity as a derivative designation of a significant narcotics trafficker named under the Kingpin Act. Press

(333) Entity Removed On March 30, 2011

On July 31, 2008, OFAC identified the following 13 foreign individuals and 6 foreign entities as derivative designations of a significant narcotics trafficker named under the Kingpin Act. FARC 1st Material Support Network Chart, Press

**Individuals:**
(334) CONDE RUBIO, Nancy
(335) CORREDOR IBAGUE, Jose Maria
(336) Individual Removed On July 30, 2013
(337) CUESTA LEON, Josue
(338) CULMA SUNZ, Bladimir
(339) DIAZ OREJUELA, Miguel Angel
(340) FARFAN SUAREZ, Alexander
(341) GALLEGO RUBIO, Maribel
(342) GUTIERREZ VERGARA, Luz Mery
(343) MORALES LOAIZA, Edilma
(344) PENA AREVALO, Ana Isabel
(345) RUEDA GIL, Camilo
(346) TORRES, Ana Leonor

**Entities:**
(347) CAMBIOS EURO LTDA
(348) Entity Removed On July 30, 2013
(349) COMUNICACIONES UNIDAS DE COLOMBIA LTDA
(350) DIZRIVER Y CIA. S. EN C.
(351) EXCHANGE CENTER LTDA
(352) LA MONEDITA DE ORO LTDA

On August 5, 2008, OFAC identified the following 17 individuals and 14 foreign entities as derivative designations of a significant narcotics trafficker named under the Kingpin Act. Rigoberto Gaxiola Medina Chart

**Individuals:**
(353) AGUIRRE CARDONA, Armando
(354) ARCE BORBOA, Ana Cristina
(355) BALDENEGRO BASTIDAS, Manuel Dario
(356) DUARTE MUNOZ, Roque
(357) FITCH PARENTE, Jose Elmer
(358) FITCH PARENTE, Pablo Antonio
(359) FITCH TOVAR, Jose Manuel
(360) Individual Removed On April 28, 2015
(361) GARCIA DURAN, Maria Del Rosario
(362) GAXIOLA GARCIA, Carlos Alberto
(363) GAXIOLA GARCIA, Maria Elena
(364) GAXIOLA GARCIA, Rigoberto
(365) GUZMAN ENRIQUEZ, Juan Luis
(366) LUCERO DE MARTINEZ, Sandra
(367) QUINTERO ARCE, Juan Francisco
(368) VALENCIA JAIME, Rafael Angel
(369) VEGA SANCHEZ, Jose Raul

**Entities:**
(370) AGRICOLA GAXIOLA S.A. DE C.V.
(371) BIOESPORT S.A. DE C.V.
(372) COMPANIA MINERA DEL RIO CIANURY S.A. DE C.V.
(373) COPA DE PLATA S.A. DE C.V.

6

DEPARTMENT OF THE TREASURY

(374) DISTRIBUIDORA DE HERMOSILLO GAXIOLA
HERMANOS S.A. DE C.V.
(375) DISTRIBUIDORA GRAN AUTO S.A. DE C.V.,
(376) FLETES Y TRANSPORTES GAXGAR S.A. DE C.V.
(377) GRUPO INDUSTRIAL GAXIOLA HERMANOS S.A.
DE C.V.
(378) INMOBILIARIA GAXIOLA HERMANOS S.A. DE
C.V.
(379) INMUEBLES SIERRA VISTA S.A. DE C.V.
(380) MINERA LA CASTELLANA Y ANEXAS S.A. DE
C.V.
(381) MINERA RIO PRESIDIO S.A. DE C.V.
(382) MOLDURAS DEL NOROESTE S.A. DE C.V.
(383) TEMPLE DEL PITIC S.A. DE C.V.

On September 12, 2008, OFAC identified the following 3 foreign
individuals as derivative designations of a significant narcotics
trafficker named under the Kingpin Act. FARC Chart, Press

(384) CARVAJAL BARRIOS, Hugo Armando
(385) RANGEL SILVA, Henry de Jesus
(386) RODRIGUEZ CHACIN, Ramon Emilio

On September 30, 2008, OFAC identified the following 8 foreign
individuals as derivative designations of a significant narcotics
trafficker named under the Kingpin Act. FARC Chart, Press

(387) LESMES BULLA, Jairo Alfonso
(388) TREJO FREIRE, Efrain Pablo
(389) JURADO PALOMINO, Orlay
(390) SALINAS PEREZ, Ovidio
(391) DAVALOS TORRES, Jorge
(392) CADENA COLLAZOS, Francisco Antonio
(393) CALDERON DE TRUJILLO, Nubia
(394) LOPEZ PALACIOS, Liliana

On October 2, 2008, OFAC identified the following 10 foreign
individuals and 6 foreign entities as derivative designations of a
significant narcotics trafficker named under the Kingpin Act.
Amezcua Contreras Chart, Press

**Individuals:**
(395) ALVAREZ VAZQUEZ, Jose Gerardo
(396) AMEZCUA CONTRERAS, Adan
(397) AMEZCUA CONTRERAS, Patricia
(398) LADINO AVILA, Jaime Arturo
(399) Individual Removed On January 10, 2012
(400) PULIDO VALDIVIA, Javier
(401) RENDON POBLETE, Rosalinda
(402) Individual Removed On May 22, 2015
(403) Individual Removed On May 22, 2015
(404) Individual Removed On May 22, 2015

**Entities:**
(405) AMERICAN TUNE UP, S.A. DE C.V.
(406) FARMACIA JERLYNE, S.A. DE C.V.
(407) LABORATORIOS WILLMAR, S.A. DE C.V.
(408) Entity Removed On January 10, 2012
(409) Entity Removed On May 22, 2015
(410) Entity Removed On May 22, 2015

On November 13, 2008, OFAC identified the following 26 foreign
individuals and 17 foreign entities as derivative designations of a
significant narcotics trafficker named under the Kingpin Act.
United Wa State Army Financial Network Chart, Press

**Individuals:**

(411) AKIRAPHOKIN, Thit
(412) BOONCHUA, Chanchira
(413) CHA, Ta Fa
(414) CHANG, Chin Sung
(415) CHOU, Hsien Cheng
(416) HLA, Aung
(417) HO, Chun Ting
(418) KHINE, Oo Oo
(419) KYA, La Bo
(420) LAO, Ssu
(421) LI, Cheng Yu
(422) LI, Kai Shou
(423) MYINT, Li
(424) PAO, Hua Chiang
(425) PAO, Yu Hsiang
(426) PAO, Yu Liang
(427) PAO, Yu Yi
(428) PO, Kong
(429) PRAPATWORA, Atchara
(430) SAMSAENG, Suthep
(431) SHIH, Kuo Neng
(432) THET, Naing Win
(433) TUAN, Shao Kuei
(434) WEI, Hsueh Lung
(435) WEI, Hsueh Yuan
(436) YUN, Cheng

**Entities:**
(437) DEHONG THAILONG HOTEL CO., LTD.
(438) HONG PANG ELECTRONIC INDUSTRY CO., LTD.
(439) HONG PANG GEMS & JEWELLERY (HK) CO.
LIMITED
(440) HONG PANG GEMS & JEWELLERY COMPANY
LIMITED
(441) HONG PANG GENERAL TRADING COMPANY,
LIMITED
(442) HONG PANG LIVESTOCK DEVELOPMENT
COMPANY LIMITED
(443) HONG PANG MINING COMPANY LIMITED
(444) HONG PANG TEXTILE COMPANY LIMITED
(445) KHUM THAW COMPANY LIMITED
(446) SANGSIRI KANKASET COMPANY LIMITED
(447) SHUEN WAI HOLDING LIMITED
(448) TET KHAM (S) PTE. LTD.
(449) TET KHAM CONSTRUCTION COMPANY
LIMITED
(450) TET KHAM GEMS CO., LTD.
(451) TING SHING TAI JEWELLERY (HK)  CO. LIMITED
(452) VEST SPECTRUM (S) PTE. LTD.
(453) YANGON AIRWAYS COMPANY LIMITED

On January 14, 2009, OFAC identified the following 3 foreign
individuals as derivative designations of a significant narcotics
trafficker named under the Kingpin Act. FARC Chart, Press

(454) GARCIA ALBERT, Maria Remedios
(455) RODRIGO VEGA, Vlaudin
(456) ZABALA PADILLA, Omar Arturo

On February 10, 2009, OFAC identified the following 14 foreign
individuals and 26 foreign entities as derivative designations of a
significant narcotics trafficker named under the Kingpin Act.
Zevallos Chart, Press

**Individuals:**
(457) Individual Removed On July 30, 2013

(458) Individual Removed On April 28, 2015
(459) Individual Removed On June 10, 2010
(460) GONZALES GARBANCHO DE ZEVALLOS, Sara
Maria
(461) Individual Removed On April 28, 2015
(462) MEJIA REGALADO, Jose Manuel
(463) PORTILLA BARRAZA, Jorge
(464) ZEVALLOS GONZALES DE ARREDONDO, Maria
del Rosario
(465) ZEVALLOS GONZALES, Sara Marilyn
(466) Individual Removed On September 26, 2013
(467) MEJIA MAGNANI, John Yvan
(468) ZEVALLOS GONZALES, Lupe Maritza
(469) ZEVALLOS GONZALES, Milagros Angelina
(470) ZEVALLOS GONZALES, Winston Ricardo

**Entities**:
(471) AERO CONTINENTE E.I.R.L.
(472) AERO COURIER CARGO S.A.
(473) ASOCIACION CIVIL LOS PROMOTORES
AERONAUTICOS
(474) BELLOSOM ENTERPRISE, INC.
(475) BLISSEY PANAMA INC.
(476) CONTINENTE MOVIL Y SERVICIOS S.R.L.
(477) CORPORACION DE INVERSIONES
EMPRESARIALES S.A.
(478) EDITORA TRANSPARENCIA S.A.
(479) EMPRESA DE TRANSPORTES CHULUCANAS
2000 S.A.
(480) EMPRESA EDITORA CONTINENTE PRESS S.A.
(481) LA CROSSE GROUP INC
(482) LASA PERU S.A.C.
(483) LUCERO IMPORT S.A.C.
(484) ORIENTE CONTRATISTAS GENERALES S.A.
(485) ORIENTE TOURS S.R.L.
(486) PERU GLOBAL TOURS S.A.C.
(487) PERU TOTAL MARKET E.I.R.L.
(488) PERUVIAN PRECIOUS METALS S.A.C.
(489) REPRESENTACIONES ORIENTE S.R.L.
(490) SERVICIOS SILSA S.A.C.
(491) TALLER DE REPARACIONES DE AERODINOS
SUS PARTES Y SERVICIOS AEREOS S.A.
(492) TRANSPORTES AEREOS UNIDOS SELVA
AMAZONICA S.A.
(493) URANTIA SERVICES S.A.
(494) VUELA PERU S.A.C.
(495) AVIANDINA S.A.C.
(496) SISTEMA DE DISTRIBUCION MUNDIAL, S.A.C.

On July 20, 2009, OFAC identified the following 4 foreign
individuals as derivative designations of a significant narcotics
trafficker named under the Kingpin Act. Gulf Cartel and Los Zetas
Chart, Press

(497) CARDENAS GUILLEN, Ezequiel
(498) COSTILLA SANCHEZ, Jorge Eduardo
(499) LAZCANO LAZCANO, Heriberto
(500) TREVINO MORALES, Miguel

On August 20, 2009, OFAC identified the following 1 foreign
individual and 4 foreign entities as derivative designations of a
significant narcotics trafficker named under the Kingpin Act.
International FARC Network Chart, Press

**Individuals:**
(501) MELO PERILLA, Jose Cayetano

**Entities:**
(502) CARILLANCA C.A.
(503) CARILLANCA COLOMBIA Y CIA S EN CS
(504) CARILLANCA S.A.
(505) PARQUEADERO DE LA 25-13

On September 3, 2009, OFAC identified the following 6 foreign
individuals and 2 foreign entities as derivative designations of a
significant narcotics trafficker named under the Kingpin Act.
Collins Chart, Press

**Individuals:**
(506) Individual Removed On May 22, 2015
(507) Individual Removed On May 22, 2015
(508) Individual Removed On May 22, 2015
(509) Individual Removed On May 22, 2015
(510) Individual Removed On May 22, 2015
(511) Individual Removed On May 22, 2015

**Entities:**
(512) Entity Removed On May 22, 2015
(513) Entity Removed On May 22, 2015

On October 14, 2009, OFAC identified the following 3 foreign
individuals as derivative designations of a significant narcotics
trafficker named under the Kingpin Act. Press

(514) ALTUN, Ali Riza
(515) AYDAR, Zubayir
(516) KARAYILAN, Murat

On October 22, 2009, OFAC identified the following 6 foreign
individuals and 1 foreign entity as derivative designations of a
significant narcotics trafficker named under the Kingpin Act.
Tijuana Cartel Chart, Press

**Individuals:**
(517) LEYVA ESCANDON, Edgardo
(518) ABAROA DIAZ, Victor Manuel
(519) ABAROA PRECIADO, Aristoteles
(520) ABAROA PRECIADO, Victor Hussein
(521) PRECIADO GAMEZ, Elia Yolanda
(522) ABAROA PRECIADO, Rosa Yolanda Nabila

**Entity:**
(523) TIENDA MARINA ABAROA

On December 3, 2009, OFAC identified the following 22 foreign
individuals and 10 foreign entities as derivative designations of a
significant narcotics trafficker named under the Kingpin Act. Press

**Individuals:**
(524) MORENO PEREZ, Felipe
(525) HUERTA RAMOS, Manuel
(526) Individual Removed On November 26, 2013
(527) Individual Removed On May 24, 2012
(528) Individual Removed On December 19, 2012
(529) Individual Removed On December 19, 2012
(530) Individual Removed On December 19, 2012
(531) Individual Removed On November 26, 2013
(532) Individual Removed On December 19, 2012
(533) Individual Removed On June 12, 2013
(534) Individual Removed On June 12, 2013
(535) Individual Removed On June 12, 2013
(536) MARTINEZ CANTABRANA, Cesar
(537) RUBIO ZAGA, Jesus Roman
(538) Individual Removed On July 24, 2012

8



(539) Individual Removed On July 24, 2012
(540) Individual Removed On July 24, 2012
(541) GUTIERREZ BARBOZA, Maureen Patricia
(542) DE ICAZA LOZANO, Alejandro
(543) LABORIN ARCHULETA, Clara Elena
(544) BELTRAN LEYVA, Alfredo
(545) BELTRAN LEYVA, Hector

**Entities:**
(546) Entity Removed On June 12, 2013
(547) MOREXPRESS, S.A. DE C.V.
(548) Entity Removed On June 12, 2013
(549) ILC EXPORTACIONES, S. DE R.L. DE C.V.
(550) Entity Removed On January 30, 2013
(551) Entity Removed On May 24, 2012
(552) Entity Removed On September 30, 2014
(553) Entity Removed On October 21, 2014
(554) Entity Removed On December 19, 2012
(555) Entity Removed On December 19, 2012

On December 15, 2009, OFAC identified the following 3 foreign individuals and 4 foreign entities as derivative designations of a significant narcotics trafficker named under the Kingpin Act. Sinaloa Cartel Chart, Press

**Individuals:**
(556) CONTRERAS NOVOA, Hector
(557) REYES GARZA, Agustin
(558) Individual Removed On August 29, 2012

**Entities:**
(559) Entity Removed On August 29, 2012
(560) Entity Removed On August 29, 2012
(561) ESTETIC CARR DE OCCIDENTE, S.A. DE C.V.
(562) ESTETICA CAR WASH S.A. DE C.V.

On February 25, 2010, OFAC identified the following 7 foreign individuals and 1 foreign entity as derivative designations of a significant narcotics trafficker named under the Kingpin Act. La Familia Michoacana Chart, Press

**Individuals:**
(563) MENDEZ VARGAS, Jose de Jesus
(564) MORENO GONZALEZ, Nazario
(565) LOYA PLANCARTE, Dionicio
(566) GOMEZ MARTINEZ, Servando
(567) PLANCARTE SOLIS, Enrique
(568) RUEDA MEDINA, Jose Arnoldo
(569) BARRERA MEDRANO, Nicandro

**Entity:**
(570) TRANSPORTADORA PUREPECHA S.A. DE C.V.

On March 2, 2010, OFAC identified the following 2 foreign individuals as significant foreign narcotics traffickers and 29 foreign individuals and 47 foreign entities as derivative designations of a significant narcotics trafficker under the Kingpin Act. Barrerra Barrerra & Guerrero Castillo Chart, Press

**Individuals:**
(571) BARRERA BARRERA, Daniel*
(572) GUERRERO CASTILLO, Pedro Oliveiro*
(573) BUSTOS SUAREZ, Danilo
(574) GUTIERREZ GARAVITO, Armando
(575) Individual Removed On August 27, 2015
(576) OSPINA MURILLO, Wilmer
(577) GUTIERREZ, Dolis

(578) LOZADA PABON, Julio Cesar
(579) ARISTIZABAL GIRALDO, Tulio Adan
(580) GALVIS MARIN, Samuel Gustavo
(581) JEREZ GALEANO, Jaime
(582) LONDONO ZAPATA, Jesus Antonio
(583) Individual Removed On June 24, 2015
(584) Individual Removed On June 24, 2015
(585) Individual Removed On July 24, 2012
(586) Individual Removed On July 24, 2012
(587) Individual Removed On July 24, 2012
(588) Individual Removed On July 24, 2012
(589) Individual Removed On July 24, 2012
(590) Individual Removed On July 24, 2012
(591) MOLINA CUBILLOS, Alba Judith
(592) GUTIERREZ MOLINA, Diego Armando
(593) GUTIERREZ HERNANDEZ, Javier Mauricio
(594) JEREZ PINEDA, Oscar Alberto
(595) AYALA BARRERA, Rubi Yiceth
(596) AGUILAR DUARTE, Jose Lenoir
(597) CARDENAS DUARTE, Norma Constanza
(598) Individual Removed On December 12, 2012
(599) MARTINEZ ARANGO, Oscar Richard
(600) SANCHEZ SILVA, Elkin Alexis
(601) ULLOA ESPITIA, Hubel

**Entities:**
(602) Entity Removed  On August 27, 2015
(603) AGROGANADERA LA FORTALEZA
(604) AGUILAR AGUILAR Y CIA. LTDA.
(605) AGUILAR ALVAREZ Y CIA. LTDA.
(606) BINGO INTERNACIONAL E.U.
(607) BLUE-STAR SECCION HOSTELERIA S.L.
(608) CARDENAS DUARTE Y CIA. LTDA.
(609) CIA. COMERCIALIZADORA DE MOTOCICLETAS Y REPUESTOS S.A.
(610) Entity Removed On July 24, 2012
(611) COMERCIALIZADORA DE CARNES CONTINENTAL MGCI LTDA.
(612) COMERCIALIZADORA E INVERSIONES BUSTOS ARIZA Y CIA. S.C.S.
(613) Entity Removed On July 24, 2012
(614) Entity Removed On July 24, 2012
(615) DEWBELLE CENTRO DE ESTETICA Y BELLEZA LTDA.
(616) Entity Removed On July 24, 2012
(617) DISTRIBUIDORA BABY PANALES
(618) DOLL EXPORT LTDA.
(619) EMPRESA DE EMPLEOS TEMPORALES LA UNICA LTDA.
(620) EJERCITO REVOLUCIONARIO POPULAR ANTITERRORISTA DE COLOMBIA
(621) ESTACION DE SERVICIO LA FLORESTA DE FUENTE DE ORO
(622) ESTACION DE SERVICIO LA TURQUESA
(623) ESTACION DE SERVICIO SERVIAGRICOLA DEL ARIARI
(624) Entity Removed On December 12, 2012
(625) Entity Removed On June 24, 2015
(626) HERJEZ LTDA.
(627) Entity Removed On July 24, 2012
(628) INVERSIONES ADAG LTDA.
(629) INVERSIONES AGROINDUSTRIALES DEL ORIENTE LTDA.
(630) INVERSIONES LAS ACACIAS Y CIA. LTDA.
(631) INVERSIONES GANADERAS Y PALMERAS S.A.
(632) INVERSIONES GANAGRO LTDA.

9

DEPARTMENT OF THE TREASURY

(633) INVERSIONES LOS TUNJOS LTDA.
(634) INVERSIONES TALADRO LTDA.
(635) JAIME JEREZ V. Y CIA. S.C.S.
(636) Entity Removed On July 24, 2012
(637) LA TASAJERA DE FUENTE DE ORO
(638) LOGISTICA Y TRANSPORTE NORVAL LTDA.
(639) MATAMBRE DE LO MEJOR
(640) MINIMERCADO EL MANANTIAL DEL NEUTA
(641) MODERNA EXPRESS TRANSPORTE DE CARGA LTDA.
(642) PALMERAS SANTA BARBARA
(643) Entity Removed On July 24, 2012
(644) Entity Removed On June 24, 2015
(645) RECIFIBRAS SECUNDARIAS LTDA.
(646) Entity Removed On July 24, 2012
(647) VITAL SILUET CENTRO DE ESTETICA
(648) WISMOTOS FUENTE DE ORO

On March 18, 2010, OFAC identified the following 15 foreign individuals and 8 foreign entities as derivative designations of a significant narcotics trafficker named under the Kingpin Act. Daniel Rendon Herrera Chart, Press

**Individuals:**
(649) RENDON HERRERA, Freddy Enrique
(650) USUGA DAVID, Juan de Dios
(651) USUGA DAVID, Dairo Antonio
(652) OCAMPO MORALES, Jorge Eliecer
(653) Individual Removed On January 27, 2015
(654) OCHOA GUISAO, Walter
(655) NEGRETE LUNA, Jose Maria
(656) VARGAS GUTIERREZ, Roberto
(657) MEJIA VALENCIA, Gonzalo Alberto
(658) SANCHEZ GONZALEZ, Arnulfo
(659) MANCO TORRES, Jhon Freddy
(660) TORRES MARTINEZ, Camilo
(661) Individual Removed On May 17, 2012
(662) NINO CARDENAS, Julio Cesar
(663) SALAZAR CARDENAS, Carlos Mario

**Entities:**
(664) VIGILAR COLOMBIA LTDA.
(665) RENTA CAMPEROS URABA LTDA.
(666) Entity Removed On January 27, 2015
(667) Entity Removed On January 27, 2015
(668) MI CARRO E.U.
(669) REPUESTOS EL NATO Y CIA LTDA.
(670) CENTRO DE DIAGNOSTICO AUTOMOTRIZ EJE BANANERO S.A.
(671) AGROPECUARIA HATO SANTA MARIA LTDA.

On March 24, 2010, OFAC identified the following 54 foreign individuals as derivative designations of a significant narcotics trafficker named under the Kingpin Act. Perpetrators of Mexican Drug Trafficking Violence Chart, Press

(672) ACOSTA IBARRA, Ruben
(673) BARRAGAN BALDERAS, Gilberto
(674) CANO FLORES, Aurelio
(675) CARBAJAL REYES, Ramon Ulises
(676) CASTREJON PENA, Victor Nazario
(677) DAVILA LOPEZ, Jose Ramon
(678) DIAZ LOPEZ, Mateo
(679) ESTRADA GONZALEZ, Eduardo
(680) FLORES BORREGO, Samuel
(681) FLORES SOTO, Mario

(682) GALARZA CORONADO, Jose Antonio
(683) GERESANO ESCRIBANO, Gonzalo
(684) GONZALEZ CASTRO, Gustavo
(685) GONZALEZ DURAN, Jaime
(686) GONZALEZ PIZANA JR., Rogelio
(687) GONZALEZ RODRIGUEZ, Dimas
(688) GUERRA RAMIREZ, Rogelio
(689) HERNANDEZ BARRON, Raul
(690) HERNANDEZ LECHUGA, Lucio
(691) IBARRA YEPIS, Prisciliano
(692) LECHUGA LICONA, Alfonso
(693) LOPEZ TREJO, Fernando
(694) LORMENDEZ PITALUA, Omar
(695) MATEO LAUREANO, Ignacio
(696) MEDINA ROJAS, Eleazar
(697) MEJIA GONZALEZ, Juan Reyes
(698) MELLADO CRUZ, Galdino
(699) MENDEZ SANTIAGO, Flavio
(700) MENDOZA CONTRERAS, Cipriano
(701) MONTES SERMENO, Juan Gabriel
(702) MURO GONZALEZ, Proceso Arturo
(703) NAJERA TALAMANTES, Sigifredo
(704) ORTEGA GALICIA, Ismael Marino
(705) PENA MENDOZA, Sergio
(706) PEREZ MANCILLA, Alejandro
(707) PEREZ ROJAS, Daniel
(708) RAMIREZ TREVINO, Mario
(709) RANGEL BUENDIA, Alfredo
(710) REJON AGUILAR, Jesus Enrique
(711) REYES ENRIQUEZ, Luis
(712) ROMO LOPEZ, Martin
(713) ROSALES MENDOZA, Carlos Alberto
(714) RUIZ TLAPANCO, Sergio Enrique
(715) SANCHEZ ESTEBAN, Alvaro
(716) SAUCEDA GAMBOA, Gregorio
(717) SOTO PARRA, Miguel Angel
(718) TORRES SOSA, Benjamin
(719) TREVINO MORALES, Omar
(720) VALENZUELA ZUNIGA, Ruben Alejandro
(721) VARGAS GARCIA, Nabor
(722) VASQUEZ MIRELES, Victor Manuel
(723) VELASQUEZ CABALLERO, Ivan
(724) VELASQUEZ CABALLERO, Juan Daniel
(725) VERA CALVA, Carlos

On April 8, 2010, OFAC identified the following 2 foreign individuals as significant foreign narcotics traffickers under the Kingpin Act. Press

(726) CAMARA, Ibraima Papa *
(727) NA TCHUTO, Jose Americo Bubo *

On April 27, 2010, OFAC identified the following foreign individual as a significant foreign narcotics trafficker and 3 foreign individuals as derivative designations of a significant narcotics trafficker named under Kingpin Act. Lorenzana Chart, Press

(728) LORENZANA LIMA, Waldemar *
(729) LORENZANA CORDON, Waldemar
(730) LORENZANA CORDON, Haroldo Geremias
(731) LORENZANA CORDON, Eliu Elixander

On May 6, 2010, OFAC identified the following 2 foreign individuals as significant narcotics traffickers and 17 foreign individuals and 12 foreign entities as derivative

10

DEPARTMENT OF THE TREASURY

OFAC
Office of Foreign Assets Control

designations of significant narcotics traffickers named under the Kingpin Act. Colombian Money Laundering Networks Chart, Press

**Individuals:**
(732) JIMENEZ URREGO, Maria Mercedes *
(733) JIMENEZ URREGO, Jorge Enrique *
(734) JIMENEZ URREGO, Blanca Virginia
(735) JIMENEZ URREGO, Carmen Rosa
(736) Individual Removed On November 19, 2015
(737) RINCON MOLINA, Jose Manuel
(738) PEREZ CORDOBA, Jose Maria
(739) QUIMBAYO CABEZAS, Elsa
(740) CASTILLO RODRIGUEZ, Flor Nelsy
(741) BALLEN SOLANO, German
(742) GUTIERREZ LARA, Mario Alejandro
(743) GUTIERREZ LARA, Liliana Paola
(744) JIMENEZ URREGO, Luz Marina
(745) BALLEN SOLANO, Manuel Humberto
(746) RAMIREZ BONILLA, Gloria Ines
(747) Individual Removed On February 19, 2014
(748) CAMACHO RINCON, Juan Manuel
(749) Individual Removed On April 30, 2013
(750) Individual Removed On April 30, 2013

**Entities:**
(751) NEGOCIAMOS MCM LTDA
(752) FIMESA DE COLOMBIA S.A.
(753) C.I. STONES AND BYPRODUCTS TRADING S.A.
(754) PROMOTORA DE MATERIAS PRIMAS ORGANICAS DEL TOLIMA LTDA
(755) C.I. AGROINDUSTRIAL DE MATERIAS PRIMAS ORGANICAS LTDA
(756) MERCADO DE VALORES INTEGRADOS LTDA
(757) JUAN SEBASTIAN Y CAMILA ANDREA JIMENEZ RAMIREZ Y CIA S.C.S.
(758) LULU COM
(759) Entity Removed On February 19, 2014
(760) COMUNICACIONES ELYON
(761) Entity Removed On April 30, 2013
(762) INVERSIONES GRANDA RESTREPO Y CIA S.C.S.

On June 1, 2010, OFAC identified the following 3 foreign entities as derivative designations of a significant narcotics trafficker named under the Kingpin Act. Press

(763) GRUPO MBS - KAYUM CENTRE
(764) GRUPO MBS LIMITADA
(765) MAPUTO SHOPPING CENTRE

On June 9, 2010, OFAC identified the following 2 foreign individuals and 2 foreign entities as derivative designations of a significant narcotics trafficker named under the Kingpin Act. Wenceslao Alvarez Chart, Press

**Individuals:**
(766) ALVAREZ ALVAREZ, Wenceslao
(767) MEJIA GUTIERREZ, Ignacio

**Entities:**
(768) IMPORTACIONES Y EXPORTACIONES NOBARO S.A. DE C.V.
(769) MEGA EMPACADORA DE FRUTAS S.A. DE C.V.

On June 17, 2010, OFAC identified 5 foreign individuals and 3 foreign entities as derivative designations of a significant narcotics trafficker named under the Kingpin Act. FARC 48th Front Chart, Press

**Individuals:**
(770) SOLARTE CERON, Olidem Romel
(771) OSTAIZA AMAY, Jefferson Omar
(772) OSTAIZA AMAY, Edison Ariolfo
(773) OSTAIZA AMAY, Miguel Angel
(774) MONTENEGRO VALLEJOS, Gilma

**Entities:**
(775) MULTINACIONAL INTEGRAL PRODUCTIVA JOOAMY EMA
(776) AGROPECUARIA SAN CAYETANO DE COSTA RICA LTDA
(777) ARROCERA EL GAUCHO S.A.

On July 22, 2010, OFAC identified the following 2 foreign entities as derivative designations of a significant narcotics trafficker named under the Kingpin Act. Zambada Chart, Press

(778) ARTE Y DISENO DE CULIACAN S.A. DE C.V.
(779) AUTOTRANSPORTES JYM S.A. DE C.V.

On October 13, 2010, OFAC identified the following 17 foreign individuals and 12 foreign entities as derivative designations of a significant narcotics trafficker named under the Kingpin Act. Sinaloa Cartel Chart, Press

**Individuals:**
(780) AMAYA ALEMAN, Onecimo Antonio
(781) COBO LEDESMA, Juan Carlos
(782) DUARTE TORRES, Rafael
(783) FLORES CACHO, Alejandro
(784) FLORES CACHO, Javier
(785) GARCIA SANCHEZ, Ricardo
(786) GONZALEZ MEDINA, Jaime Andres
(787) JASSO ROCHA, Oscar Arturo
(788) MASSA CAMACHO, Eduardo
(789) OLVERA ESTRADA, Arturo
(790) OLVERA ESTRADA, Rodolfo
(791) RODARTE GRIJALVA, Jose Luis
(792) Individual Removed On December 23, 2014
(793) TORO DIAZ, Diana Lorena
(794) TORRES GOMEZ, Enrique
(795) URREA LENIS, Jair Fernando
(796) WIDOBLO HERNANDEZ, Jose

**Entities:**
(797) AERO EXPRESS INTERCONTINENTAL S.A. DE C.V.
(798) CAPACITACION AERONAUTICA PROFESIONAL S.C.
(799) CIRCUITO ELECTRONICO S.A. DE C.V.
(800) CLUB DEPORTIVO OJOS NEGROS A.C.
(801) COMERCIALIZADORA GONRA
(802) COPY RED S.A. DE C.V.
(803) GENETICA GANADERA RANCHO ALEJANDRA S.P.R. DE R. L. DE C.V.
(804) GENETICA IMPORT-EXPORT S.P.R. DE R.L. DE C.V.
(805) GRUPO CRISTAL CORONA S.A. DE C.V.
(806) GRUPO HORTA ZAVALA S.A. DE C.V.
(807) Entity Removed On June 29, 2012
(808) MANTENIMIENTO, AERONAUTICA, TRANSPORTE, Y SERVICIOS AEREOS S.A. DE C.V.

11

On October 19, 2010, OFAC identified the following foreign individual as a derivative designation of a significant narcotics trafficker named under the Kingpin Act. OFAC also identified the 2 entities below as blocked under the Kingpin Act.   Press

**Individual:**
(809) VALENCIA COSSIO, Guillermo Leon

**Blockings:**
- LA HACIENDA, LLC
- RUNNING BROOK, LLC

On December 14, 2010, OFAC identified the following 20 foreign individuals and 25 foreign entities as derivative designations of a significant narcotics trafficker named under the Kingpin Act. Barrera Barrera & Guerrero Castillo Chart, Press

**Individuals:**
(810) DORIA CASTILLO, Danit Dario
(811) SANCHEZ REY, German Gonzalo
(812) SERRALDE PLAZA, Carlos Fernando
(813) ZARATE MORENO, Rutdy Alirio
(814) Individual Removed On July 24, 2012
(815) Individual Removed On October 21, 2014
(816) Individual Removed On September 30, 2014
(817) GALINDO MARTINEZ, Fernando Alberto
(818) Individual Removed On November 12, 2014
(819) HERRENO BARRERA, Alejandro
(820) Individual Removed On September 30, 2014
(821) Individual Removed On August 29, 2012
(822) MOLANO TORRES, Deysi Yamile
(823) Individual Removed On June 24, 2015
(824) Individual Removed On August 27, 2015
(825) Individual Removed On September 26, 2013
(826) Individual Removed On October 10, 2012
(827) Individual Removed On August 27, 2015
(828) Individual Removed On August 27, 2015
(829) Individual Removed On September 26, 2013

**Entities:**
(830) 7 KARNES
(831) Entity Removed On September 30, 2014
(832) Entity Removed On October 10, 2012
(833) Entity Removed On September 26, 2013
(834) AMG RICAS PIZZA
(835) Entity Removed On September 26, 2013
(836) CIA. AGROINDUSTRIAL PALMERA S.A.
(837) Entity Removed On June 24, 2015
(838) Entity Removed On June 24, 2015
(839) Entity Removed On June 24, 2015
(840) Entity Removed On November 12, 2014
(841) Entity Removed On November 12, 2014
(842) Entity Removed On September 26, 2013
(843) IMPORTACIONES Y EXPORTACIONES ZAFIRO S.L.
(844) Entity Removed On June 24, 2015
(845) INVERSIONES MINERAS H.D. EMPRESA UNIPERSONAL
(846) Entity Removed On June 24, 2015
(847) Entity Removed On June 24, 2015
(848) MELRUX RICA S PIZZA
(849) MOJETE PARRILLA
(850) OBRAS, SERVICIOS Y MANTENIMIENTOS C.A.
(851) Entity Removed On October 10, 2012
(852) Entity Removed On August 27, 2015
(853) Entity Removed On August 27, 2015

(854) Entity Removed On July 24, 2012

On January 26, 2011, OFAC identified the following foreign individual and foreign entity as significant foreign narcotics traffickers and 9 foreign individuals and 20 foreign entities as derivative designations of significant narcotics traffickers named under the Kingpin Act. Joumaa Chart, Press

**Individuals:**
(855) JOUMAA, Ayman Saied*
(856) JOUMAA, Akram Saied
(857) JOUMAA, Anwar Saied
(858) JOUMAA, Mohamad Said
(859) YOUSSEF, Ismael Mohammed
(860) YOUSSEF, Ziad Mohamad
(861) AYASH, Hassan
(862) AYACHE, Hassan Mahmoud
(863) KHAROUBI, Jamal Mohamad
(864) KHARROUBI, Ali Mohamed

**Entities:**
(865) JOUMAA MONEY LAUNDERING ORGANIZATION / DRUG TRAFFICKING ORGANIZATION *
(866) HASSAN AYASH EXCHANGE COMPANY
(867) ELLISSA EXCHANGE COMPANY
(868) PHENICIA SHIPPING OFFSHORE SARL
(869) NEW LINE EXCHANGE TRUST CO.
(870) CAESAR'S PARK HOTEL
(871) GOLDI ELECTRONICS S.A.
(872) ZONA LIBRE INTERNATIONAL MARKET S.A.
(873) ELLISSA HOLDING
(874) SOLMAR
(875) ELLISSA GROUP SA
(876) AGROPHEN
(877) ELLISSA SHIPPING
(878) YAMEN BENIN SARL
(879) ELLISSA PARC COTONOU
(880) ELLISSA MEGASTORE
(881) ALMACEN JUNIOR
(882) ALMACEN JUNIOR NO. 2
(883) COMERCIAL PLANETA
(884) SOCIETE ELLISSA GROUP CONGO

On February 1, 2011, OFAC identified the following 2 foreign individuals and 1 foreign entity as significant foreign narcotics traffickers and 2 foreign individuals as derivative designations of significant narcotics traffickers named under the Kingpin Act. Los Gueros Chart, Press

**Individuals:**
(885) RODRIGUEZ OLIVERA, Luis*
(886) RODRIGUEZ OLIVERA, Esteban*
(887) RODRIGUEZ OLIVERA, Daniel
(888) RODRIGUEZ OLIVERA, Miguel

**Entity:**
(889) LOS GUEROS*

On February 18, 2011, OFAC identified the following foreign entity as a significant foreign narcotics trafficker and 9 foreign individuals and 6 foreign entities as derivative designations of significant narcotics traffickers named under the Kingpin Act. New Ansari Network Chart, Press

**Individuals:**
(890) AZIMI, Haji Mohammad Rafi

12



(891) BARAKZAI ANSARI, Haji Abdullah
(892) HAJI ABDUL QAYOUM, Eissa Jan
(893) HAKIMI, Ahmad Shah
(894) JAN, Haji Mohammad
(895) KHAN, Haji Mohammad
(896) MOHAMMAD AFZAL, Rahmatullah
(897) NOOR, Haji Mohammad
(898) NOORULLAH, Haji

**Entities:**
(899) AHMAD SHAH MONEY EXCHANGE
(900) AL ADAL EXCHANGE
(901) CONNECT TELECOM GENERAL TRADING LLC
(902) GREEN LEAF GENERAL TRADING LLC
(903) MUSHTAQ SHAHEEN CONSTRUCTION AND
        ROADMAKING COMPANY
(904) NEW ANSARI LTD
(905) NEW ANSARI MONEY EXCHANGE*

On February 23, 2011, OFAC identified the following foreign individual as a significant foreign narcotics trafficker and 29 foreign individuals and 44 foreign entities as derivative designations of significant narcotics traffickers named under the Kingpin Act. OFAC also identified the 1 entity below as blocked under the Kingpin Act. Press

Cifuentes Villa Chart - Individuals
**Individuals:**
(906) ALVAREZ ZEPEDA, Alfredo
(907) BASTO DELGADO, Irma Mery
(908) CIFUENTES OSORIO, Jorge Andres
(909) CIFUENTES VILLA, Dolly de Jesus
(910) CIFUENTES VILLA, Hector Mario
(911) CIFUENTES VILLA, Hildebrando Alexander
(912) CIFUENTES VILLA, Jorge Milton *
(913) CIFUENTES VILLA, Lucia Ines
(914) CIFUENTES VILLA, Teresa de Jesus
(915) FLOREZ SEPULVEDA, Marco Tulio
(916) GALLEGO MARIN, Fabian Rodrigo
(917) GOMEZ ORTIZ, David
(918) GOMEZ PIQUERAS, Jose Luis
(919) Individual Removed On December 12, 2012
(920) GONZALEZ JARAMILLO, Juan Fernando
(921) Individual Removed On July 30, 2013
(922) LOPEZ MEJIA, Claudia Estela
(923) Individual Removed On December 12, 2012
(924) Individual Removed On October 15, 2015
(925) NICHOLLS EASTMAN, Winston
(926) Individual Removed On October 15, 2015
(927) Individual Removed On May 14, 2014
(928) RESTREPO ZAPATA, Milvia Yaneth
(929) Individual Removed On June 29, 2012
(930) ROLL CIFUENTES, Jaime Alberto
(931) Individual Removed On September 30, 2014
(932) VARGAS CIFUENTES, Edmon Felipe
(933) VARGAS CIFUENTES, Paula Andrea
(934) VILLA DE CIFUENTES, Carlina
(935) YELINEK, Shimon Yalin

Cifuentes Villa Chart - Entities
**Entities:**
(936) BIO FORESTAL S.A.
(937) C.I. DISTRIBUIDORA DE SERVICIOS
        COMBUSTIBLES Y MINERIA S.A.
(938) C.I. GLOBAL INVESTMENTS S.A.

(939) C.I. METALURGIA EXTRACTIVA DE COLOMBIA
        S.A.S.
(940) C.I. OKCOFFEE COLOMBIA S.A.
(941) C.I. OKCOFFEE INTERNATIONAL S.A.
(942) CIFUENTES URIBE Y CIA. S.C.S.
(943) CROCKER JEANS CORP. S.A.
(944) CROCKER JEANS STATION CORPORATION
(945) CROSS WINDS, S.A.
(946) CUBI CAFE CLICK CUBE MEXICO
(947) CUBICAFE S.A.
(948) DESARROLLO MINERO RESPONSABLE C.I.
        S.A.S.
(949) DOLPHIN DIVE SCHOOL S.A.
(950) ECOVIVERO EL MATORRAL E.U.
(951) FEDERAL CAPITAL GROUP, S.A.
(952) FOX FASHION, S.A.
(953) FUNDACION OKCOFFEE COLOMBIA
(954) FUNDACION PARA EL BIENESTAR Y EL
        PORVENIR
(955) FUNDACION SALVA LA SELVA
(956) GANADERIA LA SORGUITA S.A.
(957) GESTORES DEL ECUADOR GESTORUM S.A.
(958) HOTELES Y BIENES S.A.
(959) IGA LTDA.
(960) Entity Removed On July 30, 2013
(961) INVERPUNTO DEL VALLE S.A.
(962) INVERSIONES CIFUENTES Y CIA. S. EN C.
(963) LE CLAUDE, S.A. DE C.V.
(964) LINEA AEREA PUEBLOS AMAZONICOS S.A.S.
(965) LINEAS AEREAS ANDINAS LINCANDISA S.A.
(966) Entity Removed On July 30, 2013
(967) Entity Removed On July 30, 2013
(968) Entity Removed On July 30, 2013
(969) Entity Removed On July 30, 2013
(970) Entity Removed On May 14, 2014
(971) OBRAS Y PROYECTOS PIQUEHERVA S.L.
(972) OPERADORA NUEVA GRANADA, S.A. DE C.V.
(973) PARQUES TEMATICOS S.A.
(974) PROMO RAIZ S.A.
(975) RED MUNDIAL INMOBILIARIA
(976) ROBLE DE MINAS S.A.
(977) RUTA 33 MOTOCICLETAS Y ACCESORIOS
        LTDA.
(978) TRANSPORTADORA Y COMERCIALIZADORA
        SYSTOLE S.A.S.
(979) UNION DE CONSTRUCTORES CONUSA S.A.

**Blocking:**
• Entity Removed On July 30, 2013

On April 20, 2011, OFAC identified the following 5 foreign individuals as derivative designations of significant narcotics traffickers named under the Kingpin Act. Press

(980) BAYIK, Cemil
(981) KALKAN, Duran
(982) KARTAL, Remzi
(983) OK, Sabri
(984) UZUN, Adem

On April 28, 2011, OFAC identified the following foreign individual as a significant foreign narcotics trafficker and 2 foreign individuals and 3 foreign entities as derivative designations of significant narcotics traffickers named under the Kingpin Act. OFAC also identified the 4 entities below as blocked under the Kingpin Act.

13



Shayesteh Press
**Individuals:**
(985) SHAYESTEH, Bahram Ali *
(986) Individual Removed On August 20, 2014

**Entity:**
(987) INTERCONTINENTAL BAUMASCHINEN UND
NUTZFAHRZEUGE HANDELS GMBH

Sinaloa Cartel Chart
**Individual:**
(988) LLANOS GAZIA, Jorge Luis

**Entities:**
(989) AUDIO ALARMAS, S.A. DE C.V.
(990) BASALTOS TONALA, S.A. DE C.V.

Blockings under Fernando Zevallos
**Blockings:**
- IAC INTERNATIONAL INC.
- AERO CONTINENTE INC.
- CARGO AIRCRAFT LEASING CORP.
- INTERNATIONAL PACIFIC TRADING, INC.

On September 8, 2011, OFAC identified the following 4 foreign
individuals as derivative designations of significant narcotics
traffickers named under the Kingpin Act. Venezuelan Officials
Acting on Behalf of the FARC Chart, Press

(991) ALCALA CORDONES, Cliver Antonio
(992) BERNAL ROSALES, Freddy Alirio
(993) FIGUEROA SALAZAR, Amilcar Jesus
(994) MADRIZ MORENO, Ramon Isidro

On September 15, 2011, OFAC identified the following 4 foreign
individuals and 5 foreign entities as derivative designations of
significant narcotics traffickers named under the Kingpin Act.
Chart, Press

**Individuals:**
(995) BELLOSO RODRIGUEZ, Daniel
(996) BELLOSO RODRIGUEZ, Miguel Angel
(997) GALAVIZ MARTIN, Mayra
(998) VASQUEZ HERNANDEZ, Alfredo

**Entities:**
(999) FLORBEL OPERADORA DE RESTAURANTES,
S.A. DE C.V.
(1000) JR CONTROLADORA DE RESTAURANTES, S.A.
DE C.V.
(1001) LORENA DEL MAR, S.A. DE C.V.
(1002) LUZAAIR, S.A. DE C.V.
(1003) TATES DESARROLLO, S.A. DE C.V.

On September 21, 2011, OFAC identified the following 4 foreign
individuals and 12 foreign entities as derivative designations of
significant narcotics traffickers named under the Kingpin Act.
Cifuentes Chart

**Individuals:**
(1004) Individual Removed On January 27, 2015
(1005) Individual Removed On March 28, 2013
(1006) MEJIA ZULUAGA, Omar
(1007) URIBE CIFUENTES, Ana Maria

**Entities:**

(1008) AS INVERSIONES S.A.
(1009) C.I. PLANETA COMERCIAL S.A.
(1010) CBM DE COLOMBIA S.A.
(1011) COMERCIALIZADORA EMPRESARIAL TEAM
BUSINESS S.A.
(1012) GENETICA DEL SUR S.A.
(1013) GRUPO MUNDO MARINO, S.A.
(1014) INTERNATIONAL GROUP OIRALIH, S.A. DE
C.V.
(1015) NEGOCIOS INTERNACIONALES DEL ECUADOR
NIDEGROUP S.A.
(1016) PRODUCTOS KIBONY S.A.S.
(1017) R D I S.A.
(1018) Entity Removed On March 28, 2013
(1019) T & T ANDINA S.A.

On October 27, 2011, OFAC identified the 3 foreign individuals
and 2 foreign entities as derivative designations of significant
narcotics traffickers named under the Kingpin Act. Avendano
Ojeda Network Chart, Press

**Individuals:**
(1020) AVENDANO OJEDA, Hector Manuel
(1021) AVENDANO OJEDA, Martin Guadencio
(1022) AVENDANO OJEDA, Sergio

**Entities:**
(1023) AUTODROMO CULIACAN RACE PARK
(1024) AUTOS MINI

On December 29, 2011, OFAC identified the following 2 foreign
individuals as significant foreign narcotics traffickers and 9 foreign
individuals and 28 foreign entities as derivative designations of
significant narcotics traffickers named under the Kingpin Act.
Cheaitelly & El Khansa Network Chart, Press

**Individuals:**
(1025) ARBELAEZ VELEZ, Ivan Dario
(1026) CHEAITELLI SAHELI, Guiseppe Ali
(1027) EDERY CRIVOSEI, Jaime
(1028) EL KHANSA, Ahmad*
(1029) EL KHANSA, Mohamad Zouheir
(1030) FADLALLAH CHEAITELLY, Jorge*
(1031) FADLALLAH CHEAYTELLI, Jaime
(1032) FADLALLATH CHEAITILLY, Fatima
(1033) ISSA FAWAZ, Benny
(1034) RAHALL, Fawaz Mohamad
(1035) SALEH, Ali Mohamad

**Entities:**
(1036) AGROPECUARIA LA PERLA LTDA.
(1037) ALMACEN BATUL
(1038) ALMACEN ELECTRO SONY STAR
(1039) BODEGA ELECTRO GIORGIO
(1040) CAFE DU LIBAN, S.A.
(1041) COMERCIAL ESTILO Y MODA
(1042) COMERCIAL GLOBANTY
(1043) EURO EXCHANGE Y FINANCIAL COMMERCE,
INC.
(1044) EUROCAMBIO, S.A.
(1045) FAMILY FEDCO
(1046) FARBE COMUNICACIONES LTDA
(1047) FEDCO IMPORT & EXPORT, S.A.
(1048) GENERAL COMMERCE OVERSEAS, INC.
(1049) GIORGINO CORPORATION OF PANAMA, S.A.
(1050) GIORGIO CHEAITELLY INVESTMENT, S.A.
(1051) GIORGIOTELLY, S.A.

14

(1052) GLOBAL TECHNOLOGY IMPORT & EXPORT, S.A. (GTI)
(1053) III MILLENIUM INTERNATIONAL
(1054) J.H. EXIM INTERNACIONAL, S.A.
(1055) JUNIOR INTERNATIONAL S.A.
(1056) KPD S.A.
(1057) MICRO EMPRESA ASHQUI
(1058) OCEAN INDIC OVERSEAS, S.A.
(1059) POLYTON (ASIA) LIMITED
(1060) PRODUCERS GROUP CORP.
(1061) SANTA MARIA INTERNATIONAL TRADING CORP.
(1062) SILVER HOUSE, INC.
(1063) ZEDRO INVESTMENT, S.A.

On January 10, 2012, OFAC identified the following 3 foreign individuals as derivative designations of significant narcotics traffickers named under the Kingpin Act. Cifuentes Villa Chart, Press

(1064) ALVAREZ ZEPEDA, Oscar
(1065) TORRES HOYOS, Carlos Mario
(1066) VALDEZ BENITES, Joel

On January 19, 2012, OFAC identified the following foreign individual as a significant foreign narcotics trafficker and 3 foreign individuals and 4 foreign entities as derivative designations of significant narcotics traffickers named under the Kingpin Act. Chacon Rossell Chart, Press

**Individuals:**
(1067) BORRAYO LASMIBAT, Hayron Eduardo
(1068) CHACON ROSSELL, Marllory Dadiana*
(1069) Individual Removed On December 23, 2014
(1070) Individual Removed On April 24, 2014

**Entities:**
(1071) ANDREA YARI S.A.
(1072) BINGOTON MILLONARIO
(1073) FER'SEG S.A.
(1074) REVOLUCIONES POR MINUTO ACELERACION S.A.

On February 1, 2012, OFAC identified the following 4 foreign individuals and 3 foreign entities as derivative designations of significant narcotics trafficker named under the Kingpin Act. Press

**Individuals:**
(1075) AKBULUT, Cerkez
(1076) BOZTEPE, Omer
(1077) GELERI, Omer
(1078) GELERI, Zeyneddin

**Entities:**
(1079) GELERI IMPORT EXPORT S.R.L.
(1080) GELRO IMPEX S.R.L.
(1081) MEGA GROUP S.R.L.

On March 6, 2012, OFAC identified the following foreign individual and 2 foreign entities as derivative designations of significant narcotics traffickers named under the Kingpin Act. Zambada Chart

**Individual:**
(1082) ZAMBADA GARCIA, Jesus Reynaldo

**Entities:**

(1083) ZARKA DE MEXICO S.A. DE C.V.
(1084) ZARKA DE OCCIDENTE S.A. DE C.V.

On March 7, 2012, OFAC identified the following foreign individual as a significant narcotics trafficker name under the Kingpin Act. Baghbani Chart, Press

(1085) BAGHBANI, Gholamreza

On April 10, 2012, OFAC identified the following foreign individual as a significant narcotics trafficker under the Kingpin Act. Overdick Mejia Chart, Press

(1086) OVERDICK MEJIA, Horst Walter*

On April 12, 2012, OFAC identified the following 2 foreign individuals as significant foreign narcotics traffickers and 16 foreign entities as derivative designations of a significant narcotics trafficker under the Kingpin Act. Major Precursor Chemical Chart, Press

**Individuals:**
(1087) FIGUEROA GOMEZ, Hassein Eduardo*
(1088) FIGUEROA VASQUEZ, Ezio Benjamin*

**Entities:**
(1089) DESARROLLO ARQUITECTONICO FORTIA, S.A. DE C.V.
(1090) DESARROLLOS INMOBILIARIOS CITADEL, S.A. DE C.V.
(1091) DESARROLLOS TURISTICOS FORTIA, S.A. DE C.V.
(1092) DISPOSITIVOS INDUSTRIALES DINAMICOS, S.A. DE C.V.
(1093) DISTRIBUIDORA LIFE, S.A.
(1094) DISTRIBUIDORA MEDICA HOSPITALARIA, S.A. DE C.V.
(1095) EL PALOMAR CAR WASH, S.A. DE C.V.
(1096) FORTIA BAJA SUR, S.A. DE C.V.
(1097) GEOFARMA S.A. DE C.V.
(1098) GRUPO COMERCIAL SAN BLAS, S.A. DE C.V.
(1099) GRUPO F Y F MEDICAL INTERNACIONAL DE EQUIPOS
(1100) PROMOCIONES CITADEL, S.A. DE C.V.
(1101) PUNTO FARMACEUTICO S.A. DE C.V.
(1102) SCUADRA FORTIA, S.A. DE C.V.
(1103) TECNOLOGIA OPTIMA CORPORATIVA S. DE R.L. DE C.V.
(1104) UNION ABARROTERO DE JALISCO S.C. DE R.L. DE C.V.

On May 8, 2012, OFAC identified the following 4 foreign individuals as derivative designations of a significant narcotics trafficker named under the Kingpin Act. El Chapo Key Lieutenants Chart, Press

(1105) GUZMAN LOPEZ, Ovidio
(1106) GUZMAN SALAZAR, Ivan Archivaldo
(1107) LIMON SANCHEZ, Ovidio
(1108) SALGUEIRO NEVAREZ, Noel

On May 15, 2012, OFAC identified the following 2 foreign individuals as derivative designations of a significant narcotics trafficker named under the Kingpin Act. D-Company Chart, Press

(1109) MEMON, Ibrahim Abdul Razaaq
(1110) SHAKEEL, Chhota

15

On June 7, 2012, OFAC identified the following 2 foreign individuals as derivative designations of significant narcotics trafficker named under the Kingpin Act. "Chapo" Guzman Loera Sinaloa Chart, Press

    (1111) GUZMAN SALAZAR, Jesus Alfredo
    (1112) SALAZAR HERNANDEZ, Maria Alejandrina

On June 12, 2012, OFAC identified the following foreign individual as a derivative designation of a significant narcotics trafficker name under the Kingpin Act. Los Zetas Chart

    (1113) COLORADO CESSA, Francisco Antonio

On June 20, 2012, OFAC identified the following 2 foreign individuals as significant foreign narcotics traffickers and 2 foreign individuals and 2 foreign entities as derivative designations of a significant narcotics trafficker named under the Kingpin Act. Barakzai DTO Chart, Press

    **Individuals:**
    (1114) BARAKZAI, Shah Mohammad*
    (1115) HADI, Abdul
    (1116) MOHAMMAD, Haji Baz*
    (1117) WALI, Mohammad

    **Entities:**
    (1118) MOHAMMAD WALI MONEY EXCHANGE
    (1119) NEW AHMADI LTD.

On June 27, 2012, OFAC identified the following 4 foreign individuals and 3 foreign entities as derivative designations of a significant narcotics trafficker named under the Kingpin Act. Harb Chart, Press

    **Individuals:**
    (1120) CHIBLI, Ibrahim
    (1121) HARB, Abbas Hussein
    (1122) HARB, Ali Houssein
    (1123) SALEH, Kassem Mohamad

    **Entities:**
    (1124) BODEGA MICHIGAN
    (1125) IMPORTADORA SILVANIA
    (1126) IMPORTADORA SILVANIA, C.A.

On July 24, 2012, OFAC identified the following 10 foreign individuals and 9 foreign entities as derivative designations of a significant narcotics trafficker named under the Kingpin Act. EMO Chart, Press

    **Individuals:**
    (1127) ARAUJO MONZON, Elvira
    (1128) ESPARRAGOZA GASTELUM, Brenda Guadalupe
    (1129) ESPARRAGOZA GASTELUM, Cristian Ivan
    (1130) ESPARRAGOZA GASTELUM, Juan Ignacio
    (1131) ESPARRAGOZA GASTELUM, Nadia Patricia
    (1132) GASTELUM PAYAN, Maria Guadalupe
    (1133) GONZALEZ PARADA, Juvencio Ignacio
    (1134) GUZMAN OCHOA, Ulises
    (1135) MONZON ARAUJO, Ofelia
    (1136) PONCE FELIX, Martin Humberto

EMO Companies Chart
    **Entities:**
    (1137) BUENOS AIRES SERVICIOS, S.A. DE C.V.
    (1138) ESTACIONES DE SERVICIOS CANARIAS, S.A. DE C.V.

    (1139) GASODIESEL Y SERVICIOS ANCONA, S.A. DE C.V.
    (1140) GASOLINERA ALAMOS COUNTRY, S.A. DE C.V.
    (1141) GASOLINERA Y SERVICIOS VILLABONITA, S.A. DE C.V.
    (1142) GRUPO CINJAB, S.A. DE C.V.
    (1143) GRUPO IMPERGOZA, S.A. DE C.V.
    (1144) PETROBARRANCOS, S.A. DE C.V.
    (1145) SERVICIOS CHULAVISTA, S.A. DE C.V.

On August 7, 2012, OFAC identified the following individual as a significant foreign narcotics trafficker and 2 foreign individuals and 5 foreign entities as derivative designations of a significant narcotics trafficker named under the Kingpin Act. Zabaneh DTO Chart, Press

    **Individuals:**
    (1146) MORENO, Daniel
    (1147) ZABANEH, John*
    (1148) ZABANEH, Dion

    **Entities:**
    (1149) BELIZE CHEMICALS LIMITED
    (1150) CROWN PARADISE ENTERPRISES LTD.
    (1151) D'S SUPERMARKET COMPANY LTD.
    (1152) MAYAN KING LIMITED
    (1153) MID-SOUTH INVESTMENTS LIMITED

On August 15, 2012, OFAC identified the following 2 foreign individuals and 24 foreign entities as derivative designations of a significant narcotics trafficker named under the Kingpin Act. Chacon Rossell Chart, Press

    **Individuals:**
    (1154) Individual Removed On November 26, 2013
    (1155) Individual Removed On April 24, 2014

    **Entities:**
    (1156) ALMACEN PICIS
    (1157) ALQUILERES ROSSELL
    (1158) AUTO HOTEL PUNTO CERO
    (1159) BODEGAS BANYOLAS
    (1160) BOUTIQUE MARLLORY
    (1161) BRODWAY COMMERCE INC.
    (1162) CABOMARZO
    (1163) CASA VOGUE
    (1164) CORPORACION DAIMEX S.A.
    (1165) DELPSA
    (1166) DIGITAL SYS ADVISORS
    (1167) DISTRIBUIDORA ROSSELL
    (1168) Entity Removed On August 20, 2014
    (1169) FARFAR
    (1170) FERNAPLAST
    (1171) GRUPO MPV
    (1172) HACIENDA SANTA INES
    (1173) HUERTAS Y HORTALIZAS
    (1174) IMPORTADORA BORRAYO LASMIBAT
    (1175) INMOBILIARIA DATEUS
    (1176) INVERSIONES A&E
    (1177) Entity Removed On August 20, 2014
    (1178) SISTEMAS CONSTRUCTORES
    (1179) WALNUTHILL

On August 29, 2012, OFAC identified the following foreign entity as a derivative designation of a significant narcotics trafficker name under the Kingpin Act. Los Zetas Petroservicios Chart, Press

16

(1180) ADT PETROSERVICIOS, S.A. DE C.V.

On September 6, 2012, OFAC identified the following foreign individual as a derivative designation of a significant narcotics trafficker named under the Kingpin Act. "Chapo" Guzman Loera Sinaloa Chart, Press

(1181) LOPEZ PEREZ, Griselda Natividad

On September 13, 2012, OFAC identified the following foreign individual as a significant foreign narcotics trafficker and foreign entity as derivative designations of significant narcotics trafficker named under the Kingpin Act. Lopez Perdigon Chart

**Individual:**
(1182) LOPEZ PERDIGON, Roberto Manuel*

**Entity:**
(1183) CONSTRUCTORA FR DE VENEZUELA, C.A.

On September 25, 2012, OFAC identified the following 5 foreign individuals as a derivative designation of a significant narcotics trafficker named under the Kingpin Act. "Chapo" Guzman Loera Sinaloa Chart, Press

(1184) DIAS PANIAGUA, Rigoberto
(1185) FELIX FELIX, Victor Manuel
(1186) GONZALEZ CARDENAS, Jorge Guillermo
(1187) VAZQUEZ VILLAVICENCIO, Gabriela
(1188) VILLA DIAZ, Oscar Dominguez

On October 10, 2012, OFAC identified the following 2 foreign entities as a derivative designation of significant narcotics trafficker named under the Kingpin Act. EMO Chart, Press

(1189) SOCIALIKA RENTAS Y CATERING, S.A. DE C.V.
(1190) URBANIZADORA NUEVA ITALIA, S.A. DE C.V.

On November 14, 2012, OFAC identified the following 2 foreign individuals and 8 foreign entities as derivative designations of a significant narcotics trafficker named under the Kingpin Act: Lorenzana Business Network Chart, Press

**Individuals:**
(1191) LORENZANA CORDON, Marta Julia
(1192) LORENZANA CORDON, Ovaldino

**Entities:**
(1193) ADMINSTRADORA DEL ORIENTE
(1194) CONSTRUCTORA H.L.P.
(1195) CONSTRUCTORA H.L.T.
(1196) CONSTRUCTORA W.L.
(1197) IMPORTADORA Y EXPORTADORA LORENZANA
(1198) INVERSIONES IRIS MANUELA, S.A.
(1199) LOLALIMES
(1200) TRANSPORTES J.L. CORDON

On November 15, 2012, OFAC identified the following foreign individual as a significant narcotics trafficker named under the Kingpin Act: Mullah Naim Barich Chart, Press

(1201) BARICH, Mohammad Naim*

On November 20, 2012, OFAC identified the following 5 foreign individuals and 3 foreign entities as derivative designations of a significant narcotics trafficker named under the Kingpin Act: Ibarra Cadona Chart, Press

**Individuals:**
(1202) CARDONA MARTINEZ, Mayela
(1203) CARDONA MARTINEZ, Pedro
(1204) IBARRA CARDONA, Carlos Jesus Ivan
(1205) IBARRA CARDONA, Luis Gerardo
(1206) IBARRA FAVILA, Jose Gerardo

**Entities:**
(1207) COMERCIALIZADORA CACHO S.A. DE C.V.
(1208) COMERCIALIZADORA GERMAY DE SONORA S.A. DE C.V.
(1209) DISTRIBUIDORA GERMAY S.A. DE C.V.

On December 12, 2012, OFAC identified the following 3 foreign individuals and 1 foreign entity as derivative designations of a significant narcotics trafficker named under the Kingpin Act: EMO Chart, Press

**Individuals:**
(1210) ESQUERRA ESQUER, Jorge Enrique
(1211) ESTRADA GUTIERREZ, Julio Cesar
(1212) LEON SANTIESTEBAN, Carlos Alberto

**Entity:**
(1213) DESARROLLOS EVEREST, S.A. DE C.V.

On January 9, 2013, OFAC identified the following 2 foreign individuals as derivative designations of a significant narcotics trafficker named under the Kingpin Act: Sinaloa Operatives Chart, Press

(1214) LOPEZ NUNEZ, Damaso
(1215) CORONEL BARRERAS, Ines

On January 17, 2013, OFAC identified the following foreign individual and foreign entity as significant narcotics traffickers and the following 7 foreign individuals and 3 foreign entities as derivative designations of a significant narcotics trafficker named under the Kingpin Act: Meza Flores Chart, Press

**Individuals:**
(1216) MEZA FLORES, Fausto Isidro*
(1217) FLORES APODACA, Augustin
(1218) FLORES APODACA, Panfilo
(1219) MEZA FLORES, Salome
(1220) FLORES APODACA, Angelina
(1221) FLORES APODACA, Panfilo
(1222) CHAN INZUNA, Araceli
(1223) MEZA FLORES, Flor Angely

**Entities:**
(1224) MEZA FLORES DRUG TRAFFICKING ORGANIZATION*
(1225) AUTO SERVICIO JATZIRY S.A. DE C.V.
(1226) CONSTRUCTORA JATZIRY DE GUASAVE S.A. DE C.V.
(1227) AUTOTRANSPORTES TERRESTRES S.A. DE C.V.

On January 30, 2013, OFAC identified the following foreign individual and foreign entity as significant narcotics traffickers named under the Kingpin Act. Los Rastrojos Chart, Press

**Individual:**
(1228) PEREZ HENAO, Diego*

17

**Entity:**
(1229) LOS RASTROJOS*

On February 5, 2013, OFAC identified the following foreign individual and 2 foreign entities as derivative designations of significant narcotics traffickers named under the Kingpin Act. OFAC also identified the 3 entities below as blocked under the Kingpin Act.  Los Zetas Chart, Press

**Individual:**
(1230) GARCIA AYALA, Filemon

**Entities:**
(1231) TRASTREVA S.A. DE C.V.
(1232) PRODIRA CASA DE CAMBIO, ACTIVIDAD AUXILIAR DEL CREDITO S.A.DE C.V.

**Blockings:**
• PRODIRA S.A. DE C.V., CASA DE CAMBIO, ACTIVIDAD DEL CREDITO
• PRODIRA, INC.
• INTERNACIONAL & NACIONAL EXCHANGE SERVICES, INC.

On February 20, 2013, OFAC identified the following 1 foreign individual as a significant foreign narcotics trafficker named under the Kingpin Act. Linares Castillo Chart, Press

**Individual:**
(1233) LINARES CASTILLO, Jose Evaristo*

On April 9, 2013, OFAC identified the following foreign individual as a significant narcotics trafficker and the following 2 foreign individuals and 7 foreign entities as derivative designations of significant narcotics traffickers named under the Kingpin Act. Handal Perez Chart, Press

**Individuals:**
(1234) Individual Removed On November 19, 2015
(1235) HANDAL PEREZ, Jose Miguel*
(1236) HERNANDEZ AMAYA, Ena Elizabeth

**Entities:**
(1237) AUTO PARTES HANDAL S. DE R.L. DE C.V.
(1238) CORPORACION HANDAL S. DE R.L.
(1239) EASY CASH DE R.L.
(1240) J & E S. DE R.L.
(1241) JM TROYA
(1242) RANCHO LA HERRADURA
(1243) SUPERTIENDAS HANDAL S. DE R.L.

On May 7, 2013, OFAC identified the following 8 foreign individuals as derivative designations of significant narcotics traffickers named under the Kingpin Act. Sinaloa Cartel Plaza Bosses Chart, Press

**Individuals**:
(1244) FLORES PACHECO, Cenobio
(1245) LOPEZ AISPURO, Armando
(1246) NIEBLAS NAVA, Guillermo
(1247) PAEZ SOTO, Ramon Ignacio
(1248) RASCON RAMIREZ, Jose Javier
(1249) SABORI CISNEROS, Raul
(1250) SALAZAR RAMIREZ, Jesus Alfredo
(1251) SOSA CANISALES, Felipe de Jesus

On May 14, 2013, OFAC identified the following foreign individual as a significant narcotics trafficker named under the Kingpin Act. Trafficker Tied to Los Zetas Chart, Press

**Individual:**
(1252) ANDRADE PARRA, Alfredo*

On June 12, 2013 OFAC identified the following 18 foreign individuals and 15 foreign entities as derivative designations of significant narcotics traffickers named under the Kingpin Act. Caro Quintero Organization Chart, Press

**Individuals:**
(1253) ADIB MADERO, Michel
(1254) BUENROSTRO VILLA, Denisse
(1255) CARO ELENES, Hector Rafael
(1256) CARO ELENES, Henoch Emilio
(1257) CARO ELENES, Mario Yibran
(1258) CARO ELENES Roxana Elizabeth
(1259) CONTRERAS SANCHEZ, Diego
(1260) Individual Removed On October 15, 2015
(1261) ELENES LERMA, Maria Elizabeth
(1262) GARZA RODRIGUEZ, Beatriz
(1263) RIEBELING CORDERO, Hilda
(1264) SANCHEZ BARBA, Jose de Jesus
(1265) SANCHEZ GARZA, Diego
(1266) SANCHEZ GARZA, Mauricio
(1267) SANCHEZ GARZA, Jose de Jesus
(1268) SANCHEZ GONZALES, Ernesto
(1269) SANCHEZ GONZALES, Ruben
(1270) VARGAS CORREA, Humberto

**Entities:**
(1271) BLUE POINT SALT, S.A. DE C.V.
(1272) DBARDI, S.A. DE C.V.
(1273) DESARROLLOS BIO GAS, S.A. DE C.V.
(1274) ECA ENERGETICOS, S.A. DE C.V.
(1275) EL BANO DE MARIA, S. DE R.L. DE C.V.
(1276) EVCOMER, S.A. DE C.V.
(1277) GRUPO CONSTRUCTOR SEGUNDO MILENIO, S.A. DE C.V.
(1278) GRUPO FRACSA, S.A. DE C.V.
(1279) HACIENDA LAS LIMAS, S.A. DE C.V.
(1280) ORGANIC SALT, S.A. DE C.V.
(1281) PETRO BIO, S. DE R.L. DE C.V.
(1282) PISCILANEA, S.A. DE C.V.
(1283) PRONTO SHOES, S.A. DE C.V.
(1284) REFORESTACIONES CARELES, S. DE P.R. DE R.L.
(1285) RESTAURANT BAR LOS ANDARIEGOS, S.A. DE C.V.

On July 9, 2013, OFAC identified the following 2 foreign individuals as significant foreign narcotics traffickers and 7 individuals and 22 entities as derivative designations of significant narcotics trafficker named under the Kingpin Act. Guberek Chart, Press

**Individuals:**
(1286) GUBEREK RAVINOVICZ, Isaac Perez *
(1287) GUBEREK GRIMBERG, Henry *
(1288) CEBALLOS BUENO, Johanna Patricia
(1289) Individual Removed On January 27, 2015
(1290) GRIMBERG DE GUBEREK, Sarah
(1291) GUBEREK GRIMBERG, Felipe
(1292) Individual Removed On April 28, 2015

18

(1293) Individual Removed On November 12, 2014
(1294) TOVAR ZULETA, Jorge Eduardo

**Entities:**
(1295) AVANTI JOYEROS E.U.
(1296) BRACRO S.A.
(1297) C.I. CAFFEE VALORES S.A.
(1298) C.I. DEL ISTMO S.A.S.
(1299) CHAPS INVESTMENT INC.
(1300) COLOMBO PERUANA DE TEJIDOS S.A.
(1301) COMERCIALIZADORA INTERNACIONAL
       ANDINA LIMITADA
(1302) COMPANIA REAL DE PANAMA S.A.
(1303) CONSTRUCTORA NACIONAL DE PANAMA S.A.
(1304) FUNDACION ISSARA
(1305) G&G INTERNACIONAL S.A.S.
(1306) GUBEREK GRIMBERG E HIJOS Y CIA. S. EN C.
(1307) I&S HOLDING COMPANY, S.A.
(1308) IMPAN-COL, S.A.
(1309) INDUITEX LTDA.
(1310) INVERSIONES GILFE S.A.
(1311) INVERSORA PANACOL S.A.
(1312) ISSA EMPRESA UNIPERSONAL
(1313) ORBITAL HORIZONS CORP.
(1314) PROMESAS DEL FUTBOL COLOMBIANO S.A.
(1315) SBT S.A.
(1316) T.F.M.C. THE FOOD MANAGEMENT
       CORPORATION LTD

On July 23, 2013, OFAC identified the following 2 individuals as derivative designations of a significant narcotics trafficker named under the Kingpin Act. Zetas Financial Operatives Chart, Press

**Individuals:**
(1317) LOPEZ GUERRERO, Ismael
(1318) RAMIREZ PERALES, Jose Odilon

On July 30, 2013, OFAC identified the following 3 individuals and 3 entities as derivative designations of a significant narcotics trafficker named under the Kingpin Act. Chart, Press

**Individuals:**
(1319) Individual Removed On August 27, 2015
(1320) GARCIA RIOS, Tomasa
(1321) VERDUGO GARCIA, Monica Janeth

**Entities:**
(1322) CENTRO COMERCIAL Y
       HABITACIONALLOMAS, S.A. DE C.V.
(1323) PARQUE ACUATICO LOS CASCABELES, S.A.
       DE C.V.
(1324) RANCHO AGRICOLA GANADERO LOS
       MEZQUITES

On August 1, 2013, OFAC identified the following 5 individuals and 1 entity as derivative designations of a significant narcotics trafficker named under the Kingpin Act. Accomplices of Los Zetas Chart, Press

**Individuals:**
(1325) FERNANDEZ DE LUNA, Gerardo
(1326) FERNANDEZ DE LUNA, Jesus
(1327) FERNANDEZ GONZALEZ, Carolina
(1328) GONZALEZ MUNIZ, Emilio Guillermo
(1329) GONZALEZ MUNIZ, Esperanza Maria

**Entities:**
(1330) COMPANIA GANDERA 5 MANANTIALES S. DE
       P.R. DE R.L.

On August 20, 2013, OFAC identified the following foreign individual as a derivative designation of a significant narcotics trafficker named under the Kingpin Act. Trafficker Tied to Los Zetas Orellana Morales Chart, Press

**Individual:**
(1331) ORELLANA MORALES, Jairo Estuardo

On August 21, 2013, OFAC identified the following foreign individual as a significant narcotics trafficker named under the Kingpin Act. Villarroel Ramirez Chart, Press

**Individual:**
(1332) VILLARROEL RAMIREZ, Vassyly Kotosky*

On August 22, 2013, OFAC identified the following 5 foreign individuals as derivative designations of a significant narcotics trafficker named under the Kingpin Act. EMO Chart, Press

**Individuals:**
(1333) PARRA SANCHEZ, Mario
(1334) SOLIS AVILES, Angello de Jesus
(1335) VALDEZ RODRIGUEZ, Manuel Arturo
(1336) VALENZUELA VALENZUELA, Vanessa
(1337) VILLEGAS LOERA, Juan Carlos

On September 19, 2013, OFAC identified the following 2 foreign individuals as significant foreign narcotics traffickers and 5 foreign individuals and 5 foreign entities as derivative designations of a significant narcotics trafficker named under the Kingpin Act. Cachiros Chart, Press

**Individuals:**
(1338) LIRA JIRON, Bismarck Antonio
(1339) MARADIAGA LOPEZ, Esperanza Caridad
(1340) RIVERA CARDONA, Santos Isidro
(1341) RIVERA MARADIAGA, Devis Leonel*
(1342) RIVERA MARADIAGA, Javier Eriberto*
(1343) RIVERA MARADIAGA, Maira Lizeth
(1344) RIVERA MARADIAGA, Santos Isidro

**Entities:**
(1345) GANADEROS AGRICULTORES DEL NORTE, S.
       DE R.L. DE C.V.
(1346) INMOBILIARIA RIVERA MARADIAGA, S.A. DE
       C.V.
(1347) INVERSIONES TURISTICAS JOYA GRANDE,
       S.A. DE C.V.
(1348) MINERA MI ESPERANZA, S.A.
(1349) PALMA DEL BAJO AGUAN, S.A.

On September 24, 2013, OFAC identified the following 5 foreign individuals and 6 foreign entities as derivative designations of a significant narcotics trafficker named under the Kingpin Act. Los Gueros Chart, Press

**Individuals:**
(1350) DURAN NUNEZ, Juan Carlos
(1351) ELIZONDO CASTANEDA, Andres Martin
(1352) OLIVERA JIMENEZ, Juana
(1353) REYES MAGANA, Felipe
(1354) RODRIGUEZ OLIVERA, Rosalina

**Entities:**
(1355) ASESORIA Y SERVICIOS ADMINISTRATIVOS,
       TECNICOS Y OPERATIVOS DUREL, S.A. DE
       C.V.

(1356) CASA EL VIEJO LUIS DISTRIBUIDORA, S.A. DE C.V.
(1357) GRUPO COMMERCIAL ROOL, S.A. DE C.V.
(1358) OPERADORA Y ADMINISTRADORA DE RESTAURANTES Y BARES RUDU, S.A. DE C.V.
(1359) RANCHO EL NUEVO PACHON, S. DE R.L. DE C.V.
(1360) ROOL EUROPE AG

On September 30, 2013, OFAC designated the following 2 foreign individuals and 1entity as derivative designations of a significant foreign narcotics trafficker named under the Kingpin Act. Esparragoza Moreno Network Chart, Press

**Individuals:**
(1361) PADRO PASTOR, Alvaro
(1362) VALLARTA ESCALANTE, Luis Francisco

**Entities:**
(1363) CASA V

On October 29, 2013, OFAC designated the following 2 foreign individuals and 5 entities as derivative designations of a significant foreign narcotics trafficker named under the Kingpin Act. Guberek Chart, Press

**Individuals:**
(1364) CALLE QUIROS, Luis Santiago
(1365) RODRIGUEZ BADILLO, Maria Paloma

**Entities:**
(1366) Entity Removed On April 28, 2015
(1367) CASTIZAL MADRILENA S.L.
(1368) INMOBILIARIA CASTIZAL S.A.C.
(1369) TEXTIMAX SPAIN S.L.
(1370) UCALSA PERU S.A.

On October 31, 2013, OFAC designated the following individual and 20 entities as derivative designations of a significant foreign narcotics trafficker named under the Kingpin Act. Caro Quintero Organization Chart, Press

**Individuals:**
(1371) SOTO RUIZ, Juan Carlos

**Entities:**
(1372) ARRENDADORA TURIN, S.A.
(1373) BARSAT, S.A. DE C.V.
(1374) DESARROLLADORA SAN FRANCISCO DEL RINCON, S.A. DE C.V.
(1375) DINERMAS, S. DE R.L. DE C.V.
(1376) ENERGETICOS VAGO, S.A. DE C.V.
(1377) ESTACION DE SERVICIO ATEMAJAC, S.A. DE C.V.
(1378) FORTANAS, S. DE R.L. DE C.V.
(1379) GRUPO BARSATERRA S.A. DE C.V.
(1380) GRUPO ESPANOL ELCAR, S.A. DE C.V.
(1381) INMOBILIARIA PROMINENTE, S.A. DE C.V.
(1382) MINERALES NUEVA ERA, S.A. DE C.V.
(1383) MINERALES NUEVA GENERACION, S.A. DE C.V.
(1384) NUEVA TERRA, S. DE R.L. DE C.V.
(1385) OPERADORA ENGO, S.C.
(1386) PETRO LONDON, S. DE R.L. DE C.V.
(1387) PETRO MAS, S. DE R.L. DE C.V.
(1388) PROMI FEL, S. DE R.L. DE C.V.
(1389) SERVICIO Y OPERADORA SANTA ANA, S.A. DE C.V.
(1390) TAXI AEREO NACIONAL DE CULIACAN, S.A.
(1391) VILLAS DEL COLLI S.A. DE C.V.

On November 14, 2013, OFAC designated the following 2 individuals and 1 entity as derivative designations of a significant foreign narcotics trafficker named under the Kingpin Act. Beltran Leyva Chart, Press

**Individuals:**
(1392) LOZA HERNANDEZ, Miguel
(1393) VILLA SANCHEZ, Arnoldo

**Entities:**
(1394) SISTEMAS ELITE DE SEGURIDAD PRIVADA, S.A. DE C.V.

On January 8, 2014, OFAC designated the following individual as a derivative designation of a significant foreign narcotics trafficker named under the Kingpin Act.  Arechiga Gamboa Chart, Press

**Individual:**
(1395) ARECHIGA GAMBOA, Jose Rodrigo

On January 16, 2014, OFAC designated the following individual as a derivative designation of a significant foreign narcotics trafficker named under the Kingpin Act.  Tapia Quintero Chart, Press

**Individual:**
(1396) TAPIA QUINTERO, Jose Guadalupe

On February 11, 2014, OFAC identified the following individual as a significant foreign narcotics trafficker and 1 entity as a derivative designation of a significant narcotics trafficker named under the Kingpin Act. Chart, Press

**Individual:**
(1397) JAN, Lahore*

**Entity:**
(1398) LAHORE JAN SHANWARI EXCHANGE

On February 14, 2014, OFAC designated the following individual and 1 entity as derivative designations of a significant foreign narcotics trafficker named under the Kingpin Act.  Chart, Press

**Individual:**
(1399) RIOS HERNANDEZ, Juanita Del Carmen

**Entity:**
(1400) DISTRIBUIDORA E IMPORTADORA DE PRODUCTOS MEDICOS DEL NORTE S.A. DE C.V.

On February 19, 2014, OFAC identified the following foreign individual as significant foreign narcotics trafficker and 7 individuals and 5 entities as derivative designations of significant foreign narcotics traffickers named under the Kingpin Act. Rodriguez Vasquez Chart, Press

**Individuals:**
(1401) CASANOVA ORDONEZ, Hermes Alirio
(1402) CUELLAR CASTRO, Luis Eduardo
(1403) MONJE ALVARADO, Jonh Eduarth
(1404) QUINTERO CABALLERO, Luis Ramiro
(1405) RODRIGUEZ VASQUEZ, Fernain*
(1406) SABAGH CAJELI, Romez Jose
(1407) VILLOTA SEGURA, Aldemar
(1408) VILLOTA SEGURA, Segundo Alberto

**Entities:**
(1409) AGRO NEGOCIOS SAJE LTDA
(1410) ALMACEN SONIPAL
(1411) EL KAIRO INTERNACIONAL SAS

20

(1412) INTERNACIONAL MONEY SERVICIO LTDA
(1413) INVERSIONES Y REPRESENTACIONES EL
   CAIRO LTDA

On February 27, 2014, OFAC identified the following 7 individuals and 10 entities as derivative designations of significant foreign narcotics traffickers named under the Kingpin Act. Chart, Press

   **Individuals:**
(1414) AMARILLAS LOPEZ, Gabriela
(1415) CUELLAR HURTADO, Hugo
(1416) CUELLAR SILVA, John Fredy
(1417) CUELLAR SILVA, Victor Hugo
(1418) CUELLAR SILVA, Jenny Johanna
(1419) MIRAMONTES GUTIERREZ, Ofelia Margarita
(1420) VARGAS NUNEZ, Lucy Amparo

   **Entities:**
(1421) AGRICOLA Y GANADERA CUEMIR
(1422) AGRO Y COMERCIO DE SANTA BARBARA
   LAGROMER S. EN C
(1423) CASA COMERCIAL ORO RAPIDO
(1424) CASA COMERCIAL UNI QUINCE
   COMPRAVENTA
(1425) CASA DE EMPENO GUADALAJARA
(1426) COMPANIA AGRO COMERCIAL CUETA S. EN
   C.
(1427) COOPERATIVA AVESTRUZ CUEMIR
(1428) HOTEL PARAISO RESORT EN
   ARRENDAMIENTO
(1429) INVERSIONES HUNEL LTDA
(1430) PRENDA TODO

On March 13, 2014, OFAC identified the following individual as a derivative designation of significant foreign narcotics traffickers named under the Kingpin Act. Chart, Press

   **Individual:**
(1431) MENDOZA ROBLES, Eduardo

On March 26, 2014, OFAC identified the following individual as a significant foreign narcotics trafficker named under the Kingpin Act. Press

   **Individual:**
(1432) ROZI, Pahlawan*

On April 09, 2014 OFAC identified the following foreign individual as a significant foreign narcotics trafficker named under the Kingpin Act. Chart, Press

   **Individual:**
(1433) LOBO, Carlos Arnoldo*

On April 10, 2014 OFAC identified the following 5 individuals and 10 entities as derivative designations of significant foreign narcotics traffickers named under the Kingpin Act.  Chart, Press

   **Individuals:**
(1434) CONTRERAS SANCHEZ, Maria Aurora
(1435) ROSALES MORFIN, Eva Luz
(1436) SANCHEZ GONZALEZ, Fernando
(1437) SANCHEZ GONZALEZ, Javier
(1438) SANCHEZ GONZALEZ, Jose

   **Entities:**
(1439) BOCADOS DE AUTOR
(1440) CARIATIDE GRUPO INMOBILIARIO
(1441) CONSTRUCTORA ACANTU
(1442) GRUPO INMOBILIARIO OCSA
(1443) GROUP INSA
(1444) GRUPO ISAYAS

(1445) INMOBILIARIA ASYSA
(1446) INMOBILIARIA CORSANCH
(1447) INMOBILIARIA NOVSA
(1448) INMOBILIARIA GORSA

On May 1, 2014, OFAC identified the following individual as a significant foreign narcotics trafficker and one individual and 4 entities as derivative designations of a significant foreign narcotics trafficker named under the Kingpin Act. Chart, Press

   **Individuals:**
(1449) AHMADY MOHAMMAD DIN, Atiqullah*
(1450) AHMADY MOHAMMAD DIN, Sadiq

   **Entities:**
(1451) ATIQULLAH GENERAL TRADING CO LLC
(1452) ETEHAD BEVERAGE CO LTD
(1453) ETEHAD BROTHERS
(1454) ETIHAD GROUP OF AFGHANISTAN

On May 7, 2014, OFAC identified the following two individuals as significant foreign narcotics traffickers and the 2 individuals and 4 entities as derivative designations of significant foreign narcotics traffickers named under the Kingpin Act. Chart, Press

   **Individuals:**
(1455) LOUIE, Daniel Maurice*
(1456) LOUIE, Francine Denise
(1457) LOUIE, Kevin Gim*
(1458) PRIMUS, Tramayne John

   **Entities:**
(1459) BOYLE CHEMICAL CO., LTD.
(1460) LEADING EDGE SOURCING CORPORATION
(1461) RESEARCH FX CONSULTANTS LIMITED
(1462) SOURCE1HERBS

On May 14, 2014, OFAC identified the following 8 individuals and 20 entities as derivative designations of significant foreign narcotics traffickers named under the Kingpin Act. Chart, Press

   **Individuals:**
(1463) CHEAITELLY SAHELI, Ali Hassan
(1464) DELAROSA RAMOS, Jibran
(1465) MARTINEZ LASSO, Vielka Judith
(1466) MORAN SANCHEZ, Maria Janette
(1467) OMEARA NAVARRO, Marylu
(1468) PEREZ FABREGA, Margarita Ines
(1469) PLATA MCNULTY, Jorge Alberto
(1470) PLATA RIVERA, Ignacio Eduardo

   **Entities:**
(1471) Entity Removed On October 21, 2014
(1472) BEAUTY STATION, S.A.
(1473) BERLIN INDUSTRIES, CORP.
(1474) BERLIN INTERNACIONAL S.A.
(1475) BIESTRA S.A.
(1476) C M F INTERNACIONAL, INC.
(1477) EURO FINANCING, CORP.
(1478) EUROCAMBIO INVESTMENT S.A.
(1479) FAUSSE ISSA Y CIA. S. EN C.
(1480) FUNDACION H.M.M.
(1481) GCH & SONS CO., INC.
(1482) GLOBANTY S.A.S.
(1483) INMOBILIARIA DAVITOV S.A.
(1484) INVERSIONES OMEGA INTERNACIONAL S.A.
(1485) INVERSIONES TROL PANAMA S.A.
(1486) LILIANA ESQUENAZI M. & CIA. S. C. S.
(1487) NETLLUX MOVIL S.A. DE C.V.
(1488) RESTAURANTE BEIRUT MEXICO S.A. DE C.V.
(1489) THEA HOLDING & CO., INC.
(1490) YORUMA SHIPPING COMPANY, S.A.

On May 15, 2014, OFAC identified the following 3 individuals and 3 entities as derivative designations of significant foreign narcotics traffickers named under the Kingpin Act. Chart, Press

**Individuals:**
(1491) ROMERO ZEVADA, Demetrio
(1492) ZAZUETA GODOY, Heriberto
(1493) ZAZUETA GOMEZ, Leopoldo

**Entities:**
(1494) COMERCIALIZADORA Y FRIGORIFICOS DE LA PERLA DEL PACIFICO, S.A. DE C.V.
(1495) PRODUCCION PESQUERA DONA MARIELA, S.A. DE C.V.
(1496) TAIPEN, S.A. DE D.V.

On June 26, 2014, OFAC identified the following entity as a significant foreign narcotics trafficker named under the Kingpin Act. Press

**Entity:**
(1497) LA OFICINA DE ENVIGADO*

On July 1, 2014, OFAC identified the following individual as a significant foreign narcotics trafficker and the following 11 individuals and 14 entities as derivative designations of significant foreign narcotics traffickers named under the Kingpin Act. Chart, Press

**Individuals:**
(1498) ALZATE GIRALDO, Rosalba
(1499) BARCO MEJIA, Jesus Rodolfo
(1500) BARCO MEJIA, Jose Albeiro
(1501) BARCO MEJIA, Jose Guillermo
(1502) BEDOYA ESPINOSA, Humberto Antonio
(1503) MEJIA ALZATE, Andres Camilo
(1504) MEJIA ALZATE, Jose Alejandro
(1505) MEJIA ALZATE, Juan Carlos
(1506) MEJIA ALZATE, Maria Leivy
(1507) MEJIA ALZATE, Victor Gabriel
(1508) MEJIA SALAZAR, Pedro Claver*
(1509) MIRA PEREZ, Fredy Alonso

**Entities:**
(1510) ALMACEN GUIBAR
(1511) ALMEQUIP S.A.S.
(1512) ARENERA EL CERREJON
(1513) ASESORIA Y ASISTENCIA AGROPECUARIA Y AMBIENTAL A4
(1514) CANTERAS COPACABANA S.A.
(1515) E – PROFESIONAL
(1516) GRUPO EMPRESARIAL ENKOR PROFESIONAL S.A.S.
(1517) GRUPO EMPRESARIAL GHEMA S.A.S.
(1518) INVERSIONES MEYBAR S.A.S.
(1519) MEJIA ALZATE ASOCIADOS Y CIA. LTDA.
(1520) PROMOTORA TURISTICA SOL PLAZA S.A.
(1521) ROSAGRO S.A.S.
(1522) TRITCON S.A.S.
(1523) VARIEDADES JOSE ALBEIRO BARCO M.

On July 23, 2014, OFAC identified the following 16 individuals and 6 entities as derivative designations of significant foreign narcotics traffickers named under the Kingpin Act. Chart, Press

**Individuals:**
(1524) ALVAREZ PINEDA, Rafael
(1525) ANAYA MARTINEZ, Cesar Daniel
(1526) DURANGO RESTREPO, Jairo de Jesus
(1527) GUTIERREZ RENDON, Orlando
(1528) LOPEZ LONDONO, Henry de Jesus
(1529) MESA PAEZ, Aristides Manuel
(1530) MONTOYA USUGA, Alexander
(1531) MORENO TUBERQUIA, Carlos Antonio
(1532) PADIERNA PENA, Luis Orlando
(1533) PALENCIA GONZALEZ, Cipriam Manuel
(1534) ROBAYO ESCOBAR, Carlos Jose
(1535) URDINOLA ALVAREZ, Hector Mario
(1536) USUGA TORRES, Arley
(1537) VARON CADENA, Greilyn Fernando
(1538) VARON CADENA, Ingrid Edith
(1539) VARON CADENA, Maribel

**Entities:**
(1540) COMERCIALIZADORA J DURANGO
(1541) H Y J COMERCIALIZADORA INTERNACIONAL LTDA
(1542) INMOBILIARIA FER CADENA
(1543) JOYERIA MANUELLA H.M.
(1544) LITOGRAFIA VARON
(1545) VARIEDADES BRITNEY

On July 29, 2014, OFAC identified the following individual and entity as significant foreign narcotics traffickers and the following 3 individuals as derivative designations of significant foreign narcotics traffickers named under the Kingpin Act. Chart, Press

**Individuals:**
(1546) HU, Yongan
(1547) WANG, Guoying
(1548) ZHANG, Jicheng
(1549) ZHANG, Lei*

**Entity:**
(1550) CEC LIMITED*

On August 20, 2014, OFAC identified the following individual and entity as significant foreign narcotics traffickers and the following 2 individuals and 4 entities as derivative designations of significant foreign narcotics traffickers named under the Kingpin Act. Chart, Press

**Individuals:**
(1551) VALLE VALLE, Jose Reynerio
(1552) VALLE VALLE, Luis Alonso
(1553) VALLE VALLE, Miguel Arnulfo*

**Entities:**
(1554) FINCA LOS TRES REYES
(1555) INVERSIONES LUISITO
(1556) INVERSIONES VALLE
(1557) INVERSIONES YOSARY
(1558) LOS VALLES DRUG TRAFFICKING ORGANIZATION*

On August 27, 2014, OFAC identified the following individual as a significant foreign narcotics trafficker named under the Kingpin Act. Chart, Press

**Individual:**
(1559) QUINTERO NAVIDAD, Sajid Emilio*

On September 11, 2014, OFAC identified the following 3 individuals and 1 entity as derivative designations of significant foreign narcotics traffickers named under the Kingpin Act. Chart, Press

**Individuals:**
(1560) AVINA BRIBIESCA, Jose
(1561) GONZALEZ HERNANDEZ, Ignacio
(1562) GONZALEZ LINARES, Janette Iliana

**Entity:**

22

(1563) BONA-HABITAT, S.A. DE C.V.

On September 16, 2014, OFAC identified the following 8 individuals as derivative designations of significant foreign narcotics traffickers named under the Kingpin Act. Chart, Press

**Individuals:**
(1564) GONZALEZ VASQUEZ, Julian Andrey
(1565) HERNANDEZ GRISALES, Jesus David
(1566) MEDINA CARDONA, Rubiel
(1567) MESA VALLEJO, Juan Carlos
(1568) MUNOZ AGUDELO, Diego Alberto
(1569) RAMIREZ GARCIA, Freyner Alfonso
(1570) RIOS LOPEZ, Didier de Jesus
(1571) ROJAS, Edinson Rodolfo

On November 6, 2014, OFAC identified the following individual as a significant foreign narcotics trafficker and the following individual and entity as derivative designations of significant foreign narcotics traffickers named under the Kingpin Act. Chart, Press

**Individuals:**
(1572) PEREZ OCAMPO, German Alberto*
(1573) PEREZ OCAMPO, Santiago

**Entity:**
(1574) COMPRA VENTA GERPEZ

On November 19, 2014, OFAC identified the following 10 individuals and 14 entities as derivative designations of significant foreign narcotics traffickers named under the Kingpin Act. Chart, Press

**Individuals:**
(1575) ARREDONDO ORTIZ, Carlos Arturo
(1576) BEDOYA LOPEZ, Gildardo de Jesus
(1577) ECHEVERRI PAREJA, Oscar Alonso
(1578) GALLEGO ORREGO, Margarita Zulay
(1579) GARCIA ARBOLEDA, Edward
(1580) GUTIERREZ RESTREPO, Luis Fernando
(1581) ISAZA SANCHEZ, Felix Alberto
(1582) ISAZA SANCHEZ, Nelson Dario
(1583) RUIZ MADRID, Adriana Maria
(1584) UPEGUI GALLEGO, Juan Pablo

**Entities:**
(1585) ACUAMATERIALES Y CIA. LIMITADA
(1586) CAFETERIA ENVICENTRO
(1587) CARYTES ENCANTO Y BELLEZA
(1588) CENTRO DE DIAGNOSTICO AUTOMOTOR DEL SUR LTDA.
(1589) COLOMBIANA DE BIOCOMBUSTIBLES S.A.
(1590) ENFARRADOS COMPANY S.A.S.
(1591) ENVIGADO FUTBOL CLUB S.A.
(1592) GARCES Y BEDOYA CIA. LTDA
(1593) IMPORTADORA MARENOL LIMITADA
(1594) INVERSIONES C.P.C.L. Y CIA. S. EN C.S.
(1595) LA TIENDA DE MINGO
(1596) REPRESENTACIONES MIDAS
(1597) ROBIREPUESTOS
(1598) TIENDAS MARGOS

On December 18, 2014, OFAC identified the following individual as a derivate designation of a significant foreign narcotics trafficker named under the Kingpin Act. Chart, Press

**Individual:**
(1599) ARAUJO URIARTE, Alejandra

On December 23, 2014, OFAC identified the following individual as a significant foreign narcotics trafficker and the following 3

individuals as derivative designations of a significant foreign narcotics trafficker named under the Kingpin Act. Chart, Press

**Individuals:**
(1600) GASTELUM SERRANO, Alfredo
(1601) GASTELUM SERRANO, Cesar*
(1602) GASTELUM SERRANO, Guadalupe Candelario
(1603) GASTELUM SERRANO, Jaime

On January 16, 2015, OFAC identified the following 2 individuals and entity as derivative designations of significant foreign narcotics traffickers named under the Kingpin Act. Chart, Press

**Individuals:**
(1604) BILAKHIA, Aziz Moosa
(1605) KASKAR, Shaikh Anis Ibrahim

**Entity:**
(1606) MEHRAN PAPER MILL

On January 27, 2015, OFAC identified the following 2 individuals as derivative designations of a significant foreign narcotics trafficker named under the Kingpin Act. Chart, Press

**Individuals:**
(1607) FELIX BELTRAN, Victor Manuel
(1608) LIMON SANCHEZ, Alfonso

On February 17, 2015, OFAC identified the following individual and entity as derivative designations of a significant foreign narcotics trafficker named under the Kingpin Act. Chart, Press

**Individual:**
(1609) GASTELUM SERRANO, Francisco Javier

**Entity:**
(1610) ANDAMIOS DALMINE DE MEXICO, S.A.

On February 24, 2015, OFAC identified the following 5 individuals and 14 entities as derivative designations of a significant foreign narcotics trafficker named under the Kingpin Act. Chart, Press

**Individuals:**
(1611) DONKO, Dejan
(1612) KARNER, Alenka
(1613) KARNER, Matevz
(1614) SLIVNIK, Uros
(1615) STJEPANOVIC, Savo

**Entities:**
(1616) AMMERSHAM COMMERCIAL VENTURES LIMITED
(1617) BAMEX LIMITED
(1618) KALLIOPE LIMITED
(1619) KARNER D.O.O. LJUBLJANA
(1620) MERIDEIS D.O.O.
(1621) NORTH GROUP HOLDING CORP.
(1622) NORTHSTAR TRADING CORPORATION
(1623) PABAS HOLDING CORP.
(1624) PALEA D.O.O.
(1625) PANACEA INTERNATIONAL LTD.
(1626) PANYA AG
(1627) SAGAX INVESTMENT GROUP LTD.
(1628) SIS D.O.O.
(1629) VELINVESTMENT D.O.O.

On March 18, 2015, OFAC identified the following 3 individuals as derivative designations of a significant foreign narcotics trafficker named under the Kingpin Act. Chart, Press

**Individuals:**
(1630) CABRERA SARABIA, Alejandro

23



(1631) CABRERA SARABIA, Felipe
(1632) CABRERA SARABIA, Jose Luis

On March 24, 2015, OFAC identified the following 4 individuals and 5 entities as derivative designations of a significant foreign narcotics trafficker named under the Kingpin Act. Chart, Press

**Individuals:**
(1633) KELMENDI, Besnik
(1634) KELMENDI, Donata
(1635) KELMENDI, Elvis
(1636) KELMENDI, Liridon

**Entities:**
(1637) DONATA COMPANY D.O.O.
(1638) HOTEL CASA GRANDE - SARAJEVO, BOSNIA AND HERZEGOVINA
(1639) HOTEL CASA GRANDE - ULCINJ, MONTENEGRO
(1640) N.P.T.T. DONA-SHELL
(1641) PREDSTAVNISTVO CASAGRANDE EXPORT-IMPORT

On April 8, 2015, OFAC identified the following 2 individuals and 2 entities as significant foreign narcotics traffickers named under the Kingpin Act. Chart, Press

**Individuals:**
(1642) GONZALEZ VALENCIA, Abigael*
(1643) OSEGUERA CERVANTES, Nemesio*

**Entities:**
(1644) CARTEL DE JALISCO NUEVA GENERACION*
(1645) LOS CUINIS*

On May 21, 2015, OFAC identified the following 5 individuals and 1 entity as derivative designations of a significant foreign narcotics trafficker named under the Kingpin Act. Chart, Press

**Individuals:**
(1646) BEATTIE DE BRIONES, Myriam Susana
(1647) BRIONES RUIZ, Abel
(1648) BRIONES RUIZ, Claudia Aide
(1649) NIETO GONZALEZ, Rogelio
(1650) RUIZ DE BRIONES, Magdalena

**Entity:**
(1651) COMBUSTIBLES BRIONES, S.A. DE C.V.

On May 22, 2015, OFAC identified the following 2 individuals as significant foreign narcotics traffickers and the following 4 individuals and 3 entities as derivative designations of significant foreign narcotics traffickers named under the Kingpin Act. Chart, Press

**Individuals:**
(1652) BOLIVAR ZAPATA, Gustavo
(1653) BUSTAMANTE JARAMILLO, Luis Carlos
(1654) GUARIN LOAIZA, Jose Berley*
(1655) MEDINA DIAZ, Herman De Jesus
(1656) ROMERO RODRIGUEZ, Alexis
(1657) VARELA VICTORIA, Walter*

**Entities:**
(1658) FREEZER AIR CONTRACTOR S.A.
(1659) MEGAYATES LTDA
(1660) QUALITY AUTOS S.A.

On June 1, 2015, OFAC identified the following 3 individuals as derivative designations of a significant foreign narcotics trafficker named under the Kingpin Act. Chart, Press

**Individuals:**
(1661) FLORES HALA, Florindo Eleuterio
(1662) QUISPE PALOMINO, Jorge
(1663) QUISPE PALOMINO, Victor

On June 24, 2015, OFAC identified the following 5 individuals and 1 entity as derivative designations of significant foreign narcotics traffickers named under the Kingpin Act. Chart, Press

**Individuals:**
(1664) CARTAGENA BENITEZ, Octavio
(1665) GALLON HENAO, Juan Santiago
(1666) GALLON HENAO, Pedro David
(1667) GIRALDO OCHOA, Hugo Humberto
(1668) OCHOA MESA, Reinaldo

**Entity:**
(1669) SEMILLANOS S.A.

On August 19, 2015, OFAC identified the following 6 individuals and 15 entities as derivative designations of significant foreign narcotics traffickers named under the Kingpin Act. Chart, Press

**Individuals:**
(1670) AMARAL AREVALO, Wendy Dalaithy
(1671) CAMACHO CAZARES, Jeniffer Beaney
(1672) MARQUEZ GALLEGOS, Ma Elena
(1673) SANCHEZ CARLON, Diana Maria
(1674) SANCHEZ CARLON, Silvia Romina
(1675) TORRES GONZALEZ, Fernando

**Entities:**
(1676) AG & CARLON, S.A. DE C.V.
(1677) AHOME REAL ESTATE, S.A. DE C.V.
(1678) ARENAS DE LORETO
(1679) BRIC INMOBILIARIA
(1680) CIRCULO COMERCIAL TOTAL DE PRODUCTOS, S.A. DE C.V.
(1681) CONSULTORIA INTEGRAL LA FUENTE, SOCIEDAD CIVIL
(1682) DILAVA
(1683) GRUPO DIJEMA, S.A. DE C.V.
(1684) HD COLLECTION, S.A. DE C.V.
(1685) HOTELITO DESCONOCIDO
(1686) INTERCORP LEGOCA, S.A. DE C.V.
(1687) LA FIRMA MIRANDA, S.A. DE C.V.
(1688) PLAZA LOS TULES
(1689) W&G ARQUITECTOS, S.A. DE C.V.
(1690) XAMAN HA CENTER

On August 27, 2015, OFAC identified the following 4 individuals and 2 entities as derivative designations of significant foreign narcotics traffickers named under the Kingpin Act. Chart, Press

**Individuals:**
(1691) FONNEGRA ESPEJO, Adolfo
(1692) GONZALEZ MEJIA, Cristian David
(1693) GONZALEZ ZAMORANO, Ivan
(1694) PENA PACHECO, Jose Vicente

**Entities:**
(1695) ADOLFO FONNEGRA ESPEJO TRADING & INVESTMENT
(1696) COLOMBIANO LATIN SHOP GMBH

On September 17, 2015, OFAC identified the following 5 entities as derivative designations of a significant foreign narcotics trafficker named under the Kingpin Act. Chart, Press

**Entities:**
(1697) J & P ADVERTISING, S.A. DE C.V.
(1698) JJGON, S.P.R. DE R.L. DE C.V.

24

(1699) LAS FLORES CABANAS
(1700) MIZU SUSHI LOUNGE
(1701) ONZE BLACK

On October 1, 2015, OFAC identified the following 6 individuals and 11 entities as derivative designations of significant foreign narcotics traffickers named under the Kingpin Act. OFAC also identified the 5 vessels below as blocked under the Kingpin Act. Chart, Press

**Individuals:**
(1702) EL BEZRI, Ahmad
(1703) MERHI, Atef Merhi Abou
(1704) MERHI, Hana Merhi Abou
(1705) MERHI, Merhi Ali Abou
(1706) NASR, Wajdi Yo
(1707) NASREDDINE, Houeda Ahmadussef

**Entities:**
(1708) ABOU MERHI CHARITY INSTITUTION
(1709) ABOU MERHI COTONOU
(1710) ABOU MERHI GROUP
(1711) ABOU MERHI HAMBURG
(1712) ABOU MERHI NIGERIA
(1713) ABOU-MERHI CRUISES SAL
(1714) ABOU-MERHI LINES SAL
(1715) LE MALL-SAIDA
(1716) LEBANON CENTER
(1717) ORIENT QUEEN HOMES
(1718) QUEEN STATIONS

**Blockings:**
- CITY OF ANTWERP (3FRY8)
- CITY OF LUTECE (9HRJ6)
- CITY OF MISURATA (3EMY5)
- CITY OF TOKYO (D5GK6)
- ORIENT QUEEN II (3FDJ9)

On October 7, 2015, OFAC identified the following 3 individuals as significant foreign narcotics traffickers and 10 entities as derivative designations of significant foreign narcotics traffickers named under the Kingpin Act. Chart, Press

**Individuals:**
(1719) ROSENTHAL COELLO, Yankel Antonio*
(1720) ROSENTHAL HIDALGO, Yani Benjamin*
(1721) ROSENTHAL OLIVIA, Jaime Rolando*

**Entities:**
(1722) BANCO CONTINENTAL, S.A.
(1723) DESLAND OVERSEAS, LTD
(1724) EMPACADORA CONTINENTAL, S.A. DE C.V.
(1725) INVERCIONES CONTINENTAL, U.S.A., CORP
(1726) INVERSIONES CONTINENTAL (PANAMA), S.A. DE C.V.
(1727) INVERSIONES CONTINENTAL, S.A. DE C.V.
(1728) PREYDEN INVESTMENTS, LTD
(1729) SHELIMAR INVESTMENTS, LTD
(1730) SHELIMAR REAL ESTATE HOLDINGS II, INC
(1731) SHELIMAR REAL ESTATE HOLDINGS III, INC

On October 15, 2015, OFAC identified the following 1 individual and 1 entity as significant foreign narcotics traffickers named under the Kingpin Act. Chart, Press

**Individual:**
(1732) PENG, Bo*

**Entity:**
(1733) KAIKAI TECHNOLOGY CO., LTD.*

On November 10, 2015, OFAC identified the following 2 individuals and 2 entities as derivative designations of a significant foreign narcotics trafficker named under the Kingpin Act. Chart, Press

**Individuals:**
(1734) FEO ALVARADO, Alveiro
(1735) MOSQUERA PEREZ, Victor Alfonso

**Entities:**
(1736) DE EXPOMINERIA S.A.S.
(1737) JOYERIA MVK

On November 24, 2015, OFAC identified the following 2 individuals as derivative designations of a significant foreign narcotics trafficker named under the Kingpin Act. Chart, Press

**Individuals:**
(1738) FERNANDEZ VALENCIA, Guadalupe
(1739) VALENZUELA VERDUGO, Jorge Mario

**For additional identifying information and separate entries for each of the aliases of all of the foreign persons named under the Kingpin Act see OFAC's Specially Designated Nationals and Blocked Persons List (SDN List) with the identifier [SDNTK]. The SDN List is available through the following page on OFAC's Web site: www.treasury.gov/sdn**

1:16-cv-01730 0322

This document is explanatory only and does not have the force of law. Executive Order 12978, and its implementing Narcotics Trafficking Sanctions Regulations (31 CFR Part 536), contain the legally binding provisions governing sanctions against narcotics traffickers centered in Colombia. The Foreign Narcotics Kingpin Designation Act and the implementing regulations (31 C.F.R. Part 598) contain the legally binding provisions governing the sanctions against significant foreign narcotics traffickers and their organizations. This document does not supplement or modify Executive Order 12978, 31 CFR Part 536, 31 CFR Part 598 or the Foreign Narcotics Kingpin Designation Act.

The Treasury Department's Office of Foreign Assets Control also administers sanctions programs involving the Balkans, Belarus, Burma, the Central African Republic, Cote d'Ivoire, Cuba, Democratic Republic of the Congo, Rough Diamond Trading (Kimberley Process), Iran, Iraq, Lebanon, Liberia, Libya, the Magnitsky Act, North Korea, South Sudan, Sudan, Syria, Ukraine, Yemen, and Zimbabwe, as well, persons who commit, threaten to commit, or support terrorism, international narcotics traffickers, Foreign Terrorist Organizations, Terrorism List Governments, transnational criminal organizations, cyber-related activities, and proliferators of weapons of mass destruction and their supporters. For additional information about these programs or about sanctions involving Somalia, please contact the:

OFFICE OF FOREIGN ASSETS CONTROL
U.S. Department of the Treasury
Washington, D.C. 20220
www.treasury.gov/ofac
202/622-2490